# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Northern Dynasty Minerals LTD. and Pebble Limited Partnership<br><br>　　　　　　　　　　　Plaintiff(s),<br>　　　　vs.<br>United States Environmental Protection Agency<br><br>　　　　　　　　　　　Defendant(s). | Case No. 3:24-cv-00059<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, ScheLeese Goudy, hereby apply for permission to appear and
　　　(name)

participate as counsel for Northern Dynasty Minerals Ltd. and Pebble Limited Partnership, Plaintiffs,
　　　　　　　　　　　　　(Name of party)　　　　　　　　　　　　　　　　　　(plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐　I am a registered participant in the CM/ECF System for the District of Alaska and consent

　　to service by electronic means through the court's CM/ECF System.

☒　I have concurrently herewith submitted an application to the Clerk of the Court for

　　registration as a participant in the CM/ECF System for the District of Alaska and consent

　　to service by electronic means through the court's CM/ECF System.

☐　For the reasons set forth in the attached memorandum.

**OR**

I hereby designate Thomas Amodio, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: March 15, 2024

/s/ ScheLeese Goudy
(Signature)

ScheLeese Goudy
(Printed Name)

717 17th Street, Suite 1825
(Address)

Denver, CO 80202
(City/State/Zip)

303-830-1776
(Telephone Number)

scheleese.goudy@squirepb.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: March 15, 2024

/s/ Thomas Amodio
(Signature)

Thomas Amodio
(Printed Name)

Reeves Amodio LLC, 500 L. St., Suite 300
(Address)

Anchorage, AK 99501
(City, State, Zip)

(907) 222-7100
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: ScheLeese Goudy

Business Address: 717 17th Street, Suite 1825 , Denver, CO 80202
(Mailing/Street) (City, State, ZIP)

Residence: 16499 Avalanche Run , Broomfield, CO 80023
(Mailing/Street) (City, State, ZIP)

Business Telephone: 303-894-6120    e-mail address: scheleese.goudy@squirepb.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Colorado | 1290 Broadway Suite 1700, Denver, CO 80203 | 2018 |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:

/s/ ScheLeese Goudy
(Signature of Applicant)



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Scheleese Goudy**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **4th** day of **June** A.D. **2018** and that at the date hereof the said **Scheleese Goudy** is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **18th** day of **January** A.D. **2024**

**Cheryl Stevens**
Clerk

By _Myra Sanchez_
Deputy Clerk