# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Northern Dynasty Minerals Ltd. and Pebble Limited Partnership,<br><br>         Plaintiff(s),<br>    vs.<br>United States Environmental Protection Agency,<br><br>         Defendant(s). | Case No. 3:24-cv-00059<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Katherine E. Wenner , hereby apply for permission to appear and
  (name)

participate as counsel for Northern Dynasty Minerals Ltd. and Pebble Limited Partnership, Plaintiffs ,
        (Name of party)        (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐  I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☒  I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐  For the reasons set forth in the attached memorandum.

**OR**

I hereby designate Thomas Amodio, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: March 15, 2024

/s/ Katherine E. Wenner
(Signature)

Katherine E. Wenner
(Printed Name)

2000 Huntington Center, 41 S. High Street
(Address)

Columbus, OH 43215
(City/State/Zip)

614-365-2700
(Telephone Number)

katherine.wenner@squirepb.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: March 15, 2024

/s/ ThomasAmodio
(Signature)

Thomas Amodio
(Printed Name)

Reeves Amodio LLC, 500 L. St., Suite 300
(Address)

Anchorage, AK 99501
(City, State, Zip)

(907) 222-7100
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Katherine E. Wenner

Business Address: 2000 Huntington Center, 41 S. High St. , Columbus, OH 43215
(Mailing/Street) (City, State, ZIP)

Residence: 10 Founders Way, Unit D , St. Louis, MO 63105
(Mailing/Street) (City, State, ZIP)

Business Telephone: 614-365-2700   e-mail address: katherine.wenner@squirepb.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Ohio | 65 S. Front Street, Columbus, OH 43215 | 2022 |
| North Carolina | 217 E. Edenton Street, Raleigh, NC 27601 | 2019 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:

/s/ Katherine E. Wenner
(Signature of Applicant)


# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

    I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Katherine Elizabeth Wenner**
Attorney Registration No. **0100911**

was admitted to the practice of law in Ohio on November 17, 2022; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 19th day of January, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Kirstyn Moyers, *Attorney Services Coordinator*
*Office of Attorney Services*

No. 2024-01-19-1
Verify by email at GoodStandingRequests@sc.ohio.gov

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify that on September 4, 2019, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## Katherine Elizabeth Wenner

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this January 24, 2024.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina