Northern Dynasty Minerals LTD, et al.

          Plaintiff(s)

Case No.: 3:24-cv-00059-~~JMK~~ SLG

vs.

United States Environmental Protection Agency

          Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Ethan Cha, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Plaintiff's Corporate Disclosure Statement (Rule 7.1 Disclosure), Notice of Electronic Filing, Motion and Application of Non-Eligible Attorney for Permission to Appear in the United States District Court of the District of Alaska for Keith Bradley Pro Hac, Motion and Application of Non-Eligible Attorney for Permission to Appear in the United States District Court of the District of Alaska for Jeffrey M. Walker Pro Hac, Motion and Application of Non-Eligible Attorney for Permission to Appear in the United States District Court of the District of Alaska for ScheLeese Goudy Pro Hac, and Motion and Application of Non-Eligible Attorney for Permission to Appear in the United States District Court of the District of Alaska for Katherine E. Wenner Pro Hac

SERVE TO: United States Attorney General

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 03/20/2024 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0001 8879 3327.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

3-20-24
Executed On



_____
Ethan Cha

Client Ref Number: N/A
Job #: 1633491

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050