Northern Dynasty Minerals LTD, et al.

Plaintiff(s)

Case No.: 3:24-cv-00059-JMK

vs.

United States Environmental Protection Agency

Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Ethan Cha, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, Plaintiff's Corporate Disclosure Statement (Rule 7.1 Disclosure), Notice of Electronic Filing, Motion and Application of Non-Eligible Attorney for Permission to Appear in the United States District Court of the District of Alaska for Keith Bradley Pro Hac, Motion and Application of Non-Eligible Attorney for Permission to Appear in the United States District Court of the District of Alaska for Jeffrey M. Walker Pro Hac, Motion and Application of Non-Eligible Attorney for Permission to Appear in the United States District Court of the District of Alaska for ScheLeese Goudy Pro Hac, and Motion and Application of Non-Eligible Attorney for Permission to Appear in the United States District Court of the District of Alaska for Katherine E. Wenner Pro Hac

SERVE TO: United States Attorney General

SERVICE ADDRESS: U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

METHOD OF SERVICE: Per COVID-19 service of process protocol, service was completed by mailing a copy of the documents listed herein to United States Attorney General at U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 on 03/20/2024 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7022 2410 0001 8879 3327. Service was signed for on 03/26/2024, return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

3-29-24
Executed On

Ethan Cha

Client Ref Number: N/A
Job #: 1633491

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF ALASKA

| | | |
|---|---|---|
| NORTHERN DYNASTY MINERALS LTD and PEBBLE LIMITED PARTNERSHIP, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:24-cv-00059-JMK |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Ave., N.W.
Mail Code 2301A
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith Bradley, pro hac vice
ScheLeese Goudy, pro hac vice
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, Colorado 80202
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, pro hac vice
Katherine E. Wenner, pro hac vice
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
tom@reevesamodio.com
kevin@reevesamodio.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT ★ DISTRICT OF ALASKA ★

Date: 03/15/2024

*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAR ___ 2024 |
| 1. Article Addressed to:<br><br>United States Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4931 9063 6020 74 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Mail<br>☐ Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7022 2410 0001 8879 3327 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |