Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
Native American Rights Fund
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: 907-276-0680
mnewman@narf.org
mcondon@narf.org

*Counsel for Applicant Intervenor-Defendants Commercial Fisherman for Bristol Bay*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. 3:24-cv-00059-SLG<br><br>**DECLARATION OF KATHERINE CARSCALLEN IN SUPPORT OF MOTION TO INTERVENE BY COMMERCIAL FISHERMAN FOR BRISTOL BAY** |

I, Katherine Carscallen, state and declare as follows:

1. I was born and raised in Dillingham, Alaska. I am a Bristol Bay commercial fishing permit holder, captain of the F/V Sea Hawk, and I have relied on commercial salmon fishing in Bristol Bay as the primary source of income for myself and my family for my entire life.

2. I am the Executive Director of Commercial Fishermen for Bristol Bay (CFBB). I have served the organization since its inception in 2011.

3. CFBB is an advocacy network of over 100 businesses and commercial fishing organizations from across the Nation who support protecting and sustaining Bristol Bay's commercial salmon fishery. CFBB's mission is to ensure the long-term sustainability of Bristol Bay wild sockeye salmon through habitat protection, education, and advocacy and is governed by a 9-member advisory board representing drift and set net commercial fishers from across the Nation.

4. CFBB's vision is a sustainable fishery in Bristol Bay which supports the ecological, social, and economic wellbeing of Bristol Bay's communities and commercial fishing fleet for generations to come.

5. Since 2011, CFBB has worked to ensure the fishing fleet's collective voice is represented in work to protect Bristol Bay's irreplaceable salmon runs. With a diverse network of advocates spanning coast-to-coast, CFBB provides a united voice representing fishermen and the fishing industry far beyond Bristol Bay's waters. With a commitment to responsibly representing our fishing fleet and Bristol Bay's communities, CFBB continues to work to ensure that Bristol Bay's pristine watershed can carry on as an economic and cultural engine for Alaska and an unparalleled national treasure.

6. In 2023, CFBB solidified its "Value's Guide" to direct its work with commitments to:

   a. **Community**: CFBB celebrates Bristol Bay's diverse, multi-generational

fishing fleet and their communities, believing we are all "in the same boat" both on the water and on land.

b. **Sustainability**: CFBB recognizes the inextricable relationship between Bristol Bay's pristine watersheds and thriving fishing industry; Bristol Bay's habitat is the bedrock for the region's economic and cultural well-being.

c. **Stewardship**: CFBB seeks to promote and honor the legacy of Bristol Bay's Indigenous People, who have stewarded the lands, waters, and salmon since time immemorial.

d. **Responsibility**: CFBB believes that it is the responsibility of all fishermen to be informed and engaged in decisions and policies that affect the sustainability of Bristol Bay's fishery.

7. The Bristol Bay commercial fishery began on the shores of the Nushagak River 135 years ago and remains a beacon for sustainable salmon management. Bristol Bay has historically provided over 50 percent of the world supply of wild sockeye salmon, with recent years topping 70 percent. Bristol Bay's economic benefits exceed $2.2 billion per year, generating more than 15,000 full and part-time jobs. The Bristol Bay fishery also supports more than 8,500 individual fishermen, with 2,000 from Bristol Bay, another 2,500 from Alaska, and 4,000 from outside of Alaska. In addition, Bristol Bay supports more than 6,000 seafood processing workers and a cascade of support industry workers and businesses.

8. Since its founding in 2011, CFBB has worked to educate and organize

members of the fishing industry in the effort to protect Bristol Bay from the threat of the Pebble Mine; with a specific focus on advocating and voicing support for Clean Water Act section 404(c) protections at the Pebble deposit.

9. Over the course of the last 10 years, CFBB has participated extensively in the EPA section 404(c) and U.S. Army Corps of Engineers environmental impact statement processes surrounding the Pebble mine, including authoring written comments to the agencies and testifying at public hearings.

10. As an advocacy group supporting U.S. commercial fishing and seafood industries, CFBB knows what happens when fisheries and watersheds are not cared for. Too many of our Nation's fisheries have declined due to loss of habitat, and even billions of dollars cannot fully restore most of those fisheries following inappropriate development. All too often, attempts to reverse the damage are less effective and more expensive than prevention. Fishermen, and former fishermen, across the nation have experienced this. It is for this reason that CFBB supported and advocated for section 404(c) protections in Bristol Bay since its founding.

11. It is in places like Bristol Bay where our industry has the rare opportunity to maintain a resource and a fishery that is still healthy and has the proven capacity to sustain thousands of fishing jobs for families across the Nation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May, 2024 in Dillingham, Alaska

_Katherine Carscallen_
Katherine Carscallen