James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 676-7000
jamesf@summitlaw.com
jefff@summitlaw.com

*Attorneys for Bristol Bay Economic Development Corporation*

*Counsel for additional Intervening Parties are
identified at the end of this pleading*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. 3:24-cv-00059-SLG |

## CONSOLIDATED CORPORATE DISCLOSURE STATEMENTS OF PROPOSED INTERVENOR-DEFENDANTS

*Northern Dynasty Minerals, Ltd. v. EPA*
Case No. 3:24-cv-00059-SLG

1

Pursuant to Federal Rule of Civil Procedure 7.1, proposed Intervenor-Defendants state as follows:

### UNITED TRIBES OF BRISTOL BAY

United Tribes of Bristol Bay is a Tribally chartered consortium of fifteen federally recognized Tribes in Bristol Bay, with its headquarters in Dillingham, Alaska.

United Tribes of Bristol Bay does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of United Tribes of Bristol Bay.

### BRISTOL BAY NATIVE ASSOCIATION, INC.

Bristol Bay Native Association, Inc. is an Alaska non-profit corporation and Tribal consortium, with its headquarters in Dillingham, Alaska.

Bristol Bay Native Association, Inc. does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of Bristol Bay Native Association, Inc.

### BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION

Bristol Bay Economic Development Corporation is an Alaska 501(c)(4) non-profit corporation, with its headquarters in Dillingham, Alaska.

Bristol Bay Economic Development Corporation does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of Bristol Bay Economic Development Corporation.

## BRISTOL BAY NATIVE CORPORATION

Bristol Bay Native Corporation is an Alaska Native Regional Corporation created by the Alaska Native Claims Settlement Act.

Bristol Bay Native Corporation does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of Bristol Bay Native Corporation.

## BRISTOL BAY REGIONAL SEAFOOD DEVELOPMENT ASSOCIATION, INC.

Bristol Bay Regional Seafood Development Association, Inc. is an Alaska 501(c)(6) non-profit corporation, with its headquarters in Anchorage, Alaska.

Bristol Bay Regional Seafood Development Association, Inc. does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of Bristol Bay Regional Seafood Development Association, Inc.

## COMMERCIAL FISHERMEN FOR BRISTOL BAY

Commercial Fisherman for Bristol Bay is not-for-profit coalition of commercial fishing business with its headquarters in Dillingham, Alaska.

Commercial Fisherman for Bristol Bay does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of Commercial Fisherman for Bristol Bay.

DATED this 17th day of May, 2024.

        SUMMIT LAW GROUP PLLC
        *Attorneys for Bristol Bay Economic*
        *Development Corporation*

        By: *s/ James C. Feldman*
        James C. Feldman (AK Bar No. 1702003)
        Jeffrey M. Feldman (AK Bar No. 7605029)


        BESSENYEY & VAN TUYN, L.L.C.
        *Attorneys for Bristol Bay Native Corporation*

        By: *s/ Peter Van Tuyn*
        Peter Van Tuyn (AK Bar No. 8911086)
        Karen Schmidt (AK Bar No. 1211113)


        NATIVE AMERICAN RIGHTS FUND
        *Attorneys for United Tribes of Bristol Bay and*
        *Commercial Fishermen for Bristol Bay*

        By: *s/ Matthew N. Newman*
        Megan R. Condon (AK Bar No. 1810096)
        Matthew N. Newman (AK Bar No. 1305023)


        BRISTOL BAY NATIVE ASSOCIATION
        *Attorney for Bristol Bay Native Association*

        By: *s/ Felipe Farley*
        Felipe Farley (AK Bar. No. 1904029)

*Northern Dynasty Minerals, Ltd. v. EPA*
Case No. 3:24-cv-00059-SLG
4

Case 3:24-cv-00059-SLG   Document 22   Filed 05/17/24   Page 4 of 6

CASHION GILMORE & LINDEMUTH
*Attorney for Bristol Bay Regional Seafood Development Association, Inc.*

By: *s/ Scott Kendall*
Scott Kendall (AK Bar. No. 0405019)

*Northern Dynasty Minerals, Ltd. v. EPA*
Case No. 3:24-cv-00059-SLG

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

SUMMIT LAW GROUP, PLLC

*s/ Denise Brandenstein*
**Denise Brandenstein,** Legal Assistant
*deniseb@summitlaw.com*