# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>        Plaintiffs,<br>  v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant,<br><br>TROUT UNLIMITED,<br><br>        Intervenor-Defendant. | Case No. 3:24-cv-00059-SLG<br><br>**[Proposed] ORDER** |

## [Proposed] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANT TROUT UNLIMITED'S MOTION TO INTERVENE

Having considered Proposed Intervenor-Defendant Trout Unlimited's Motion to Intervene, as well as any opposition thereto, and pursuant to Federal Rule of Civil Procedure 24, it is hereby

ORDERED that the motion is GRANTED and Trout Unlimited is recognized as an intervenor party in the above-captioned matter.

 

_____
SHARON GLEASON
UNITED STATES DISTRICT JUDGE