Paul A. Werner*
Steven P. Hollman*
Abraham J. Shanedling*
Hannah J. Wigger*
Christopher L. Bauer*
Alexandra Bustamante*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, Suite 100
Washington, D.C. 20006-6801
Telephone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
hwigger@sheppardmullin.com
cbauer@sheppardmullin.com
abustamante@sheppardmullin.com

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
600 Clipper Ship Court
Anchorage, AK 99515
Telephone: (907) 227-1590
Austin.Williams@tu.org

*Pro hac vice application to be filed

Attorneys for Proposed Intervenor-Defendant Trout Unlimited

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>        Plaintiffs,<br>   v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant. | Case No. 3:24-cv-00059-SLG<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT OF**
**PROPOSED INTERVENOR-DEFENDANT TROUT UNLIMITED**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Trout Unlimited hereby notifies the Court that it is a nonprofit organization that does not issue stock. Trout Unlimited has no parent corporation, and there is no entity that owns 10% or more of any stock.

Dated: May 17, 2024    Respectfully submitted,

By: *s/ Austin Williams*
Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
600 Clipper Ship Court
Anchorage, AK 99515
Telephone: (907) 227-1590
Austin.Williams@tu.org

Paul A. Werner*
Steven P. Hollman*
Abraham J. Shanedling*
Hannah J. Wigger*
Christopher L. Bauer*
Alexandra Bustamante*
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, Suite 100
Washington, D.C. 20006-6801
Telephone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
hwigger@sheppardmullin.com
cbauer@sheppardmullin.com
abustamante@sheppardmullin.com

**Pro hac vice* application to be filed

*Attorneys for Proposed Intervenor-Defendant Trout Unlimited*