# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Northern Dynasty Minerals Ltd. et al.<br><br>           Plaintiff(s),<br>       vs.<br>United States Environmental Protection Agency<br><br>           Defendant(s). | Case No. 3:24-cv-00059-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Paul A. Werner, hereby apply for permission to appear and
   (name)
participate as counsel for Trout Unlimited, Defendant-Intervenor,
     (Name of party)         (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☐ I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate Austin Williams, a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: May 17, 2024

_____
(Signature)

Paul A. Werner
(Printed Name)

2099 Pennsylvania Avenue NW, Suite 100
(Address)

Washington, D.C. 20006
(City/State/Zip)

202-747-1931
(Telephone Number)

pwerner@sheppardmullin.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: May 17, 2024

_____
(Signature)

Austin Williams
(Printed Name)

600 Clipper Ship Ct.
(Address)

Anchorage, AK 99515
(City, State, Zip)

907-227-1590
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Paul Anthony Werner III

Business Address: 2099 Pennsylvania Avenue NW, Suite 100, Washington, DC 20006
(Mailing/Street) (City, State, ZIP)

Residence: 35919 Beaverdam Road, Middleburg, VA 20117
(Mailing/Street) (City, State, ZIP)

Business Telephone: 202-747-1931   e-mail address: pwerner@sheppardmullin.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| New York | 1 Elk Street, Albany, NY 12207 | 2024 |
| District of Columbia | 901 4th St NW, Washington DC 20001 | 2003 |
| Virginia | 1111 E. Main St., Suite 700, Richmond, VA 23219 | 2002 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: May 17, 2024

_____
(Signature of Applicant)