# DOCUMENTS FILED IN SUPPORT OF SALMONSTATE *ET AL.*'S MOTION TO INTERVENE

| Declarations |
|---|
| Decl. of James Adams |
| Decl. of Emily Anderson |
| Decl. of Loren Barrett |
| Decl. of Timothy Bristol |
| Decl. of Melanie Brown |
| Decl. of Brendan Cummings |
| Decl. of Chantal de Alcuaz |
| Decl. of Louis Flora |
| Decl. of Bonnie Gestring |
| Decl. of Anders Gustafson |
| Decl. of Penelope Haas |
| Decl. of Drew Hamilton |
| Decl. of Chirstine Hill |
| Decl. of Taryn Kiekow Heimer |
| Decl. of Maureen Knutsen |
| Decl. of Paul Liedberg |
| Decl. of Lee Marin |
| Decl. of Kristin Miller |
| Decl. of Pamela Miller |
| Decl. of Heather Nudlash |
| Decl. of Bjorn Olson |
| Decl. of Wayne Richardson |
| Decl. of Jessie Ritter |
| Decl. of Konrad Schaad |
| Decl. of Nicole Schmitt |
| Decl. of Robert Shavelson |
| Decl. of Steven Silber |
| Decl. of Hallie Templeton |
| Decl. of Everett Thompson |
| Decl. of Joshua Vantrease |

| Exhibits ||
|---|---|
| Exhibit Number | Document Title |
| Ex. 1 | Excerpts from U.S. Env't Prot. Agency, Final Determination of the U.S. Env't Prot. Agency Pursuant to Section 404(C) of the Clean Water Act, Pebble Deposit Area, Southwest Alaska (January 2023). |

| Additional Documents | |
|---|---|
| [Proposed] Answer | |
| [Proposed] Order | |