# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

## DECLARATION OF CHANTAL GRCICH DE ALCUAZ

I, Chantal de Alcuaz, hereby declare:

      1.      I make this declaration in support of The Alaska Center's Motion to Intervene in the above-captioned litigation. I know these facts of my own personal knowledge and would competently testify to them if called as a witness in these proceedings.

      2.      My name is Chantal Grcich de Alcuaz. I reside in Anchorage, Alaska. I hold both a BA and MA from the University of Notre Dame and have worked in the nonprofit field for a decade. I am the Co-Executive Director of The Alaska Center.

      3.      The Alaska Center is a 501(c)(3) nonprofit that engages, empowers, and elects Alaskans to stand up for our clean air and water, healthy communities, and a strong

democracy. Based in Anchorage, The Alaska Center has approximately 10,000 members from across Alaska.

4. I have been with The Alaska Center since July 2019, when I joined as Development Director. I have been the Co-Executive Director since October 2022. As a Co-Executive Director, I manage staff, work on fundraising, support the board of directors, and provide strategic direction and vision for The Alaska Center.

5. As Alaskans, we understand the importance and fundamental value of salmon to our community. Salmon touches our lives from our freezers for long winters, to our communal activities, to our family dinners, to our livelihoods. Because of this, The Alaska Center works in both urban and rural communities to protect our salmon and clean water for our home and our future.

6. To achieve these goals, The Alaska Center engages in public outreach and educational events, street canvassing and petition gathering, electioneering, phone banking, letter writing, and drafting newspaper submissions, such as letters to the editor and opinion editorials.

7. Protecting Bristol Bay is important to The Alaska Center because Bristol Bay is the last, greatest, sustainable wild salmon run in the world. In a state full of wonder, Bristol Bay is one of the jewels of Alaska. It provides economic opportunity for thousands of Alaskans, bringing millions of dollars to the state every year. The area is a food source for Indigenous, rural, and urban residents of Alaska. It ties our state and its

people together and provides a secure, high-quality food source at a time when food costs are rising and chum and chinook populations are plummeting. It guarantees food security, job security, and ecological balance for thousands of people and animals. Without it, Alaska's identity would be unalterably shifted and many families would be forced to reconsider their permanent residence due to unassociated but relevant rising costs and dwindling resources.

8.     The Alaska Center monitors ongoing legislation and legal action pertaining to Pebble Mine and Bristol Bay. If and when opportunities or action arise, we communicate this information to our member base. We organize public events and engage Alaskans on letter writing campaigns, find volunteers to attend public meetings, and reach Alaskans on social media with actions and educational materials. We've been involved for over a decade as active members of Pebble coalitions to support efforts to protect the Bristol Bay watershed from threats such as Pebble Mine, and to advocate for permanent protections for the region.

9.     The Alaska Center participated in the Pebble commenting process. We let our members know about the dates of comment periods, ways to comment, extensions to comment periods, and media related to the permitting process. We alerted our members and created an online action form they could use that demanded that the Environmental Protection Agency (EPA) use its authority under Section 404(c) of the Clean Water Act to protect the region. We also co-hosted education events and rallies around comment

periods and conducted paid media campaigns. We posted on our social media accounts, our website, and sent emails to our membership base with information concerning the permitting process and ran paid media campaigns to educate the public and collect comments.

10.    The Alaska Center has been involved in opposition to Pebble Mine since 2006. We opposed Northern Dynasty's acquisition of mineral leases in the Bristol Bay watershed, supported the 2014 Bristol Bay Forever ballot initiative, and participated in commenting on EPA's 2017 withdrawal of its Proposed Determination, Pebble Mine's 2018 permit application to the Army Corps of Engineers, and the Army Corps' 2019 Draft Environmental Impact Statement. The Alaska Center also participated in a 2022 online petition asking EPA to use its 404(c) authority to veto the Pebble Mine, petitioned Senators Lisa Murkowski and Dan Sullivan to request a veto after the Pebble Tapes, and petitioned Senator Murkowski, the EPA, and the Army Corps to reject Pebble's permit applications because of Pebble's environmental impacts.

11.    I have personally supported initiatives against Pebble Mine in support of Bristol Bay protections. This includes submitting public comments, supporting salmon advocacy nonprofit organizations, and personal advocacy like bumper stickers.

12.    I have personally visited the Bristol Bay area. I had the opportunity to spend a few days in Dillingham in 2014 and have also camped and backpacked at Brooks Falls.

13.     The Alaska Center has worked for almost two decades to prevent permitting and construction of the Pebble Mine. Our staff and members are Alaskans; we rely on the annual return of salmon to fill our freezers and pay our bills. As an organization, we are committed to ensuring our leaders are held accountable and are responsible to the desires of their constituents. We have worked to ensure that the public is aware of the best science; that the public is aware of the massive tailings storage and dam that will be constructed and need to be maintained in perpetuity. Should the Pebble Mine be permitted, our best efforts to hold such officials accountable would be ignored. Our members and staff would be forced to reconcile with the destruction of an important domestic food and financial resource. Our members' demands to prevent the construction of this mine would go unheeded, and the public process would be fundamentally disparaged. It is important for The Alaska Center to be part of this litigation to defend our interests and our members' interests in protecting Bristol Bay and ensuring EPA's Final Determination stands.

14.     The plaintiffs in this litigation seek to reverse EPA's important decision protecting the Bristol Bay region, which would have devastating impacts on The Alaska Center and its members' values.

15.     The Alaska Center and its members are not adequately represented by EPA in this lawsuit. While we support EPA's Final Determination, we can only be sure that our interests are protected by participating in the lawsuit as a party. EPA has changed

course before, as in 2017 when it abruptly withdrew its Proposed Determination after a change in administration. Agency leadership could change again during the pendency of this lawsuit, especially in light of the upcoming November 2024 election. Only by intervening and gaining the rights of a party can The Alaska Center be sure that its interests and those of its members are protected.

16.     The Alaska Center seeks to intervene in this lawsuit to ensure the Bristol Bay watershed and its wildlife continue to thrive and our interests in the region's communities and fisheries remain intact. The Final Determination protects Bristol Bay from large-scale mining, such as Pebble Mine, that would cause irreparable harm. With approximately 10,000 members, The Alaska Center is one of the most influential home-grown environmental advocacy organizations in the state. Salmon and clean water are essential to our mission. It is our privilege and responsibility to support the EPA's protection of the Bristol Bay region on behalf of its waters, salmon, and the communities it sustains.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of May 2024 in Anchorage, Alaska.

_____

Chantal de Alcuaz

DECL. OF CHANTAL DE ALCUAZ                                    Page 6 of 6
*Northern Dynasty Minerals LTD. v. EPA*, Case No. 3:24-cv-00059-SLG