Siobhan McIntyre (AK Bar No. 1206050)
Teresa B. Clemmer (AK Bar No. 0111059)
Trustees for Alaska
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
tclemmer@trustees.org

*Attorneys for Movant Intervenor-Defendants SalmonState, Alaska Center, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, McNeil River Alliance, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, and Wild Salmon Center*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

## DECLARATION OF LOUIS FLORA

I, Louis Anthony Flora, state and affirm as follows:

1. My name is Louis Flora. I am a resident of Homer, Alaska. I know these facts of my own personal knowledge and would competently testify to them if called as a witness in these proceedings.

2. I graduated from Homer High School in 1994 and have taken numerous college courses. I was a Legislative Intern with the Alaska State Legislature in 2004 and was then a member for the Alaska State Legislative Staff for ten years. I have been a commercial fisherman since 1990.

3. I am a current member of the Alaska Center. In addition, I worked as the Government Affairs Director for the Alaska Center from 2014 to 2023. In this role, I monitored the Alaska Legislature and advised professional organizers, and grassroots volunteers on tactics around the Legislature and specific policies in relation to salmon habitat, clean energy, and civic engagement. Advising Alaska Center staff, including community organizers on policies related to Bristol Bay, and drafting grant proposals for funding to continue Bristol Bay protection efforts, attending coalition meetings regarding the proposed Pebble Mine, and salmon protection in general constituted approximately 15-20% of my salaried time for the Alaska Center. As the Alaska Center's former Government Affairs Director, and, personally, as a current member of the Alaska Center, I fully supported the U.S. Environmental Protection Agency's (EPA) 404(c) Final Determination that is challenged in this case. It protects the Bristol Bay watershed from

large-scale mining, such as the proposed Pebble Mine, which would irreparably impact the area's wetlands, waters, and fish that depend on them.

4. I have visited the Bristol Bay region one to two times a year since 1983, generally June through July. I have also been to the region in October and December. I have been to Pile Bay, Pedro Bay, Kokhanok, Intricate Bay, Iliamna, Newhalen, Igiugig, Nakeen, Naknek, King Salmon, Egegik, Dillingham, Pilot Point, Alegnagek, and Brooks Camp. I have fished in the Naknek/Kvichiak, Egegik, Nushagak, and Ugashik Districts. I have traveled by boat up and down the Naknek and Kvichiak rivers, and across Lake Iliamna. I have toured the Pebble prospect site with legislators and Northern Dynasty representatives. While on those trips, I have engaged in commercial salmon fishing and associated boat and gear work. I have also recreated: enjoying boating, swimming, sport fishing, and wildlife viewing. As committee staff to the Alaska House Special Committee on Fisheries I organized and orchestrated travel, lodging, and committee hearings for members of the Alaska State House in Iliamna, Naknek, and Dillingham on HB 134 (2007) regarding industrial water use in the Bristol Bay watershed. I will be returning to Bristol Bay in June of 2024 by way of Cook Inlet and Lake Illiamna. I will be commercial fishing to provide revenue for my family, and to help my oldest daughter, who fishes with me, with her first year college tuition and associated expenses.

5. I generally make the majority of my annual income for a family of four by commercial salmon fishing in Bristol Bay. Additionally, wild Bristol Bay sockeye

salmon pay my boat loan, automobile loan, boat and car insurance, income and property taxes. I will therefore be harmed economically if the proposed Pebble Mine is developed. My specific concern is that widespread industrial development of the Bristol Bay watershed will harm both riverine and lacustrine fish spawning habitat, already stressed by climate change. I am concerned about loss of salmon productivity and also decreased effectiveness of the Bristol Bay wild salmon marketing strategy which highlights clean water and intact habitat.

6. Pebble Mine development will lead to the industrial development of a major mining district in the Iliamna Lake region, as well as the Kamishak Bay region. The Kenai Peninsula Borough will also see impacts from both mine employment and industrial activities associated with supplying the mining district. Development of a mine will lead to increased population in the Kenai Peninsula Borough, with increased population of students in the Kenai Peninsula Borough School District. Due to the lack of any fiscal plan in Alaska, this school district will subsequently see diminished funding, with more students whose parent or parents are employed in mine development activities. This will lead to reduced educational quality. I have one child in the KPB school district and am concerned about the quality of education should the mine be developed. Pebble development in combination with a market downturn will cause numerous fishermen to transition to other fisheries or pursue other employment opportunities.

7. The plaintiffs in this litigation seek to reverse EPA's important decision protecting the Bristol Bay region, and this would have devastating impacts on the Alaska Center, as well as on me and my interest in continuing to engage in commercial salmon fishing, outdoor recreation activities, and wildlife viewing in the region. My interests would therefore be harmed if Plaintiffs receive the remedy they seek—vacatur of the Final Determination and its protections against the development of large-scale mining operations in the Bristol Bay region, such as the proposed Pebble Mine. It is important for the Alaska Center to be involved in this lawsuit to ensure that its members' interests—including my own—are adequately protected and that the Final Determination is allowed to stand.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 3rd day of May, 2024 in Juneau, Alaska.

_____
Louis Anthony Flora