UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

## DECLARATION OF PENELOPE ANNE HAAS

I, Penelope Anne Haas, hereby declare:

1. I make this declaration in support of the Kachemak Bay Conservation Society's (KBCS) Motion to Intervene in the above-captioned litigation. I know these facts of my own personal knowledge and would competently testify to them if called as a witness in these proceedings.

2. My name is Penelope Anne Haas. I reside in Homer, Alaska. I have a bachelor's degree in history and politics from Pomona College and have worked in commercial salmon fisheries in Alaska since 2010 as a deckhand on commercial fishing boats and for the Alaska Department of Fish and Game. I am currently in the process of buying my own boat and permit for the Cook Inlet gill net fishery and starting a business

marketing my catch. I also have my own honey company and maintain and repair wooden boats.

3.     I am the Vice President of KBCS, a 501(c)(3) organization, and have been with the organization since 2017. I joined KBCS as a contractor and board member in 2017 and became Vice President in 2021. In my role as Vice President, I am responsible for membership outreach, event organization, issue analysis, coordination with other organizations to respond to local environmental issues, keeping our board updated on activities, and engagement with state and local decision makers.

4.     KBCS's mission is to protect the environment of the Kachemak Bay region and greater Alaska by encouraging sustainable use and stewardship of natural resources through advocacy, education, information, and collaboration. KBCS has 56 members.

5.     The Environmental Protection Agency's (EPA) decision to protect Bristol Bay from the proposed Pebble Mine is important to KBCS's work to achieve clean water, healthy habitats, sustainable management of natural resources, and a wild fish culture. Harm to Bristol Bay from Pebble Mine would hurt our ability to fight for wild, intact salmon fisheries.

6.     KBCS has been involved in opposition to the proposed Pebble Mine since 2005. KBCS formed the Cook Inlet Alliance, one of the first groups formed to oppose Pebble Mine. KBCS held public meetings in Homer in the mid-2000s to raise awareness of the prospect of Pebble Mine's impacts and proposed a fish refuge in Bristol Bay to the

Alaska Board of Fish. KBCS sent action alerts regarding opportunities for public engagement and was involved in commenting on the 2014 Proposed Determination, the 2018 scoping process, and the 2019 draft Environmental Impact Statement regarding the Pebble Mine.

7. KBCS is concerned that harm to the Bristol Bay fishery caused by Pebble Mine will seriously harm the culture and economy of Homer. Many residents of Homer make our livelihoods in Bristol Bay. I am buying into the Cook Inlet fishery, and the way I see it, harm to the Bristol Bay fishery will contact and hurt the whole industry—make it harder for me to work on my boat, find a mechanic, etc. I am a wild salmon fisherman—there are almost none of us left in the world. Contamination of the Bristol Bay watershed (and potential harm to the bears in the Katmai/McNeil area where the mine road is proposed) would be a catastrophe whose implications would touch most of us here in Homer. Economic harm would hit Homer at so many levels, from tourism to commercial fishing. Additionally, contamination from ore being moved by boat out of the mine and through Homer would be catastrophic for Kachemak Bay, whose health is a central part of my culture, food, and the economy of my town.

8. I fished in Bristol Bay for three summers as a deckhand on commercial fishing boats and care about wild Alaska salmon and healthy wild fisheries.

9. The plaintiffs in this litigation seek to reverse EPA's important decision protecting the Bristol Bay region. This would severely harm the interests of KBCS and its members.

10. KBCS and its members are not adequately represented by EPA in this lawsuit. While we support EPA's Final Determination, we can only be sure that our interests are protected by participating in the lawsuit as a party. EPA has changed course before, as in 2017 when it abruptly withdrew its Proposed Determination after a change in administration. Agency leadership could change again during the pendency of this lawsuit, especially in light of the upcoming November 2024 election. Only by intervening and gaining the rights of a party can KBCS be sure that its interests and those of its members are protected.

11. KBCS seeks to intervene in this lawsuit to ensure the Bristol Bay watershed and its wildlife continues to thrive and our interests in the region's communities and fisheries remain intact. The Final Determination protects Bristol Bay from large-scale mining, such as Pebble Mine, that would cause irreparable harm. Harm to Bristol Bay would ripple across small communities like Homer all over Alaska, from fishing families to bear guiding tours. It is important that KBCS be involved in this lawsuit to ensure that our interests and our members' interests are protected and that the Final Determination is allowed to stand.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __6__ day of May, 2024 in Homer, Alaska.

_____

Penelope Anne Haas