Siobhan McIntyre (AK Bar No. 1206050)
Teresa B. Clemmer (AK Bar No. 0111059)
Trustees for Alaska
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
tclemmer@trustees.org

*Attorneys for Movant Intervenor-Defendants SalmonState, Alaska Center, Alaska
Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook
Inletkeeper, Friends of McNeil River, McNeil River Alliance, Kachemak Bay
Conservation Society, National Parks Conservation Association, National Wildlife
Federation, Sierra Club, and Wild Salmon Center*

Thomas Zimpleman (pro hac vice pending)
Jacqueline Iwata (pro hac vice pending)
Natural Resources Defense Council
1152 15th St. NW Ste. 300
Washington, DC 20005
Phone: (202) 289-6868
tzimpleman@nrdc.org
jiwata@nrdc.org

Joel Reynolds (pro hac vice pending)
Natural Resources Defense Council
1314 2nd St.
Santa Monica, CA 90401
(310) 434-2300
jreynolds@nrdc.org

*Attorneys for Movant Intervenor-Defendant Natural Resources Defense Council*

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, | Case No. 3:24-cv-00059-SLG |

Plaintiffs,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY

Defendant.

## DECLARATION OF MAUREEN KNUTSEN

I, MAUREEN KNUTSEN, state and declare as follows:

1.     I am a member of the Natural Resources Defense Council (NRDC).

2.     I am also a member of the Sierra Club. I first joined Sierra Club in 2001. My current membership began in July 2022 and is a lifetime membership.

3.     I have lived in Naknek, Alaska since 1975. Naknek is along the Naknek River, which feeds into Bristol Bay.

4.     Salmon are my community's lifeblood. Anything that affects salmon affects the entire community.

5.     I have fished for forty-three years with my husband who was a commercial fisherman in Bristol Bay operating his own boat for fifty-eight years. Fishing was our main source of income. We sold our fishing permit and boat to another local resident to keep our boat and permit in the community. Even when we did commercial fishing, we also fished for our personal supply.

6.     Although my husband has retired, we still fish for subsistence. Groceries are expensive in Naknek, but we can always count on salmon. Salmon that we fish are our main source of protein in the winter. We eat salmon at least once a day, sometimes more.

7.     Fishing impacts our entire family. My husband has fished since he was eight years old, and members of our extended family are still involved in commercial fishing.

DECL. OF MAUREEN KNUTSEN                       Page 3 of 5
*Northern Dynasty Minerals LTD. v. EPA*, Case No. 3:24-cv-00059-SLG

8.     Salmon also provide my community's government services. The raw fish tax and taxes on fishing vessels provide for schools, roads, and the sewer system. Sportfishing, lodges, and tourism such as in Brooks Falls in Katmai National Park and Preserve are also important parts of our local economy.

9.     I have submitted comments and participated in public hearings at the local level since 2006 opposing Pebble Mine due to its impacts on salmon.

10.     Opening this area to mining is like opening Pandora's box. This has happened to every other wild salmon run in the world. Bristol Bay is the last pristine place left.

11.     Mining proponents say that only small streams would be lost, but all of these streams are needed for the salmon run. Even the studies done in connection with the mine show this. These studies found miles and miles of little streams with salmon that had not been documented before and their interconnectedness. I believe the analogy provided by the University of Washington Fisheries Research Institute captures this well—the streams are like a stock portfolio where one part can compensate for another that is not doing well.

12.     I am also worried that mining would harm my community's economy. Our commercial fishing industry's salmon stands out from farmed salmon and salmon from less sustainable sources because it is from a wild and pristine natural environment.

DECL. OF MAUREEN KNUTSEN                                    Page 4 of 5
*Northern Dynasty Minerals LTD. v. EPA*, Case No. 3:24-cv-00059-SLG

Mining in the region would hurt this reputation and make it harder for our commercial seafood associations to promote their salmon.

13.     I am also worried about the mine's impact on salmon runs. Anything that takes out salmon streams is a direct threat to the total amount of salmon available. Smaller salmon runs would mean that the local government has less revenue and this would impact my community and me through fewer services. Additionally, my husband and I rely on salmon as our main source of protein in the winter. We would be harmed by less salmon being available personally for subsistence.

14.     I support the Environmental Protection Agency's decision to veto Pebble Mine. If EPA's veto were to be struck down and the Pebble Mine permitted, my and my community's ability to access and benefit from salmon would be diminished.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.'

Signed in Naknek, Alaska, this 25th day of April, 2024

*Maureen Knutsen*

Maureen Knutsen