## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

## DECLARATION OF PAUL LIEDBERG

I, Paul Arden Liedberg, hereby declare:

1. My name is Paul Liedberg, and I live in Dillingham, Alaska.

2. I make this declaration in support of Alaska Community Action on Toxics' (ACAT) Motion to Intervene in the above-captioned litigation. I know these facts of my own personal knowledge and would competently testify to them if called as a witness in these proceedings.

3. I have a BS degree from the University of Alaska Fairbanks in Natural Resource Management with a minor in Business Management. I had a thirty-five-year career with the U.S. Fish and Wildlife Service, National Wildlife Refuge System. For twelve years of that time, I served in administrative positions. The remaining twenty-three years I worked in management positions. I held positions with the Agassiz National

Wildlife Refuge (NWR) in Minnesota, the Arctic NWR based in Fairbanks, the Koyukuk and Nowitna NWRs based in Galena, the Yukon Delta NWR based in Bethel, and finally as the Refuge Manager with the Togiak NWR based in Dillingham. My career involved working with remote villages and villagers to exchange information on land and wildlife management, managing commercial and sport harvest of fish and wildlife, supervision of public outreach programs directed at adults and youth, making decisions on commercial/development projects proposed, enforcement of wildlife and land management regulations, and administration of budgets and personnel.

4. I am a member of ACAT and the National Wildlife Refuge Association. I am a member of ACAT because I support the organization's work in protecting people from harmful chemical releases into the environment, such as contamination from the proposed Pebble Mine.

5. I have lived in the Bristol Bay watershed since 2004, and currently reside in the watershed community of Dillingham. I am an active subsistence and sport fisherman, as well as engaging in motorized and non-motorized boating on Bristol Bay watershed lakes and rivers.

6. Conservation of wild lands and protection of those lands from inappropriate development and pollution is very important to me. With shrinking undeveloped land in the country and increased demand for outdoor recreation which includes clean water, it is imperative that we carefully scrutinize what type of developments—in this case,

mining—are allowed on public lands. Individually, I participate in the subsistence harvest of salmon in upper Nushagak Bay, part of Bristol Bay. I am concerned with negative impacts to the Bristol Bay salmon runs as well as other resident fisheries in Bristol Bay.

7. I have been involved in opposition to Pebble Mine for a considerable time. I served on the Dillingham City Council for seven years during the period that the council approved and supported a resolution in opposition to the Pebble development. I served as a member and then as chair of the Wood-Tikchik State Park Advisory Council for approximately six years. I have served, and continue to serve, as an advisor to the Bristol Bay Heritage Land Trust that has taken positions in opposition to the Pebble development.

8. If Pebble Mine is permitted and built, I could be harmed because negative impacts to salmon and resident species could impact my ability to harvest this resource, and would negatively affect one of the major benefits of living in the region. On a community-wide basis, where a main economic driver is based on salmon and resident species harvest (commercial and sport), negative environmental impacts from Pebble Mine have the ability to alter the character of Bristol Bay communities.

9. ACAT works to minimize or limit the exposure of harmful chemicals to citizens. The release of toxic chemicals as part of the Pebble Mine development and operation is a real possibility and would directly conflict with the mission of ACAT.

Directing resources to respond to the release of toxic chemicals from the Pebble Mine would negatively affect other programs now supported by ACAT.

10. It is important to me to be involved in this lawsuit because the Environmental Protection Agency (EPA), as part of the executive branch of the federal government, can make interpretations that vary based on presidential priorities. Indeed, here, EPA reversed course and withdrew its 404(c) Proposed Determination after a change in administration in 2017. EPA leadership could change again during the pendency of this lawsuit, especially in light of the upcoming November 2024 election. It is also important that EPA has knowledge of the public's position on controversial development proposals as well as a thorough understanding of the potential impacts identified by the public. ACAT represents a slightly different mission than other organizations in this discussion with their focus on toxins and pollutants, and it is important that they are heard. I believe it is critical to defend the Final Determination and EPA's finding that the proposed Pebble Mine poses unacceptable risks to the Bristol Bay watershed. The plaintiffs in this litigation seek to reverse EPA's important decision protecting the Bristol Bay region, and this would have a significant negative impact on my personal enjoyment and subsistence use of the Bristol Bay area.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of May, 2024 in Anchorage, Alaska.

*/s/ Paul Liedberg*

Paul Liedberg