UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

## DECLARATION OF EVERETT LEROY THOMPSON

I, Everett Leroy Thompson, hereby declare as follows:

1. I am a member of Earthworks. I have been a member of and have worked with Earthworks since 2009.

2. I am a resident of Naknek, Alaska. I was born and raised here, and have lived in the Bristol Bay watershed all of my life. I fish, hunt, live, adventure, and explore the natural world in and around the Bristol Bay watershed.

3. I am a life-long fisher. I have fished the Bristol Bay watershed since I can remember. I have commercial fished in Bristol Bay every season all season with my family since I was seven, and have held a limited entry permit since the age of eleven. I began commercial fishing by set-netting, and I became a drift fisherman when I turned 21. I have fished each of the five commercial management districts in Bristol Bay, but I mostly fish out of the Naknek-Kvichak and Egegik districts. I fish from my boat, the *Northern Flyer*, for sockeye salmon primarily and have long-lined for halibut in the past. I hope to fish halibut again in an upcoming season.

4. I am a part-owner of Silver Bay Seafoods Naknek. Silver Bay, which is half-owned by fishermen, has the most-sophisticated fish processing and distribution facility in Naknek. Many of the best fishermen in Bristol Bay bring their salmon to Silver Bay.

5. I am also a subsistence fisher and hunter, and an avid outdoorsman. My family has land up the Branch River, the local name for the Alagnak River and a tributary of the Kvichak River, that we subsist on. We also have family land at Reindeer Bay on

Iliamna Lake near Kokhanok. My mother claimed an 80-acre allotment at Reindeer Bay under ANCSA for subsistence purposes. I travel the rivers, waters, and lands of Bristol Bay, from Naknek to the west side of the Kvichak and along the Branch River, fishing for salmon and spawned-out salmon, trout, grayling, and pike and hunt for caribou, moose, and ptarmigan to feed my family.

6. I am also a carver in the off-season. I gather the ivory and bone I use for carving from combing the beaches of Bristol Bay and from traditional harvest. My carvings are inspired by the natural world, and are a way I can express my beliefs in the value of the natural resources provided by Bristol Bay and my respect for the sustainability of these resources. Many of my carvings are of salmon and reflect both the spiritual and financial importance of salmon to the people of Bristol Bay.

7. I have lived here in the Bristol Bay watershed. I fish and hunt here. I work as a fisherman, small-business owner, and artist here. I make my living, my art, and my life in a renewable resource economy that can last forever but that is entirely dependent on the health and vitality of the fish and wildlife, lands and waters of Bristol Bay. I believe that the mining operations proposed for the Pebble Mine are a significant threat to the sustainability and productivity of the ecosystem of Bristol Bay, and to the people, fish, and wildlife that depend upon it. I am afraid that the Pebble Mine, if it gets permitted and becomes operational, will disrupt every aspect of our lives.

8. The Bristol Bay watershed and its abundant resources have provided for the people of the region for 10,000 years or more. My family before me fished in Bristol

Bay both for subsistence and commercially, and the next are following in our footsteps. I hope my children will do so as well. Bristol Bay is a stronghold for salmon; it is an amazing and abundant resource to subsist on and I believe we should never take that abundance for granted. I believe every aspect of the Pebble Mine threatens the salmon of Bristol Bay, and that is not okay to me; disruption of the lifecycles of the salmon that thrive in the Bristol Bay watershed by mining operations would be sacrilegious to me.

9. I am concerned that the Pebble Mine will create a toxic superfund site that has to be watched in perpetuity. I am worried that pollution from the Pebble Mine will degrade the waters, lands, and habitat needed by the salmon, caribou, moose, and other fish and wildlife that we rely upon to feed our families, making it harder for us to subsistence fish and hunt for healthy foods. I believe that there will always be abundant places for me and others who live and subsist in the Bristol Bay region to fish and hunt for salmon, caribou, and other subsistence foods as long as we keep those areas of abundance clean and pristine, and free from toxic mining pollution. If the Pebble Mine is permitted and developed, I would avoid fishing and hunting in places affected by the mine's operations.

10. Bristol Bay salmon are highly valued because consumers appreciate that the fish come from a pristine place. I am concerned that the prices we get for our salmon may be negatively affected if the Pebble Mine proceeds and people begin to fear the salmon may be polluted by toxic mining wastes. Lower salmon prices will harm my livelihood and the Bristol Bay commercial fishing industry. If the numbers of salmon

start dropping because of pollution from the mine or from the loss of the streams and wetlands salmon need for spawning, I am worried that the commercial fishing industry, a renewable resource economy that has sustained my family, will be destroyed.

11. I was born from this land, I subsist and live off this land, and I believe this land is our land. Naknek is my home, and it will continue to be my home for as long as I am able to live. I believe I was born to fish these waters. The waters of Bristol Bay have sustained my family for generations. This watershed has provide me and my family a subsistence lifestyle and commercial fishery that I believe is worth fighting for. I will fight to save this place with all I have so that my children and the generations that follow have the opportunity to carry on living from and protecting Bristol Bay – a home I believe that is beyond compare. Any decision that reverses EPA's Final Determination, making room for the Corps to permit the Pebble mine, threatens the sustainability of the Bristol Bay region and its people in perpetuity. With the global climate at these times, we need our place to subsist, to live. We need to take care of this region of the world because it has taken care of my people here for the last 10,000 years.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Dated: April 16, 2024     By: *[signature]*

Everett Thompson