# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

## DECLARATION OF JOSHUA VANTREASE

I, Joshua Clifton Vantrease, hereby declare:

1. My name is Joshua Vantrease. I have a BA in Social Science from the University of Alaska Southeast. I have been a commercial fisherman in Bristol Bay for 13 years. Currently, I am employed by the Kenai Mountains Turnagain Arm Heritage Area as an Outdoor Programs Coordinator in the winter. I am a member of Alaska Wildlife Alliance (AWA) and I have given money to support SalmonState's anti-Pebble campaign.

2. I make this declaration in support of the AWA Motion to Intervene in the above-captioned litigation. I know these facts of my own personal knowledge and would competently testify to them if called as a witness in these proceedings.

3. I travel to Bristol Bay every summer for my commercial fishing business. I have fished in every major salmon producing river, the Nushagak, Kvichak, Ugashik, Igushik, Naknek, and Egegik. I was last there in July 2023 drift netting for salmon. I plan to return to Bristol Bay on June 10, 2024 for the upcoming salmon run.

4. During the permitting process with the EPA, I submitted comments voicing my concerns over how a massive pit mine would jeopardize the salmon of Bristol Bay and my career. I have engaged in protests, given money, and participated in multiple letter writing campaigns to senators at the state and local level in opposition to Pebble Mine since I was in 6th grade in 2007.

5. I am a member of AWA because I support the organization's work to protect the biodiversity and salmon of Bristol Bay from the harmful impacts of contamination from Pebble Mine.

6. Protecting the Bristol Bay watershed is important to me on two levels. The first is simple, my commercial fishing business is the primary source of income for my family. My second reason is cultural. Every summer since I was 2 years old almost every family member from my father's side journeys out to Bristol Bay to fish for salmon. It's been that way since my grandpa began fishing in Bristol Bay in a sailboat. Pebble Mine's proposed location in the Bristol Bay watershed and planned operations around Lake Iliamna would undoubtedly pollute the pristine watershed that salmon need to live. If

Pebble Mine were to drastically hurt the Bristol Bay salmon run I would lose my career, and a priceless connection to my family.

7. If Pebble is permitted and built the salmon run will decrease. There is a simple correlation between development and the size of salmon runs. The more human development around the watersheds where salmon reproduce the less salmon return to it the following year. As Pebble Mine is a large scale development project that will produce large amounts of toxic waste tailings I am concerned it would devastate the salmon runs of Bristol Bay and I would no longer be able to commercially fish there. I would no longer travel to Bristol Bay seasonally. I would have to find another job. I would lose the hundreds of thousands of dollars I have invested there to start my business. With no financial reason to travel out there my family would cease to go and we would lose a priceless familial way of life that has been passed down for generations.

8. If Pebble Mine is permitted and built, it would financially devastate my commercial fishing business.

9. It is important to me to be involved in this lawsuit because when I look at the Environmental Protection Agency (EPA) I do not see anyone whose personal lives would be affected at the same cultural and financial level if Pebble Mine began operations as my own. Since the EPA is not as financially and culturally intertwined with Bristol Bay, I do not believe they fully understand the gravity of the potential Pebble Mine and are therefore unable to adequately represent me and AWA. I believe it is

DECL. OF JOSHUA VANTREASE            Page 3 of 4
*Northern Dynasty Minerals LTD. v. EPA*, Case No. 3:24-cv-00059-SLG

Case 3:24-cv-00059-SLG     Document 32-31     Filed 05/17/24     Page 3 of 4

critical to defend the Final Determination and EPA's finding that the proposed Pebble Mine poses unacceptable risks to the Bristol Bay watershed. The plaintiffs in this litigation seek to reverse EPA's important decision protecting the Bristol Bay region, which would have devastating impacts on my personal enjoyment and commercial use of the Bristol Bay area.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2024 in Anchorage, Alaska.

_____
Joshua Vantrease