UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant,<br><br>and<br><br>SALMONSTATE, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG |

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY SALMONSTATE, et al.**

Before the Court at Docket [ ] is the SalmonState, *et al.*'s Joint Motion to Intervene.

The Court being fully informed, IT IS ORDERED that the Motion for Leave to Intervene as of right under Federal Rule of Civil Procedure 24 is GRANTED. SalmonState, *et al.* are hereby admitted into this litigation as intervenor-defendants with full rights of participation. SalmonState, *et al.* shall file a clean copy of its Answer within

7 days of the date of this order. The case caption in this matter is amended as set forth above.

DATED this _____ day of _____, 2024 at Anchorage, Alaska.

_____
Judge Sharon Gleason
United States District Court Judge