Siobhan McIntyre (AK Bar No. 1206050)
Teresa B. Clemmer (AK Bar No. 0111059)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
121 West Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
tclemmer@trustees.org

*Attorneys for Applicant Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
Phone: (907) 277-2500
ecolon@earthjustice.org
carce@earthjustice.org

*Attorneys for Applicant Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

Jacqueline Iwata (*pro hac vice* pending)
Thomas Zimpleman (*pro hac vice* pending)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW, Suite 300
Washington, DC 20005
Phone: (202) 289-6868
jiwata@nrdc.org
tzimpleman@nrdc.org

Joel Reynolds (*pro hac vice* pending)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd St.
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Applicant Intervenor-Defendant Natural Resources Defense Council*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs, | Case No. 3:24-cv-00059-SLG |

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendant.

**APPLICANT INTERVENOR-DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Applicant Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, Wild Salmon Center, Center for Biological Diversity, Earthworks, Friends of the Earth, and Natural Resources Defense Council state that none of the Applicant Intervenor-Defendants have a parent corporation and no publicly held corporation owns ten percent or more of stock in any Applicant Intervenor-Defendant.

Respectfully submitted this 17th day of May, 2024.

    s/ Siobhan McIntyre
Siobhan McIntyre (AK Bar No. 1206050)
Teresa B. Clemmer (AK Bar No. 0111059)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
*Attorneys for Applicant Intervenor-Defendants SalmonState, Alaska Community Action on Toxics,*

SalmonState *et al.*'s Corp. Disclosure Statement
*Northern Dynasty Metals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG    Page 2

Case 3:24-cv-00059-SLG   Document 32-35   Filed 05/17/24   Page 2 of 4

*Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

 s/ Erin Colón
Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE
*Attorneys for Movant Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

 s/Jacqueline Iwata
Jacqueline Iwata (*pro hac vice* pending)
Thomas Zimpleman (*pro hac vice* pending)
Joel Reynolds (*pro hac vice* pending)
NATURAL RESOURCES DEFENSE COUNCIL
*Attorneys for Movant Intervenor-Defendant Natural Resources Defense Council*

SalmonState *et al.*'s Corp. Disclosure Statement
*Northern Dynasty Metals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG        Page 3

Case 3:24-cv-00059-SLG   Document 32-35   Filed 05/17/24   Page 3 of 4

# CERTIFICATE OF SERVICE

      I certify that on May 17, 2024, I caused a copy of the APPLICANT INTERVENOR-DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system.

                                                  s/ Siobhan McIntyre
                                                  Siobhan McIntyre

SalmonState *et al.*'s Corp. Disclosure Statement
*Northern Dynasty Metals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG       Page 4

Case 3:24-cv-00059-SLG    Document 32-35    Filed 05/17/24    Page 4 of 4