# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Northern Dynasty Minerals et al.<br><br>                               Plaintiff(s),<br>vs.<br>United States Environmental Protection Agency<br><br>                             Defendant(s). | Case No. 3:24-cv-00059-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Joel Robert Reynolds, hereby apply for permission to appear and
     (name)

participate as counsel for Natural Resources Defense Council, [applicant] intervenor,
                           (Name of party)                         (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: May 17, 2024

_/s/ Joel Robert Reynolds_
(Signature)
Joel Robert Reynolds
(Printed Name)

1314 Second Street
(Address)

Santa Monica, CA
(City/State/Zip)

323 229 1444
(Telephone Number)

jreynolds@nrdc.org
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip)

_____
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Joel Robert Reynolds

Business Address: 1314 Second Street, Santa Monica, CA
(Mailing/Street) (City, State, ZIP)

Residence: 40 27th Ave., Venice, CA
(Mailing/Street) (City, State, ZIP)

Business Telephone: 323 229 1444   e-mail address: jreynolds@nrdc.org

Other Names/Aliases: none

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| United States Supreme Court | 1 First Street NE, Washington, D.C. 20543 | 1984 |
| California State Bar | 180 Howard St. San Francisco, CA 94105 | 1979 |
| Supreme Court of California | 350 McAllister Street, San Francisco, CA 94102 | 1979 |
| US Court of Appeals for DC Cir | 333 Constitution Ave. N.W., Washington, D.C. 94103 | 1982 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: May 17, 2024

*(Signature of Applicant)*

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

May 13, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOEL ROBERT REYNOLDS, #85276 was admitted to the practice of law in this state by the Supreme Court of California on March 13, 1979 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records