# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

Northern Dynasty Minerals Ltd., et al.

                              Plaintiff(s),

                   vs.

U.S. Environmental Protection Agency, et al.

                             Defendant(s).

Case No. 3:24-cv-00059-SLG

MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

To the Honorable Judge of the above-entitled court:

I, Jacqueline Iwata (name), hereby apply for permission to appear and participate as counsel for Natural Resources Defense Council (Name of party), Defendant Intervenor (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE: May 18, 2024

/s/ Jacqueline Iwata
(Signature)

Jacqueline Iwata
(Printed Name)

1152 15th Street NW Ste. 300
(Address)

Washington, DC 20005
(City/State/Zip)

(202) 289-6868
(Telephone Number)

jiwata@nrdc.org
(e-mail address)

<u>Consent of Local Counsel</u>*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip)

_____
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Jacqueline Miya Iwata

Business Address: 1152 15th Street NW Ste. 300, Washington, DC 20005
(Mailing/Street) (City, State, ZIP)

Residence: 4702 8th Street NW, Washington, DC 20011
(Mailing/Street) (City, State, ZIP)

Business Telephone: 202-289-6868    e-mail address: jiwata@nrdc.org

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| California | 350 McAllister Street San Francisco, CA 94102 | 2015 |
| DC | 901 4th Street, NW Washington, DC 20001 | 2017 |
| Ninth Circuit | 95 7th Street San Francisco, CA 94103 | 2017 |
| Tenth Circuit | 1823 Stout Street Denver, CO 80257 | 2023 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: May 18, 2024

_____
(Signature of Applicant)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Jacqueline Miya Iwata*

*was duly qualified and admitted on August 7, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 18, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

I have been admitted to the following jurisdictions in the year indicated, and have been at all times a member in good standing thereafter:

Supreme Court of California
350 McAllister Street
San Francisco, CA 94102
Admitted: 2015

District of Columbia Bar
901 4th Street, NW
Washington, DC 20001
Admitted: 2017

United States Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103
Admitted: 2017

United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257
Admitted: 2023

United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
Admitted: 2017

United States District Court for the Central District of Illinois
305 U.S. Courthouse
100 N.E. Monroe Street
Peoria, IL 61602
Admitted: 2019

1

s/ Jacqueline M. Iwata
Jacqueline M. Iwata (*pro hac vice pending*)
NATURAL RESOURCES DEFENSE COUNCIL
Attorney for Natural Resources Defense Council

2