# U.S. District Court

## District of Alaska - Anchorage

**THIS IS A COPY**

Receipt Date: May 20, 2024 9:58AM

Joel Reynolds

Rcpt. No: 100021213    Trans. Date: May 20, 2024 9:58AM    Cashier ID: #PS

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DAKX323AT000001 /001<br>US DISTRICT COURT | 1 | 250.00 | 250.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $250.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $250.00 |
| Total Tendered: | $250.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 3:24-cv-00059-SLG

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.