Siobhan McIntyre (AK Bar No. 1206050)
Teresa B. Clemmer (AK Bar No. 0111059)
TRUSTEES FOR ALASKA
121 West Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
tclemmer@trustees.org

*Attorneys for Movant Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE
441 West 5th Avenue, Suite 301
Anchorage, AK 99501
Phone: (907) 277-2500
ecolon@earthjustice.org
carce@earthjustice.org

*Attorneys for Movant Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

Jacqueline Iwata (*pro hac vice* pending)
Thomas Zimpleman (*pro hac vice* pending)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW, Suite 300
Washington, DC 20005
Phone: (202) 289-6868
jiwata@nrdc.org
tzimpleman@nrdc.org

Joel Reynolds (*pro hac vice* pending)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd St.
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Movant Intervenor-Defendant Natural Resources Defense Council*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

**NOTICE OF APPEARANCE OF ERIN COLÓN**

Movant Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth hereby give notice of the appearance of Erin Colón as their counsel in the above-captioned case. Ms. Colón is registered to use the Court's electronic case filing system and may be served electronically.

Respectfully submitted this 20th day of May, 2024.

*s/ Erin Colón*
Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE

*Attorneys for Movant Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

## CERTIFICATE OF SERVICE

      I certify that on May 20, 2024, a copy of the foregoing NOTICE OF APPEARANCE OF ERIN COLÓN was served electronically on Katherine Wenner, Keith Bradley, Thomas P. Amodio, Jeffrey Walker, Siobhan McIntyre, Jacqueline M. Iwata, Joel R. Reynolds, Thomas Zimpleman, Matthew N. Newman, Megan R. Condon, Jeffrey M. Feldman, James C. Feldman, Karen E. Schmidt, Peter H. Van Tuyn, Scott M. Kendall, Abraham J. Shanedling, Austin Williams, Paul Werner, and Steven P. Hollman.

                                          *s/ Erin Colón*
                                            Erin Colón (AK Bar No. 1508067)
                                            EARTHJUSTICE