# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS LTD, et al.,

                     Plaintiff(s),

           vs.

UNITED STATES ENVIRONMENTAL AGENCY,

                    Defendant(s).

Case No. 3:24-cv-00059

MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

To the Honorable Judge of the above-entitled court:

I, Joshua Alec Baskin                    , hereby apply for permission to appear and
(name)

participate as counsel for UNITED TRIBES OF BRISTOL BAY       , Movant                  ,
(Name of party)                                    (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☒     I am a registered participant in the CM/ECF System for the District of Alaska and consent

        to service by electronic means through the court's CM/ECF System.

☐     I have concurrently herewith submitted an application to the Clerk of the Court for

        registration as a participant in the CM/ECF System for the District of Alaska and consent

        to service by electronic means through the court's CM/ECF System.

☐     For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  Matthew Neil Newman                    , a member of the Bar of this court,
                              (Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE:  May 21, 2024

/s/ Matthew Neil Newman
_____
(Signature)

Matthew Neil Newman
(Printed Name)

745 W. 4th Avenue, Suite 502
(Address)

Anchorage, Alaska  99501
(City/State/Zip)

907-276-0680
(Telephone Number)

mnewman@narf.org
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:  May 21, 2024

/s/ Matthew Neil Newman
_____
(Signature)

Matthew Neil Newman
(Printed Name)

745 W. 4th Avenue, Suite 502
(Address)

Anchorage, Alaska  99501
(City, State, Zip)

907-276-0680
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name:  Joshua Alec Baskin

Business Address: 1 Market Plaza, Spear Tower, Suite 3300,  San Francisco, CA, 94105
                  (Mailing/Street)                          (City, State, ZIP)

Residence:                                    ,  San Mateo, CA
                  (Mailing/Street)                          (City, State, ZIP)

Business Telephone:  425-947-2160          e-mail address:  jbaskin@wsgr.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

   * Please see following page for court admissions.

| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐     No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐     No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:   May 21, 2024

_____
                                        (Signature of Applicant)

Joshua Alec Baskin (CA State Bar 294971)
Pro Hac Vice Application
*Northern Dynasty Materials LTD, et al. v. United States Environmental Protection Agency*
Case No. 3:24-cv-00059

Representing:  Movant United Tribes of Bristol Bay
Local Counsel:  Matthew Neil Newman

| COURT ADMISSIONS | ADDRESS | ADMISSION YEAR |
|---|---|---|
| State Bar of California | 180 Howard Street<br>San Francisco, CA  94105 | 2013 |
| N.D. Cal. | 450 Golden Gate Avenue<br>San Francisco, CA  94102 | 2013 |
| 9th Cir. | 95 7th Street<br>San Francisco, CA  94103 | 2016 |
| S.D. Cal. | 221 W. Broadway<br>San Diego, CA  92101 | 2020 |
| E.D. Cal. | 501 I Street<br>Sacramento, CA  95815 | 2021 |
| C.D. Cal. | 350 W. 1st Street<br>Los Angeles, CA  90012 | 2021 |
| E.D. Tex. | 211 W. Ferguson Street<br>Tyler, TX  75702 | 2014 |
| Fed. Cir. | 717 Madison Place, NW<br>Washington, DC  20439 | 2016 |
| D. Utah | 351 S. West Temple<br>Salt Lake City, UT  84101 | 2020 |
| W.D. Mich. | 110 Michigan Street NW<br>Grand Rapids, MI  49503 | 2022 |
| S.D.N.Y. | 500 Pearl Street<br>New York, NY  10007 | 2023 |
| D. Colo. | 901 19th Street<br>Denver, CO  80294 | 2024 |

# EXHIBIT A



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *JOSH ALEC BASKIN*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JOSH ALEC BASKIN, #294971, was on the 17th day of December, 2013 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 21st day of May 2024.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Robert R. Toy, Senior Deputy Clerk*