Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | No. 3:24-00059-SLG |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS TO INTERVENE

Upon consideration of Defendant's Motion for Extension of Time to File Responses to Motions to Intervene (the "Motion"), and with good cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted. Plaintiffs shall have until on or before June 7, 2024 to file their Responses to the Motions to Intervene, ECF Nos. 21, 23 and 32.

DATED this ___ day of _____, 2024.

_____
HON. SHARON L. GLEASON
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME　　PAGE **2** OF **3**
NORTHERN DYNASTY MINERALS LTD V. EPA
CASE NO.: 3:24-00059-SLG

Case 3:24-cv-00059-SLG　　Document 50-1　　Filed 05/30/24　　Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Thomas Amodio<br>
Thomas P. Amodio

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME   PAGE **3** OF **3**
NORTHERN DYNASTY MINERALS LTD V. EPA
CASE NO.: 3:24-00059-SLG

Case 3:24-cv-00059-SLG   Document 50-1   Filed 05/30/24   Page 3 of 3