# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | No. 3:24-00059-SLG |

_____

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND & SUPPLEMENT COMPLAINT**
_____

Upon consideration of Plaintiffs' Motion for Leave to Amend and Supplement Complaint, and with good cause shown;

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion to Amend and Supplement Complaint is GRANTED.

DATED this ___ day of _____, 2024.

_____
Hon. Sharon Gleason
U.S. District Judge