IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | No. 3:24-00059-SLG |

# [PROPOSED] ORDER

The Court having reviewed the motion to intervene filed by Trout Unlimited, ECF No. 23 ("Trout Unlimited Motion"), the opposition to and reply on that motion, and the other pertinent filings, finds that the movant is not entitled to intervene as a matter of right under Federal Rule of Civil Procedure 24(a). The Court declines, in its discretion, to permit the requested intervention under Federal Rule of Civil Procedure 24(b). Accordingly, the Trout Unlimited Motion is DENIED.

_____
Hon. Sharon Gleason, U.S. District Judge