IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | No. 3:24-00059-SLG |

**[PROPOSED] ORDER**

The Court having reviewed the motion to intervene filed by SalmonState and 15 other movants, ECF No. 32 ("SalmonState Motion"), the opposition to and reply on that motion, and the other pertinent filings, finds that the movants are not entitled to intervene as a matter of right under Federal Rule of Civil Procedure 24(a). The Court declines, in its discretion, to permit the requested interventions under Federal Rule of Civil Procedure 24(b). Accordingly, the SalmonState Motion is DENIED.

_____
Hon. Sharon Gleason, U.S. District Judge