Siobhan McIntyre (AK Bar No. 1206050)
Teresa B. Clemmer (AK Bar No. 0111059)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
tclemmer@trustees.org
jcahoon@trustees.org

*Attorneys for Movant Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 676-7000
jamesf@summitlaw.com
jefff@summitlaw.com

*Attorneys for Movant Intervenor-Defendant Bristol Bay Economic Development Corporation*

Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE
441 West 5th Avenue, Suite 301
Anchorage, AK 99501
Phone: (907) 277-2500
ecolon@earthjustice.org
carce@earthjustice.org

*Attorneys for Movant Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

Jacqueline Iwata (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW Suite 300
Washington, DC 20005
Phone: (202) 289-6868
jiwata@nrdc.org
tzimpleman@nrdc.org

Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd St.
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Movant Intervenor-Defendant Natural Resources Defense Council*

Paul A. Werner (*pro hac vice*)
Steven P. Hollman (*pro hac vice*)
Abraham J. Shanedling (*pro hac vice*)
Hannah J. Wigger (*pro hac vice*)
Christopher L. Bauer (*pro hac vice*)
Alexandra Bustamante (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, Suite 100
Washington, D.C. 20006-6801
Telephone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
hwigger@sheppardmullin.com
cbauer@sheppardmullin.com
abustamante@sheppardmullin.com

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
600 Clipper Ship Court
Anchorage, AK 99515
Telephone: (907) 227-1590
Austin.Williams@tu.org

*Attorneys for Movant Defendant-Intervenor Trout Unlimited*

Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: (907) 276-0680
mcondon@narf.org
mnewman@narf.org

*Attorneys for Movant Intervenor-Defendants United Tribes of Bristol Bay and Commercial Fishermen for Bristol Bay*

Felipe Farley (AK Bar. No. 1904029)
BRISTOL BAY NATIVE ASSOCIATION
1500 Kanakanak Road
Dillingham, AK 99576
Phone: (907) 842-5257
felipe.farley@bbna.com

*Attorney for Movant Intervenor-Defendant Bristol Bay Native Association*

Peter Van Tuyn (AK Bar No. 8911086)
Karen Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, L.L.C.
911 West 8th Avenue, Suite 101, PMB 59
Anchorage, AK 99501
Phone: (907) 278-2000
peter@bvt-law.com
karen@bvt-law.com

*Attorneys for Movant Intervenor-Defendant Bristol Bay Native Corporation*

Scott Kendall (AK Bar. No. 0405019)
CASHION GILMORE & LINDEMUTH
510 L Street, Suite 601
Anchorage, AK 99501
Phone: (907) 339-4967
scott@cashiongilmore.com

*Attorney for Movant Intervenor-Defendant Bristol Bay Regional Seafood Development Association, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOVANT INTERVENOR-DEFENDANTS' MOTIONS TO INTERVENE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Movant Intervenor-Defendants United Tribes of Bristol Bay et al., Trout Unlimited, and SalmonState et al. (collectively, Movant Intervenors) jointly move for a two-week extension of time to file their respective replies in support of their respective motions to intervene. ECF No. 21; ECF No. 23; ECF No. 32. In support of this motion, Movant Intervenors respectfully state the following:

1. On June 7, 2024, Plaintiffs filed responses opposing Movant Intervenors' motions to intervene, following a one-week extension of time for filing. ECF No. 55; ECF No. 56; ECF No. 58; *see also* ECF No. 53. Movant Intervenors' reply briefs therefore are currently due on June 14, 2024.

2. Movant Intervenors, however, seek a two-week extension of time, until June 28, 2024, to file their replies because several counsel for Movant Intervenors have immovable, competing deadlines that would make it challenging to prepare and file replies by the June 14 deadline.

2. In exchange for their non-opposition to Plaintiffs' one-week filing extension, Movant Intervenors United Tribes of Bristol Bay et al. and SalmonState et al. requested—and Plaintiffs agreed to—an extension to file their replies. ECF 50; ECF 54. Plaintiffs likewise agreed to not oppose Movant Intervenor Trout Unlimited's request for an extension to file its reply and, during conferral, also stated Plaintiffs do not oppose up to a two-week extension for all Movant Intervenors.

3. Defendant EPA takes no position on this request for extension.

4. This motion is made in good faith and not for the purposes of delay.

\* \* \*

For all of the foregoing reasons, Movant Intervenors respectfully request that the Court enter an order extending their time to file replies in support of their motions to intervene by two weeks to June 28, 2024.

Respectfully submitted this 11th day of June, 2024,

 s/ Siobhan McIntyre
Siobhan McIntyre (AK Bar No. 1206050)
Teresa B. Clemmer (AK Bar No. 0111059)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA

Unopposed J. Mot. for Extension of Time to File Replies　　　　　　　　Page 2 of 5
*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG

Case 3:24-cv-00059-SLG　　　Document 59　　　Filed 06/11/24　　　Page 4 of 7

*Attorneys for Movant Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

 s/ Erin Colón (with consent)
Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE
*Attorneys for Movant Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

 s/Jacqueline Iwata (with consent)
Jacqueline Iwata (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
*Attorneys for Movant Intervenor-Defendant Natural Resources Defense Council*

 s/ James C. Feldman (with consent)
James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
*Attorneys for Movant Intervenor-Defendant Bristol Bay Economic Development Corporation*

 s/ Peter Van Tuyn (with consent)
Peter Van Tuyn (AK Bar No. 8911086)
Karen Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, L.L.C.
*Attorneys for Movant Intervenor-Defendant Bristol Bay Native Corporation*

Unopposed J. Mot. for Extension of Time to File Replies        Page 3 of 5
*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG

Case 3:24-cv-00059-SLG    Document 59    Filed 06/11/24    Page 5 of 7

    s/ Matthew N. Newman (with consent)
Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
*Attorneys for Movant Intervenor-Defendants United Tribes of Bristol Bay and Commercial Fishermen for Bristol Bay*

    s/ Felipe Farley (with consent)
Felipe Farley (AK Bar. No. 1904029)
BRISTOL BAY NATIVE ASSOCIATION
*Attorney for Movant Intervenor-Defendant Bristol Bay Native Association*

    s/ Scott Kendall (with consent)
Scott Kendall (AK Bar. No. 0405019)
CASHION GILMORE & LINDEMUTH
*Attorney for Movant Intervenor-Defendant Bristol Bay Regional Seafood Development Association, Inc.*

s/ Paul A. Werner (with consent)
Paul A. Werner (*pro hac vice*)
Steven P. Hollman (*pro hac vice*)
Abraham J. Shanedling (*pro hac vice*)
Hannah J. Wigger (*pro hac vice*)
Christopher L. Bauer (*pro hac vice*)
Alexandra Bustamante (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED

*Attorneys for Movant Intervenor-Defendant Trout Unlimited*

Unopposed J. Mot. for Extension of Time to File Replies    Page 4 of 5
*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG

Case 3:24-cv-00059-SLG    Document 59    Filed 06/11/24    Page 6 of 7

## Certificate of Service

I certify that on June 11, 2024, I caused a copy of the UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLIES and [PROPOSED] ORDER to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

*s/ Siobhan McIntyre*
Siobhan McIntyre

Unopposed J. Mot. for Extension of Time to File Replies  Page 5 of 5
*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG

Case 3:24-cv-00059-SLG   Document 59   Filed 06/11/24   Page 7 of 7