# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

## [PROPOSED] ORDER GRANTING UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLIES

Upon consideration of Movant Intervenor-Defendants United Tribes of Bristol Bay et al., Trout Unlimited, and SalmonState et al.'s Unopposed Joint Motion for Extension of Time to File Replies to Plaintiffs' responses opposing Movant Intervenors' motions to intervene (ECF No. 55; ECF No. 56; ECF No. 58), IT IS SO ORDERED that the Motion is GRANTED. Movant Intervenor-Defendants United Tribes of Bristol Bay et al., Trout Unlimited, and SalmonState et al. shall each file their replies to Plaintiff's opposition to their motions to intervene on or before June 28, 2024.

[Proposed] Order Granting Unopposed J. Mot. for Extension of Time to File Replies
*Northern Dynasty Metals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG          Page 1

Case 3:24-cv-00059-SLG     Document 59-1     Filed 06/11/24     Page 1 of 2

DATED this _____ day of _____, 2024 at Anchorage, Alaska.

_____
Judge Sharon Gleason
United States District Court Judge

[Proposed] Order Granting Unopposed J. Mot. for Extension of Time to File Replies
*Northern Dynasty Metals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG                           Page 2

Case 3:24-cv-00059-SLG     Document 59-1     Filed 06/11/24     Page 2 of 2