# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS, LTD, *et al.*,

        Plaintiffs,

    v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Defendant.

Case No. 3:24-cv-00059-SLG

## ADMINISTRATIVE APPEAL SCHEDULING ORDER

Unless otherwise ordered, the provisions of the District of Alaska Local Civil Rules 16.1(a)(8) and 16.3 shall apply to the briefing schedule in this case; the page/word limits of Local Civil Rule 7.4(a) shall also apply. The parties may by motion for good cause shown seek to modify these provisions for this case.

DATED this 18th day of June 2024, at Anchorage, Alaska.

                                */s/ Sharon L. Gleason*
                                UNITED STATES DISTRICT JUDGE