Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | No. 3:24-00059-SLG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO AMEND AND SUPPLEMENT THE COMPLAINT**

Plaintiffs, Northern Dynasty Minerals Ltd. ("Northern Dynasty") and Pebble Limited Partnership ("Pebble Partnership") ("Plaintiffs"), respectfully move for a 7-day extension of time to file their Reply in Support of Plaintiffs' Motion for Leave to Amend the Complaint in the above-captioned case, and state as follows:

1. On June 7, 2024, Plaintiffs filed their Motion for Leave to Amend and Supplement the Complaint (ECF No. 55).

2. On June 21, 2024, Defendant United States Environmental Protection Agency ("EPA") filed its Opposition to Plaintiffs' Motion for Leave to Amend and Supplement (ECF No. 66).

3. Plaintiffs' Reply in Support of their Motion for Leave to Amend and Supplement the Complaint is currently due on Friday, June 28, 2024. Under this requested extension, Plaintiffs' Reply would be due on Friday, July 5, 2024.

4. Plaintiffs request this brief extension of time because their Counsel have been engaged in responding to an unanticipated motion to intervene in a matter in the U.S. Court of Appeals for the Fifth Circuit and unplanned complexities, leading to substantial, rapidly-moving motion practice, regarding potential venue disputes in matters in the U.S. Courts of Appeals for the Fifth and Eighth Circuits.

5. Plaintiffs have conferred with the counsel for EPA and EPA does not oppose Plaintiffs' requested extension.

6. A proposed Order granting this extension of time is provided herewith.

UNOPPOSED MOTION FOR EXTENSION OF TIME　　　　　　　　　　　　　　　　　PAGE **2** OF **4**
NORTHERN DYNASTY MINERALS LTD v. EPA
CASE NO.: 3:24-00059-SLG

Case 3:24-cv-00059-SLG    Document 67    Filed 06/26/24    Page 2 of 4

Dated June 26, 2024

/s/ Keith Bradley
Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

*Attorneys for Plaintiffs Northern Dynasty Minerals Ltd and Pebble Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Keith Bradley
Keith Bradley