Siobhan McIntyre (AK Bar No. 1206050)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
jcahoon@trustees.org

*Attorneys for Movant Intervenor-
Defendants SalmonState, Alaska
Community Action on Toxics, Alaska
Wilderness League, Alaska Wildlife
Alliance, Cook Inletkeeper, Friends of
McNeil River, Kachemak Bay
Conservation Society, National Parks
Conservation Association, National
Wildlife Federation, Sierra Club, The
Alaska Center, and Wild Salmon Center*

Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
Phone: (907) 277-2500
ecolon@earthjustice.org
carce@earthjustice.org

*Attorneys for Movant Intervenor-Defendants
Center for Biological Diversity, Earthworks,
and Friends of the Earth*

Jacqueline Iwata (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
1152 15th St. NW Suite 300
Washington, DC 20005
Phone: (202) 289-6868
jiwata@nrdc.org
tzimpleman@nrdc.org

Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE
COUNCIL
1314 2nd St.
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Movant Intervenor-Defendant
Natural Resources Defense Council*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

SalmonState et al.'s Mot. to File Overlength Reply Plaintiffs' Opp'n to Jt. Mot. to
Intervene
*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG      Page 1

NORTHERN DYNASTY
MINERALS LTD. and PEBBLE
LIMITED PARTNERSHIP,

Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

Defendant.

Case No. 3:24-cv-00059-SLG

## SALMONSTATE *ET AL.*'S MOTION TO FILE OVERLENGTH BRIEFING

Pursuant to Local Civil Rule 7.4(a), SalmonState *et al.* (collectively "SalmonState") move the Court for permission to file an overlength Reply to Plaintiffs' Opposition to the Motion to Intervene, which is filed concurrently. Local Civil Rule 7.4(a)(1) provides that replies should not exceed 10 pages or 2,750 words. SalmonState requests to submit a reply of 3,293 words, approximately twenty-percent over the word limit. The additional words are necessary to respond to arguments raised in the response brief filed by Plaintiffs. SalmonStates' counsel scrupulously edited its reply but is unable to meet the length requirements in the Local Civil Rule while replying to Plaintiffs' substantive arguments in opposition.

In addition, SalmonState inadvertently filed its Joint Motion to Intervene, ECF No. 32, in excess of the Local Civil Rule 7.4(a)(1) page limit for motion memorandum. Local Rule 7.4(a)(1) provides that motion memoranda should not exceed 20 pages or 5,700

SalmonState et al.'s Mot. to File Overlength Reply Plaintiffs' Opp'n to Jt. Mot. to Intervene
*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG        Page 2

Case 3:24-cv-00059-SLG    Document 72    Filed 06/28/24    Page 2 of 4

words. SalmonStates' Joint Motion to Intervene is 6,680 words, approximately fifteen-percent over the word limit. ECF 32. SalmonState respectfully requests that this Court accept its Joint Motion to Intervene as filed.

Respectfully submitted this 28th day of June, 2024.

s/ Siobhan McIntyre
Siobhan McIntyre (AK Bar No. 1206050)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
*Attorneys for Movant Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

s/ Erin Colón (with consent)
Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE
*Attorneys for Movant Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

s/Jacqueline Iwata (with consent)
Jacqueline Iwata (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
*Attorneys for Movant Intervenor-Defendant Natural Resources Defense Council*

SalmonState et al.'s Mot. to File Overlength Reply Plaintiffs' Opp'n to Jt. Mot. to Intervene
*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG          Page 3

## Certificate of Service

I certify that on June 28th, 2024, I caused a copy of the SALMONSTATE ET AL.'S MOTION FOR OVERLENGTH REPLY TO PLAINTIFF'S OPPOSITION TO JOINT MOTION TO INTERVENE to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

s/ Siobhan McIntyre
Siobhan McIntyre

SalmonState et al.'s Mot. to File Overlength Reply Plaintiffs' Opp'n to Jt. Mot. to Intervene
*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG          Page 4

Case 3:24-cv-00059-SLG     Document 72     Filed 06/28/24     Page 4 of 4