# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

## [PROPOSED] ORDER GRANTING SALMONSTATE's MOTION TO FILE OVERLENGTH BRIEFING

Upon consideration of SalmonState *et al.*'s Motion to File Overlength Briefing, ECF 72, IT IS ORDERED that the Motion is GRANTED and SalmonState's Reply to Plaintiffs' Opposition to Joint Motion to Intervene, ECF 71 and Joint Motion to Intervene, ECF 32, are accepted as filed.

DATED this _____ day of July 2024, at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Judge