# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

Northern Dynasty Minerals Ltd. and Pebble
Limited Partnership

                                    Plaintiff(s),

        vs.

United States Environmental Protection
Agency

                                    Defendant(s).

Case No.  3:24-cv-00059-SLG

MOTION AND APPLICATION OF
NON-ELIGIBLE ATTORNEY FOR
PERMISSION TO APPEAR AND
PARTICIPATE IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

To the Honorable Judge of the above-entitled court:

I,  Jordanne M. Steiner                     , hereby apply for permission to appear and
                    (name)

participate as counsel for  United Tribes of Bristol Bay              , Intervenor                    ,
                                    (Name of party)                              (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☒     I am a registered participant in the CM/ECF System for the District of Alaska and consent

        to service by electronic means through the court's CM/ECF System.

☐     I have concurrently herewith submitted an application to the Clerk of the Court for

        registration as a participant in the CM/ECF System for the District of Alaska and consent

        to service by electronic means through the court's CM/ECF System.

☐     For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  Matthew Neil Newman                , a member of the Bar of this court,
                          (Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE:  July 3, 2024

/s/ Jordanne M. Steiner
_____
(Signature)

Jordanne M. Steiner
(Printed Name)

1700 K St. NW
(Address)

Washington, D.C. 20006
(City/State/Zip)

(202) 973-8800
(Telephone Number)

jordanne.miller@wsgr.com
(e-mail address)

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:  July 3, 2024

/s/ Matthew Neil Newman
_____
(Signature)

Matthew Neil Newman
(Printed Name)

745 W. 4th Avenue, Suite 502
(Address)

Anchorage, Alaska 99501
(City, State, Zip)

(907) 276-0680
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

## DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name:  Jordanne Michelle Steiner

Business Address: 1700 K St. NW                                        ,  Washington, DC 20006
                           (Mailing/Street)                                                   (City, State, ZIP)

Residence:                                                              ,  Annapolis, MD 21401
                           (Mailing/Street)                                                   (City, State, ZIP)

Business Telephone:   (202) 973-8800          e-mail address:  jordanne.miller@wsgr.com

Other Names/Aliases: Jordanne Michelle Miller (maiden name)

Jurisdictions to Which Admitted and year of Admission:

| District of Columbia | **430 E St NW, Washington, DC 20001** | 2020 |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:   July 3, 2024

_/s/ Jordanne M. Steiner_
                            (Signature of Applicant)



On behalf of *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Jordanne Michelle Miller*

*was duly qualified and admitted on January 23, 2020 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 18, 2024.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*