| | |
|---|---|
| Keith Bradley, *pro hac vice* | Thomas P. Amodio |
| ScheLeese Goudy, *pro hac vice* | Kevin M. Boots |
| SQUIRE PATTON BOGGS (US) LLP | REEVES AMODIO, LLC |
| 717 17th Street, Suite 1825 | 500 L Street, Suite 300 |
| Denver, CO 80202 | Anchorage, AK 99501 |
| (303) 830-1776 | (907) 222-7100 |
| (303) 894-9239 (facsimile) | (907) 222-7199 (facsimile) |
| keith.bradley@squirepb.com | tom@reevesamodio.com |
| scheleese.goudy@squirepb.com | kevin@reevesamodio.com |

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. 3:24-cv-00059-SLG |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE CORRECTED REPLY BRIEF

Upon consideration of the Plaintiffs' Motion for leave to File Corrected Reply Brief, and good cause appearing, IT IS HEREBY ORDERED that:

Plaintiffs Northern Dynasty Minerals Ltd. and Pebble Limited Partnership are granted leave to file a corrected version of their reply brief.

The corrected reply brief, which complies with the 10-page limit set by Local Civil Rule 7.4(a), shall be deemed filed as of the date of this Order.

IT IS SO ORDERED.

DATED this ___ day of _____, 2024.

_____
Hon. Sharon Gleason
U.S. District Judge