# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Northern Dynasty Minerals Ltd. and Pebble Limited Partnership<br><br>         Plaintiff(s),<br>    vs.<br>United States Environmental Protection Agency<br><br>         Defendant(s). | Case No. 3:24-cv-00059-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Laura Grace Amadon, hereby apply for permission to appear and
   (name)
participate as counsel for United Tribes of Bristol Bay, Intervenor,
        (Name of party)         (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent

  to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for

  registration as a participant in the CM/ECF System for the District of Alaska and consent

  to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate Matthew Neil Newman , a member of the Bar of this court,
<span>(Name)</span>

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: July 3, 2024

/s/ Laura Grace Amadon
(Signature)

Laura Grace Amadon
(Printed Name)

650 Page Mill Road
(Address)

Palo Alto, California 94304
(City/State/Zip)

(650) 493-9300
(Telephone Number)

lamadon@wsgr.com
(e-mail address)

<u>Consent of Local Counsel</u>*

I hereby consent to the granting of the foregoing application.

DATE: July 3, 2024

/s/ Matthew Neil Newman
(Signature)

Matthew Neil Newman
(Printed Name)

745 W. 4th Avenue, Suite 502
(Address)

Anchorage, Alaska 99501
(City, State, Zip)

(907) 276-0680
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Laura Grace Amadon

Business Address: 650 Page Mill Road, Palo Alto, California 94304
(Mailing/Street) (City, State, ZIP)

Residence: 34 Grove Dr., Portola Valley, California 94028
(Mailing/Street) (City, State, ZIP)

Business Telephone: (650) 493-9300   e-mail address: lamadon@wsgr.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| New York | 41 Madison Avenue - 26th Floor New York, NY 10010 | 2013 |
| California | 180 Howard St. San Francisco, CA 94105 | 2018 |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: July 3, 2024

DocuSigned by:
*Laura Amadon*
2E3C8C4090A2475...
(Signature of Applicant)

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

July 9, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURA GRACE CALDWELL, #321524 was admitted to the practice of law in this state by the Supreme Court of California on July 16, 2018; that at their request, on January 28, 2019, their name was changed to LAURA GRACE AMADON on the records of the State Bar of California; that they have been since the date of admission, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records



## Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Laura Grace Amadon

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 29, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on July 5, 2024.

*Clerk of the Court*

CertID-00181754