IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG |

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME**

For the reasons stated in the Unopposed Motion For Extension of Time For Filing EPA's Administrative Record, ECF \*\*, and for good cause shown, that motion is GRANTED. EPA shall file and serve its administrative record in this case by August 2, 2024.

DATED this \*\* day of July 2024, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE