Felipe J. Farley (AK Bar No. 1904029)
Bristol Bay Native Association
111 W. 16th Avenue, Suite 300
Anchorage, Alaska 99501
(907) 843-3303
felipe.farley@bbna.com

*Attorney for Bristol Bay Native Association*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. 3:24-cv-00059-SLG |

## Entry of Appearance

Felipe Farley makes his appearance in the above-identified matter, representing the Bristol Bay Native Association.

DATED this 23rd day of July, 2024.

        BRISTOL BAY NATIVE ASSOCIATION
        *Attorney for Bristol Bay Native Association*

        By: */s/ Felipe Farley*
        Felipe Farley (AK Bar. No. 1904029)

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

/S/ FELIPE FARLEY

**Felipe Farley,** General Counsel
**Bristol Bay Native Association**
*felipe.farley@bbna.com*

*Northern Dynasty Minerals, Ltd. v. EPA*
Case No. 3:24-cv-00059-SLG

2