# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS
LTD. and PEBBLE LIMITED
PARTNERSHIP,

         Plaintiffs,

         v.

UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY,

         Defendant.

Case No. 3:24-cv-00059-SLG

## CERTIFICATION OF INDEX TO ADMINISTRATIVE RECORD

I hereby certify that, to the best of my knowledge and belief, the materials listed in the attached index constitute the administrative record for the Final Determination of the U.S. Environmental Protection Agency Pursuant to Section 404(c) of the Clean Water Act, Pebble Deposit Area, Southwest Alaska, which was published in the Federal Register on February 3, 2023. 88 Fed. Reg. 7441 (Feb. 3, 2023).

Brian Frazer, Director
Office of Wetlands, Oceans, and Watersheds
Office of Water
U.S. Environmental Protection Agency
Washington, D.C.