Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | No. 3:24-00059-SLG |

_____

## [PROPOSED] REVISED SCHEDULING ORDER
_____

Upon consideration of the Joint Motion for a Revised Scheduling Order ("Motion"), and with good cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted and the Court's previously-entered Scheduling Order (ECF No. 65) is superseded and revised as follows:

(a) The parties shall begin conferring regarding potential supplementation of EPA's record by **September 23, 2024**. If the parties reach agreement that either (i) the administrative record does not require supplementation or (ii) the administrative record will be supplemented and Plaintiffs will not file a motion to supplement the record, then the parties will submit a joint motion or status report(s) with the Court on or before **October 25, 2024**, proposing a schedule for further proceedings. If the parties do not reach such an agreement, then briefing of Plaintiff's motion to supplement the record will proceed under the schedule set forth in paragraphs (b) and (c) below.

(b) The deadline for Plaintiffs to file a motion to supplement the administrative record shall be **November 1, 2024**.

(c) If Plaintiffs file a motion to supplement the administrative record in accordance with paragraph (b), then the deadline for EPA's response to the motion shall be **December 13, 2024**, and the deadline for Plaintiffs' reply shall be **January 10, 2025**.

(d) If Plaintiffs file a motion to supplement the record, then the parties will submit a joint motion or status report(s) **within two weeks** of the Court's ruling on that motion, proposing a schedule for further proceedings.

DATED this ___ day of _____, 2024.

_____
United States District Court Judge