# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS, LTD., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendant. | Case No. 3:24-cv-00059-SLG |

## **REVISED SCHEDULING ORDER**

Upon consideration of the Joint Motion for Revised Scheduling Order ("Motion") at Docket 88, and with good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and that the Court's previously entered Scheduling Order at Docket 65 is superseded and revised as follows:

(a) The parties shall begin conferring regarding potential supplementation of EPA's record by **September 23, 2024**. If the parties reach agreement that either (i) the administrative record does not require supplementation or (ii) the administrative record will be supplemented and Plaintiffs will not file a motion to supplement the record, then the parties will submit a joint motion or status report(s) with the Court on or before **October 25, 2024**, proposing a schedule for further proceedings. If the parties do not reach such an agreement, then briefing of

Plaintiff's motion to supplement the record will proceed under the schedule set forth in paragraphs (b) and (c) below.

(b) The deadline for Plaintiffs to file a motion to supplement the administrative record shall be **November 1, 2024**.

(c) If Plaintiffs file a motion to supplement the administrative record in accordance with paragraph (b), then the deadline for Defendant EPA's response to the motion shall be **December 13, 2024**, and the deadline for Plaintiffs' reply shall be **January 10, 2025**.

(d) If Plaintiffs file a motion to supplement the record, then the parties will submit a joint motion or status report(s) **within two weeks** of the Court's ruling on that motion, proposing a schedule for further proceedings.

DATED this 13th day of August 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals LTD., et al. v. U.S. EPA*
Revised Scheduling Order
Page 2 of 2
Case 3:24-cv-00059-SLG    Document 89    Filed 08/13/24    Page 2 of 2