# UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD and PEBBLE LIMITED PARTNERSHIP,<br><br>*Plaintiff(s)*<br><br>v.<br><br>UNITES STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORP OF ENGINEERS<br><br>*Defendant(s)* | Civil Action No. 3:24-cv-00059-SLG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES ARMY CORPS OF ENGINEERS
441 G Street NW
Washington, DC 20314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Keith Bradley, pro hac vice<br>ScheLeese Goudy, pro hac vice<br>SQUIRE PATTON BOGGS (US) LLP<br>717 17th Street, Suite 1825<br>Denver, Colorado 80202<br>keith.bradley@squirepb.com<br>scheleese.goudy@squirepb.com | Jeffrey M. Walker, pro hac vice<br>Katherine E. Wenner, pro hac vice<br>SQUIRE PATTON BOGGS (US) LLP<br>2000 Huntington Center<br>41 South High Street<br>Columbus, Ohio 43215<br>jeffrey.walker@squirepb.com<br>katherine.wenner@squirepb.com | Thomas P. Amodio<br>Kevin M. Boots<br>REEVES AMODIO, LLC<br>500 L Street, Suite 300<br>Anchorage, AK 99501<br>tom@reevesamodio.com<br>kevin@reevesamodio.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: