Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | No. 3:24-cv-00059-SLG |

## AFFIDAVIT OF SERVICE

STATE OF ALASKA          )
                         ) SS
THIRD JUDICIAL DISTRICT  )

I, Jada Craig, being duly sworn, depose and state as follows:

1. I am currently employed at Reeves Amodio LLC.
2. On August 19, 2024, I requested a courier to personally serve the following documents:
   - Summons;
   - First Amended and Supplemented Complaint for Declaratory and Injunctive Relief.
3. The documents were served upon the following party:

   **Civil Process Clerk**
   U.S. Attorney's Office
   District of Alaska
   222 W. 7th Avenue, Room 253
   Anchorage, AK 99513

4. Proof of delivery by AMS Couriers, confirming the successful delivery of the aforementioned documents, is appended herewith.

DATED this 19 day of August, 2024

_____
Jada Craig

SUBSCRIBED AND SWORN TO before me this 21 day of August, 2024.

_____
Notary Public in and for Alaska
My Commission Expires: 04/15/2028

1

