James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 676-7000
jamesf@summitlaw.com
jefff@summitlaw.com

*Attorneys for Bristol Bay Economic Development Corporation*

*Counsel for additional Intervening Parties are identified at the end of this pleading*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> UNITED TRIBES OF BRISTOL BAY, *et al.*, <br><br> Intervenor-Defendants. | No. 3:24-cv-00059-SLG |

**NOTICE OF DESIGNATION OF LEAD COUNSEL BY BRISTOL BAY PARTIES**

*Northern Dynasty Minerals, Ltd. v. EPA*
Case No. 3:24-cv-00059-SLG

1

Intervenor-Defendants United Tribes of Bristol Bay, Bristol Bay Native Association, Inc., Bristol Bay Economic Development Corporation, Bristol Bay Native Corporation, Bristol Bay Regional Seafood Development Association, Inc., and Commercial Fishermen for Bristol Bay designate Jeffrey M. Feldman of Summit Law Group to serve as their lead counsel with authority to participate in and speak on their behalf on case scheduling matters and disputes involving the administrative records.

DATED this 26th day of August, 2024.

SUMMIT LAW GROUP PLLC
*Attorneys for Bristol Bay Economic Development Corporation*

By: *s/ Jeffrey M. Feldman*
James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)

BESSENYEY & VAN TUYN, L.L.C.
*Attorneys for Bristol Bay Native Corporation*

By: *s/ Peter Van Tuyn*
Peter Van Tuyn (AK Bar No. 8911086)
Karen Schmidt (AK Bar No. 1211113)

NATIVE AMERICAN RIGHTS FUND
*Attorneys for United Tribes of Bristol Bay and Commercial Fishermen for Bristol Bay*

By: *s/ Matthew N. Newman*
Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)

*Northern Dynasty Minerals, Ltd. v. EPA*
Case No. 3:24-cv-00059-SLG

2

BRISTOL BAY NATIVE ASSOCIATION
*Attorney for Bristol Bay Native Association*

By: *s/ Felipe Farley*
Felipe Farley (AK Bar. No. 1904029)


CASHION GILMORE & LINDEMUTH
*Attorney for Bristol Bay Regional*
*Seafood Development Association, Inc.*

By: *s/ Scott Kendall*
Scott Kendall (AK Bar. No. 0405019)

*Northern Dynasty Minerals, Ltd. v. EPA*
Case No. 3:24-cv-00059-SLG

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

SUMMIT LAW GROUP, PLLC

*Denise Brandenstein*
**Denise Brandenstein,** Legal Assistant
*deniseb@summitlaw.com*