Siobhan McIntyre (AK Bar No. 1206050)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
jcahoon@trustees.org

*Attorneys for Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
Phone: (907) 277-2500
ecolon@earthjustice.org
carce@earthjustice.org

*Attorneys for Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

Jacqueline Iwata (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW Suite 300
Washington, DC 20005
Phone: (202) 289-6868
jiwata@nrdc.org
tzimpleman@nrdc.org

Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd St.
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Intervenor-Defendant Natural Resources Defense Council*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, | Case No. 3:24-cv-00059-SLG |

Plaintiffs,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Defendant,

and

TROUT UNLIMITED, et al.,

Intervenor-Defendants.

# NOTICE OF DESIGNATION OF LEAD COUNSEL BY SALMONSTATE PARTIES

Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, Wild Salmon Center, Center for Biological Diversity, Earthworks, Friends of the Earth, and Natural Resources Defense Council designate Siobhan McIntyre of Trustees for Alaska to serve as their lead counsel with authority to participate in and speak on their behalf on case scheduling matters and disputes involving the administrative records.

Respectfully submitted this 28th day of August 2024,

 s/ Siobhan McIntyre  
Siobhan McIntyre (AK Bar No. 1206050)  
Joanna Cahoon (AK Bar No. 1405034)  
TRUSTEES FOR ALASKA  
*Attorneys for Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

 s/ Charisse Arce (with consent)  
Charisse Arce (AK Bar No. 2303017)  
Erin Colón (AK Bar No. 1508067)  
EARTHJUSTICE  
*Attorneys for Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

 s/Thomas Zimpleman (with consent)  
Thomas Zimpleman (*pro hac vice*)  
Jacqueline Iwata (*pro hac vice*)  
Joel Reynolds (*pro hac vice*)  
NATURAL RESOURCES DEFENSE COUNCIL  
*Attorneys for Intervenor-Defendant Natural Resources Defense Council*

## Certificate of Service

      I certify that on August 28, 2024, I caused a copy of the NOTICE OF DESIGNATION OF LEAD COUNSEL BY SALMONSTATE PARTIES be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system, which will send electronic notification of such filings to the attorneys of record in this case.

                                         *s/ Siobhan McIntyre*
                                         Siobhan McIntyre