Paul A. Werner (*pro hac vice*)
Steven P. Hollman (*pro hac vice*)
Abraham J. Shanedling (*pro hac vice*)
Hannah J. Wigger (*pro hac vice*)
Christopher L. Bauer (*pro hac vice*)
Alexandra Bustamante (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
hwigger@sheppardmullin.com
cbauer@sheppardmullin.com
abustamante@sheppardmullin.com

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
600 Clipper Ship Court
Anchorage, AK 99515
Telephone: (907) 227-1590
Austin.Williams@tu.org

*Attorneys for Intervenor-Defendant Trout Unlimited*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br> v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants,<br><br> and<br><br>UNITED TRIBES OF BRISTOL BAY, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to the Court's August 22, 2024 Order (ECF No. 95), Trout Unlimited designates Paul Werner of Sheppard, Mullin, Richter & Hampton LLP to serve as its lead counsel with authority to

participate in and speak on its behalf regarding case scheduling matters and disputes involving the administrative records.

Dated: August 28, 2024

Respectfully submitted,

By: *s/ Paul A. Werner*
Paul A. Werner (admitted *pro hac vice*)
Steven P. Hollman (admitted *pro hac vice*)
Abraham J. Shanedling (admitted *pro hac vice*)
Hannah J. Wigger (admitted *pro hac vice*)
Christopher L. Bauer (admitted *pro hac vice*)
Alexandra Bustamante (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
hwigger@sheppardmullin.com
cbauer@sheppardmullin.com
abustamante@sheppardmullin.com

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
600 Clipper Ship Court
Anchorage, AK 99515
Telephone: (907) 227-1590
Austin.Williams@tu.org

*Attorneys for Intervenor-Defendant Trout Unlimited*