# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>  Defendants. | Case No. 3:24-cv-00059-SLG |

### [PROPOSED] ORDER GRANTING MOTION TO ESTABLISH DATE FOR DEFENDANTS' RESPONSE TO FIRST AMENDED AND SUPPLEMENTED COMPLAINT

  For the reasons stated in the Unopposed Motion to Establish Date for Defendants' Response to First Amended and Supplemented Complaint, ECF \*\*, and for good cause shown, that motion is GRANTED. The deadline for Defendants to submit their response to the First Amended and Supplemented Complaint is September 27, 2024.

  DATED this \*\* day of August 2024, at Anchorage, Alaska.

                _____
                UNITED STATES DISTRICT JUDGE