| | |
|---|---|
| Paul A. Werner (*pro hac vice*) | Austin Williams (AK Bar No. 0911067) |
| Steven P. Hollman (*pro hac vice*) | TROUT UNLIMITED |
| Abraham J. Shanedling (*pro hac vice*) | 600 Clipper Ship Court |
| Hannah J. Wigger (*pro hac vice*) | Anchorage, AK 99515 |
| Christopher L. Bauer (*pro hac vice*) | Telephone: (907) 227-1590 |
| Alexandra Bustamante (*pro hac vice*) | Austin.Williams@tu.org |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
hwigger@sheppardmullin.com
cbauer@sheppardmullin.com
abustamante@sheppardmullin.com

*Attorneys for Trout Unlimited*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, | |
| Plaintiffs, | Case No. 3:24-cv-00059-SLG |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants, | |
| and | |
| UNITED TRIBES OF BRISTOL BAY, *et al.*, | |
| Intervenor-Defendants. | |

## NOTICE BY TROUT UNLIMITED OF AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

Pursuant to Section 2(c)(ii) of the Court's July 30, 2024, Protective Order (ECF No. 96), Trout Unlimited and its undersigned counsel hereby provide notice of their intent to be bound by the terms

of the Protective Order. Pursuant to Section 2(d) of the Protective Order, undersigned counsel also each have signed the Certification attached as Attachment A to the Protective Order and have provided copies of such signed Certifications to counsel for the U.S. Environmental Protection Agency.

Dated: September 2, 2024          Respectfully submitted,

By:  *s/ Paul A. Werner*
Paul A. Werner (admitted *pro hac vice*)
Steven P. Hollman (admitted *pro hac vice*)
Abraham J. Shanedling (admitted *pro hac vice*)
Hannah J. Wigger (admitted *pro hac vice*)
Christopher L. Bauer (admitted *pro hac vice*)
Alexandra Bustamante (admitted *pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
pwerner@sheppardmullin.com
shollman@sheppardmullin.com
ashanedling@sheppardmullin.com
hwigger@sheppardmullin.com
cbauer@sheppardmullin.com
abustamante@sheppardmullin.com

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
600 Clipper Ship Court
Anchorage, AK 99515
Telephone: (907) 227-1590
Austin.Williams@tu.org

*Attorneys for Intervenor-Defendant*
*Trout Unlimited*