# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. *et al.*,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>        Defendants,<br><br>and<br><br>UNITED TRIBES OF BRISTOL BAY, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG |

## [Proposed]
## ORDER GRANTING JOINT MOTION BY ALL INTERVENOR-DEFENDANTS TO EXTEND DATE TO RESPOND TO FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

Before the Court at Docket ____ is a Joint Motion by all three sets of Intervenor-Defendants for an extension of time to respond to Plaintiffs' First Amended and Supplemental Complaint for Declaratory and Injunctive Relief ("First Amended Complaint" (Docket 91)).

Having considered the Joint Motion, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. Each set of Intervenor-Defendants shall file its Answer to the First Amended Complaint on or before September 27, 2024.

DATED this ____ day of _____2024, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals Ltd., et al. v. EPA, et al.*

Case 3:24-cv-00059-SLG     Document 103-1     Filed 09/06/24     Page 1 of 1