Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
mnewman@narf.org
mcondon@narf.org

*Counsel for Intervenor Defendants United Tribes of Bristol Bay and Commercial Fisherman for Bristol Bay*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>  Defendant. | No. 3:24-cv-00059-SLG |

**NOTICE OF WITHDRAW OF COUNSEL**

Please take notice that Matthew N. Newman withdraws his appearance as counsel for Intervenor-Defendants United Tribes of Bristol Bay and Commercial Fisherman for Bristol Bay in the above-captioned matter.

Mr. Newman's last day of employment with Native American Rights Fund is September 27, 2024. Megan R. Condon of Native American Rights Fund will continue to represent Intervenor-Defendants United Tribes of Bristol Bay and Commercial Fisherman

1

for Bristol Bay in this matter. Additionally, David J. Burger and Joshua A. Baskin of Wilson Sonsini Goodrich & Rosati will continue to represent Intervenor-Defendant United Tribes of Bristol Bay in this matter.

RESPECTFULLY SUBMITTED this 26th day of September, 2024.

*/s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND

*Counsel for Intervenor-Defendants United Tribes of Bristol Bay and Commercial Fisherman for Bristol Bay*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of September, 2024, I electronically filed the foregoing **NOTICE OF WITHDRAW OF COUNSEL** with the Clerk of the Court for the United States District Court for the District of Alaska by using the CM/ECF system. I certify that all participants in the case are CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND