IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORPS OF ENGINEERS<br><br>　　　　Defendants. | Case No. 3:24-cv-00059-SLG |

**CERTIFICATION OF INDEX TO ADMINISTRATIVE RECORD**

　　I hereby certify that, to the best of my knowledge and belief, the materials listed in the attached index constitute the administrative record for the Record of Decision issued by the Alaska District on 15 April 2024 titled "SUBJECT: Review of the application by Pebble Limited Partnership (POA-2017-00271) in light of the prohibitions and restrictions imposed by the Final Determination of the U.S. Environmental Protection Agency Pursuant to Section 404(c) of the Clean Water Act – Pebble Deposit Area, Southwest Alaska (January 2023)".

*signature* 10/18/2024

Heather N. Markway
Chief, South Branch
Regulatory Division
U.S. Army Corps of Engineers
Alaska District
P.O. Box 6898, JBER, AK