| Doc. No. | Production Begin | Production End | Date | Description | Notes | File Name |
|---|---|---|---|---|---|---|
| 001 | USACE0000001 | USACE0000079 | 6/8/2020 | Pebble Project Department of the Army Application for Permit POA-2017-271 ("June 2020 CWA Permit Application") | Pebble Project Dep't of the Army Application for Permit POA-2017-271 | A_1_POA2017-271 Application_20200608.pdf |
| 001-001 | USACE0000080 | USACE0000081 | 6/8/2020 | Attachment A1 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A1 IG-001_I001.pdf |
| 001-002 | USACE0000082 | USACE0000088 | 6/8/2020 | Attachment A2 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A2 G-001_G-007.pdf |
| 001-003 | USACE0000089 | USACE0000113 | 6/8/2020 | Attachment A3 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A3 M-001_M-025.pdf |
| 001-004 | USACE0000114 | USACE0000116 | 6/8/2020 | Attachment A4 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A4 P-001_P-003.pdf |
| 001-005 | USACE0000117 | USACE0000169 | 6/8/2020 | Attachment A5 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A5 T-001_T-053.pdf |
| 001-006 | USACE0000170 | USACE0000186 | 6/8/2020 | Attachment A6 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A6 BX001-BX017.pdf |
| 001-007 | USACE0000187 | USACE0000194 | 6/8/2020 | Attachment A7 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A7 CX001_CX008.pdf |
| 001-008 | USACE0000195 | USACE0000207 | 6/8/2020 | Attachment A8 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A8 GX001_GX013.pdf |
| 001-009 | USACE0000208 | USACE0000223 | 6/8/2020 | Attachment A9 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A9 MX-001_MX-016.pdf |
| 001-010 | USACE0000224 | USACE0000228 | 6/8/2020 | Attachment A10 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A10 PX-001_PX-005.pdf |
| 001-011 | USACE0000229 | USACE0000249 | 6/8/2020 | Attachment A11 of PLP's June 2020 CWA Permit Application | | POA2017-271_Att A11 TX-001-TX-021.pdf |
| 001-012 | USACE0000250 | USACE0000250 | 6/8/2020 | Attachment D1 of PLP's June 2020 CWA Permit Application | Attachment D1 to Pebble Project Dep't of the Army Application for Permit POA-2017-271, ORM Upload, Impacts, Consolidated, Rapanos | POA2017-271_Att D1 ORM_Upload_Sheet_Consolidated_Rapanos.xlsm |
| 001-013 | USACE0000251 | USACE0000251 | 6/8/2020 | Attachment E of PLP's June 2020 CWA Permit Application | Also included in Doc. No. 001-14 | POA2017271_Project_Final_062020.gdb |

| Doc. No. | Production Begin | Production End | Date | Description | Notes | File Name |
|---|---|---|---|---|---|---|
| 001-014 | USACE0000252 | USACE0000252 | 6/8/2020 | Attachment E of PLP's June 2020 CWA Permit Application | POA2017271_Project_Final_062020.gdb/<br>•PLP_Impacts_Streams_062020<br>•PLP_Impacts_Wetlands_062020<br>•PLP_LighteringLocation_062020<br>•PLP_MineSite_Footprints_062020<br>•PLP_MineSite_Lines_062020<br>•PLP_MineSite_MonitoringWells_062020<br>•PLP_Pipeline_InstallationCorridor_CI_062020<br>•PLP_PortSite_Footprints_062020<br>•PLP_PortSite_Lines_062020<br>•PLP_Power_Footprints_062020<br>•PLP_Power_Lines_062020<br>•PLP_Trans_Footprints_062020<br>•PLP_Trans_Lines_062020<br>•PLP_Trans_Stationing_062020<br>•PLP_Waterbody_Crossings_062020<br>•PLP_WaterExtractionSite_AccessRoads_062020<br>•PLP_WaterExtractionSites_062020 | POA2017-271_Att E PLP_ProjectSpatialData.gdb.zip |
| 002 | USACE0000253 | USACE0000253 | 6/8/2020 | PLP's study area and wetlands to be impacted in the proposed Least Environmentally Damaging Practicable Alternative as of June 8, 2020 | PLP_WetlandImpacts_ORM_20200608.gdb/<br>•PLP_ImpactResuts_Alt3_LEDPA_ORM<br>•PLP_Study_Area_LEDPA_Rev1<br>•PLP_Wetlands_LEDPA_Rev1 | PLP_WetlandImpacts_ORM_20200608.gdb.zip |
| 003 | USACE0000254 | USACE0000345 | 6/9/2020 | Pebble Project Department of the Army Application for Permit POA-2017-271, June 9 Update | Updated Project Description is Appendix B to Doc. No. 001 | 06_09_2020_Havey_email_to_POA_Attach_PD_Update_App_Final.pdf |
| 004 | USACE0000346 | USACE0000780 | Jan. 2023 | Final Determination of the U.S. Environmental Protection Agency Pursuant to Section 404(c) of the Clean Water Act Pebble Deposit Area, Southwest Alaska | | Pebble-Deposit-Area-404c-FD-Jan2023.pdf |
| 005 | USACE0000781 | USACE0000782 | 4/15/2024 | Appeal Notification of Denial | | POA-2017-00271.20240415.Pebble Appeal Notification of Denial_Final.pdf |
| 006 | USACE0000783 | USACE0000796 | 4/15/2024 | Record of Decision | | POA-2017-00271.20240415.Record of Decision.pdf |