






**1** Road stationing 130+00.00 is labeled every thousand feet; the stationing is used to relate road typical sections in the TX series to segments of road in the plan view maps.

**2** Mapped wetlands and waters within the mapping limit are represented by light green and light blue; the light blue mapped waters represent the extent of the waters to the ordinary high water mark; permanently impacted wetlands and waters within the project disturbance limit are represented by dark green and dark blue; temporarily impacted wetlands and waters within the project disturbance limit are represented by dark yellow and dark teal.

**3** Stream crossing points are symbolized by crossing type (Bridge, Fish Passage Culvert, or Drainage Culvert); they are labeled by their Crossing ID. These IDs relate to the list of bridges and culverts in the Bridge and Culvert Schedule in Attachment B of the permit application.

**4** Cross section location identifiers show the location and direction of each cross section excluding typical cross sections; the number at the bottom of the circle gives the figure number where the cross section can be found; the number at the top of the circle gives the cross section number. On the cross section figure the number at the bottom of the circle references back to the plan view figure number where the cross section location identifier can be found.

**5** Some cross sections are referenced only by name, such as the bridge cross sections and culvert typical cross sections and the Haul, Service, and Access Roads Typical Sections on MX-012.

**6** The mine features include 3 different types of roads: Access Roads (50' average width), Haul Roads (150' average width), and Service Roads (105' average width). Each road is designed for a different purpose and type of vehicle. The roads are identified with labels in the mine area maps (M-003 to M-025) and typical cross sections for these 3 road types are shown on MX-012.

The inch:feet scales referenced in this map set are applicable when printed on 11x17 paper.

| PEBBLE PROJECT | DRAWING TITLE: |
|---|---|
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **MAP INTERPRETATION GUIDE** |

| LAT., LONG. OF MINE 155°18'2.83"W 59°53'51.29"N | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** | | |
|---|---|---|---|
| WATERWAY: VARIES | FILE NO **POA-2017-271** | DATE: **JUNE 2020** | FIGURE NO. **IG-001** |

