





Figure M-023 — Plan View, Mine Area, Pebble Project



USACE0000112

