





Figure P-003 — Plan View, Diamond Point Port, Pebble Project. Applicant: Pebble Limited Partnership. File No. POA-2017-271. Date: June 2020. 1 inch = 333 feet. Waterway: Cook Inlet. Lat., Long. of Mine: 59°53'51.29"N 155°18'2.83"W. NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet.