


PEBBLE PROJECT — PLAN VIEW MINE ACCESS ROAD — Figure T-016, June 2020





PEBBLE PROJECT — PLAN VIEW MINE ACCESS ROAD
APPLICANT: PEBBLE LIMITED PARTNERSHIP
FILE NO: POA-2017-271
DATE: JUNE 2020
FIGURE NO. T-018






USACE0000137

