

Legend:
- Project Disturbance Limit
- Project Design Detail Feature
- Wetland Mapping Limit
- Mapped Wetlands
- Mapped Waters
- Permanent Discharge in Wetlands
- Temporary Discharge in Wetlands
- Permanent Discharge in Waters
- Temporary Discharge in Waters
- USGS Waterbody (outside mapping limits)
- USGS Stream (outside mapping limits)
- Section Boundary
- Township Boundary
- 10' Contours (Existing)
- Drainage Culvert
- Water Extraction Site

Labels on map: D1020, D1021, D1022, WES-N21, D1023, D1024, MS-D20, Iliamna Lake, 2000+00.00, 1960+00.00, 1950+00.00, 1940+00.00, 1930+00.00

Section labels: T 4S R 29W SEC 20, T 4S R 29W SEC 29, T 4S R 29W SEC 21, T 4S R 29W SEC 28, T 4S R 29W SEC 22, T 4S R 29W SEC 27, T 4S R 29W SEC 28, T 4S R 29W SEC 29, T 4S R 29W SEC 21, T 4S R 29W SEC 22

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

0  250  500  750 Feet

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

DRAWING TITLE:
**PLAN VIEW
MINE ACCESS ROAD**

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

WATERWAY:
**ILIAMNA LAKE**

FILE NO.
**POA-2017-271**

DATE:
**JUNE 2020**

FIGURE NO.
**T-023**

USACE0000139



D1020

D1016 D1017

D1019

D1018

2000+00.00

2010+00.00

2020+00.00

2030+00.00

2040+00.00

2050+00.00

2060+00.00

2070+00.00

T 4S R 29W SEC 17
T 4S R 29W SEC 20

T 4S R 29W SEC 21
T 4S R 29W SEC 20

**Legend**

- Project Disturbance Limit
- Project Design Detail Feature
- Wetland Mapping Limit
- Mapped Wetlands
- Mapped Waters
- Permanent Discharge in Wetlands
- Temporary Discharge in Wetlands
- Permanent Discharge in Waters
- Temporary Discharge in Waters
- USGS Waterbody (outside mapping limits)
- USGS Stream (outside mapping limits)
- Section Boundary
- Township Boundary
- 10' Contours (Existing)
- Fish Passage Culvert
- Drainage Culvert

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

DRAWING TITLE:
**PLAN VIEW**
**MINE ACCESS ROAD**

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

0  250  500  750 Feet

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

WATERWAY:
ILIAMNA LAKE

PROPOSED ACTIVITY:
MINERAL DEVELOPMENT

FILE NO
**POA-2017-271**

DATE:
**JUNE 2020**

FIGURE NO.
**T-024**

USACE0000140



MS-D19

D1014

D1013

D1015

T 4S R 30W SEC 13
T 4S R 30W SEC 24

T 4S R 29W SEC 18
T 4S R 29W SEC 19

T 4S R 30W SEC 24
T 4S R 29W SEC 19

2140+00.00
2130+00.00
2120+00.00
2110+00.00
2100+00.00
2090+00.00
2080+00.00
2070+00.00

**Legend**

- Project Disturbance Limit
- Project Design Detail Feature
- Wetland Mapping Limit
- Mapped Wetlands
- Mapped Waters
- Permanent Discharge in Wetlands
- Temporary Discharge in Wetlands
- Permanent Discharge in Waters
- Temporary Discharge in Waters
- USGS Waterbody (outside mapping limits)
- USGS Stream (outside mapping limits)
- Section Boundary
- Township Boundary
- 10' Contours (Existing)
- Fish Passage Culvert

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

0   250   500   750 Feet

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

WATERWAY:
**ILIAMNA LAKE**

FILE NO
**POA-2017-271**

DRAWING TITLE:
**PLAN VIEW
MINE ACCESS ROAD**

DATE:
**JUNE 2020**

FIGURE NO.
**T-025**

USACE0000141



PEBBLE PROJECT

APPLICANT: PEBBLE LIMITED PARTNERSHIP

DRAWING TITLE:
**PLAN VIEW
MINE ACCESS ROAD**

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

PROPOSED ACTIVITY:
MINERAL DEVELOPMENT

WATERWAY:
ILIAMNA LAKE AND CHEKOK CREEK

FILE NO
POA-2017-271

DATE:
JUNE 2020

FIGURE NO.
T-026

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

**Legend:**
- Project Disturbance Limit
- Project Design Detail Feature
- Wetland Mapping Limit
- Mapped Wetlands
- Mapped Waters
- Permanent Discharge in Wetlands
- Temporary Discharge in Wetlands
- Permanent Discharge in Waters
- Temporary Discharge in Waters
- USGS Waterbody (outside mapping limits)
- USGS Stream (outside mapping limits)
- Section Boundary
- Township Boundary
- 10' Contours (Existing)
- Bridge
- Fish Passage Culvert
- Water Extraction Site

USACE0000142



T 4S R 30W SEC 16
T 4S R 30W SEC 15

T 4S R 30W SEC 16
T 4S R 30W SEC 21

T 4S R 30W SEC 15
T 4S R 30W SEC 22

MS-D18

2240+00.00

2250+00.00

2260+00.00

2270+00.00

2280+00.00

2290+00.00

2300+00.00

2310+00.00

T 4S R 30W SEC 21
T 4S R 30W SEC 22

| Legend | | |
|---|---|---|
| Project Disturbance Limit | Permanent Discharge in Wetlands | USGS Stream (outside mapping limits) |
| Project Design Detail Feature | Temporary Discharge in Wetlands | Section Boundary |
| Wetland Mapping Limit | Permanent Discharge in Waters | Township Boundary |
| Mapped Wetlands | Temporary Discharge in Waters | 10' Contours (Existing) |
| Mapped Waters | USGS Waterbody (outside mapping limits) | |

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

0  250  500  750
Feet

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

WATERWAY:
**ILIAMNA LAKE AND CHEKOK CREEK**

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

FILE NO.
**POA-2017-271**

DRAWING TITLE:
**PLAN VIEW
MINE ACCESS ROAD**

DATE:
**JUNE 2020**

FIGURE NO.
**T-027**

USACE0000143



WES-N24

D1008 (East Fork Youngs Creek Bridge, See Figure BX-013)

MS-D17

T 4S R 30W SEC 18
T 4S R 30W SEC 17

T 4S R 30W SEC 19

T 4S R 30W SEC 18
T 4S R 30W SEC 19

T 4S R 30W SEC 17
T 4S R 30W SEC 20

T 4S R 30W SEC 17
T 4S R 30W SEC 16

T 4S R 30W SEC 16
T 4S R 30W SEC 21

T 4S R 30W SEC 19
T 4S R 30W SEC 20

T 4S R 30W SEC 20
T 4S R 30W SEC 21

2390+00.00
2380+00.00
2370+00.00
2350+00.00
2340+00.00
2330+00.00
2320+00.00

**Legend**

- Project Disturbance Limit
- Project Design Detail Feature
- Wetland Mapping Limit
- Mapped Wetlands
- Mapped Waters
- Permanent Discharge in Wetlands
- Temporary Discharge in Wetlands
- Permanent Discharge in Waters
- Temporary Discharge in Waters
- USGS Waterbody (outside mapping limits)
- USGS Stream (outside mapping limits)
- Section Boundary
- Township Boundary
- 10' Contours (Existing)
- Bridge
- Water Extraction Site

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

0 250 500 750 Feet

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

WATERWAY:
**ILIAMNA LAKE**

FILE NO.
**POA-2017-271**

DRAWING TITLE:
**PLAN VIEW**
**MINE ACCESS ROAD**

DATE:
**JUNE 2020**

FIGURE NO.
**T-028**

USACE0000144



### Legend

- Project Disturbance Limit
- Project Design Detail Feature
- Wetland Mapping Limit
- Mapped Wetlands
- Mapped Waters
- Permanent Discharge in Wetlands
- Temporary Discharge in Wetlands
- Permanent Discharge in Waters
- Temporary Discharge in Waters
- USGS Waterbody (outside mapping limits)
- USGS Stream (outside mapping limits)
- Section Boundary
- Township Boundary
- 10' Contours (Existing)
- Bridge
- Drainage Culvert
- Water Extraction Site

WES-N25

D1007

D1006 (West Fork Youngs Creek Bridge, See Figure BX-014)

MS-D16

T 4S R 31W SEC 13 / T 4S R 31W SEC 24

T 4S R 30W SEC 18 / T 4S R 30W SEC 19

T 4S R 31W SEC 24 / T 4S R 30W SEC 19

T 4S R 31W SEC 13 / T 4S R 31W SEC 18

2400+00.00
2410+00.00
2420+00.00
2430+00.00
2440+00.00
2450+00.00
2460+00.00
2470+00.00
2480+00.00

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

0 250 500 750 Feet

1 inch = 500 feet

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

DRAWING TITLE:
**PLAN VIEW**
**MINE ACCESS ROAD**

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

WATERWAY:
**ILIAMNA LAKE**

FILE NO
**POA-2017-271**

DATE:
**JUNE 2020**

FIGURE NO.
**T-029**

Case 3:24-cv-00059-SLG    Document 113-12    Filed 10/18/24    Page 7 of 10

USACE0000145



Eagle Bay Creek

MS-D16

T 4S R 31W SEC 22
T 4S R 31W SEC 23

T 4S R 31W SEC 23
T 4S R 31W SEC 24

2500+00.00
2510+00.00
2520+00.00
2530+00.00
2540+00.00
2560+00.00
2570+00.00

T 4S R 31W SEC 22
T 4S R 31W SEC 27

T 4S R 31W SEC 23
T 4S R 31W SEC 26

T 4S R 31W SEC 24
T 4S R 31W SEC 25

**Legend:**

| | | |
|---|---|---|
| Project Disturbance Limit | Permanent Discharge in Wetlands | USGS Stream (outside mapping limits) |
| Project Design Detail Feature | Temporary Discharge in Wetlands | Section Boundary |
| Wetland Mapping Limit | Permanent Discharge in Waters | Township Boundary |
| Mapped Wetlands | Temporary Discharge in Waters | 10' Contours (Existing) |
| Mapped Waters | USGS Waterbody (outside mapping limits) | |

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

0    250    500    750 Feet

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

WATERWAY:
**ILIAMNA LAKE**

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

FILE NO
**POA-2017-271**

DRAWING TITLE:
**PLAN VIEW
MINE ACCESS ROAD**

DATE:
**JUNE 2020**

FIGURE NO.
**T-030**

Case 3:24-cv-00059-SLG    Document 113-12    Filed 10/18/24    Page 8 of 10

USACE0000146



PEBBLE PROJECT
APPLICANT: PEBBLE LIMITED PARTNERSHIP

DRAWING TITLE:
**PLAN VIEW**
**MINE ACCESS ROAD**

**Legend**

- Project Disturbance Limit
- Project Design Detail Feature
- Wetland Mapping Limit
- Mapped Wetlands
- Mapped Waters
- Permanent Discharge in Wetlands
- Temporary Discharge in Wetlands
- Permanent Discharge in Waters
- Temporary Discharge in Waters
- USGS Waterbody (outside mapping limits)
- USGS Stream (outside mapping limits)
- Section Boundary
- Township Boundary
- 10' Contours (Existing)
- Bridge
- Fish Passage Culvert
- Water Extraction Site

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

0   250   500   750 Feet

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

WATERWAY:
ILIAMNA LAKE

PROPOSED ACTIVITY:
MINERAL DEVELOPMENT

FILE NO
POA-2017-271

DATE:
JUNE 2020

FIGURE NO.
T-031

USACE0000147



MS-D15

D1001

E016

D1002

D1003

T 4S R 31W SEC 19
T 4S R 31W SEC 20

T 4S R 31W SEC 20
T 4S R 31W SEC 21

T 4S R 31W SEC 19
T 4S R 31W SEC 30

T 4S R 31W SEC 20
T 4S R 31W SEC 29

T 4S R 31W SEC 21
T 4S R 31W SEC 28

T 4S R 31W SEC 30
T 4S R 31W SEC 29

T 4S R 31W SEC 29
T 4S R 31W SEC 28

2730+00.00
2720+00.00
2710+00.00
2700+00.00
2690+00.00
2680+00.00
2670+00.00
2660+00.00

**Legend:**

- Project Disturbance Limit
- Project Design Detail Feature
- Wetland Mapping Limit
- Mapped Wetlands
- Mapped Waters
- Permanent Discharge in Wetlands
- Temporary Discharge in Wetlands
- Permanent Discharge in Waters
- Temporary Discharge in Waters
- USGS Waterbody (outside mapping limits)
- USGS Stream (outside mapping limits)
- Section Boundary
- Township Boundary
- 10' Contours (Existing)
- Fish Passage Culvert
- Drainage Culvert

NOTES
Natural gas pipeline, concentrate pipeline, and return water pipeline follow the road; see Figures TX-003 through TX-013 for detail.

0 250 500 750 Feet

1 inch = 500 feet

NAD 1983 StatePlane Alaska 5 FIPS 5005 Feet

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

LAT., LONG. OF MINE
59°53'51.29"N 155°18'2.83"W

PROPOSED ACTIVITY:
MINERAL DEVELOPMENT

WATERWAY:
ILIAMNA LAKE

FILE NO
**POA-2017-271**

DRAWING TITLE:
**PLAN VIEW
MINE ACCESS ROAD**

DATE:
**JUNE 2020**

FIGURE NO.
**T-032**

Case 3:24-cv-00059-SLG    Document 113-12    Filed 10/18/24    Page 10 of 10

USACE0000148