







Figure BX-004 — Iliamna River Bridge Plan, Profile, and Typical Section. Pebble Project, Pebble Limited Partnership. File No. POA-2017-271. June 2020.

USACE0000173















