







NEWHALEN RIVER BRIDGE PLAN, PROFILE, AND TYPICAL SECTION — Pebble Project, Figure BX-016, June 2020.

