





SUMMER GRADED R.O.W. MODE



SUMMER WETLANDS R.O.W. MODE

NOTES:
1. FIBRE OPTIC CABLE INSTALLED IN COMMON DITCH.

| | |
|---|---|
| **PEBBLE PROJECT** <br> APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | DRAWING TITLE: <br> **RIGHT OF WAY CROSS SECTION** <br> **WETLANDS** <br> **SUMMER CONSTRUCTION** |
| LAT., LONG. OF MINE <br> 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: <br> **MINERAL DEVELOPMENT** |
| WATERWAY: <br> **VARIOUS** | FILE NO. <br> **POA-2017-271** |
| DATE: <br> **JUNE 2020** | FIGURE NO. <br> **GX-003** |



















