















**TSF LAYDOWN PLAN** — SCALE A

**SECTION 1** (M-014) SCALE B

**SECTION 2** (M-014) SCALE B

NOTES:
1. COORDINATE GRID IS UTM NAD83, ALASKA STATE PLANES; ZONE 5.
2. CONTOUR INTERVAL IS 25 FEET.
3. DIMENSIONS AND ELEVATIONS ARE IN FEET, UNLESS NOTED OTHERWISE.

| PEBBLE PROJECT | DRAWING TITLE: |
|---|---|
| APPLICANT: PEBBLE LIMITED PARTNERSHIP | TAILINGS STORAGE FACILITY LAYDOWN PLAN AND SECTIONS |
| LAT., LONG. OF MINE: 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: MINERAL DEVELOPMENT | |
| WATERWAY: KOKTULI RIVER | FILE NO. POA-2017-271 | DATE: JUNE 2020 | FIGURE NO. MX-008 |







OPEN PIT WATER MANAGEMENT POND TYPICAL SECTIONS — Pebble Project, Figure MX-011, June 2020.



**TYPICAL CROSS SECTION FOR HAUL ROADS**



**TYPICAL CROSS SECTION FOR SERVICE ROADS (WITH PIPELINES)**



**TYPICAL CROSS SECTION FOR ACCESS ROADS**

**NOTES:**
1. DIMENSIONS AND ELEVATIONS ARE IN FEET, UNLESS NOTED OTHERWISE.
2. BERM AND DITCH SIZING TO BE BASED ON ROAD TRAFFIC REQUIREMENTS.

| | |
|---|---|
| **PEBBLE PROJECT** | **DRAWING TITLE:** |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **HAUL, SERVICE, AND ACCESS ROADS TYPICAL SECTIONS** |
| LAT., LONG. OF MINE: 59°53'51.29"N  155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** |
| WATERWAY: **KOKTULI RIVER** | FILE NO. **POA-2017-271** |
| DATE: **JUNE 2020** | FIGURE NO. **MX-012** |







