





**LIGHTERING SPREAD MOORING SYSTEM ARANGEMENT**

**TYPICAL ANCHOR DESIGN**

| | |
|---|---|
| PEBBLE PROJECT | DRAWING TITLE: **LIGHTERING SPREAD MOORING SYSTEM ARANGEMENT AND TYPICAL ANCHOR DESIGN** |
| APPLICANT: PEBBLE LIMITED PARTNERSHIP | |
| LAT., LONG. OF MINE: 59°53'51.29"N  155°18'2.83"W | PROPOSED ACTIVITY: MINERAL DEVELOPMENT |
| WATERWAY: COOK INLET | FILE NO POA-2017-271 |
| DATE: JUNE 2020 | FIGURE NO. PX-003 |



