

NOTES:

1. TYPICAL SECTION APPLIES TO THE FOLLOWING INTERVALS:
   STA. 32+40 TO 82+26 (MP 0.61 TO MP 1.60)

2. WORK SPACE LIMIT 5 FT FROM TOE OF FILL OR TOP OF CUT.

3. BASE TO CONSIST OF 2 INCH MINUS, DURABLE, WELL GRADED, CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. 12" MIN DEPTH.

4. SUBBASE TO CONSIST OF CLEAN DURABLE COARSE ROCK OR GRAVEL. NON-FROST-SUSCEPTIBLE. 30" MIN DEPTH.

5. SELECT ROCK FILL MATERIAL; TO CONSIST OF DURABLE COARSE FREE DRAINING ROCK OR GRAVEL, AS APPROVED BY ENGINEER.

6. DEPTH OF EMBANKMENT STRUCTURAL FILL WILL VARY DEPENDING ON SOIL TYPE AND CONDITION. 3.5 FT TOTAL EMBANKMENT DEPTH WILL TYPICALLY BE THE MINIMUM.

7. EMBANKMENT FILL CONSISTING OF COARSE CLEAN ROCK TO BE INCORPORATED AS EROSION AND SEDIMENT CONTROL MEASURE.

8. ANY REQUIRED BLASTING WILL BE DONE DURING THE LOW TIDE CYCLE WHEN ROCK TO BE BLASTED IS ABOVE THE WATERLINE. ROCK FILL TO BE PLACED BELOW THE HIGH TIDE LINE WILL BE CLEAN COARSE ROCK OR RIP RAP AND WILL NOT INCLUDE SIGNIFICANT FINE MATERIAL.

9. BACKSLOPES WILL VARY DEPENDENT UPON SOIL OR ROCK TYPE AND CHARACTER.
   TYPICAL:   2:1 FOR GLACIAL MORAINE SOILS
              1.3:1 FOR COARSE ROCK OR GRAVEL
              0.25:1 TO 1:1 FOR ROCK

10. ARMOR ROCK TO BE PER SPEC FOR CLASS II ARMOR ROCK

11. ACCOMMODATE EXCESS EXCAVATION AND WASTE DISPOSAL BY FLATTENING AND/OR EXTENDING INSLOPE AT SELECT LOCATIONS AS APPROVED BY ENGINEER.

12. INSTALL GUARDRAIL ON LEFT SHOULDER 17 FT FROM CENTERLINE. ON RIGHT SIDE INSTALL GUARDRAIL AS WARRANTED.

13. NO REFUELING OF MOBILE EQUIPMENT WITHIN 200 FT OF WATER BODY.

14. SPOIL TO BE STORED OUT OF THE INTERTIDAL ZONE AND ADJACENT WETLANDS AND WITHIN THE CONSTRUCTION R.O.W.

| PEBBLE PROJECT | DRAWING TITLE: |
|---|---|
| APPLICANT: PEBBLE LIMITED PARTNERSHIP | ROAD TYPICAL SECTION IN INTERTIDAL ZONE WITH CONVEYOR |

| LAT, LONG OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: MINERAL DEVELOPMENT | | |
|---|---|---|---|
| WATERWAY: COOK INLET | FILE NO. POA-2017-271 | DATE: JUNE 2020 | FIGURE NO. TX-001 |



NOTES:

1. TYPICAL SECTION APPLIES TO THE FOLLOWING INTERVALS:
   STA. 84+26 TO 108+43 (MP 1.60 TO MP 2.05)

2. CLEARING LIMITS MIN. TO TOP OF CUT OR TOE OF FILL.

3. BASE TO CONSIST OF 2 INCH MINUS, DURABLE, WELL GRADED, CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. 12" MIN DEPTH.

4. SUBBASE TO CONSIST OF CLEAN DURABLE COARSE ROCK OR GRAVEL. NON-FROST-SUSCEPTIBLE. 30" MIN DEPTH.

5. SELECT ROCK FILL MATERIAL; TO CONSIST OF DURABLE COARSE FREE DRAINING ROCK OR GRAVEL, AS APPROVED BY ENGINEER.

6. DEPTH OF EMBANKMENT STRUCTURAL FILL WILL VARY DEPENDING ON SOIL TYPE AND CONDITION. 3.5 FT TOTAL EMBANKMENT DEPTH WILL TYPICALLY BE THE MINIMUM.

7. BACKSLOPES WILL VARY DEPENDENT UPON SOIL OR ROCK TYPE AND CHARACTER.
   TYPICAL: 2:1 FOR GLACIAL MORAINE SOILS
            1.3:1 FOR COARSE ROCK OR GRAVEL
            0.25:1 TO 1:1 FOR ROCK

8. ACCOMMODATE EXCESS EXCAVATION AND WASTE DISPOSAL BY FLATTENING AND/OR EXTENDING INSLOPE AT SELECT LOCATIONS AS APPROVED BY ENGINEER.

9. INSTALL GUARDRAIL WHERE WARRANTED. WIDEN SHOULDER 3 FT FOR GUARDRAIL INSTALLATION.

10. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| | |
|---|---|
| **PEBBLE PROJECT** | DRAWING TITLE: |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **ROAD TYPICAL SECTION FOR ROUGH TERRAIN WITH ROCK CUTS AND WITH CONVEYOR** |
| LAT, LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** |
| DATE: **JUNE 2020** | FIGURE NO. **TX-002** |

Case 3:24-cv-00059-SLG   Document 114-7   Filed 10/18/24   Page 2 of 21

USACE0000230



NOTES:

1. TYPICAL SECTION APPLIES TO THE FOLLOWING INTERVALS:
   STA. 108+43 TO 123+43 (MP 2.05 TO MP 2.34)
   STA. 133+90 TO 140+90 (MP 2.54 TO MP 2.67)

2. WORK SPACE LIMIT 5 FT FROM TOE OF FILL OR TOP OF CUT.

3. BASE TO CONSIST OF 2 inch MINUS, DURABLE, WELL GRADED, CRUSHED
   ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. 12" MIN DEPTH.

4. SUBBASE TO CONSIST OF CLEAN DURABLE COARSE ROCK OR GRAVEL.
   NON—FROST—SUSCEPTIBLE. 30" MIN DEPTH.

5. SELECT ROCK FILL MATERIAL; TO CONSIST OF DURABLE COARSE FREE
   DRAINING ROCK OR GRAVEL, AS APPROVED BY ENGINEER.

6. DEPTH OF EMBANKMENT STRUCTURAL FILL WILL VARY DEPENDING ON
   SOIL TYPE AND CONDITION. 3.5 FT TOTAL EMBANKMENT DEPTH WILL
   TYPICALLY BE THE MINIMUM.

7. ANY REQUIRED BLASTING WILL BE DONE DURING THE LOW TIDE CYCLE
   WHEN ROCK TO BE BLASTED IS ABOVE THE WATERLINE. ROCK FILL TO
   BE PLACED BELOW THE HIGH TIDE LINE WILL BE CLEAN COARSE ROCK
   OR RIP RAP AND WILL NOT INCLUDE SIGNIFICANT FINE MATERIAL.

8. BACKSLOPES WILL VARY DEPENDENT UPON SOIL OR ROCK TYPE AND
   CHARACTER.
   TYPICAL:   2:1 FOR GLACIAL MORAINE SOILS
              1.3:1 FOR COARSE ROCK OR GRAVEL
              0.25:1 TO 1:1 FOR ROCK

9. ARMOR ROCK TO BE PER SPEC FOR CLASS II ARMOR ROCK

10. ACCOMMODATE EXCESS EXCAVATION AND WASTE DISPOSAL BY
    FLATTENING AND/OR EXTENDING INSLOPE AT SELECT LOCATIONS AS
    APPROVED BY ENGINEER.

11. INSTALL GUARDRAIL ON LEFT SHOULDER 17 FT FROM    CENTERLINE.
    ON RIGHT SIDE INSTALL GUARDRAIL AS WARRANTED.

12. NO REFUELING OF MOBILE EQUIPMENT WITHIN 200 FT OF WATER BODY.

13. SPOIL TO BE STORED OUT OF THE INTERTIDAL ZONE AND ADJACENT
    WETLANDS AND WITHIN THE CONSTRUCTION R.O.W.

14. EMBANKMENT FILL CONSISTING OF COARSE CLEAN ROCK TO BE
    INCORPORATED AS EROSION AND SEDIMENT CONTROL MEASURE.

Case 3:24-cv-00059-SLG    Document 114-7    Filed 10/18/24    Page 3 of 21

USACE0000231

| PEBBLE PROJECT | DRAWING TITLE: |
|---|---|
| APPLICANT: PEBBLE LIMITED PARTNERSHIP | **ROAD TYPICAL SECTION IN INTERTIDAL ZONE** |

| LAT, LONG. OF MINE 59°53'51.29"N  155°18'2.83"W | PROPOSED ACTIVITY: MINERAL DEVELOPMENT | | |
|---|---|---|---|
| WATERWAY: COOK INLET | FILE NO. POA-2017-271 | DATE: JUNE 2020 | FIGURE NO. TX-003 |



NOTES:

1. TYPICAL SECTION APPLIES TO THE FOLLOWING INTERVALS:
   STA. 123+43 TO 133+90 (MP 2.34 TO MP 2.54)
   STA. 140+90 TO 163+05 (MP 2.67 TO MP 3.09)

2. CLEARING LIMITS MIN. TO TOP OF CUT OR TOE OF FILL.

3. BASE TO CONSIST OF 2 inch MINUS, DURABLE, WELL GRADED, CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. 12" MIN DEPTH.

4. SUBBASE TO CONSIST OF CLEAN DURABLE COARSE ROCK OR GRAVEL. NON-FROST-SUSCEPTIBLE. 30" MIN DEPTH.

5. SELECT ROCK FILL MATERIAL; TO CONSIST OF DURABLE COARSE FREE DRAINING ROCK OR GRAVEL, AS APPROVED BY ENGINEER.

6. DEPTH OF EMBANKMENT STRUCTURAL FILL WILL VARY DEPENDING ON SOIL TYPE AND CONDITION. 3.5 FT TOTAL EMBANKMENT DEPTH WILL TYPICALLY BE THE MINIMUM.

7. BACKSLOPES WILL VARY DEPENDENT UPON SOIL OR ROCK TYPE AND CHARACTER.
   TYPICAL:   2:1 FOR GLACIAL MORAINE SOILS
             1.3:1 FOR COARSE ROCK OR GRAVEL
             0.25:1 TO 1:1 FOR ROCK

8. ACCOMMODATE EXCESS EXCAVATION AND WASTE DISPOSAL BY FLATTENING AND/OR EXTENDING INSLOPE AT SELECT LOCATIONS AS APPROVED BY ENGINEER.

9. INSTALL GUARDRAIL WHERE WARRANTED. WIDEN SHOULDER 3 FT FOR GUARDRAIL INSTALLATION.

10. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| | |
|---|---|
| **PEBBLE PROJECT** | DRAWING TITLE: |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **ROAD TYPICAL SECTION FOR ROUGH TERRAIN WITH ROCK CUTS** |
| LAT. LONG. OF MINE 59°53'51.29"N 155°18'2.83"W / PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** | |
| WATERWAY: **COOK INLET** / FILE NO. **POA-2017-271** | DATE: **JUNE 2020** / FIGURE NO. **TX-004** |

USACE0000232



NOTES:

1. INTERTIDAL CULVERT TO BE INSTALLED AT THE FOLLOWING LOCATIONS:
   STA. 128+40 (MP 2.43)  STA 043+66  (MP 0.83)
   STA. 129+80 (MP 2.45)  STA 062+55  (MP 1.18)
   STA. 133+40 (MP 2.53)

2. WORK SPACE LIMIT 5 FT BEYOND EDGE OF CULVERT APRON.

3. BEDDING MATERIAL TO BE A MINIMUM DEPTH OF 5FT, FINAL DEPTH MAY VARY, DEPENDING ON GEOTECHNICAL INVESTIGATION.

4. EXCAVATION AND FILL TO BE DONE DURING LOW TIDE CYCLE WHEN WORK AREA IS ABOVE THE WATERLINE.

5. CULVERT TO BE CORRUGATED METAL PIPE AND WILL BE DESIGNED FOR SEAWATER ENVIRONMENT.

6. NO REFUELING OF MOBILE EQUIPMENT WITHIN 200 FT OF WATERBODY.

7. SPOIL TO BE STORED OUT OF THE STREAM CHANNEL AND ADJACENT WETLANDS AND WITHIN THE CONSTRUCTION R.O.W.

8. MAINTAIN TIDAL FLOW THROUGHOUT CROSSING CONSTRUCTION.

9. RESTORE DISTURBED AREAS OF LITTORAL ZONE TO APPROXIMATE PRE-CONSTRUCTION PROFILE AND SUBSTRATE.

10. SEE FIGURE 6 FOR PLAN VIEW ADDITIONAL DETAILS.

| PEBBLE PROJECT | | DRAWING TITLE: |
| --- | --- | --- |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | | **ROAD TYPICAL SECTION INTERTIDAL CULVERT** |
| LAT, LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** | |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** | DATE: **JUNE 2020** | FIGURE NO. **TX-005** |

USACE0000233



WORK SPACE LIMIT

CULVERT APRON
CLASS II RIP RAP

CLASS II RIP RAP
FOR ARMOR
EMBANKMENT

VARIES

APPROX. EXTENT OF
CUT-FILL LIMITS

TOP EDGE OF ARMOR EMBANKMENT

10.8'

GUARDRAIL AS WARRANTED

EDGE OF TRAVEL WAY

15'

ROAD CENTERLINE

15'

EDGE OF TRAVEL WAY

6'

COARSE ROCK FILL IN PIPE BENCH

12.5'

VARIES

CLASS II RIP RAP
FOR ARMOR
EMBANKMENT

INTERTIDAL
EQUALIZATION CULVERT
CORROSION RESISTANT METAL PIPE
DIAMETER VARIES. MINIMUM OF 6FT
SEE FIGURE 5 FOR CROSS SECTION DETAILS

WORK SPACE LIMIT

A

A'

| PEBBLE PROJECT | | DRAWING TITLE: |
|---|---|---|
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | | **PLAN VIEW INTERTIDAL CULVERT** |
| LAT, LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** | |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** | DATE: **JUNE 2020** | FIGURE NO. **TX-006** |

USACE0000234



NOTES:

1. TYPICAL SECTION APPLIES TO THE FOLLOWING INTERVALS:
   STA. 123+43 TO 133+90 (MP 2.34 TO 2.54)
   STA. 140+90 TO 2102+60 (MP 2.67 TO 39.82)

2. CLEARING LIMITS MAXIMUM OF 10 FT BEYOND TOE OF FILL OR TOP OF CUT.

3. BASE TO CONSIST OF 2 in MINUS, DURABLE, WELL GRADED, CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. MATERIAL TO BE DURABLE. 12" MIN DEPTH.

4. SUBBASE TO CONSIST OF DURABLE COARSE ROCK OR GRAVEL. NON–FROST–SUSCEPTIBLE. 30" MIN DEPTH

5. SELECT FILL MATERIAL: TO CONSIST OF DURABLE COARSE ROCK OR GRAVEL, AS APPROVED BY ENGINEER.

6. DEPTH OF FILL WILL VARY DEPENDING ON SOIL TYPE AND CONDITION. 3.5 ft TOTAL EMBANKMENT DEPTH WILL TYPICALLY BE THE MINIMUM.

7. BACKSLOPES WILL VARY DEPENDENT UPON SOIL OR ROCK TYPE AND CHARACTER
   TYPICAL:   2:1 FOR GLACIAL MORAINE SOILS
   1.5:1 FOR COARSE ROCK SIDE SLOPES
   0.25:1 TO 1:1 FOR ROCK

8. FORESLOPE TO EXTEND AT 3:1 FOR MIN. 10 FT BEYOND SHOULDER, THEN BREAK TO SLOPE THAT WILL VARY. DEPENDING ON SOIL TYPE AND EXTENT OF FILL

9. ACCOMMODATE EXCESS EXCAVATION AND WASTE DISPOSAL BY FLATTENING AND/OR EXTENDING INSLOPE WITHIN THE R.O.W.

10. INSTALL GUARDRAIL WHERE WARRANTED. EXTEND ROAD SURFACE WIDTH 3 FT & INCREASE FORESLOPE TO 1.5:1 WHERE GUARDRAIL UTILIZED.

11. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| PEBBLE PROJECT | | DRAWING TITLE: |
| --- | --- | --- |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | | **ROAD TYPICAL SECTION PIPELINES IN EMBANKMENT MODERATE TERRAIN WITH ROCK CUTS** |
| LAT, LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** | |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** | DATE: **JUNE 2020** | FIGURE NO. **TX-007** |

Case 3:24-cv-00059-SLG   Document 114-7   Filed 10/18/24   Page 7 of 21

USACE0000235



**NOTES:**

1. TYPICAL SECTION APPLIES TO THE FOLLOWING INTERVAL(S):

   STA. 2102+60 TO 4180+00 (MP 39.82 TO 79.16)

2. CLEARING LIMITS MAXIMUM OF 10 FT BEYOND TOE OF FILL OR TOP OF CUT.

3. BASE TO CONSIST OF 2" MINUS, DURABLE, WELL GRADED, CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. MATERIAL TO BE DURABLE. 12" MIN. DEPTH

4. SUBBASE TO CONSIST OF DURABLE COARSE ROCK OR GRAVEL. NON-FROST-SUSCEPTIBLE. 30" MIN. DEPTH

5. SELECT FILL; TO CONSIST OF DURABLE COARSE ROCK OR GRAVEL, AS APPROVED BY ENGINEER.

6. DEPTH OF FILL WILL VARY DEPENDING ON SOIL TYPE AND CONDITION.

7. SURFACE ORGANICS AND UNSUITABLE SOILS TYPICALLY REMOVED UNLESS SPECIFIED OTHERWISE BY ENGINEER.

8. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| | |
|---|---|
| **PEBBLE PROJECT** | **DRAWING TITLE:** |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **ROAD TYPICAL SECTION WITH PIPELINE OFFSET FROM ROAD EMBANKMENT IN MODERATE TERRAIN** |
| LAT, LONG. OF MINE: 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** |
| | DATE: **JUNE 2020** |
| | FIGURE NO. **TX-008** |

USACE0000236



NOTES:

1. TYPICAL SECTION LOCATIONS TO BE IDENTIFIED IN FINAL DESIGN.

2. 55 FT FROM CENTERLINE OF ROAD TO LIMITS OF PIPE TRENCH EXCAVATION.

3. CLEARING LIMITS A MAX. OF 10 FT BEYOND TOE OF FILL OR TOP OF CUT.

4. NO REFUELING OF MOBILE EQUIPMENT IN WETLAND SECTIONS.

5. BASE TO CONSIST OF 2" MINUS, DURABLE, WELL GRADED, CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. MATERIAL TO BE DURABLE. 12" MIN. DEPTH

6. FORESLOPE TO EXTEND AT 3:1 FOR MIN 10 FT BEYOND SHOULDER, THEN BREAK TO SLOPE THAT WILL VARY DEPENDING ON SOIL TYPE AND EXTENT OF FILL.

7. INSTALL GUARDRAIL WHERE WARRANTED. WIDEN SHOULDER 3 FT & INCREASE FORESLOPE TO 1.5:1 FOR GUARDRAIL INSTALLATION.

8. ROAD EMBANKMENT COARSE ROCK FILL TO BE DESIGNED AND PLACED AS A PERMEABLE EMBANKMENT TO ASSIST IN MAINTAINING WETLAND FLOW CONTINUITY.

9. COARSE ROCK FILL TO CONSIST OF MAX. STONE SIZE OF 30" AND NOT MORE THAN 20% TO BE SMALLER THAN 6". MATERIAL PASSING NO. 200 SIEVE SHALL NOT EXCEED 2% BY WEIGHT. ROCK TO BE COMPETENT & RESISTANT TO DEGRADATION DURING PLACEMENT AND COMPACTION.

10. TYPICAL MINIMUM 6 FT EMBANKMENT DEPTH IN WETLANDS.

11. TRENCH SIDECAST MATERIAL (SPOILS) TO BE STORED IN UPLANDS OR WITHIN THE PERMANENT FILL FOOTPRINT.

12. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| PEBBLE PROJECT | | DRAWING TITLE: |
|---|---|---|
| APPLICANT: PEBBLE LIMITED PARTNERSHIP | | **ROAD TYPICAL SECTION FOR WETLANDS WITH PIPELINES OFFSET FROM ROAD EMBANKMENT** |
| LAT, LONG, OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: MINERAL DEVELOPMENT | |
| WATERWAY: COOK INLET | FILE NO. POA-2017-271 | DATE: JUNE 2020 | FIGURE NO. **TX-009** |

USACE0000237



LIMIT OF CLEARING (see note 2)

ORIGINAL GROUND

PROFILE GRADE PT.

10'   15'   15'   10'

3%   3%

1.5
1

3
1

12" BASE

COARSE ROCK FILL TYPICAL 60" DEPTH (SEE NOTE 3)

MIN. COVER OVER PIPES 3FT

15.4'    8'

TRENCH SLOPES TYPICALLY 1.5:1

PIPELINE PADDING SAND

STORM WATER BEST MANAGEMENT PRACTICE FEATURE

STORM WATER BEST MANAGEMENT PRACTICE FEATURE

NOTES:

1. TYPICAL SECTION LOCATIONS TO BE IDENTIFIED IN FINAL DESIGN.

2. CLEARING LIMITS A MAX. OF 10 FT BEYOND TOE OF FILL.

4. NO REFUELING OF MOBILE EQUIPMENT IN WETLAND SECTIONS.

5. BASE TO CONSIST OF 2 in MINUS, DURABLE, WELL GRADED, CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. MATERIAL TO BE DURABLE.  12" MIN DEPTH.

6. COARSE ROCK FILL TO CONSIST OF MAX. STONE SIZE OF 30" AND NOT MORE THAN 20% TO BE SMALLER THAN 6". MATERIAL PASSING NO. 200 SIEVE SHALL NOT EXCEED 2% BY WEIGHT. ROCK TO BE COMPETENT & RESISTANT TO DEGRADATION DURING PLACEMENT AND COMPACTION.

7. TYPICAL MINIMUM 6 FT EMBANKMENT DEPTH IN WETLANDS.

8. ROAD EMBANKMENT FOOTPRINT AREA TO BE UTILIZED AS PIPELINE CONSTRUCTION WORK PAD.

9. ROAD EMBANKMENT COARSE ROCK FILL TO BE DESIGNED AND PLACED AS A PERMEABLE EMBANKMENT TO ASSIST IN MAINTAINING WETLAND FLOW CONTINUITY.

10. UNUSABLE MATERIAL (SPOILS) EXCAVATED FROM PIPELINE TRENCH TO BE PLACED AT APPROVED UPLAND LOCATIONS OR WITHIN THE PERMANENT FILL FOOTPRINT.

11. FORESLOPE TO EXTEND AT 3:1 FOR MIN 10 FT BEYOND SHOULDER, THEN BREAK TO SLOPE THAT WILL VARY DEPENDING ON SOIL TYPE AND EXTENT OF FILL.

12. INSTALL GUARDRAIL WHERE WARRANTED. WIDEN SHOULDER 3 FT & INCREASE FORESLOPE TO 1.5:1 FOR GUARDRAIL INSTALLATION.

13. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

LAT., LONG. OF MINE
59°53'51.29"N  155°18'2.83"W

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

WATERWAY:
**COOK INLET**

FILE NO.
**POA-2017-271**

DRAWING TITLE:
**ROAD TYPICAL SECTION FOR WETLANDS WITH PIPELINES IN ROAD EMBANKMENT**

DATE:
**JUNE 2020**

FIGURE NO.
**TX-010**

USACE0000238



**NOTES:**

1. TYPICAL SECTION APPLES TO THE FOLLOWING INTERVAL:
   STA. 4180+00 TO 4335+39 EOP (MP 79.16 TO 82.11)
2. CLEARING LIMITS A MAX. OF 10 FT BEYOND TOE OF FILL.
3. BASE TO CONSIST OF 2" MINUS, DURABLE, WELL GRADED,
   CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE.
   MATERIAL TO BE DURABLE. 12" MIN. DEPTH
4. SUBBASE TO CONSIST OF DURABLE COARSE ROCK OR
   GRAVEL. NON-FROST-SUSCEPTIBLE. 30" MIN. DEPTH
5. SELECT FILL; TO CONSIST OF DURABLE COARSE ROCK OR
   GRAVEL, AS APPROVED BY ENGINEER.

6. DEPTH OF FILL WILL VARY DEPENDING ON SOIL TYPE AND
   CONDITION.
7. SURFACE ORGANICS AND UNSUITABLE SOILS TYPICALLY
   REMOVED UNLESS SPECIFIED OTHERWISE BY ENGINEER.
8. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE
   APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES
   MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION
   CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| DRAWING TITLE: | | | |
|---|---|---|---|
| **PEBBLE PROJECT** | | **ROAD TYPICAL SECTION MODERATE TERRAIN WITH NO ROCK CUTS** | |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | | | |
| LAT., LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** | | |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** | DATE: **JUNE 2020** | FIGURE NO. **TX-011** |

USACE0000239



NOTES:

1. TYPICAL SECTION APPLIES TO THE FOLLOWING INTERVAL:
   STA. 4180+00 TO MINE SITE (MP 79.16 TO MINE SITE)

2. TOTAL DISTANCE FROM WHERE PIPELINE DIVERGES FROM THE
   ACCESS ROAD TO THE MINE SITE IS 1.64 MILES.

3. CLEARING LIMITS TO BE EXTENT OF WORK PAD AND TRENCH
   MATERIAL STORAGE AREA.

4. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE
   APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES
   MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION
   CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| | PEBBLE PROJECT | DRAWING TITLE: |
| | APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **NO ROAD PIPELINES TYPICAL SECTION** |
| LAT., LONG. OF MINE 59°53'51.29"N  155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** | |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** | DATE: **JUNE 2020** / FIGURE NO. **TX-012** |

USACE0000240



NOTES:

1. FLOODPLAIN CULVERTS TO BE INSTALLED AT THE FOLLOWING LOCATIONS:
   STA. 760+10 (MP 14.40)
   STA. 2161+42 (MP 40.94)
   STA. 3921+74 (MP 74.28)

2. BEDDING MATERIAL TO BE A MINIMUM DEPTH OF 3FT. FINAL DEPTH MAY VARY, DEPENDING ON GEOTECHNICAL INVESTIGATION.

3. CULVERT TO BE CORRUGATED METAL PIPE.

4. SCHEDULE CROSSING DURING LOW OR NOT FLOW PERIOD IF POSSIBLE.

5. COMPLETE ALL IN-STREAM CROSSING ACTIVITIES WITHIN 24 HOURS IF FEASIBLE.

6. NO REFUELING OF MOBILE EQUIPMENT WITHIN 200 FT OF WATERBODY.

7. CONSTRUCT SEDIMENT BARRIERS ALONG THE SIDES OF STOCKPILES AND ACROSS THE ENTIRE CONSTRUCTION R.OW.

8. SPOILS TO BE STORED OUT OF THE STREAM CHANNEL AND ADJACENT WETLANDS AND WITHIN THE CONSTRUCTION R.OW.

9. INSTALL SOFT PLUGS AT THE EDGE OF STREAM BANKS UNTIL JUST PRIOR TO PIPELINE INSTALLATION IF NEEDED.

10. MAINTAIN STREAM FLOW THROUGHOUT CROSSING CONSTRUCTION.

11. BACKFILL PIPE TRENCH WITH NATIVE MATERIAL.

12. RESTORE WATER BODY CHANNEL OVER PIPELINE TRENCH TO APPROXIMATE PRE-CONSTRUCTION PROFILE AND SUBSTRATE.

13. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| | PEBBLE PROJECT | DRAWING TITLE: |  |
|---|---|---|---|
| | APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **FLOODPLAIN CULVERT** | |
| | LAT, LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: MINERAL DEVELOPMENT | |
| | WATERWAY: COOK INLET | FILE NO. POA-2017-271 | DATE: JUNE 2020 | FIGURE NO. TX-013 |

USACE0000241



NORTH ROUTE
MINE ACCESS ROAD

STORM WATER BEST MANAGEMENT
PRACTICE FEATURE

APPROX. LIMIT OF CUT OR FILL

R50'

PUMP

25'

ROAD CENTERLINE

EDGE OF TRAVEL WAY

SEE FIGURE 17 FOR
ACCESS ROAD TYPICAL
SECTION DETAILS

16'

SUCTION
LINE

EDGE OF WATER BODY

NOTES:

1.  ACCESS ROAD AND PAD ARE TEMPORARY. FOR CONSTRUCTION
    ONLY AND ARE TO BE RECLAIMED.
2.  STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE
    APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES
    MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION
    CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| | |
|---|---|
| **PEBBLE PROJECT** | DRAWING TITLE: |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **WATER EXTRACTION SITE PLAN VIEW** |
| LAT., LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** |
| | DATE: **JUNE 2020** / FIGURE NO. **TX-014** |

USACE0000242



**NOTES:**

1. ACCESS ROAD AND PAD ARE TEMPORARY. FOR CONSTRUCTION ONLY AND ARE TO BE RECLAIMED.

2. CLEARING LIMITS A MAX. OF 10 FT BEYOND TOE OF FILL.

3. BASE TO CONSIST OF 2" MINUS, DURABLE, WELL GRADED, CRUSHED ROCK WITH 6 TO 10% PASSING THE 200 SIEVE. MATERIAL TO BE DURABLE. 6" MIN. DEPTH

4. SUBBASE TO CONSIST OF DURABLE COARSE ROCK OR GRAVEL. NON-FROST-SUSCEPTIBLE. 24" MIN. DEPTH

5. SEE FIGURE 16 FOR WATER EXTRACTION SITE DETAILS AND PLAN.

6. SELECT FILL; TO CONSIST OF DURABLE COARSE ROCK OR GRAVEL, AS APPROVED BY ENGINEER.

7. DEPTH OF FILL WILL VARY DEPENDING ON SOIL TYPE AND CONDITION.

8. SURFACE ORGANICS AND UNSUITABLE SOILS TYPICALLY REMOVED UNLESS SPECIFIED OTHERWISE BY ENGINEER.

9. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| PEBBLE PROJECT | | DRAWING TITLE: |
|---|---|---|
| APPLICANT: PEBBLE LIMITED PARTNERSHIP | | **WATER EXTRACTION SITE TEMPORARY ROAD ACCESS ROAD TYPICAL SECTION** |
| LAT., LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** | |
| WATERWAY: COOK INLET | FILE NO. **POA-2017-271** | DATE: **JUNE 2020** | FIGURE NO. **TX-015** |

Case 3:24-cv-00059-SLG   Document 114-7   Filed 10/18/24   Page 15 of 21

USACE0000243



NOTES:

1. NORTH ROUTE MINE ACCESS ROAD AND WILLIAMS PORT–PILE BAY ROAD TIE–IN AT THE FOLLOWING LOCATIONS:

   STA. 408+50 (MP 7.74)
   STA. 689+50 (MP 13.06)
   STA. 720+50 (MP 13.65)
   STA. 760+00 (MP 14.40)

2. MINIMUM INTERSECTION SITE DISTANCE 450'.

3. APPROPRIATE WARNING SIGNS TO BE INSTALLED ON ALL APPROACHES TO THE INTERSECTION.

4. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

STOP SIGN

R50'

WILLIAMS PORT–PILE BAY ROAD

14'

WILLIAMS PORT–PILE BAY ROAD CENTERLINE

WILLIAMS PORT–PILE BAY ROAD EDGE OF TRAVEL WAY

WILLIAMS PORT–PILE BAY ROAD EXISTING CUT–FILL LIMIIT

NORTH ROUTE MINE ACCESS ROAD

30'

NORTH ROUTE MINE ACCESS ROAD ROAD CENTERLINE

NORTH ROUTE MINE ACCESS ROAD EDGE OF TRAVEL WAY

NORTH ROUTE MINE ACCESS ROAD APPROX. EXTENT OF CUT–FILL LIMITS

0      30      60
FEET

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

| | |
|---|---|
| LAT, LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: MINERAL DEVELOPMENT |
| WATERWAY: COOK INLET | FILE NO. POA-2017-271 |

DRAWING TITLE:

**TYPICAL T-INTERSECTION OF MINE ACCESS ROAD & WILLIAMSPORT - PILE BAY ROAD**

| DATE: JUNE 2020 | FIGURE NO. TX-016 |
|---|---|

USACE0000244



NOTES:

1. INTERSECTION OF NONDALTON ROAD AND NORTH ROUTE MINE ACCESS ROAD.

2. MINIMUM INTERSECTION SITE DISTANCE 450'.

3. APPROPRIATE WARNING SIGNS TO BE INSTALLED ON ALL APPROACHES TO THE INTERSECTION.

4. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

NONDALTON ROAD EXISTING CUT-FILL LIMIT

NONDALTON ROAD EDGE OF TRAVEL WAY

NONDALTON ROAD CENTERLINE

STOP SIGN

NONDALTON ROAD

STOP SIGN

NORTH ROUTE MINE ACCESS ROAD

NORTH ROUTE MINE ACCESS ROAD ROAD CENTERLINE

NORTH ROUTE MINE ACCESS ROAD EDGE OF TRAVEL WAY

NORTH ROUTE MINE ACCESS ROAD APPROX. EXTENT OF CUT-FILL LIMITS

30'

R50'

20'

0   30   60
FEET

| | |
|---|---|
| **PEBBLE PROJECT** | DRAWING TITLE: |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **TYPICAL T-INTERSECTION OF MINE ACCESS ROAD & NONDALTON ROAD** |
| LAT., LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** |
| WATERWAY: **COOK INLET** | FILE NO. **POA-2017-271** | DATE: **JUNE 2020** | FIGURE NO. **TX-017** |

USACE0000245



NORTH ROUTE MINE ACCESS ROAD
ROAD CENTERLINE

NORTH ROUTE MINE ACCESS ROAD
EDGE OF TRAVEL WAY

NORTH ROUTE MINE ACCESS ROAD
APPROX. EXTENT OF
CUT–FILL LIMITS

EDGE OF ATV TRAIL

ATV TRAIL

VARIES

STOP SIGN

NORTH ROUTE MINE ACCESS ROAD

STOP SIGN

NOTES:

1. TYPICAL INTERSECTION OF ATV TRAIL AND
   NORTH ROUTE MINE ACCESS ROAD.

   STA. 686+40 (MP 13.00)
   STA. 2852+78 (MP 54.03)
   STA. 2969+47 (MP 56.24)
   STA. 3014+88 (MP 57.10)
   STA. 3086+16 (MP 58.45)

2. SEE FIGURE 21 FOR TYPICAL DETAILS

3. APPROPRIATE WARNING SIGNS TO BE INSTALLED
   ON ALL APPROACHES TO THE INTERSECTION.

4. STORMWATER BEST MANAGEMENT PRACTICE
   FEATURES TO BE APPLIED AS APPROPRIATE
   FOR SITE CONDITIONS. FEATURES MAY INCLUDE:
   SILT FENCE, STRAW WATTLES, EROSION
   CONTROL MATS, OR SURFACE ARMORING WITH
   ROCK.

0        30        60
FEET

**PEBBLE PROJECT**
APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

LAT, LONG. OF MINE
59°53'51.29"N  155°18'2.83"W

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

WATERWAY:
**COOK INLET**

FILE NO.
**POA-2017-271**

DRAWING TITLE:
**TYPICAL INTERSECTION OF MINE
ACCESS ROAD & ATV TRAIL
PLAN VIEW**

DATE:
**JUNE 2020**

FIGURE NO.
**TX-018**

USACE0000246



A      40' TO 50'      A'

VARIES DEPENDING ON TERRAIN

ORIGINAL GROUND

STOP SIGN

3%    3%

ORIGINAL GROUND

SELECT FILL

CULVERT DIA. VARIES

TYPICAL SECTION MINE ACCESS ROAD

NOTES:

1. TYPICAL INTERSECTION OF ATV TRAIL AND NORTH ROUTE MINE ACCESS ROAD.

     STA. 686+40 (MP 13.00)
     STA. 2852+78 (MP 54.03)
     STA. 2969+47 (MP 56.24)
     STA. 3014+88 (MP 57.10)
     STA. 3086+16 (MP 58.45)

2. SEE FIGURE 20 FOR PLAN VIEW DETAILS

3. APPROPRIATE WARNING SIGNS TO BE INSTALLED ON ALL APPROACHES TO THE INTERSECTION.

4. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK.

| PEBBLE PROJECT | DRAWING TITLE: |
|---|---|
| APPLICANT: PEBBLE LIMITED PARTNERSHIP | TYPICAL INTERSECTION OF MINE ACCESS ROAD & ATV TRAIL |

| LAT., LONG. OF MINE 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: MINERAL DEVELOPMENT | | |
|---|---|---|---|
| WATERWAY: COOK INLET | FILE NO. POA-2017-271 | DATE: JUNE 2020 | FIGURE NO. TX-019 |



A        A'

SILT FENCE

OVERBURDEN STORAGE

EXISTING SURFACE

Elevation (FT)

1060
1040
1020
1000
980
960

EXCAVATION LIMITS

1.5:1 BACKSLOPE

FEET

0     125     250

NORTH ROUTE ACCESS ROAD

OVERBURDEN STORAGE

OVERBURDEN STORAGE

SILT FENCE

GRAVEL QUARRY AND EQUIPMENT LAYDOWN

A

A'

QUARRY PERIMETER

SITE BOUNDARY

FEET

0     125     250

NOTES:
1. STORMWATER RUNOFF WILL BE CONTAINED WITHIN THE MATERIAL SITE FOOTPRINT. NO OFF SITE DISCHARGE.
2. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK

| | |
|---|---|
| **PEBBLE PROJECT** | DRAWING TITLE: |
| APPLICANT: **PEBBLE LIMITED PARTNERSHIP** | **GRAVEL QUARRY TYPICAL DESIGN** |
| LAT., LONG. OF MINE: 59°53'51.29"N 155°18'2.83"W | PROPOSED ACTIVITY: **MINERAL DEVELOPMENT** |
| WATERWAY: **COOK INLET** | FILE NO.: **POA-2017-271** |
| | DATE: **JUNE 2020** |
| | FIGURE NO.: **TX-020** |

USACE0000248



A — Existing Surface — A'

ELEVATION (FT)

540 530 520 510 500 490 480 470 460 450 440

OVERBURDEN STORAGE

SILT FENCE

EXCAVATION LIMITS LOW POINT

BENCHED HIGHWALL

0  150  250
FEET

OVERBURDEN STORAGE

SILT FENCE

ACCESS ROAD

ROCK QUARRY AND EQUIPMENT LAYDOWN

NORTH ROUTE ACCESS ROAD

N

OVERBURDEN STORAGE

QUARRY WALL

SITE BOUNDARY

QUARRY PERIMETER

0  250  500
FEET

NOTES:
1. STORMWATER RUNOFF WILL BE CONTAINED WITHIN THE MATERIAL SITE FOOTPRINT. NO OFF SITE DISCHARGE.
2. STORMWATER BEST MANAGEMENT PRACTICE FEATURES TO BE APPLIED AS APPROPRIATE FOR SITE CONDITIONS. FEATURES MAY INCLUDE: SILT FENCE, STRAW WATTLES, EROSION CONTROL MATS, OR SURFACE ARMORING WITH ROCK

**PEBBLE PROJECT**

APPLICANT: **PEBBLE LIMITED PARTNERSHIP**

LAT., LONG. OF MINE:
59°53'51.29"N  155°18'2.83"W

WATERWAY:
COOK INLET

PROPOSED ACTIVITY:
**MINERAL DEVELOPMENT**

FILE NO.
**POA-2017-271**

DRAWING TITLE:

**ROCK QUARRY TYPICAL DESIGN**

DATE:
**JUNE 2020**

FIGURE NO.
**TX-021**

USACE0000249