**Spreadsheet Placeholder (file available in native format)**

**File Name:** POA2017-271_Att D1 ORM_Upload_Sheet_Consolidated_Rapanos.xlsm

**Description:** Attachment D1 of PLP's June 2020 CWA Permit Application

USACE0000250