**Document Placeholder(file available in native format)**

**File Name:** Pebble Mine Upload 09OCT2024.zip

**Description:** Attachment E of PLP's June 2020 CWA Permit Application
Also included in Doc. No. 001-14, USACE0000252

USACE0000251