# Document Placeholder (file available in native format)

**File Name:** POA2017-271_Att E PLP_ProjectSpatialData.gdb.zip

**Description:** Attachment E of PLP's June 2020 CWA Permit Application
POA2017271_Project_Final_062020.gdb/
- PLP_Impacts_Streams_062020
- PLP_Impacts_Wetlands_062020
- PLP_LighteringLocation_062020
- PLP_MineSite_Footprints_062020
- PLP_MineSite_Lines_062020
- PLP_MineSite_MonitoringWells_062020
- PLP_Pipeline_InstallationCorridor_CI_062020
- PLP_PortSite_Footprints_062020
- PLP_PortSite_Lines_062020
- PLP_Power_Footprints_062020
- PLP_Power_Lines_062020
- PLP_Trans_Footprints_062020
- PLP_Trans_Lines_062020
- PLP_Trans_Stationing_062020
- PLP_Waterbody_Crossings_062020
- PLP_WaterExtractionSite_AccessRoads_062020
- PLP_WaterExtractionSites_062020

USACE0000252