# Document Placeholder (file available in native format)

**File Name:** Pebble_Mine_LEDPA_Upload_WGP_16OCT2024.zip

**Description:** **PLP's study area and wetlands to be impacted in the proposed Least Environmentally Damaging Practicable Alternative as of June 8, 2020**
**PLP_WetlandImpacts_ORM_20200608.gdb/**
- **PLP_ImpactResuts_Alt3_LEDPA_ORM**
- **PLP_Study_Area_LEDPA_Rev1**
- **PLP_Wetlands_LEDPA_Rev**

USACE0000253