Siobhan McIntyre (AK Bar No. 1206050)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
121 West Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
jcahoon@trustees.org

*Attorneys for Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

Charisse Arce (AK Bar No. 2303017)
Erin Colón (AK Bar No. 1508067)
EARTHJUSTICE
301 K Street Suite 508
Anchorage, AK 99501
Phone: (907) 277-2500
ecolon@earthjustice.org
carce@earthjustice.org

*Attorneys for Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

Thomas Zimpleman (*pro hac vice*)
Jacqueline Iwata (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW, Suite 300
Washington, DC 20005
Phone: (202) 289-6868
jiwata@nrdc.org
tzimpleman@nrdc.org

Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd St.
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Intervenor-Defendant Natural Resources Defense Council*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs, | Case No. 3:24-cv-00059-SLG |

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY and U.S. ARMY CORPS OF ENGINEERS

Defendants,

and

UNITED TRIBES OF BRISTOL BAY, *et al.*,

Intervenor-Defendants.

**NOTICE OF SIGNING OF CERTIFICATION AND AGREEMENT TO BE BOUND BY PROTECTIVE ORDER BY TRUSTEES FOR ALASKA, EARTHJUSTICE, AND NATURAL RESOURCES DEFENSE COUNCIL**

Counsel for Intervenor-Defendants SalmonState *et al*, i.e., Trustees for Alaska, Earthjustice, and Natural Resources Defense Council (collectively "Counsel"), hereby serve notice that, as required by the Court's order in the related case, *State of Alaska v. EPA*, Case No. 3:24-cv-00084 (D. Alaska Oct. 2, 2024), ECF 78, they have signed the Certification attached as Attachment A to the Protective Order entered by this court in this matter (ECF 86), and they will abide by the terms and conditions of the Protective Order. By signing the Certification, Counsel do not waive their rights to seek modification of the order at a later date, as contemplated in the Court's order, *State of Alaska v. EPA*, ECF 78, at 4, 8-9, and Counsel hereby fully reserve all such rights.

Respectfully submitted this 23rd day of October, 2024,

*Northern Dynasty Minerals Ltd. v. EPA*, Case No. 3:24-cv-00059-SLG    Page 2 of 4

s/ Siobhan McIntyre
Siobhan McIntyre (AK Bar No. 1206050)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
*Attorneys for Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

s/ Charisse Arce
Charisse Arce (AK Bar No. 2303017)
Erin Colón (AK Bar No. 1508067)
EARTHJUSTICE
*Attorneys for Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

s/ Thomas Zimpleman
Thomas Zimpleman (*pro hac vice*)
Jaqueline Iwata (*pro hac vice*)
Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
*Attorneys for Intervenor-Defendant Natural Resources Defense Council*

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

    s/ Siobhan McIntyre
    Siobhan McIntyre