IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | No. 3:24-cv-00059-SLG |

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

For the reasons stated in the Unopposed Motion for Extension of Time, ECF No. 116, and for good cause shown, the motion is GRANTED.

The Court's previously-entered Scheduling order (ECF No. 89) is revised as follows:

(a) The deadline for Plaintiffs to file a motion to supplement the administrative record shall be **November 8, 2024**.

(b) If Plaintiffs file a motion to supplement the administrative record in accordance with paragraph (a), then the deadline for EPA's response to the motion shall be **December 20, 2024** and the deadline for Plaintiffs' reply shall be **January 17, 2025**.

(c) If Plaintiffs file a motion to supplement the record, then the parties will submit a joint motion or status report(s) **within two weeks** of the Court's ruling on that motion, proposing a schedule for further proceedings.

Dated this ___ day of October, 2024, at Anchorage, Alaska

_____
JUDGE SHARON L. GLEASON, UNITED STATES DISTRICT COURT JUDGE