# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD, *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>        Defendant,<br><br>  and<br><br>UNITED TRIBES OF BRISTOL BAY, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG |

## ORDER GRANTING EXTENSION OF TIME

Before the Court at Docket 116 is Plaintiffs' Unopposed Motion for Extension of Time. For good cause shown, the motion is GRANTED.

The Court's Scheduling and Planning Order at Docket 89 is revised as follows:

1. The deadline for Plaintiffs to file a motion to supplement the administrative record shall be **November 8, 2024**.

2. If Plaintiffs file a motion to supplement the administrative record, then the deadline for EPA's response to the motion shall be **December 20, 2024** and the deadline for Plaintiffs' reply shall be **January 17, 2025**.

3. If Plaintiffs file a motion to supplement the record, then the parties will submit a joint motion or status report(s) **within two weeks** of the Court's ruling on that motion, proposing a schedule for further proceedings.

DATED this 1st day of November 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals LTD, et al. v. US EPA*
Order Granting Extension of Time
Page 2 of 2

Case 3:24-cv-00059-SLG   Document 118   Filed 11/01/24   Page 2 of 2