Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | No. 3:24-00059-SLG |

_____

## JOINT MOTION FOR REVISED SCHEDULING ORDER
_____

JOINT MOTION FOR REVISED SCHEDULING ORDER
*NORTHERN DYNASTY MINERALS LTD V. EPA*
CASE NO.: 3:24-00059-SLG

Plaintiffs, Northern Dynasty Minerals Ltd. ("Northern Dynasty") and Pebble Limited Partnership ("Pebble Partnership") ("Plaintiffs"), and Defendant, the United States Army Corps of Engineers ("Corps"), respectfully move that the Court enter a scheduling order to govern the proceedings regarding a potential motion to supplement the Corps' administrative record. In more detail, the parties state and request as follows:

1. On March 15, 2024, Plaintiffs filed their Complaint in this case against the United States Environmental Protection Agency ("EPA") under the Administrative Procedure Act, challenging the January 2023 Final Determination of [EPA] Pursuant to Section 404(c) of the Clean Water Act; Pebble Deposit Area, Southwest Alaska. ECF No. 1.

2. EPA filed its Answer to the Complaint on May 20, 2024. ECF No. 43.

3. On June 7, 2024, Plaintiffs filed a Motion for Leave to Amend and Supplement the Complaint, seeking, *inter alia*, to add a new claim challenging the Corps' denial of Pebble Partnership's permit application under Section 404 of the Clean Water Act. ECF No. 55. The Court granted Plaintiffs' motion on August 15, 2024. ECF No. 90.

4. Plaintiffs filed their First Amended and Supplemented Complaint for Declaratory and Injunctive Relief on August 16, 2024. ECF No. 91. On September 27, 2024, Defendants filed their answer. ECF No. 109.

5. On October 18, 2024, the Corps filed a certified index of its administrative record with the Court and served copies of the record on Plaintiffs and the Court. ECF Nos. 112–15.

6. Plaintiffs' motion to supplement the Corps' administrative record is currently due on November 8, 2024, pursuant to the Court's previously-entered Scheduling Order, ECF No. 65, and the scheduling provisions under Local Civil Rule 16.3(b) and (c).

7. The parties have met and conferred, and they anticipate that it will take longer than the time provided under Local Rule 16.3(b) to brief a motion to supplement the Corps' administrative record. Accordingly, there is good cause to modify the Court's previously-entered Scheduling Order, ECF No. 65, and the scheduling provisions under Local Civil Rule 16.3(b) and (c) as follows to allow the parties to complete this process and brief a potential motion to supplement:

(a) The deadline for Plaintiffs to file a motion to supplement the Corps' administrative record shall be **December 13, 2024**.

(b) If Plaintiffs file a motion to supplement the administrative record in accordance with paragraph (a), then the deadline for the Corps' response to the motion shall be **January 31, 2025**, and the deadline for Plaintiffs' reply shall be **February 14, 2025**.

(c) If Plaintiffs file a motion to supplement the Corps' record, then the parties will submit a joint motion or status report(s) **within two weeks** of the Court's ruling on that motion, proposing a schedule for further proceedings.

Dated November 5, 2024

| | |
|---|---|
| */s/ Keith Bradley* | TODD KIM |
| Keith Bradley, *pro hac vice* | Assistant Attorney General |
| ScheLeese Goudy, *pro hac vice* | Environment and Natural Resources |
| SQUIRE PATTON BOGGS (US) LLP | Division |
| 717 17th Street, Suite 1825 | |
| Denver, CO 80202 | S. LANE TUCKER |
| (303) 830-1776 | United States Attorney |
| (303) 894-9239 (facsimile) | District of Alaska |
| keith.bradley@squirepb.com | |
| scheleese.goudy@squirepb.com | */s/ Mark A. Nitczynski* |
| | MARK A. NITCZYNSKI |
| Jeffrey M. Walker, *pro hac vice* | United States Department of Justice – |
| Katherine E. Wenner, *pro hac vice* | ENRD |
| SQUIRE PATTON BOGGS (US) LLP | Environment Defense Section |
| 2000 Huntington Center | 999 18th Street; South Terrace, Suite 370 |
| 41 South High Street | Denver, CO 80202 |
| Columbus, OH 43215 | Phone: (303) 844-1498 |
| (614) 365-2700 | Email: mark.nitczynski@usdoj.gov |
| (614) 365-2499 (facsimile) | |
| jeffrey.walker@squirepb.com | ELISABETH H. CARTER |
| katherine.wenner@squirepb.com | United States Department of Justice – |
| | ENRD |
| Thomas P. Amodio | Environment Defense Section |
| Kevin M. Boots | P.O. Box 7611 |
| REEVES AMODIO, LLC | Washington, DC 20044 |
| 500 L Street, Suite 300 | Phone: (202) 598-3141 |
| Anchorage, AK 99501 | Email: Elisabeth.carter@usdoj.gov |
| (907) 222-7100 | |
| (907) 222-7199 (facsimile) | *Attorneys for the United States* |
| tom@reevesamodio.com | |
| kevin@reevesamodio.com | |

*Attorneys for Plaintiffs Northern Dynasty*
*Minerals Ltd and Pebble Limited Partnership*

JOINT MOTION FOR REVISED SCHEDULING ORDER
*NORTHERN DYNASTY MINERALS LTD V. EPA*
CASE NO.: 3:24-00059-SLG

4

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Keith Bradley*
Keith Bradley, *pro hac vice*
