Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | No. 3:24-00059-SLG |

## [PROPOSED] REVISED SCHEDULING ORDER

Upon consideration of the Joint Motion for a Revised Scheduling Order ("Motion"), and with good cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted and the Court's previously-entered Scheduling Order, ECF No. 65, is superseded and revised as follows:

(a) The deadline for Plaintiffs to file a motion to supplement the United States Army Corps of Engineers' administrative record shall be **December 13, 2024**.

(b) If Plaintiffs file a motion to supplement the administrative record in accordance with paragraph (a), then the deadline for the United States Army Corps of Engineers' response to the motion shall be **January 31, 2025,** and the deadline for Plaintiffs' reply shall be **February 14, 2025**.

(c) If Plaintiffs file a motion to supplement the record, then the parties will submit a joint motion or status report(s) **within two weeks** of the Court's ruling on that motion, proposing a schedule for further proceedings.

DATED this ___ day of _____, 2024.

_____
Judge Sharon A. Gleason
United States District Court Judge