Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | No. 3:24-00059-SLG |

### UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION

### DECISION NEEDED BY: NOVEMBER 7, 2024

UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION.
*NORTHERN DYNASTY MINERALS LTD V. EPA*
CASE NO.: 3:24-00059-SLG

Plaintiffs, Northern Dynasty Minerals Ltd. and Pebble Limited Partnership ("Plaintiffs"), respectfully request expedited consideration of the contemporaneously filed Joint Motion for Revised Scheduling Order ("Joint Motion") for the following reasons:

1. As explained in the Joint Motion, Plaintiffs and United States Army Corps of Engineers ("Corps") need additional time to brief a motion to supplement the Corps' administrative record submitted to the Court on October 18, 2024, and the parties have conferred in good faith to resolve their disagreements over the same.

2. Plaintiffs' motion to supplement the Corps' administrative record is currently due on November 8, 2024.

3. If the Court denies the Joint Motion, or declines to consider it before November 8, 2024, Plaintiffs will need time to draft a motion to supplement the Corps' administrative record.

4. The Corps and Defendant, the United States Environmental Protection Agency, do not oppose this motion or the requested expedited relief.

5. Accordingly, Plaintiffs respectfully request expedited consideration of the Joint Motion and that the Court rule on the Joint Motion by November 7, 2024.

Dated November 5, 2024

/s/ Keith Bradley
Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

*Attorneys for Plaintiffs Northern Dynasty Minerals Ltd and Pebble Limited Partnership*

UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION
*NORTHERN DYNASTY MINERALS LTD V. EPA*
CASE NO.: 3:24-00059-SLG

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Keith Bradley*
Keith Bradley, *pro hac vice*
