Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendants. | No. 3:24-00059-SLG |

**DECLARATION OF JEFFREY M. WALKER IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION**

DECLARATION OF JEFFREY M. WALKER.
*NORTHERN DYNASTY MINERALS LTD V. EPA*
CASE NO.: 3:24-00059-SLG

# DECLARATION OF JEFFREY M. WALKER

Jeffrey M. Walker, declare the following pursuant to 28 U.S.C. §1746:

1. My name is Jeffrey M. Walker. I am a partner at the law firm of Squire Patton Boggs (US) LLP, which plaintiffs, Northern Dynasty Minerals Ltd. and Pebble Limited Partnership, have retained as counsel in the above-captioned matter.

2. Plaintiffs and defendant, the United States Army Corps of Engineers ("Corps"), are concurrently filing herewith a Joint Motion for Revised Scheduling Order ("Joint Motion").

3. The Plaintiffs and the Corps need additional time to brief a motion to supplement the Corps' administrative record submitted to the Court on October 18, 2024, and the parties have conferred in good faith to resolve their disagreements over the same.

4. The current deadline to move to supplement the Corps' administrative record is November 8, 2024.

5. If the Court denies the Joint Motion, or declines to consider it before November 8, 2024, Plaintiffs will need time to draft a motion to supplement the Corps' administrative record.

6. Plaintiffs have conferred with the Corps and Defendant, the United States Environmental Protection Agency, and neither oppose this motion or the requested expedited relief.

7. Plaintiffs will immediately serve this motion on other parties via the Court's CM/ECF system.

8. Plaintiffs will immediately advise the clerk's office of this filing, as provided in the CM/ECF *Electronic Filing Procedures Guide*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 5, 2024

*/s/ Jeffrey M. Walker*
Jeffrey M. Walker