Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
(303) 894-9239 (facsimile)
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and UNITED STATES ARMY CORPS OF ENGINEERS,<br><br>Defendant. | No. 3:24-00059-SLG |

_____

## [PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION
_____

[PROPOSED] ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION
*NORTHERN DYNASTY MINERALS LTD v. EPA*
CASE NO.: 3:24-00059-SLG

Upon consideration of the Unopposed Motion for Expedited Consideration ("Motion"), and with good cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted; the Court will rule on the Joint Motion for a Revised Scheduling Order by November 7, 2024.

DATED this \_\_\_ day of \_\_\_\_\_, 2024.

_____
Judge Sharon A. Gleason
United States District Court Judge