IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.,*<br><br>　　　　Defendants. | Case No. 3:24-cv-00059-SLG |

**[PROPOSED] ORDER STAYING EPA ADMINISTRATIVE RECORD BRIEFING**

For the reasons stated in the Joint Motion to Stay EPA Administrative Record Briefing, ECF **, and for good cause shown, that motion is GRANTED. The briefing of a potential motion to supplement EPA's administrative record is stayed, and the parties shall file a status report regarding such briefing on or before December 13, 2024.

DATED this ** day of November, 2024, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE