## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS, LTD, *et al.*,

                Plaintiffs,

      v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

                Defendant,

     and

UNITED TRIBES OF BRISTOL BAY, *et al.*,

                Intervenor-Defendants.

Case No. 3:24-cv-00059-SLG

## <u>ORDER ON MOTION FOR RECONSIDERATION</u>

Before the Court at Docket 123 is Plaintiffs' Motion for Reconsideration. Upon due consideration, the motion is hereby GRANTED. The order at Docket 122 as pertains to the Parties' Joint Motion for a Revised Scheduling Order at Docket 119 and the Plaintiffs' Unopposed Motion for Expedited Consideration at Docket 120 is VACATED. Upon reconsideration, the Motion for a Revised Scheduling Order at Docket 119 and Plaintiffs' Unopposed Motion for Expedited Consideration at Docket 120 are each GRANTED. The Scheduling Order at Docket 65 is superseded and revised as follows:

    (a) The deadline for Plaintiffs to file a motion to supplement the United States

Army Corps of Engineers' administrative record shall be December 13, 2024.

(b) If Plaintiffs file a motion to supplement the administrative record in accordance with paragraph (a), then the deadline for the United States Army Corps of Engineers' response to the motion shall be January 31, 2025, and the deadline for Plaintiffs' reply shall be February 14, 2025.

(c) If Plaintiffs file a motion to supplement the record, then the parties will submit a joint motion or status report(s) within two weeks of the Court's ruling on that motion, proposing a schedule for further proceedings.

IT IS SO ORDERED.

DATED this 8th day of November, 2024, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD, et al. v. US EPA*
Order re Motion for Reconsideration
Page 2 of 2

Case 3:24-cv-00059-SLG    Document 124    Filed 11/08/24    Page 2 of 2