# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, | |
| Plaintiffs, | |
| v. | |
| | Case No. 3:24-cv-00059-SLG |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| | CONSOLIDATED |
| Defendants, | LEAD CASE |
| and | |
| BRISTOL BAY NATIVE ASSOCIATE, INC., *et al.*, | |
| Intervenor-Defendants, | |
| STATE OF ALASKA, | |
| Plaintiff, | |
| v. | |
| | Case No. 3:24-cv-00084-SLG |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| | CONSOLIDATED |
| Defendant, | |
| and | |
| TROUT UNLIMITED, *et al.*, | |
| Intervenor-Defendants, | |

ILIAMNA NATIVES, LTD, *et al.*,

        Plaintiffs,

        v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

        Defendants,

        and

BRISTOL BAY ECONOMIC
DEVELOPMENT CORPORATION, *et al.*,

        Intervenor-Defendants,

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

## **INDEX TO EXHIBITS**

| **Exhibits for Motions** |
|---|
| **Exhibit 1:** Email from U.S. Army Corps of Engineers to James Fueg with Notification Letter (Aug. 24, 2020) |
| **Exhibit 2:** Declaration of James Fueg (Jan. 19, 2021) |
| **Exhibit 3:** Memorandum of Agreement between Department of the Army and EPA concerning *Mitigation Sequence for Wetlands in Alaska under Section 404 of the Clean Water Act* (June 15, 2018), https://www.epa.gov/sites/default/files/2018-06/documents/epa_army _moa_alaska_mitigation_cwa_404_06-15-2018_0.pdf |
| **Exhibit 4:** ERNEST SCHEYDER, THE WAR BELOW: LITHIUM, COPPER, AND THE GLOBAL BATTLE TO POWER OUR LIVES 167 (2004) |
| **Exhibit 5:** Lisa Murkowski & Dan Sullivan, *Senators Murkowski and Sullivan Comment on Army Corps Decision on Pebble Mine* (Aug. 24, 2020), https://www.murkowski.senate.gov /press/release/senators-murkowski-and-sullivan-comment-on-army-corps-decision-on-pebble-mine |

| **Exhibits for Motions** |
|---|
| **Exhibit 6:** Abby Smith, *Controversial Alaska gold mine opposed by Trump Jr. isn't dead, administration privately tells conservatives* (Aug. 28, 2020), https://www.washingtonexaminer.com/news/ 844366/controversial-alaska-gold-mine-opposed-by-trump-jr-isnt-dead-administration-privately-tells-conservatives/ |
| **Exhibit 7:** Juliet Eilperin et al., *Republican push to block controversial Alaska gold mine gains the White House's attention*, Wash. Post (Aug. 20, 2020), https://www.washingtonpost.com/ climate-environment/2020/08/20/republican-push-block-controversial-alaskan-gold-mine-gains-white-houses-attention/ |
| **Exhibit 8:** Juliet Eilperin & Ashley Parker, *Trump Administration to Pause Permit for Alaska's Pebble Mine on Monday*, Wash. Post (Aug. 22, 2020), https://www.washingtonpost.com/ climate-environment/2020/08/22/trump-administration-pause-permit-alaskas-pebble-mine-monday/ |
| **Exhibit 9:** Zack Colman & Alex Guillén, *Trump Set to Block Controversial Alaska Gold Mine*, Politico (Aug. 22, 2020), https://www.politico.com/news/2020/08/22/trump-set-to-block-alaska-pebble-mine-400206 |
| **Exhibit 10:** U.S. Army Public Affairs, *Army finds Pebble Mine project cannot be permitted as proposed* (Aug. 24, 2020), https://www.army.mil/article/238426/army_finds_pebble_mine_project_ cannot_be_permitted_as_proposed |
| **Exhibit 11:** Patrick Gleason, *Former Trump Advisor Urges the President to Kill Thousands of Jobs*, Forbes (Aug. 26, 2020), https://www.forbes.com/sites/patrickgleason/2020/08/26/ former-trump-advisor-urges-the-president-to-kill-thousands-of-jobs/?sh=6492609a5679 |
| **Exhibit 12:** @DonaldJTrumpJr, Twitter (Aug. 4, 2020) (quoting @nick_ayers, Twitter (Aug. 4, 2020)) |
| **Exhibit 13:** *Pebble Project, Reserves & Resources*, https://northerndynastyminerals.com/pebble-project/reserves-resources-1/ |
| **Exhibit 14**: U.S. Department of the Interior's Geological Survey, Mineral Commodity Summaries (2024), https://pubs.usgs.gov/periodicals/mcs2024/mcs2024.pdf |
| **Exhibit 15:** *Precious Metal Refining*, https://www.sabinmetal.com/services/precious-metal-refining |
| **Exhibit 16:** *Leadership by a Dedicated and Seasoned Team*, https://www.sabinmetal.com/ company/leadership |

| Exhibits for Motions |
|---|
| **Exhibit 17**: *About Sabin Metal,* https://www.sabinmetal.com/company/about |
| **Exhibit 18:** Administrative Appeal Decision, Clean Water Act, No. POA-2017-00271, for the U.S. Army Corps of Engineers Alaska District (Apr. 24, 2023), https://www.pod.usace.army.mil/Portals/6/docs/regulatory/appeals/00%20-%20Administrative%20Appeal%20Decision_Pebble%20Limited%20Partnership_POA%202017-00271_24APR2023%20signed.pdf?ver=AeBaqnWLBfmyKCl5QX7Y7A%3d%3d |
| **Exhibit 19:** IHS Markit, *The Future of Copper: Will the Looming Supply Gap Short-Circuit the Energy Transition?* (July 2022), https://cdn.ihsmarkit.com/www/pdf/1022/The-Future-of-Copper_Full-Report_SPGlobal.pdf |
| **Exhibit 20:** *EPA's Decision to Terminate Clean Water Act Section 404(q) Dispute Resolution Process Regarding Proposed Pebble Mine, Bristol Bay Watershed, Alaska (POA-2017-00271),* prepared by Palmer Hough (Environmental Scientist, Office of Water, EPA Headquarters) and Amy Jensen (Regional Wetland Coordinator, EPA Region 10) (June 12, 2020); FOIA ID # ED_005447B_00003507 |
| **Exhibit 21:** Cooperating Agency Technical Meeting Notes for Day 2, re *Pebble Project Environmental Impact Statement* (November 19, 2019); FOIA ID # PBL_ID00009116 |
| **Exhibit 22:** Compilation of various internal Army Corps emails (August 5, 2020 -November 17, 2020); FOIA ID #: PBL_INT0037543; PBL_INT0040755; PBL_INT0041064; PBL_INT0041117; PBL_ID00079978; PBL_INT0037601; PBL_INT0037360 |
| **Exhibit 23:** Email correspondence between the Army Corps and Juliet Eilperin at the Washington Post, re: PLP's permit application for the Pebble mine (July 27, 2020 - November 25, 2020); FOIA ID # PBL_ID00078831 |
| **Exhibit 24:** Emails between USACE and White House (Aug. 25-26, 2020); FOIA ID # PBL_INT0041295 |
| **Exhibit 25:** Emails between Americans for Tax Reform, USACE, and White House (Aug. 25-27, 2020); FOIA ID # PBL_INT0041297 |
| **Exhibit 26:** Chain of internal Army Corps email correspondence discussing the release of a press statement regarding Pebble mine permitting (Aug. 24, 2020); FOIA ID # PBL_ID00079966 |
| **Exhibit 27:** Email from Executive Office of the President to Ryan Fisher (Aug. 27, 2020); FOIA ID # PBL_INT0041270 |

| Exhibits for Motions |
|---|
| **Exhibit 28:** USACE Teams Meeting Invitation for Sept. 30, 2020, 11:00 AM EST, re: Pebble Mine (Sept. 28, 2020); FOIA ID # PBL_INT0041258 |
| **Exhibit 29:** USACE Teams Meeting Invitation for Sept. 30, 2020, 11:00 AM EST, re: Pebble Mine (Sept. 28, 2020); FOIA ID # PBL_INT0041283 |
| **Exhibit 30:** USACE Teams Meeting Invitation for Oct. 1, 2020, 11:00 AM EST, re: Pebble Mine (Sept. 28, 2020); FOIA ID # PBL_INT0041080 |
| **Exhibit 31:** EPA Letter to the Army Corps (July 1, 2019); FOIA ID # ED_002890_00017794 |