# Exhibit 4

# THE WAR BELOW

## LITHIUM, COPPER, AND THE GLOBAL BATTLE TO POWER OUR LIVES

### ERNEST SCHEYDER

that the project would receive a fair hearing.[54] In 2019, Trump officials said they would restart the regulatory review process for the project.[55] By July 2020, as the coronavirus pandemic raged and the U.S. presidential election season was in full swing, Trump officials said they were on the verge of approving the project, calling it vital for the nation's production of copper. The mine would certainly harm part of the state's ecology, officials noted, but the company had tried to find the least damaging option.[56] Trump also began looking for more minerals the United States could get its hands on, at one point proposing to buy the island of Greenland from Denmark.[57]

Then things went sideways.

On August 4, 2020, Nick Ayers tweeted that he hoped President Trump would order the EPA to block the Pebble project. Ayers, who had served as Vice President Mike Pence's chief of staff before resigning in 2018, worried that "a Canadian company will unnecessarily mine the USA's greatest fishery at a severe cost." A few hours later, Donald Trump Jr.—the president's son—retweeted Ayers, saying that "the headwaters of Bristol Bay and the surrounding fishery are too unique and fragile to take any chances with."[58]

A few days later, at a fundraiser in New York's tony Bridgehampton enclave, Trump Jr. approached his father to make a direct plea to kill Pebble. Joined by Andrew Sabin, who had grown enormously wealthy in the metals refining business, the pair made the case that the mine project should be stopped dead in its tracks and that Alaska was not the place to dig up billions of tonnes of dirt. The president nodded but made no promises. "This mine makes no sense," Sabin told Trump. "With the Pebble mine, there's no way you could clean up the damage. The fish would be gone forever."[59]

Sabin and Trump Jr. reminded the president that he had just signed the Great American Outdoors Act, which funded conservation efforts on public lands. "At some point, they'll have to start thinking about the Republican Party and all of the incredible things we've done on conservation and many other fronts," Trump said when signing the bill.[60] If Trump really believed in the letter and spirit of the legislation he'd just signed, his son and Sabin stressed, he would stop Pebble.