# Exhibit 10

# Army finds Pebble Mine project cannot be permitted as proposed

By U.S. Army Public Affairs    August 24, 2020

This administration supports the mining industry and acknowledges the benefits the industry has provided to the economy and productivity of this country, from job creation to the extraction of valuable resources, which are especially important as we recover from this pandemic. The Pebble Mine project has the potential to fulfill all of those needs; however, as currently proposed, the project could have substantial environmental impacts within the unique Bristol Bay watershed and lacks adequate compensatory mitigation.

Given these concerns, the U.S. Army Corps of Engineers finds under section 404 of the Clean Water Act that the project, as proposed, would likely result in significant degradation of the environment and would likely result in significant adverse effects on the aquatic system or human environment. This finding is based on factual determinations, evaluations, and tests required by subparts (b) and (g), and after consideration of subparts (c) through (f) and (h) of the 404 (b)(1) guidelines. This record is laid out in the environmental impact statement published on July 24, 2020.

Therefore, the Corps finds that the project, as currently proposed, cannot be permitted under section 404 of the Clean Water Act.

For more information, please contact Lt. Col. Crystal Boring, Army Public Affairs, at crystal.x.boring.mil@mail.mil.