# Exhibit 11

# Former Trump Advisor Urges The President To Kill Thousands Of Jobs

**Patrick Gleason** Contributor ⓘ
*I cover the intersection of state & federal policy and politics.*

Follow

Aug 26, 2020, 06:17pm EDT

Updated Aug 27, 2020, 01:00am EDT

🕒 This article is more than 4 years old.



Estimates show Pebble Mine would create more than 16,000 jobs. GETTY

Shortly after President Trump took office, his Environmental Protection Agency undid the Obama administration's unprecedented decision, issued by then-EPA Administrator Gina McCarthy, to preemptively veto the mining of Pebble deposit. Pebble deposit, located on state land in southwest Alaska,

holds an estimated $400 billion worth of gold, copper, molybdenum, and rhenium, a critical mineral used in military aircraft.

Back in 2014, the Obama EPA took the unusual step of preemptively rejecting Pebble Mine, which estimates show would generate more than 16,000 jobs, and they did so before Pebble Limited Partnership, the group seeking to develop the deposit, had even submitted an application for permit. The Obama administration's decision to keep these precious minerals in the ground was great news for Chinese competitors. President Trump's reversal of Obama's block was viewed as one of the many beneficial policy shifts to spring from Trump's surprise triumph over Hillary Clinton in 2016.

In good faith, Pebble worked diligently with federal agencies in a multi-year process to complete perhaps the most extensive environmental impact study to date. After making significant revisions and accommodations, Pebble received good news when on July 24 the U.S. Army Corps of Engineers published the Final Environmental Impact Statement noting the project would cause "no measurable change in the number of returning salmon" and would not cause "long term changes to the health of the commercial fisheries in Bristol Bay."

In the last few weeks a former Trump aide who is now affiliated with the World Economic Forum, Nick Ayers, inserted himself at the last moment in an attempt to meddle, Obama-style, in the permitting process. Ayers wants the White House to consider flipping back to the Obama administration's position on Pebble, which is to reject the project and keep nearly half a trillion dollars worth of crucial resources in the ground.



**MORE FOR YOU**

**Apple's Surprising iPhone Update—Green Bubbles End This Week**

**Google's RCS Nightmare—Why You Need A New App**

**Indian Film 'Pushpa 2: The Rule' Crosses $73 Million**

That August 4 tweet from Nick Ayers, a former advisor to President Trump and chief of staff to Vice President Pence, was followed by an August 14 tweet from Ayers touting how he "spent a lot of time working to #StopPebbleMine this week."

**Forbes Daily: Join over 1 million Forbes Daily subscribers and get our best stories, exclusive reporting and essential analysis of the day's news in your inbox every weekday.**

| Email address | Sign Up |

By signing up, you agree to receive this newsletter, other updates about Forbes and its affiliates' offerings, our Terms of Service (including resolving disputes on an individual basis via arbitration), and you acknowledge our Privacy Statement. Forbes is protected by reCAPTCHA, and the Google Privacy Policy and Terms of Service apply.

Ayers added that he was "Encouraged by broad support and strong momentum," adding that "Soon (I believe) we will celebrate a huge win for ose who love the outdoors when @POTUS makes a final decision."

Based on his tweets, it appears Ayers spent August lobbying his former boss and colleagues to reverse course on Pebble and flop back to the Obama administration position that effectively blocks the mine, along with the thousands of high paying jobs and considerable revenue for Alaska government coffers that would be generated by the project. While his efforts, if successful, would kill thousands of blue collar jobs, Nick Ayers' anti-Pebble lobbying has garnered him praise from leftwing activists like Jane Fonda:



In addition to his lobbying work, it also seems Mr. Ayers helped anti-Pebble interests on the public relations front. Tucker Carlson, who Mr. Ayers [reportedly befriended](#) in Wyoming, recently aired a completely one-sided segment on Pebble (against) in which he interviewed the CEO of Bass Pro Shops. At no point during that interview was there a single reference to the Army Corps of Engineers environmental impact statement finding that

Pebble Mine can be developed in a manner that does not harm Bristol Bay fisheries or disrupt the surrounding ecosystem.

That Tucker Carlson segment on Pebble also made no mention of the more than 16,000 high paying, hard hat wearing jobs that Pebble Mine would create, or how a reversal on the project would be contradictory to President Trump's broader energy and resource development policies. One of the top achievements of the Trump administration is that they do not interfere with the environmental permitting process, a goal that Mr. Ayers is now urging President Trump to abandon.

"This political interference from the White House (which is what we complained about in the Obama and Bush administrations) to try to block permits for the Pebble Mine in Alaska threatens to undermine these efforts," explains Myron Ebell, who led President Trump's EPA transition team and is director of the Center for Energy and Environment at the Competitive Enterprise Institute.

"If this political interference succeeds, it would not only kill a major project that would create tens of billions of dollars of wealth and employ thousands of Alaskans for decades in a remote rural area where most people live in poverty," Ebell adds. "It would also set a terrible precedent for other natural resource projects across America. Who would even think about investing many years and billions of dollars in another mining project if it can be killed by the improper interference of a few wealthy, politically well-connected sportsmen?"



Potential average annual economic contribution of Pebble Mine²

| | | Alaska | Lower 48 | Total |
|---|---|---|---|---|
| Construction Phase (years 1-5) | Jobs supported | 4,725 | 11,450 | 16,175 |
| | Contribution to GSP/GDP | $400m | $1,175m | $1,575m |
| | Government revenues (federal and state & local) | Federal: $54m S&L: $27m | Federal: $128m S&L: $114m | $323m |
| Initial Production Phase (years 5-29) | Jobs supported | 2,890 | 11,825 | 14,715 |
| | Contribution to GSP/GDP | $1,140m to $1,435m | $1,290m | $2,430m to $2,725m |
| | Government revenues (federal and state & local) | Federal: $164m to $218m S&L: $165m to $213m | Federal: $176m S&L: $165m | $670m to $772m |
| Potential Subsequent Development Phase (20-year period) | Jobs supported | 2,750 | 13,900 | 16,650 |
| | Contribution to GSP/GDP | $2,140m to $2,360m | $1,520m | $3,660m to $3,880m |
| | Government revenues (federal and state & local) | Federal: $410m to $460m S&L: $351m to $396m | Federal: $200m S&L: $195m | $1,156m to $1,251m |

Potential average annual economic contribution of Pebble Mine  IHS GLOBAL INSIGHT

The fate of Pebble Mine, in addition to its economic significance, also has national security implications.

"This Administration has put a premium on ending our dependency on China for rare earth metals, and now in the wake of the announcement that rhenium, a key component to aircraft engines, was discovered at the Pebble Mine, this makes the development of Pebble Mine a national security must," Rick Manning, president of Americans for Limited Government, said in an August 24 statement. "Our nation can no longer stick our head in the ground to the reality that China's worldwide rare earth dominance is a severe threat to national security."

In fact, Pebble is "home to at least 70 known occurrences of rare earth elements, which are critical for numerous industries, from cellphones to electric batteries to military weapons," Nick Loris, a Heritage Foundation economist, wrote in an August 26 article.

**While some on the outside are attempting to meddle, the U.S. Army Corps of Engineers process continues**

As expected, the Army Corps of Engineers published [a letter](#) to Pebble Partnership on Monday, August 24, outlining compensatory mitigation ns regarding wetlands, as expected. The Army Corps *did not* change their previous finding of no measurable impact on salmon and no long term impact to commercial fisheries or Bristol Bay. These facts were lost in the media hysteria surrounding the letter.

The outside lobbying attempt by Mr. Ayers is contradictory to the Trump administration's goal of not interfering with the infrastructure permitting process. The fallout from the outside meddling in the Pebble process extends far beyond Alaska.

Trump's decision on Pebble, if he rejects the project after the Army Corps of Engineers found the project safe to develop, could have a chilling effect on other important resource development projects throughout the entire country. What does it say about rule of law and the U.S. as a place to invest if a U.S. Army Corps of Engineers environmental impact statement can be overruled in favor of a Nick Ayers impact statement?

The anti-mining position that Ayers is urging President Trump to take would have negative political ramifications that could imperil the President's reelection. Take Minnesota, a state that could flip to President Trump's column this November. Mining is also an important part of the Minnesota economy and Trump's decision on Pebble is now cause for concern in this battleground state that might decide whether Trump gets another four years in the Oval Office.

Minnesota is home to the [Duluth Complex](#), which holds the world's second largest copper deposit after Pebble, and the planet's third largest nickel deposit. Of the three prospective mines located in the Duluth Complex, Polymet Mine is the closest to completing the permitting process.

The Polymet Mine alone is projected to generate [more than $500 million](#) in annual economic activity. Such an economic boost, Congressman Pete

Stauber (R-Minn.) points out, is "like bringing the Super Bowl up to northeastern Minnesota every year."

Congressman Stauber, a lawmaker fully attuned to how important the mining industry is to Minnesota's economic health, has applauded President Trump for reversing the Obama administration's decision to shut down important Minnesota mining projects. However, Representative Stauber explains that people in Minnesota are now watching what the Trump administration is doing on Pebble and are concerned by what they are seeing. In fact, anti-mining interests are already touting the potential rejection of Pebble as a precedent with which to shut down mining in Minnesota.

Congressman Stauber expressed his concern this week about the broader consequences of a possible rejection of Pebble, noting that "to see the administration allow outside influences change the course of this potential project without going through the normal regulatory process, without allowing science, facts and the truth to dictate" would be cause for great concern in his state. "Projects in Minnesota continue to be delayed by outside, well-funded political machines and it was a hallmark of the Obama-Biden administration," Stauber added, explaining that "mining doesn't have to be mutually exclusive."

"We can have a clean environment and create jobs," Congressman Stauber points out. "Here in Northeastern Minnesota, we've done that for over 140 years."

The good news for those who wish to see Pebble Mine developed is that the Army Corps of Engineers process continues. The Army Corps letter on Monday affirmed they are taking the next step toward a Record of Decision, with required compensatory mitigation for wetlands, not fish. The Army Corps letter is the official policy, not the media hysteria generated by outsiders trying to meddle with the process, something that reporters seem to be missing.

So the fate of Pebble is still to be determined and the process is still ongoing. The next step is for Pebble Limited Partnership to submit its compensatory mitigation plan to the Army Corps of Engineers within 90 days. The only way Pebble gets denied is if the Trump administration decides to undermine the President's entire deregulatory agenda. Stay tuned.

*Follow me on* [*Twitter*](#).

 **Patrick Gleason**  Follow

Patrick Gleason, a Forbes contributor since 2014, is vice president of state affairs at Americans for Tax Reform, a Washington, D.C.-based advocacy and... **Read More**

Editorial Standards                                                                                               Forbes Accolades

ADVERTISEMENT