# Exhibit 14

**U.S. Department of the Interior**
**U.S. Geological Survey**

# MINERAL COMMODITY SUMMARIES 2024

| | | | |
|---|---|---|---|
| Abrasives | Fluorspar | Mercury | Silicon |
| Aluminum | Gallium | Mica | Silver |
| Antimony | Garnet | Molybdenum | Soda Ash |
| Arsenic | Gemstones | Nickel | Stone |
| Asbestos | Germanium | Niobium | Strontium |
| Barite | Gold | Nitrogen | Sulfur |
| Bauxite | Graphite | Palladium | Talc |
| Beryllium | Gypsum | Peat | Tantalum |
| Bismuth | Hafnium | Perlite | Tellurium |
| Boron | Helium | Phosphate Rock | Thallium |
| Bromine | Indium | Platinum | Thorium |
| Cadmium | Iodine | Potash | Tin |
| Cement | Iron and Steel | Pumice | Titanium |
| Cesium | Iron Ore | Quartz | Tungsten |
| Chromium | Iron Oxide Pigments | Rare Earths | Vanadium |
| Clays | Kyanite | Rhenium | Vermiculite |
| Cobalt | Lead | Rubidium | Wollastonite |
| Copper | Lime | Salt | Yttrium |
| Diamond | Lithium | Sand and Gravel | Zeolites |
| Diatomite | Magnesium | Scandium | Zinc |
| Feldspar | Manganese | Selenium | Zirconium |

**USGS**

*science for a changing world*

**Cover:** Photograph of microchips, also known as integrated circuits (ICs), on a semiconductor wafer. Microchips have become an integral part of daily life, as they are essentially the brain of modern electronics found in everything from computers, communication devices, medical and healthcare technology, vehicle and transportation systems, satellites, military systems, clean energy technology, wireless networks, the Internet of Things (IoT), and countless other applications. Advances in semiconductor and microchip technology have enabled the development of more compact, faster, more powerful, more reliable, and less expensive electronic devices. Gallium (p. 74) and silicon (p. 160) are two important materials in modern semiconductor technology. Gallium, which is extracted from bauxite (aluminum) and zinc ores, used in the form of gallium arsenide (GaAs) and gallium nitride (GaN) on a silicon substrate, offers superior semiconductor performance compared to silicon, including higher electron mobility, optical features, and higher energy efficiency, making it the preferred material of choice for high-performance and high-frequency specialty applications, such as high-speed telecommunications (for example, 5G networks), high-performance computers, and aerospace systems. High-purity silicon is currently the most widely used material for semiconductor microchips because of its electrical properties, abundance, and cost effectiveness. Photograph courtesy of Taiwan Semiconductor Manufacturing Co., Ltd. (TSMC).

U.S. Department of the Interior
U.S. Geological Survey

# MINERAL COMMODITY SUMMARIES 2024

| | | | |
|---|---|---|---|
| Abrasives | Fluorspar | Mercury | Silicon |
| Aluminum | Gallium | Mica | Silver |
| Antimony | Garnet | Molybdenum | Soda Ash |
| Arsenic | Gemstones | Nickel | Stone |
| Asbestos | Germanium | Niobium | Strontium |
| Barite | Gold | Nitrogen | Sulfur |
| Bauxite | Graphite | Palladium | Talc |
| Beryllium | Gypsum | Peat | Tantalum |
| Bismuth | Hafnium | Perlite | Tellurium |
| Boron | Helium | Phosphate Rock | Thallium |
| Bromine | Indium | Platinum | Thorium |
| Cadmium | Iodine | Potash | Tin |
| Cement | Iron and Steel | Pumice | Titanium |
| Cesium | Iron Ore | Quartz | Tungsten |
| Chromium | Iron Oxide Pigments | Rare Earths | Vanadium |
| Clays | Kyanite | Rhenium | Vermiculite |
| Cobalt | Lead | Rubidium | Wollastonite |
| Copper | Lime | Salt | Yttrium |
| Diamond | Lithium | Sand and Gravel | Zeolites |
| Diatomite | Magnesium | Scandium | Zinc |
| Feldspar | Manganese | Selenium | Zirconium |



U.S. Geological Survey, Reston, Virginia: 2024

Manuscript approved for publication January 31, 2024.

For more information on the USGS—the Federal source for science about the Earth,
its natural and living resources, natural hazards, and the environment—
visit https://www.usgs.gov or call 1–888–ASK–USGS.

For an overview of USGS information products, including maps, imagery, and publications,
visit https://store.usgs.gov/.
For sale by the Superintendent of Documents, U.S. Government Publishing Office
P.O. Box 979050, St. Louis, MO 63197–9000
Phone: (866) 512–1800 (toll-free); (202) 512–1800 (Washington, DC, area)
Fax: (202) 512–2104
Internet: https://bookstore.gpo.gov
Email: ContactCenter@gpo.gov

Any use of trade, product, or firm names is for descriptive purposes only and does not imply
endorsement by the U.S. Government.

Although this report is in the public domain, permission must be secured from the individual
copyright owners to reproduce any copyrighted material contained within this report.

Suggested citation:
U.S. Geological Survey, 2024, Mineral commodity summaries 2024: U.S. Geological Survey, 212 p., https://doi.org/10.3133/mcs2024.

Associated data for this publication:

U.S. Geological Survey, 2024, Data release for mineral commodity summaries 2024: U.S. Geological Survey data release,
https://doi.org/10.5066/P144BA54.

ISBN  978-1-4113-4544-7

# CONTENTS

**General:**    Page

Introduction ................................................. 3
Figure 1—The Role of Nonfuel Mineral Commodities in the U.S. Economy........................... 4
Significant Events, Trends, and Issues......................... 5
Figure 2—2023 U.S. Net Import Reliance ................... 7
Figure 3—Leading Import Sources (2019–22) of Nonfuel Mineral Commodities ................................. 8
Table 1—U.S. Mineral Industry Trends ....................... 9
Table 2—U.S. Mineral-Related Economic Trends........ 9
Table 3—Value of Nonfuel Mineral Production in the United States in 2023 .................................. 10
Figures 4–8—Value of Nonfuel Minerals Produced in 2023....................................................... 12–16
Table 4—The 2022 U.S. Critical Minerals List............. 17
U.S. Critical Minerals Update...................................... 18
Table 5—Salient Critical Minerals Statistics in 2023 ... 23

Figure 9—20-Year Trend of U.S. Net Import Reliance for Critical Minerals.................................24
Figure 10—Estimated 1-Year Percent Change and 5-Year Compound Annual Growth Rate in Prices of Critical Minerals…..........................25
Figures 11–12—Changes in U.S. Consumption of Nonfuel Mineral Commodities............................26–27
Figure 13—Value of Old Scrap Domestically Recycled, Imported, and Exported…..........................28
Figure 14—Relation Between Byproduct Elements and Host Metals ......................................29
Appendix A—Abbreviations and Units of Measure ....206
Appendix B—Definitions of Selected Terms Used in This Report..........................................206
Appendix C—Reserves and Resources.....................207
Appendix D—Country Specialists Directory..............211

**Mineral Commodities:**

Abrasives (Manufactured)........................................ 30
Aluminum ................................................................. 32
Antimony .................................................................. 34
Arsenic ..................................................................... 36
Asbestos .................................................................. 38
Barite........................................................................ 40
Bauxite and Alumina................................................ 42
Beryllium .................................................................. 44
Bismuth .................................................................... 46
Boron........................................................................ 48
Bromine.................................................................... 50
Cadmium.................................................................. 52
Cement..................................................................... 54
Cesium ..................................................................... 56
Chromium ................................................................ 58
Clays ........................................................................ 60
Cobalt....................................................................... 62
Copper...................................................................... 64
Diamond (Industrial)................................................ 66
Diatomite.................................................................. 68
Feldspar and Nepheline Syenite.............................. 70
Fluorspar.................................................................. 72
Gallium..................................................................... 74
Garnet (Industrial) ................................................... 76
Gemstones............................................................... 78
Germanium .............................................................. 80
Gold.......................................................................... 82
Graphite (Natural) ................................................... 84
Gypsum.................................................................... 86
Helium...................................................................... 88
Indium ...................................................................... 90
Iodine ....................................................................... 92
Iron and Steel........................................................... 94
Iron and Steel Scrap ............................................... 96
Iron and Steel Slag .................................................. 98
Iron Ore.................................................................. 100
Iron Oxide Pigments .............................................. 102
Kyanite and Related Minerals................................. 104
Lead........................................................................ 106
Lime........................................................................ 108
Lithium.................................................................... 110
Magnesium Compounds ........................................ 112
Magnesium Metal................................................... 114
Manganese............................................................. 116

Mercury...................................................................118
Mica (Natural).........................................................120
Molybdenum ...........................................................122
Nickel......................................................................124
Niobium (Columbium)..............................................126
Nitrogen (Fixed)—Ammonia ...................................128
Peat ........................................................................130
Perlite......................................................................132
Phosphate Rock .....................................................134
Platinum-Group Metals...........................................136
Potash.....................................................................138
Pumice and Pumicite..............................................140
Quartz (High-Purity and Industrial Crystal) ............142
Rare Earths ............................................................144
Rhenium .................................................................146
Rubidium .................................................................148
Salt .........................................................................150
Sand and Gravel (Construction).............................152
Sand and Gravel (Industrial) ..................................154
Scandium................................................................156
Selenium.................................................................158
Silicon .....................................................................160
Silver.......................................................................162
Soda Ash ................................................................164
Stone (Crushed) .....................................................166
Stone (Dimension)..................................................168
Strontium ................................................................170
Sulfur ......................................................................172
Talc and Pyrophyllite ..............................................174
Tantalum .................................................................176
Tellurium .................................................................178
Thallium ..................................................................180
Thorium ..................................................................182
Tin...........................................................................184
Titanium and Titanium Dioxide...............................186
Titanium Mineral Concentrates ..............................188
Tungsten.................................................................190
Vanadium ...............................................................192
Vermiculite ..............................................................194
Wollastonite ............................................................196
Yttrium ....................................................................198
Zeolites (Natural).....................................................200
Zinc.........................................................................202
Zirconium and Hafnium...........................................204

2

# INSTANT INFORMATION

Information about the U.S. Geological Survey, its programs, staff, and products is available from the internet at https://www.usgs.gov or by calling (888) ASK–USGS [(888) 275–8747].

This publication has been prepared by the National Minerals Information Center (NMIC). Information about NMIC and its products is available from the internet at https://www.usgs.gov/centers/national-minerals-information-center or by writing to Director, National Minerals Information Center, 988 National Center, Reston, VA 20192.

# KEY PUBLICATIONS

*Minerals Yearbook*—These annual publications review the mineral industries of the United States and of more than 180 other countries. They contain statistical data on minerals and materials and include information on economic and technical trends and developments and are available at https://www.usgs.gov/centers/national-minerals-information-center/publications. The three volumes that make up the Minerals Yearbook are volume I, Metals and Minerals; volume II, Area Reports—Domestic; and volume III, Area Reports—International.

*Mineral Commodity Summaries*—Published on an annual basis, this report is the earliest Government publication to furnish estimates covering nonfuel mineral industry data and is available at https://www.usgs.gov/centers/national-minerals-information-center/mineral-commodity-summaries. Data sheets contain information on the domestic industry structure, Government programs, tariffs, world production and reserves, and 5-year salient statistics for more than 90 individual minerals and materials.

*Mineral Industry Surveys*—These periodic statistical and economic reports are designed to provide timely statistical data on production, shipments, stocks, and consumption of significant mineral commodities and are available at https://www.usgs.gov/centers/national-minerals-information-center/mineral-industry-surveys. The surveys are issued monthly, quarterly, or at other regular intervals.

*Materials Flow Studies*—These publications describe the flow of minerals and materials from extraction to ultimate disposition to help better understand the economy, manage the use of natural resources, and protect the environment and are available at https://www.usgs.gov/centers/national-minerals-information-center/materials-flow.

*Recycling Reports*—These studies illustrate the recycling of metal commodities and identify recycling trends and are available at https://www.usgs.gov/centers/national-minerals-information-center/recycling-statistics-and-information.

*Historical Statistics for Mineral and Material Commodities in the United States (Data Series 140)*—This report provides a compilation of statistics on production, trade, and use of approximately 90 mineral commodities since as far back as 1900 and is available at https://www.usgs.gov/centers/national-minerals-information-center/historical-statistics-mineral-and-material-commodities.

# WHERE TO OBTAIN PUBLICATIONS

- *Mineral Commodity Summaries* and the *Minerals Yearbook* are sold by the U.S. Government Publishing Office. Orders are accepted over the internet at https://bookstore.gpo.gov, by email at ContactCenter@gpo.gov, by telephone toll free (866) 512–1800; Washington, DC, area (202) 512–1800, by fax (202) 512–2104, or through the mail (P.O. Box 979050, St. Louis, MO 63197–9000).

- All current and many past publications are available as downloadable Portable Document Format (PDF) files through https://www.usgs.gov/centers/national-minerals-information-center.

# INTRODUCTION

Each mineral commodity chapter of the 2024 edition of the U.S. Geological Survey (USGS) Mineral Commodity Summaries (MCS) includes information on events, trends, and issues for each mineral commodity as well as discussions and tabular presentations on domestic industry structure, Government programs, tariffs, 5-year salient statistics, and world production, reserves, and resources. The MCS is the earliest comprehensive source of 2023 mineral production data for the world. More than 90 individual minerals and materials are covered by 2-page synopses.

Abbreviations and units of measure and definitions of selected terms used in the report are in Appendix A and Appendix B, respectively. Reserves and resources information is in Appendix C, which includes "Part A—Resource and Reserve Classification for Minerals" and "Part B—Sources of Reserves Data." A directory of USGS minerals information country specialists and their responsibilities is in Appendix D.

The USGS continually strives to improve the value of its publications to users. Constructive comments and suggestions by readers of the MCS 2024 are welcomed.

# GOLD

Estimated global gold consumption, excluding exchange-traded funds and other similar investments, was in jewelry, 46%; central banks and other institutions, 23%; physical bars, 16%; official coins and medals and imitation coins, 9%; electrical and electronics, 5%; and other, 1%. In the first 9 months of 2023, global consumption of gold in physical bars decreased by 5%, jewelry was essentially unchanged, electronics decreased by 11%, other industrial applications were essentially unchanged, and coins and medals increased by 6% compared with those in the first 9 months of 2022. During the first 9 months of 2023, gold holdings in central banks increased by 14%, but global investments in gold-based exchange-traded funds and similar investments were 189 tons lower in the first 9 months of 2023 compared with the 20-ton decrease during the first 9 months of 2022. Total global consumption in the first 9 months of 2023 decreased by 3% compared with that in the first 9 months of 2022.[9]

**World Mine Production and Reserves:** Reserves for Australia, China, Peru, Russia, and Tanzania were revised based on company and Government reports.

| | Mine production | | Reserves[10] |
|---|---|---|---|
| | **2022** | **2023**[e] | |
| United States | 173 | 170 | 3,000 |
| Australia | 314 | 310 | [11]12,000 |
| Brazil | [e]61 | 60 | 2,400 |
| Burkina Faso | 58 | 60 | NA |
| Canada | 206 | 200 | 2,300 |
| China | 372 | 370 | 3,000 |
| Ghana | [e]88 | 90 | 1,000 |
| Indonesia | 105 | 110 | 2,600 |
| Kazakhstan | [e]115 | 130 | 1,000 |
| Mali | [e]64 | 60 | 800 |
| Mexico | [e]120 | 120 | 1,400 |
| Peru | 97 | 90 | 2,300 |
| Russia | [e]310 | 310 | 11,100 |
| South Africa | 89 | 100 | 5,000 |
| Tanzania | 57 | 60 | 420 |
| Uzbekistan | [e]104 | 100 | 1,800 |
| Other countries | 726 | 700 | 9,200 |
| World total (rounded) | 3,060 | 3,000 | 59,000 |

**World Resources:**[10] An assessment of U.S. gold resources indicated 33,000 tons of gold—15,000 tons in identified and 18,000 tons in undiscovered resources.[12] Nearly one-quarter of the gold in undiscovered resources was estimated to be contained in porphyry copper deposits. The gold resources in the United States, however, are only a small portion of global gold resources.

**Substitutes:** Base metals clad with gold alloys are widely used to economize on gold in electrical and electronic products and in jewelry; many of these products are continually redesigned to maintain high-utility standards with lower gold content. Generally, palladium, platinum, and silver may substitute for gold.

[e]Estimated. E Net exporter. NA Not available.

[1]One metric ton (1,000 kilograms) = 32,150.7 troy ounces.

[2]Includes refined bullion, dore, ores, concentrates, and precipitates. Excludes waste and scrap, official monetary gold, gold in fabricated items, gold in coins, and net bullion flow (in tons) to market from foreign stocks at the New York Federal Reserve Bank.

[3]Includes gold used in the production of consumer purchased bars, coins, and jewelry. Excludes gold as an investment (except consumer purchased bars and coins). Source: World Gold Council.

[4]Includes gold in the Exchange Stabilization Fund. Stocks were valued at the official price of $42.22 per troy ounce.

[5]Engelhard's average gold price quotation for the year. In 2023, the price was estimated by the U.S. Geological Survey based on data from January through November.

[6]Data from the Mine Safety and Health Administration.

[7]Defined as imports – exports.

[8]Large unreported investor stock purchases preclude calculation of a meaningful net import reliance.

[9]Source: World Gold Council.

[10]See Appendix C for resource and reserve definitions and information concerning data sources.

[11]For Australia, Joint Ore Reserves Committee-compliant or equivalent reserves were 4,600 tons.

[12]Source: U.S. Geological Survey National Mineral Resource Assessment Team, 2000, 1998 assessment of undiscovered deposits of gold, silver, copper, lead, and zinc in the United States: U.S. Geological Survey Circular 1178, 21 p.

**U.S. Geological Survey, Mineral Commodity Summaries, January 2024**

# SILVER

World silver mine production increased slightly in 2023 to an estimated 26,000 tons, principally as a result of increased production from mines in Mexico and Chile as new silver mines were starting or ramping up. Domestic silver mine production was estimated to have remained essentially unchanged in 2023. In August, a fire took place at an underground silver-lead-zinc mine in Idaho; no personnel were in the mine at the time of the fire. Production was suspended for the remainder of 2023 while work was carried out to bypass the damaged area.

**World Mine Production and Reserves:** Reserves for Australia, China, India, Peru, Poland, and Russia were revised based on Government reports.

| | Mine production | | Reserves[9] |
|---|---|---|---|
| | **2022** | **2023[e]** | |
| United States | 1,010 | 1,000 | 23,000 |
| Argentina | 913 | 910 | 6,500 |
| Australia | 1,167 | 1,200 | [10]94,000 |
| Bolivia | 1,214 | 1,200 | 22,000 |
| Chile | 1,274 | 1,400 | 26,000 |
| China | 3,480 | 3,400 | 72,000 |
| India | 694 | 690 | 8,000 |
| Kazakhstan | 1,053 | 990 | NA |
| Mexico | 6,195 | 6,400 | 37,000 |
| Peru | 3,079 | 3,100 | 110,000 |
| Poland | 1,316 | 1,300 | *63,000 |
| Russia | 1,280 | 1,200 | 92,000 |
| Other countries | 2,940 | 3,000 | 57,000 |
| World total (rounded) | 25,600 | 26,000 | *610,000 |

**World Resources:**[9] Although silver was a principal product at several mines, silver was primarily obtained as a byproduct from lead-zinc, copper, and gold mines, in descending order of silver production. The polymetallic ore deposits from which silver was recovered account for more than two-thirds of U.S. and world resources of silver. Most recent silver discoveries have been associated with gold occurrences; however, copper and lead-zinc occurrences that contain byproduct silver will continue to account for a significant share of reserves and resources in the future.

**Substitutes:** Digital imaging, film with reduced silver content, silverless black-and-white film, and xerography substitute for traditional photographic applications for silver. Surgical pins and plates may be made with stainless steel, tantalum, and titanium in place of silver. Stainless steel may be substituted for silver flatware. Nonsilver batteries may replace silver batteries in some applications. Aluminum and rhodium may be used to replace silver that was traditionally used in mirrors and other reflecting surfaces. Silver may be used to replace more costly metals in catalytic converters for off-road vehicles.

[e]Estimated. NA Not available.

[1]One metric ton (1,000 kilograms) = 32,150.7 troy ounces.

[2]Silver content of base metal ores and concentrates, ash and residues, refined bullion, and dore; excludes coinage and waste and scrap material.

[3]Defined as mine production + secondary production + imports – exports ± adjustments for Government and industry stock changes.

[4]Engelhard's industrial bullion quotations. Source: S&P Global Platts Metals Week.

[5]Source: U.S. Mint. Balance in U.S. Mint only; includes deep storage and working stocks.

[6]Source: U.S. Department of Labor, Mine Safety and Health Administration (MSHA). Only includes mines where silver is the primary product.

[7]Defined as imports – exports ± adjustments for Government and industry stock changes.

[8]Source: Metals Focus, 2023, World silver survey 2023: Silver Institute, prepared by Metals Focus, 84 p. (Accessed July 1, 2023, at https://www.silverinstitute.org/wp-content/uploads/2023/04/World-Silver-Survey-2023.pdf.)

[9]See Appendix C for resource and reserve definitions and information concerning data sources.

[10]For Australia, Joint Ore Reserves Committee-compliant or equivalent reserves were 27,000 tons.

*Correction posted on March 5, 2024.

**U.S. Geological Survey, Mineral Commodity Summaries, January 2024**