# Exhibit 15

 Services  Industries  Company  Knowledge Center  News & Events  Contact & Locations

Home / Services / Precious Metal Refining



# PRECIOUS METAL REFINING

Sabin refines precious metals from the products and byproducts of the pharmaceutical, petroleum, petrochemical, chemical, electronics, fuel cell and numerous other industries. With our proven techniques and highly experienced people, we recover platinum group metals, gold and silver, and offer the only full pyro-metallurgical recovery of rhenium. After refining, we reprocess furnace slags to capture the last parts per million — leaving no precious metal behind.

**See how we serve your industry** 

Consent Preferences


## HYDRO- VS. PYRO-METALLURGY

Our global competitors use hydro-metallurgy to dissolve precious metal alumina catalysts in acids or strong caustics. Which means they are only able to recover the soluble metal. At Sabin, we melt them. Using pyro-metallurgical processes, we isolate and purify the total precious metal content, and recover every last ounce.

## GET A FULL RHENIUM RETURN

Our proprietary Pyro-Re® process offers the only pyro-metallugical recovery of rhenium in the industry. With it, we recover total rhenium content from spent semi-regenerative and cyclic fixed-bed hydrocarbon processing catalysts — and get you a full return.



## RELATED SERVICES

Consent Preferences

Case 3:24-cv-00059-SLG     Document 127-18     Filed 12/13/24     Page 3 of 5





### SAMPLING

Generate homogenous samples that accurately and completely represent your material.

More 

### RECYCLING & DISPOSAL

Transport byproduct to our zero-discharge facilities for the final stage of recovery and safe disposal.

More →

### LAB ANALYSIS

Use fire assay and other time-tested techniques to determine how much precious metal is in your material.

More 

WHAT WE DO
All Services

WHO WE SERVE
Industries

Consent Preferences

Case 3:24-cv-00059-SLG   Document 127-18   Filed 12/13/24   Page 4 of 5

- Sampling
- Lab Analysis
- Precious Metal Refining
- Metal Management
- Shipping & Logistics
- International Services
- Recycling & Disposal

SABIN METAL CORPORATION
- Company
- About
- Leadership
- Environmental Responsibility
- Corporate Governance / Confidential Hotline
- Andrew Sabin Family Foundation

RESOURCES
- Knowledge Center
- News & Events
- Contact & Locations

LEGAL
- Cookie Policy
- Privacy Policy

© 2024 Sabin Metal Corporation. All rights reserved.

Consent Preferences