# Exhibit 16

# LEADERSHIP BY A DEDICATED AND SEASONED TEAM



## JONATHAN SABIN

President

**Bio** 

## A MESSAGE FROM OUR PRESIDENT

For over 75 years Sabin Metal Corporation has put our customers first, treating them as family and forming long-lasting relationships with every partner. We're honored to serve customers around the world with the utmost ethical, safety, and regulatory compliance. It's our goal to provide you with the highest possible returns and the best customer experience.

As the precious metals industries face new challenges and opportunities, Sabin Metal Corporation is leading the way. We're expanding our capacities, extending our global reach, and surpassing new milestones to help you meet your goals. Some of our recent advancements include:

Expanded our PGM refinery to produce more platinum and palladium per month than ever before. If Sabin Metal were a platinum mine, we'd be the 6th largest in the world.

Completed construction, certification, and launch of our third kiln for catalyst processing.

Launched our new website, a trusted resource for best practices and detailed informa

Consent Preferences

services.

We know the importance of choosing the right company to process your precious metals. We hope you consider Sabin Metal Corporation to provide you the highest possible returns and world-class service. We invite you to experience the Sabin Difference in precious metals refining.

Sincerely,

*Jonathan Sabin*

President



**ANDREW SABIN**

Chairman of the Board

Bio →



**ROBERT HANSEN**

Director of Corporate Operations

Bio →



**JAMES BARRETT**

General Manager

Bio →

**Consent Preferences**





### CINDY PAVIA

Vice President of Metal Management & Trading

**Bio** →

### BRADFORD M. COOK

Vice President of Sales & Marketing

**Bio** →

### JOHN A. CARPENTIERE JR.

Controller

**Bio** →

**Consent Preferences**





## BRENT VESA

Technical Director

**Bio** →

## MARC PANE

Corporate Counsel

**Bio** →

## MARCY KURTZ SAGE

General Manager at Sabin International Logistics Corporation (SILC)

**Bio** →

Consent Preferences



## WHAT WE DO

All Services
Sampling
Lab Analysis
Precious Metal Refining
Metal Management
Shipping & Logistics
International Services
Recycling & Disposal

## WHO WE SERVE

Industries

## SABIN METAL CORPORATION

Company
About
Leadership
Environmental Responsibility
Corporate Governance / Confidential Hotline
Andrew Sabin Family Foundation

## RESOURCES

Knowledge Center
News & Events
Contact & Locations

## LEGAL

Cookie Policy
Privacy Policy

© 2024 Sabin Metal Corporation. All rights reserved.

Consent Preferences





**Consent Preferences**

