# Exhibit 17


# ABOUT SABIN METAL



Sabin started as a one-man scrap metal operation in New York City. As we continue to expand in the U.S. and worldwide, we stay true to the values that guided us here. We maintain a scale and structure that allows us to respond quickly and adapt effectively, so we can continue to put our customers' needs first. We believe our employees are our most valuable asset and we invest in their growth and development. And we operate with the highest levels of integrity, serving as strong advocates for the environment every step of the way.



# SABIN HISTORY

Early 1900s          1945          1957

Consent Preferences

## SERATOFF AND SONS

Abraham Seratoff emigrated from Russia to New York's lower east side where he started a scrap metal business called Seratoff and Sons. He salvaged anything from tires to doorknobs.

## INCORPORATED SABIN METAL

Abraham's son Samuel and his business partner Ben combined their names to form Saben Metal. With the name Saben already taken, they incorporated as Sabin Metal. The business took off, inspiring Samuel to change the family name to Sabin.

## INT INT MET

The U.S. to recove batteries recycler



### 01 | OUR VISION

To be the world leader in innovative and responsible precious metals recovery and refining, measured by customer satisfaction and market share.

### 02 | OUR MISSION

Extract the maximum possible value from industrial byproducts and waste through efficient and sustainable practices – returning precious metals back to society to help meet the demand for these important resources.



**Consent Preferences**

# OUR VALUES



## CUSTOMER COMMITMENT



## EMPLOYEE DEVELOPMENT

**Exceeding our customers' expectations through:**

- Operational quality
- Innovation
- Quick turnaround times
- Continuously optimized plant processes

**Developing excellence in our employees through:**

- Training
- Team building
- Safety education
- Growth opportunities





Consent Preferences

Case 3:24-cv-00059-SLG    Document 127-20    Filed 12/13/24    Page 4 of 6

## OPERATIONAL INTEGRITY

**Conducting global business and managing daily operations with:**

- The highest ethical and business standards
- Cultural awareness & mutual respect
- Active participation in the community
- Robust AML/CFT procedures and policies
- Responsible, conflict-free sourcing

## ENVIRONMENTAL RESPONSIBILITY

**Demonstrating leadership in environmental advocacy by:**

- Helping customers dispose of hazardous and non-hazardous waste safely and responsibly
- Adapting to changing environmental regulations to remain at the forefront of environmentally-sound corporate and industrial practices
- Empowering future generations of environmentally-conscious advocates through the Andrew Sabin Family Foundation

| WHAT WE DO | WHO WE SERVE |
|---|---|
| | Industries |

**SABIN METAL CORPORATION**

Company

About

Leadership

**Consent Preferences**

All Services
Sampling
Lab Analysis
Precious Metal Refining
Metal Management
Shipping & Logistics
International Services
Recycling & Disposal

Environmental Responsibility
Corporate Governance / Confidential Hotline
Andrew Sabin Family Foundation

RESOURCES
Knowledge Center
News & Events
Contact & Locations

LEGAL
Cookie Policy
Privacy Policy

© 2024 Sabin Metal Corporation. All rights reserved.



Consent Preferences