# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al*, <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br>    Defendants, <br><br> And <br><br> BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*, <br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00059 <br><br> CONSOLIDATED <br><br> LEAD CASE |
| STATE OF ALASKA, <br><br>    Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>    Defendant, <br><br> and <br><br> TROUT UNLIMITED, *et al.*, <br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG <br><br> CONSOLIDATED |

| | |
|---|---|
| ILIAMNA NATIVES, LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:21-cv-00132-SLG <br><br> CONSOLIDATED |

## DECLARATION OF EVAN M. GOLDSTICK

I, Evan M. Goldstick, declare and state as follows:

1. I am an Associate at the law firm of Steptoe LLP, which has represented Pebble Limited Partnership ("PLP") in seeking materials from the U.S. government, pursuant to the Freedom of Information Act ("FOIA"), related to the proposed Pebble mine. I have been personally involved in this representation since March 2024. The following information is based on my review of Steptoe LLP's internal files and is accurate to the best of my knowledge.

2. During the period between December 2020 and November 2022, Steptoe was instructed by PLP to submit and manage at least seven FOIA requests directed toward the U.S. Environmental Protection Agency ("EPA"), the U.S. Army Corps of Engineers ("Army Corps"), the National Oceanic and Atmospheric Administration, the U.S. Fish and Wildlife

Services, and the U.S. National Parks Services (the "FOIA Requests"). In response to those FOIA Requests, Steptoe received and consolidated more than 99,000 documents.

3. Included in the responses to the FOIA Requests, Steptoe requested and received the below described documents.

4. Attached hereto as Exhibit 20, is EPA's memorandum entitled EPA's Decision to Terminate Clean Water Act Section 404(q) Dispute Resolution Process Regarding Proposed Pebble Mine, Bristol Bay Watershed, Alaska (POA-2017-00271), prepared by Palmer Hough (Environmental Scientist, Office of Water, EPA Headquarters) and Amy Jensen (Regional Wetland Coordinator, EPA Region 10), and dated June 12, 2020. This document was produced to Steptoe by the EPA on July 7, 2022, in response to the FOIA Requests, and was assigned FOIA ID number ED_005447B_00003507.

5. Attached hereto as Exhibit 21, is the Cooperating Agency Technical Meeting Notes for Day 2 (November 19, 2019) discussing the Pebble Project Environmental Impact Statement. This document was produced to Steptoe by the U.S. National Parks Services on February 8, 2021, in response to the FOIA Requests, and was assigned FOIA ID number PBL_ID00009116.

6. Attached hereto as Exhibit 22, is a compilation of various internal Army Corps emails from the period August 5, 2020, through November 17, 2020, all of which discuss the Pebble Mine. Included on that correspondence are, among others, David Hibner, Kirk Gibbs, David Hobbie, and Sheila Newman. These emails were produced to Steptoe by the Army Corps on March 23, 2021, January 27, 2023, June 29, 2023, and January 11, 2024, in response to the FOIA Requests, and were assigned FOIA ID numbers PBL_INT0037543;

PBL_INT0040755; PBL_INT0041064; PBL_INT0041117; PBL_ID00079978; PBL_INT0037601; and PBL_INT0037360.

7. Attached hereto as Exhibit 23, is a chain of email correspondence between the Army Corps and Juliet Eilperin at the Washington Post, with respect to PLP's permit application for the Pebble mine, during the period July 27, 2020 through November 25, 2020. This email chain was produced to Steptoe by the Army Corps on March 23, 2021, in response to the FOIA Requests, and was assigned FOIA ID number PBL_ID00078831.

8. Attached hereto as Exhibit 24 and Exhibit 25, are emails dated August 25 through August 27, 2020, between the White House and Ryan Fisher, Principal Deputy Assistant Secretary of the U.S. Army for Civil Works, discussing a Request for Pebble Mine Presentation that the emails indicate Mr. Fisher was scheduled to give to the Americans for Tax Reform. These emails were produced to Steptoe by the Army Corps on April 12, 2024, in response to the FOIA Requests, and were assigned FOIA ID numbers PBL_INT0041295; and PBL_INT0041297.

9. Attached hereto as Exhibit 26, is a chain of internal Army Corps email correspondence discussing the release of a press statement regarding the permitting of the Pebble mine, and dated August 24, 2020. This email was produced to Steptoe by the Army Corps on March 23, 2021, in response to the FOIA Requests, and was assigned FOIA ID number PBL_ID00079966.

10. Attached hereto as Exhibit 27, is an email from an undisclosed member of the Executive Office of the President, forwarding a Forbes article to Ryan Fisher, Principal Deputy Assistant Secretary of the Army for Civil Works, and other undisclosed members of

the Executive Office of the President. This email was produced to Steptoe by the Army Corps on April 12, 2024, in response to the FOIA Requests, and was assigned FOIA ID number PBL_INT0041270.

11. Attached hereto as Exhibit 28 - Exhibit 30, are three Teams Meeting Invites for internal U.S. Army meetings on September 28, 2020, September 30, 2020, and October 1, 2020, to discuss the Pebble mine. These documents were produced to Steptoe by the Army Corps on January 11, 2024 and April 12, 2024, in response to the FOIA Requests, and were assigned FOIA ID numbers PBL_INT0041258; PBL_INT0041283; and PBL_INT0041080.

12. Attached hereto as Exhibit 31, is a letter, dated July 1, 2019, from Chris Hladick, the Regional Administrator for EPA, Region 10, to Shane McCoy, the Program Manager for the Army Corps, Alaska District, enclosing EPA's comments on the Army Corps's February 2019 Draft Environmental Impact Statement for the Pebble Project. This letter was produced to Steptoe by the EPA on February 5, 2021, in response to the FOIA Requests, and was assigned FOIA ID number ED_002890_00017794.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed On: December 13, 2024

_____
Evan M. Goldstick
Associate
Steptoe LLP