# Exhibit 23

| | |
|---|---|
| **From:** | "Eilperin, Juliet" <juliet.eilperin@washpost.com> |
| **Sent:** | Wed 11/25/2020 4:53:32 PM (UTC) |
| **To:** | "Budnik, John P CIV USARMY CEPOA (US)" <john.p.budnik@usace.army.mil> |
| **Subject:** | [Non-DoD Source] FW_ Washington Post request, r....pdf |

From:
To:
Eilperin, Juliet
Budnik, John P CIV USARMY CEPOA (USA)
Subject:
Date:
[Non-DoD Source] FW: Washington Post request, related to Pebble Mine
Wednesday, November 25, 2020 7:53:31 AM
Flagging this for you, thanks.
Juliet
-----Original Message----From:
Eilperin, Juliet
Sent: Wednesday, November 25, 2020 10:50 AM
To: Public Affairs POA <Public.Affairs3@usace.army.mil>
Subject: Washington Post request, related to Pebble Mine
Dear All,
Sorry to bother you so close to a holiday, but I understand the Corps may make a final decision on the Pebble permit today. If you issue a decision on this today, can you email
me or call my cell, 202-302-3663?
Thanks,
Juliet
-----Original Message----From:
Public Affairs POA <Public.Affairs3@usace.army.mil>
Sent: Monday, August 24, 2020 2:17 PM
To: Eilperin, Juliet <Juliet.Eilperin@washpost.com>
Subject: RE: new Washington Post request, related to Pebble Mine
Greetings Juliet,
Regarding your inquiry, please see the statement below. No media opportunity is planned at this time.
The Corps must make a permit decision compliant with both Section 404 of the Clean Water Act and Section 10 of the Rivers and Harbors Act. Identification of the least
environmentally damaging practicable alternative is the first step in determining compliance with Section 404. This alternative was disclosed to the public in May.
The Corps partnered with the U.S. Fish and Wildlife Service and U.S. Environmental Protection Agency to evaluate the least environmentally damaging practicable alternative
through a series of factual determinations.
The agencies determined that the least environmentally damaging practicable alternative would cause significant degradation to the Koktuli River Watershed. The Corps has
notified the applicant, Pebble Limited Partnership, of this finding.
The agencies also jointly identified the required compensatory mitigation for the applicant's proposed discharge. The Corps has notified the Pebble Limited Partnership of the
required compensatory mitigation. Now, the applicant is responsible for producing a rule-compliant compensatory mitigation plan.
The attached letter was sent to the applicant. It's also posted on our project website at:
Blockedhttps://urldefense.proofpoint.com/v2/url?u=https3A__pebbleprojecteis.com_documents_mitigation&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-
8&m=3g6WXHCjPV5fI7zkvbOb6xj2Zu3lmzlvmqm2bXx4DnM&s=8DwdN3BL57jQJ_7ErYuaYy9jLCaBn3D8hzdp_fX7M7Y&e=
Respectfully,

Tom
Findtner
Chief of Public Affairs
Alaska District
U.S. Army Corps of Engineers
907-753-2522
Blockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.poa.usace.army.mil&d=DwIFAg&c=RAh
zPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddV-
Cw0mK9gTbU5pjt8&m=3g6WXHCjPV5fI7zkvbOb6xj2Zu3lmzlvmqm2bXx4DnM&s=H8rEKdBWcifOxGO2t
7JJkGGyx4hWwaj5CIg3Os6f2dc&e=
facebook.com/AlaskaCorps
twitter.com/AlaskaCorps
flickr.com/AlaskaCorps
youtube.com/AlaskaCorps
-----Original Message----From:
Eilperin, Juliet <Juliet.Eilperin@washpost.com>
Sent: Saturday, August 22, 2020 9:53 AM
To: Public Affairs POA <Public.Affairs3@usace.army.mil>
Cc: Budnik, John P CIV USARMY CEPOA (US) <John.P.Budnik@usace.army.mil>
Subject: [Non-DoD Source] new Washington Post request, related to Pebble Mine
Dear All,
Sorry to bother you on a Saturday afternoon, but we understand the administration has made the decision to halt the federal permit for Pebble Mine. We have a similar
understanding to what Politico has just reported, that the Army Corps of Engineers will hold a press conference Monday saying that they have technical problems with one of
the key elements of the permit and it will not be granted right away. Shortly afterwards, the president will express his opposition to the mine proposal.
Could you provide a comment on this matter?
Thanks,
Juliet
-----Original Message----From:
Public Affairs POA <Public.Affairs3@usace.army.mil>
Sent: Thursday, August 20, 2020 1:36 PM
)To: Eilperin, Juliet <Juliet.Eilperin@washpost.com>
Cc: Budnik, John P CIV USARMY CEPOA (US) <John.P.Budnik@usace.army.mil>
Subject: RE: Washington Post request, related to Pebble Mine and the recent push by some Republicans to oppose it
Importance: High
Greetings Juliet,
I apologize for the delayed response. With regard to your inquiry, please see statement below.
------We
have received many media inquiries and questions from interested parties relating to the content of the Final Environmental Impact Statement (FEIS). The FEIS is now
available for review by any interested party. The District is currently in the deliberative process of making a permit decision. As the FEIS is used to inform that decision, our
efforts are focused on completing that decision making process. While doing so, it is inappropriate for us to comment on opinions, to speculate on potential outcomes of our
deliberations in response to media inquiries, or to answer technical questions. The Corps' Record of Decision, when complete, will be a publicly available document.
-------As
a side note, I'm out of the office until Tuesday. If you need any further assistance during this period, please reply to the corporate email address used on this message and
one of my colleagues will follow up.
Respectfully,
John P. Budnik

Public Affairs Specialist
USACE - Alaska District
(907) 753-2615
Blockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.facebook.com_alaskacorps&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-8&m=uf1HZVVhioDR0aifWLTf2F7owkk30JkKCkRaJE0cBlU&s=iPT3Q_GHYXPAoKcDtWqFtJvAM_v7FUdryJQGQoTS3fc&e=

Blockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.twitter.com_alaskacorps&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-8&m=uf1HZVVhioDR0aifWLTf2F7owkk30JkKCkRaJE0cBlU&s=V0_8pvxR8LH1DcjTVwCyLhiLNsUAFfxkwi5wkZVR_WM&e=

Blockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.youtube.com_alaskacorps&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-8&m=uf1HZVVhioDR0aifWLTf2F7owkk30JkKCkRaJE0cBlU&s=N6CGeDPXstMHpAE_IqVLOhn9kD96cDPbxxxCdTiyE28&e=

Blockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.flickr.com_alaskacorps&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-8&m=uf1HZVVhioDR0aifWLTf2F7owkk30JkKCkRaJE0cBlU&s=Jfux_AjSpryo16han97G8LzTOLCRWQaCOSda4E4wtNM&e=

-----Original Message----From:
Eilperin, Juliet <Juliet.Eilperin@washpost.com>
Sent: Wednesday, August 19, 2020 3:15 PM
To: Budnik, John P CIV USARMY CEPOA (US) <John.P.Budnik@usace.army.mil>
Subject: [Non-DoD Source] Washington Post request, related to Pebble Mine and the recent push by some Republicans to oppose it
Dear John,
I hope this finds you well. I know the 30 days is not yet up since the FEIS was issued, but my colleagues and I are doing a piece on the effort by some Republicans (including
former VPOTUS chief of staff Nick Ayers and Donald Trump Jr.) to convince the Trump administration to not issue a federal permit to the mine. As I understand it, the Corps
is still negotiating a mitigation plan with Pebble Limited Partnership. However, we also understand that the White House is looking into delaying the Record of Decision as a
result of this push from several influential Republicans.
We put a request into the White House, and they referred us to the Corps for comment. So I wanted to see if you could provide one. We plan to publish this tomorrow morning,
ET, so if you could get back to me sometime today, I'd appreciate it. My apologies for the late notice, I thought the White House would be able to handle our request. My cell
is 202-302-3663 if you need to call.
Best,
Juliet
-----Original Message----From:
Budnik, John P CIV USARMY CEPOA (US) <John.P.Budnik@usace.army.mil>
Sent: Monday, July 27, 2020 4:48 PM
Subject: NEWS RELEASE: 20-016 Corps will use Final Environmental Impact Statement to inform permit decision
CAUTION: EXTERNAL SENDER
Dear Writers & Editors,
Please see the attached news release reiterating that the Corps will use the final environmental impact statement for the proposed Pebble project to inform the agency's permit
decision. The content of the release has been copied and pasted below for your convenience.
Thank you.

Respectfully,
John P. Budnik
Public Affairs Specialist
USACE - Alaska District
(907) 753-2615
BlockedBlockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.facebook.com_alaskacorps&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-8&m=G1KyMniKtfiiFWEo6bnx34JBeHBBdgVKNs1HcWFdM50&s=0rIzAnmSDan9TsjWftQN6YBpkmh_9mebU3-DrC2-28o&e=
BlockedBlockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.twitter.com_alaskacorps&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddV)Cw0mK9gTbU5pjt-8&m=G1KyMniKtfiiFWEo6bnx34JBeHBBdgVKNs1HcWFdM50&s=8Rt9i1OyKXnmE99BZfHkdHgrRZNawUWhsg5NrVqIeCI&e=
BlockedBlockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.youtube.com_alaskacorps&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-8&m=G1KyMniKtfiiFWEo6bnx34JBeHBBdgVKNs1HcWFdM50&s=nlDZU4PyQsHcdzrTnnay6QIHcKdP8CrUf2wc6k5KFP0&e=
BlockedBlockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.flickr.com_alaskacorps&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-8&m=G1KyMniKtfiiFWEo6bnx34JBeHBBdgVKNs1HcWFdM50&s=qByXT7N_z0iVpmjCOKper7vMMSPrdMJDJ20j5BrtMbE&e=
-------Corps
will use Final Environmental Impact Statement to inform permit decision
JOINT BASE ELMENDORF-RICHARDSON - The U.S. Army Corps of Engineers - Alaska District published the final environmental impact statement for the Pebble
Limited Partnership's application to discharge fill material into waters of the United States for the purpose of developing a copper-molybdenum-gold mine project in the Bristol
Bay region of Alaska on July 24.
The Corps reiterates that the final environmental impact statement (EIS) is not a permit decision and does not authorize operation of the mine. The final EIS contains an
analysis of Pebble Limited Partnership's preferred alternative along with alternatives to that project. The analysis in the final EIS will be used to determine if Pebble's preferred
alternative is permissible under Section 404 of the Clean Water Act and Section 10 of the Rivers and Harbors Act. The permit decision will be documented in a record of
decision.
The FEIS document is available electronically at the Pebble Project EIS website:
BlockedBlockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.pebbleprojecteis.com&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddV-Cw0mK9gTbU5pjt8&m=G1KyMniKtfiiFWEo6bnx34JBeHBBdgVKNs1HcWFdM50&s=TpMjXR-8Pnj9thKd4QitoDD7cVKDNdVni4aFQMua2Zc&e=
. Also, the final EIS may be viewed
electronically at the following public libraries: Alaska Resources Library and Information Service; Bristol Bay Borough Libraries serving King Salmon, Naknek, and South
Naknek; Dillingham Public Library; Georgetown University in Washington, D.C.; Homer Public Library; Kenai Community Library; Soldotna Public Library; UAA/APU
Consortium Library and Z.J. Loussac Public Library in Anchorage.
To learn more about the Corps' Regulatory Division and its program, visit
BlockedBlockedhttps://urldefense.proofpoint.com/v2/url?u=http3A__www.poa.usace.army.mil_Missions_Regulatory_&d=DwIFAg&c=RAhzPLrCAq19eJdrcQiUVEwFYoMRqGDAXQ_puw5tYjg&r=tmRFAuAK5yBmNyXZkIUa0OcddVCw0mK9gTbU5pjt-8&m=G1KyMniKtfiiFWEo6bnx34JBeHBBdgVKNs1HcWFdM50&s=WQ6YL7rfpQt7lCNYnaMELvQb-b5LK9JzR5c006KMPMQ&e=

.
# # #