# Exhibit 24

**(b) (6)** CIV USARMY HQDA CALS (USA)

**From:** Fisher, Ryan A SES USARMY HQDA ASA CW (USA)
**Sent:** Wednesday, August 26, 2020 10:05 AM
**To:** (b) (6) EOP/WHO
**Subject:** RE: Request for Pebble Mine Presentation

I'm on now.

---

**From:** (b) (6) EOP/WHO <(b) (6)>
**Sent:** Wednesday, August 26, 2020 9:45 AM
**To:** Fisher, Ryan A SES USARMY HQDA ASA CW (USA) <(b) (6)>
**Subject:** Re: Request for Pebble Mine Presentation

Thanks again, Ryan. Mike just confirmed that you're set for 10:30. Can you send me an email to let me know when you're on?

(b) (6)

> On Aug 26, 2020, at 6:14 AM, Fisher, Ryan A SES USARMY HQDA ASA CW (USA) <(b) (6)> wrote:
>
> Got it. Thanks!
>
> ---
>
> **From:** "(b) (6) EOP/WHO" <(b) (6)>
> **Date:** Tuesday, August 25, 2020 at 11:43:59 PM
> **To:** "Fisher, Ryan A SES USARMY HQDA ASA CW (USA)" <(b) (6)>
> **Subject:** Re: Request for Pebble Mine Presentation
>
> Ryan,
>
> Mike Palicz got back to me a few minutes ago. They have Chris Christie scheduled at 10:15, so he thinks they should have you set to go by about 10:30. Thanks again for your willingness to brief the group on Pebble Mine.
>
> Best regards,
>
> (b) (6)
>
>> On Aug 25, 2020, at 7:15 PM, Fisher, Ryan A SES USARMY HQDA ASA CW (USA) <(b) (6)> wrote:
>>
>> The earlier in the meeting, the better.
>>
>> Ryan Fisher

**From:** "(b) (6) EOP/WHO" <(b) (6)>
**Date:** Tuesday, August 25, 2020 at 7:03:59 PM
**To:** "Fisher, Ryan A SES USARMY HQDA ASA CW (USA)" <(b) (6)>
**Cc:** "(b) (6) Jr. EOP/WHO" <(b) (6)>
**Subject:** RE: Request for Pebble Mine Presentation

Thanks, Ryan. That sounds great. I'll send that information to you momentarily.

Is there a time window that works best for you in the 10:00-11:30 range of the meeting. Also, what's your title with the ACOE?

Best regards,

(b) (6)

**From:** Fisher, Ryan A SES USARMY HQDA ASA CW (USA) <(b) (6)>
**Sent:** Tuesday, August 25, 2020 6:53 PM
**To:** (b) (6) EOP/WHO <(b) (6)>
**Cc:** (b) (6) Jr. EOP/WHO <(b) (6)>
**Subject:** Re: Request for Pebble Mine Presentation

Thanks, Marty. Yes…I should be able to make that work. Please send me the MS Teams info.

Ryan

**From:** "(b) (6) EOP/WHO" <(b) (6)>
**Date:** Tuesday, August 25, 2020 at 6:34:24 PM
**To:** "Fisher, Ryan A SES USARMY HQDA ASA CW (USA)" <(b) (6)>
**Cc:** "(b) (6) Jr. EOP/WHO" <(b) (6)>
**Subject:** Request for Pebble Mine Presentation

Ryan,

**Americans for Tax Reform** (ATR) President Grover Norquist hosts a **weekly conservative meeting** on **Wednesdays from 10:00-11:30 via Microsoft Teams**. There is also a telephone call-in option that can be heard by the people on the Microsoft Teams video chat.

ATR has asked if the Administration is able to provide a **5-minute update on Pebble Mine on their virtual meeting tomorrow, August 26th**. ATR says Pebble Mine is a longstanding priority for conservative groups and there's a lot of

confusion about where things stand after Saturday's Politico story, especially given several details in the story now appear inaccurate.

I'm sorry about this request coming on such short notice but would appreciate it if you're able to participate. I would be happy to discuss this situation with you in more detail and appreciate your consideration.

Best regards,

Marty

(b) (6)
*Senior Policy Advisor*
White House Office of Public Liaison
(b) (6)     (Mobile)