# Exhibit 25

**(b) (6)**　　　**CIV USARMY HQDA CALS (USA)**

| | |
|---|---|
| **From:** | Fisher, Ryan A SES USARMY HQDA ASA CW (USA) |
| **Sent:** | Thursday, August 27, 2020 4:31 PM |
| **To:** | Mike Palicz |
| **Cc:** | **(b) (6)** EOP/WHO |
| **Subject:** | RE: [Non-DoD Source] Re: Pebble Mine Presentation at Wednesday Meeting |

Thanks, Mike. Happy to do it.

Ryan

From: Mike Palicz <mpalicz@atr.org>
Sent: Thursday, August 27, 2020 4:22 PM
To: Fisher, Ryan A SES USARMY HQDA ASA CW (USA) <**(b) (6)**
Cc: **(b) (6)** EOP/WHO <**(b) (6)** >
Subject: [Non-DoD Source] Re: Pebble Mine Presentation at Wednesday Meeting

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

---

Ryan,

I wanted to circle back and thank you for your presentation at the Wednesday meeting, it provided much-needed clarity on the issue to conservative groups. I know Grover was particularly appreciative that we had you on.

Please let me know if we can ever be helpful,

**Mike Palicz**
*Federal Affairs Manager*
Americans for Tax Reform

722 12th Street NW | Washington, DC 20005
203-417-9970 | Caution-www.atr.org | mpalicz@atr.org < Caution-mailto:pblair@atr.org >

---

From: Mike Palicz <mpalicz@atr.org>
Sent: Tuesday, August 25, 2020 7:49 PM
To: **(b) (6)** EOP/WHO **(b) (6)** >
Cc: Fisher, Ryan A SES USARMY HQDA ASA CW (USA) <**(b) (6)** **(b) (6)** EOP/WHO
<**(b) (6)** >; **(b) (6)** EOP/OVP <**(b) (6)** **(b) (6)** EOP/WHO
<**(b) (6)** >
Subject: Re: Pebble Mine Presentation at Wednesday Meeting

1

Thanks, (b) (6).

Below are the link and information for the meeting. We look forward to having Ryan Fisher join and will have him slotted to go early on in the meeting.

Join Microsoft Teams Meeting < Caution-https://teams.microsoft.com/l/meetup-join/19%3ameeting_NjU1MjY2MTItMjlkYy00NDcyLTkxZWYtYTZmZDQzM2YwMGI1%40thread.v2/0?context=%7b%22Tid%22%3a%2256343cb3-e2f4-4f93-b83b-bb36af05cab6%22%2c%22Oid%22%3a%22fb84d0b8-f95a-43c9-b154-c439b2dbcf98%22%7d >

+1 (b) (6)        < tel:+1 (b) (6)                >    United States, Spokane (Toll)

Conference ID: (b) (6)

Local numbers < Caution-https://dialin.teams.microsoft.com/fb93f551-7e6e-4414-9303-05073f143397?id=124855383 > | Reset PIN < Caution-https://mysettings.lync.com/pstnconferencing > | Learn more about Teams < Caution-https://aka.ms/JoinTeamsMeeting > | Meeting options < Caution-https://teams.microsoft.com/meetingOptions/?organizerId=fb84d0b8-f95a-43c9-b154-c439b2dbcf98&tenantId=56343cb3-e2f4-4f93-b83b-bb36af05cab6&threadId=19_meeting_NjU1MjY2MTItMjlkYy00NDcyLTkxZWYtYTZmZDQzM2YwMGI1@thread.v2&messageId=0&language=en-US >

---

**Mike Palicz**
*Federal Affairs Manager*
Americans for Tax Reform

722 12th Street NW | Washington, DC 20005
203-417-9970 | Caution-www.atr.org | mpalicz@atr.org < Caution-mailto:pblair@atr.org >

---

**From:** (b) (6)        EOP/WHO <Martin.J.Dannenfelser2@who.eop.gov>
**Sent:** Tuesday, August 25, 2020 7:26 PM
**To:** Mike Palicz <mpalicz@atr.org>
**Cc:** Fisher, Ryan A SES USARMY HQDA ASA CW (USA) <(b) (6)              (b) (6)    Jr. EOP/WHO (b) (6)              >; (b) (6)    EOP/OVP <(b) (6)              >; (b) (6)    EOP/WHO <(b) (6)              >
**Subject:** Pebble Mine Presentation at Wednesday Meeting

Mike,

Thanks again for reaching out to us about a Pebble Mine presentation at ATR's Wednesday meeting tomorrow morning.

Ryan Fisher, Principal Deputy Assistant Secretary of the Army for Civil Works, is available to make the presentation. It would work best for Ryan if you're able to schedule him early in the meeting. If you can send the MS Teams and phone information to Ryan and me, we would appreciate it. I've copied Ryan here and look forward to hearing his presentation to conservative leaders tomorrow morning.

Best regards,

(b) (6)