# Exhibit 28

**(b) (6)** **CIV USARMY HQDA CALS (USA)**

| | |
|---|---|
| **From:** | Microsoft Outlook on behalf of OASA(CW), HQDA <(b) (6)> |
| **Sent:** | Monday, September 28, 2020 11:39 AM |
| **To:** | (b) (6) CIV USARMY HQDA ASA CW (USA); Spellmon, Scott A MG USARMY CEHQ (USA); Graham, William H Jr MG USARMY CEHQ (USA); (b) (6) Schmauder, Craig R SES (USA); Fisher, Ryan A SES USARMY HQDA ASA CW (USA); James, Rickey Dale (b) (6) HON USARMY HQDA ASA CW (USA); (b) (6) CIV USARMY HQDA ASA CW (USA); (b) (6) (b) (6) (b) (6) (b) (6) (b) (6) (b) (6) (b) (b) COL USARMY HQDA ASA CW (USA); (b) (6) LTC USARMY HQDA ASA CW (USA); OASA(CW), HQDA |
| **Cc:** | James, Rickey Dale (b) (6) HON USARMY HQDA ASA CW (USA); (b) (6) COL USARMY HQDA ASA CW (USA); Lee, Alvin Bryan SES USARMY CEHQ (USA) |
| **Subject:** | [TEAMS GENERATED] 1100-1130 EST Pebble Mine |
| **Attachments:** | [TEAMS GENERATED] 1100-1130 EST Pebble Mine |

Sender: (b) (6)
On-Behalf-Of: (b) (6)
Subject: [TEAMS GENERATED] 1100-1130 EST Pebble Mine
Message-Id: (b) (6) >
Recipient: (b) (6)
Recipient: (b) (6)