# Exhibit 29

**(b) (6)** CIV USARMY HQDA CALS (USA)

**Subject:** [TEAMS GENERATED] FW: 1100-1130 EST Pebble Mine
**Location:** Primary: MS Teams Program/App; Alternate: (b) (6)   Passcode- (b) (6)

**Start:** Wed 9/30/2020 11:00 AM
**End:** Wed 9/30/2020 11:30 AM
**Show Time As:** Tentative

**Recurrence:** (none)

**Organizer:** OASA(CW), HQDA

**From:** (b) (6)   CIV USARMY HQDA ASA CW (USA) On Behalf Of OASA(CW), HQDA
**Sent:** Monday, September 28, 2020 3:35:10 PM (UTC+00:00) Monrovia, Reykjavik
**To:** (b) (6)   CIV USARMY HQDA ASA CW (USA); Spellmon, Scott A MG USARMY CEHQ (USA); Graham, William H Jr MG USARMY CEHQ (USA); (b) (6)   Schmauder, Craig R SES (USA); Fisher, Ryan A SES USARMY HQDA ASA CW (USA); James, Rickey Dale (b) (6) HON USARMY HQDA ASA CW (USA); (b) (6)   CIV USARMY HQDA ASA CW (USA); (b) (6)   (b) (6)   (b) (6)   (b) (6)   COL USARMY HQDA ASA CW (USA); (b) (6)   LTC USARMY HQDA ASA CW (USA); OASA(CW), HQDA
**Cc:** James, Rickey Dale (b) (6) HON USARMY HQDA ASA CW (USA); (b) (6)   COL USARMY HQDA ASA CW (USA); Lee, Alvin Bryan SES USARMY CEHQ (USA)
**Subject:** 1100-1130 EST Pebble Mine
**When:** Wednesday, September 30, 2020 3:00 PM-3:30 PM.
**Where:** Primary: MS Teams Program/App; Alternate: (b) (6)   Passcode- (b) (6)

9/28/20, 

[Join Microsoft Teams Meeting]

+1 (b) (6)   United States, Arlington (Toll)
Conference ID: (b) (6)

Local numbers | Reset PIN | Learn more about Teams | Meeting options