# Exhibit 30

**(b) (6)**     **CIV USARMY HQDA CALS (USA)**

**Subject:**     [TEAMS GENERATED] FW: 1100-1130 EST Pebble Mine
**Location:**     Primary: MS Teams Program/App; Alternate: (b) (6)    Passcode- (b) (6)

**Start:**     Thu 10/1/2020 11:00 AM
**End:**     Thu 10/1/2020 11:30 AM
**Show Time As:**     Tentative

**Recurrence:**     (none)

**Organizer:**     OASA(CW), HQDA

---

**From:** (b) (6) CIV USARMY HQDA ASA CW (USA) On Behalf Of OASA(CW), HQDA
**Sent:** Monday, September 28, 2020 3:16:12 PM (UTC+00:00) Monrovia, Reykjavik
**To:** (b) (6) CIV USARMY HQDA ASA CW (USA); Spellmon, Scott A MG USARMY CEHQ (USA); Graham, William H Jr MG USARMY CEHQ (USA); (b) (6) Schmauder, Craig R SES (USA); Fisher, Ryan A SES USARMY HQDA ASA CW (USA); James, Rickey Dale (b) (6) HON USARMY HQDA ASA CW (USA); (b) (6) CIV USARMY HQDA ASA CW (USA); (b) (6) (b) (6) (b) (6) (b) (6) COL USARMY HQDA ASA CW (USA); (b) (6) LTC USARMY HQDA ASA CW (USA); OASA(CW), HQDA
**Subject:** 1100-1130 EST Pebble Mine
**When:** Thursday, October 1, 2020 3:00 PM-3:30 PM.
**Where:** Primary: MS Teams Program/App; Alternate: (b) (6) Passcode- (b) (6)

---

9/28/20, (b) (6)

[Join Microsoft Teams Meeting](#)
+1 (b) (6)    United States, Arlington (Toll)
Conference ID: (b) (6)

Local numbers | Reset PIN | Learn more about Teams | Meeting options