# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al*, | |
| Plaintiffs, | |
| v. | Case No. 3:24-cv-00059 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.,* | CONSOLIDATED |
| Defendants, | LEAD CASE |
| And | |
| BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.,* | |
| Intervenor-Defendants. | |
| STATE OF ALASKA, | |
| Plaintiff, | |
| v. | Case No. 3:24-cv-00084-SLG |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | CONSOLIDATED |
| Defendant, | |
| and | |
| TROUT UNLIMITED, *et al.,* | |
| Intervenor-Defendants. | |

| | |
|---|---|
| ILIAMNA NATIVES, LTD., *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>      Defendants,<br><br>   and<br><br>BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>      Intervenor-Defendants. | Case No. 3:24-cv-00132-SLG<br><br>CONSOLIDATED |

# [PROPOSED] ORDER GRANTING MOTION TO OBTAIN LIMITED DISCOVERY TO COMPLETE, OR IN THE ALTERNATIVE SUPPLEMENT, THE RECORD

The Court, having reviewed Plaintiffs Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's Motion to Obtain Limited Discovery to Complete, or in the Alternative Supplement, the Record ("PLP's Motion"), ECF ___, and other pertinent filings, finds that PLP is entitled to discovery to complete the record. PLP's request for an order allowing depositions of non-parties Ryan Fisher and David Hobbie is GRANTED.

The depositions are to be limited to appropriate inquiries into communications between Army Corps officials, Fisher, and Hobbie, and external communications with the Corps, including from White House staff. PLP and Defendants are directed to meet-and-confer within 21 days to reach an agreement on the deposition schedule and topics for these

individuals. The parties shall file a status report within 28 days advising the Court of the deposition schedule and topics.

DATED this ___ day of _____, 2025.

_____
United States District Court Judge