IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.,* <br><br>　　　　Defendants, <br><br>　　And <br><br>BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.,* <br><br>　　　　Intervenor-Defendants. | Case No. 3:24-cv-00059 <br><br> CONSOLIDATED <br><br> LEAD CASE |
| STATE OF ALASKA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>　　　　Defendant, <br><br>　　and <br><br>TROUT UNLIMITED, *et al.,* <br><br>　　　　Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG <br><br> CONSOLIDATED |

| ILIAMNA NATIVES, LTD., *et al.*, | Case No. 3:24-cv-00132-SLG |
|---|---|
| Plaintiffs, | CONSOLIDATED |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants, | |
| and | |
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, | |
| Intervenor-Defendants. | |

# [PROPOSED] ORDER GRANTING MOTION TO COMPLETE OR SUPPLEMENT THE UNITED STATES ARMY CORPS OF ENGINEERS' ADMINISTRATIVE RECORD

The Court, having reviewed Plaintiffs Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's Motion to Complete or Supplement the United States Army Corps of Engineers' Administrative Record ("PLP's Motion"), and other pertinent filings, GRANTS PLP's motion. The Court finds that the United States Army Corps's (the "Corps") administrative record must include the Corps Decisional Documents.

PLP and the Corps are ORDERED to meet-and-confer about what specific documents must be added to the record and shall file a joint report within thirty days that outlines which documents the parties agree shall be added to the record and lists any documents about which the parties do not agree. The joint report shall also include the parties'

[PROPOSED] ORDER GRANTING MOTION TO COMPLETE OR SUPPLEMENT THE UNITED STATES ARMY CORPS OF ENGINEERS' ADMINISTRATIVE RECORD
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO.: 3:24-00059-SLG (Lead Case) (Consolidated)

1

Case 3:24-cv-00059-SLG     Document 128-1     Filed 12/13/24     Page 2 of 3

proposed schedule for filing the Corps Decisional Documents on the docket and for briefing any areas of disagreement.

DATED this ___ day of _____, 2024.

_____
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO COMPLETE OR SUPPLEMENT THE UNITED STATES ARMY CORPS OF ENGINEERS' ADMINISTRATIVE RECORD
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO.: 3:24-00059-SLG (Lead Case) (Consolidated)
2

Case 3:24-cv-00059-SLG    Document 128-1    Filed 12/13/24    Page 3 of 3