IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.,*<br><br>　　　　Defendants. | Case No. 3:24-cv-00059-SLG, and consolidated cases |

### [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE

For the reasons stated in the Joint Motion to Extend Briefing Schedule, ECF **, and for good cause shown, that motion is GRANTED. Accordingly, IT IS HEREBY ORDERED that:

(a) oppositions to PLP's Motion to Complete or Supplement the United States Army Corps of Engineers' Administrative Record ("Motion to Supplement"), ECF 127, and to the Motion for Leave to Obtain Limited Discovery to Complete, or in the Alternative Supplement, the Record ("Motion for Discovery"), ECF 128, shall be filed no later than February 14, 2025; and

(b) reply briefs in support of the Motion to Supplement and the Motion for Discovery shall be filed no later than March 14, 2025.

DATED this ** day of December, 2024, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE