Siobhan McIntyre (AK Bar No. 1206050)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
121 West Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
smcintyre@trustees.org
jcahoon@trustees.org
*Attorneys for Intervenor-Defendants SalmonState,*
*Alaska Community Action on Toxics, Alaska*
*Wilderness League, Alaska Wildlife Alliance, Cook*
*Inletkeeper, Friends of McNeil River, Kachemak*
*Bay Conservation Society, National Parks*
*Conservation Association, National Wildlife*
*Federation, Sierra Club, The Alaska Center, and*
*Wild Salmon Center*

Erin Colón (AK Bar No. 1508067)
Charisse Arce (AK Bar No. 2303017)
Maile Tavepholjalern (AK Bar No. 1611094)
EARTHJUSTICE
310 K Street, Suite 508
Anchorage, AK 99501
Phone: (907) 277-2500
ecolon@earthjustice.org
carce@earthjustice.org

*Attorneys for Intervenor-Defendants Center for*
*Biological Diversity, Earthworks, and Friends of the*
*Earth*

Jacqueline Iwata (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW, Suite 300
Washington, DC 20005
Phone: (202) 289-6868
jiwata@nrdc.org
tzimpleman@nrdc.org

Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd St.
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Intervenor-Defendant Natural*
*Resources Defense Council*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant,<br><br>BRISTOL BAY NATIVE ASSOCIATION, INC. *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |

| | |
|---|---|
| STATE OF ALASKA, | Case No. 3:24-cv-00084-SLG |
| Plaintiff, | CONSOLIDATED |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant, | |
| TROUT UNLIMITED *et al.*, | |
| Intervenor-Defendants. | |
| ILIAMNA NATIVES LTD. *et al.*, | Case No. 3:24-cv-00132-SLG |
| Plaintiffs, | CONSOLIDATED |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY *et al.*, | |
| Defendant, | |
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION *et al.*, | |
| Intervenor-Defendant. | |

**NOTICE OF APPEARANCE OF MAILE TAVEPHOLJALERN**

Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth hereby give notice of the appearance of Maile Tavepholjalern as their counsel in *Northern Dynasty Minerals Ltd. et al. v. U.S. Environmental Protection Agency*, Case No. 3:24-cv-00059-SLG, and *State of Alaska v. U.S. Environmental Protection Agency*, Case No. 3:24-cv-00084-SLG.  Additionally, Intervenor-Defendants Center for Biological Diversity and Friends of the Earth hereby give notice of the appearance of Ms. Tavepholjalern as their counsel in *Iliamna Natives Ltd. et al. v. Environmental Protection Agency et al*., Case No. 3:24-cv-00132-SLG.  Ms. Tavepholjalern is registered to use the Court's electronic case filing system and may be served electronically.

Respectfully submitted this 10th day of January, 2025.

*s/ Maile Tavepholjalern*
Maile Tavepholjalern (AK Bar No. 1611094)
Charisse Arce (AK Bar No. 2303017)
Erin Colón (AK Bar No. 1508067)
EARTHJUSTICE

*Attorneys for Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2025, a copy of the foregoing NOTICE OF APPEARANCE OF MAILE TAVEPHOLJALERN was served electronically through the CM/ECF system on counsel of record.

*s/ Maile Tavepholjalern*
Maile Tavepholjalern (AK Bar No. 1611094)
EARTHJUSTICE

M. Tavepholjalern Notice of Appearance
*Northern Dynasty Minerals, LTD. et al. v. U.S. EPA et al.*, Case Nos. 3:24-cv-00059-SLG, 3:24-cv-00084-SLG, 3:24-cv-00132-SLG (consolidated)          2

Case 3:24-cv-00059-SLG     Document 136     Filed 01/10/25     Page 4 of 4