TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

S. LANE TUCKER
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

ELISABETH H. CARTER
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 598-3141
Email: elisabeth.carter@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Case No. 3:24-cv-00059-SLG, and consolidated cases |

## JOINT STATUS REPORT

Plaintiffs, Defendants, and Intervenor-Defendants submit the following status report in accordance with the Court's Order dated December 17, 2024 (ECF 131). The parties have continued to actively confer to resolve disputes related to potentially supplementing EPA's voluminous administrative record in this case without engaging in contested motion practice. The parties have made significant progress and believe that they recently resolved all of the issues related to the contents of EPA's record. EPA anticipates filing and serving an updated record and index shortly. The other parties will want to review the updated record and index to confirm their accuracy. In addition, the parties will want to discuss and seek to agree upon next steps in the litigation. Briefing related to the administrative record of the United States Army Corps of Engineers, including potential discovery, also is ongoing. *See, e.g.,* ECF 133.

Therefore, the parties respectfully propose that they file a status report regarding further proceedings on or before February 28, 2025.

Respectfully submitted on January 15, 2025,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

S. LANE TUCKER
United States Attorney
District of Alaska

/s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498 (Nitczynski)
Email: mark.nitczynski@usdoj.gov

ELISABETH H. CARTER
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 598-3141
Email: elisabeth.carter@usdoj.gov

*Attorneys for the United States*

/s/ Keith Bradley
Keith Bradley, *pro hac vice*
ScheLeese Goudy, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
Phone: (303) 830-1776
Email: keith.bradley@squirepb.com
Email: scheleese.goudy@squirepb.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Phone: (614) 365-2700

Email: jeffrey.walker@squirepb.com
Email: katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
Phone: (907) 222-7100
Email: tom@reevesamodio.com
Email: kevin@reevesamodio.com

*Attorneys for Plaintiffs Northern Dynasty Minerals Ltd and Pebble Limited Partnership*

 /s/ J. Michael Connolly
J. MICHAEL CONNOLLY
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Phone: (703) 243-9423
Email: mike@consovoymccarthy.com

TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl
(Alaska Bar No. 2108081)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5232
Email: ron.opsahl@alaska.gov

*Attorneys for State of Alaska*

 /s/ Luke A. Wake
DAMIEN M. SCHIFF, *pro hac vice*
LUKE A. WAKE, *pro hac vice*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Phone: (916) 419-7111
Email: DSchiff@pacificlegal.org

Email: lwake@pacificlegal.org

*Attorneys for Plaintiffs Iliamna Natives Ltd. and Alaska Peninsula Corp.*

 /s/ Paul A. Werner
Paul A. Werner (admitted pro hac vice)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Phone: (202) 747-1900
Email: pwerner@sheppardmullin.com

*Lead Counsel for Trout Unlimited*

 /s/ Jeffrey M. Feldman
Jeffrey M. Feldman
(AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 676-7000
Email: jefff@summitlaw.com

*Lead Counsel for the Bristol Bay Intervenors*

 /s/ Siobhan McIntyre
Siobhan McIntyre
(AK Bar No. 1206050)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Email: smcintyre@trustees.org

*Lead Counsel for the SalmonState Intervenors*