# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **NORTHERN DYNASTY MINERALS LTD,** et al., | § § § § | |
| Plaintiff(s), | § | |
| v. | § § | Civil Action No. **3:24-cv-00059-SLG (lead case)** |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,** | § § § § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Thursday, January 16, 2025 at 6:01 PM,**
Executed at: **3354 EAST WOOD VALLEY ROAD NORTHWEST, ATLANTA, GA 30327** at **7:18 AM,** on **Friday, January 17, 2025**, by individually and personally delivering to the within named:

### NICHOLAS JAMES AYERS

a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with EXHIBIT A

**BEFORE ME,** the undersigned authority, on this day personally appeared HAILE KAHSSU who after being duly sworn on oath states: "My name is HAILE KAHSSU. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
   **HAILE KAHSSU – Process Server**

**Subscribed and Sworn to by HAILE KAHSSU, Before Me**, the undersigned authority, on this __17th__ day of January, 2025.

_____
**Notary Public in and for the State of Georgia**

SEMIRA SEBHATU
Notary Public, Georgia
Dekalb County
My Commission Expires
April 27, 2027

Case 3:24-cv-00059-SLG   Document 140   Filed 01/21/25   Page 1 of 1