# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **NORTHERN DYNASTY MINERALS LTD,** et al., | § § § § | |
| Plaintiff(s), | § | |
| v. | § | Civil Action No. <u>3:24-cv-00059-SLG (lead case)</u> |
| | § | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,** | § § § § § | |
| Defendant(s). | § | |

## <u>RETURN OF SERVICE</u>

Came to my hand on **Thursday, January 16, 2025 at 6:01 PM,**
Executed at: **3354 EAST WOOD VALLEY ROAD NORTHWEST, ATLANTA, GA 30327**
at **7:18 AM,** on **Friday, January 17, 2025**, by individually and personally delivering to the within named:

### NICHOLAS JAMES AYERS

a true copy of this

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**BEFORE ME,** the undersigned authority, on this day personally appeared HAILE KAHSSU who after being duly sworn on oath states: "My name is HAILE KAHSSU. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
    **HAILE KAHSSU – Process Server**

**Subscribed and Sworn to by HAILE KAHSSU, Before Me**, **the undersigned authority, on this __17th__ day of January, 2025.**

_____
Notary Public in and for the State of Georgia

> SEMIRA SEBHATU
> Notary Public, Georgia
> Dekalb County
> My Commission Expires
> April 27, 2027