# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF ALASKA

| | | |
|---|---|---|
| NORTHERN DYNASTY MINERALS LTD, et al., | § § § § | |
| Plaintiff(s), | § | |
| v. | § | Civil Action No. <u>3:24-cv-00059-SLG (lead case)</u> |
| | § | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | § § § | |
| Defendant(s). | § § | |

## RETURN OF SERVICE

Came to my hand on **Thursday, January 16, 2025 at 9:11 PM,**
Executed at: **146 BLUFF ROAD, AMAGANSETT, NY 11930**
at **2:35 PM,** on **Friday, January 17, 2025,**
by delivering to the within named:

### ANDREW EDWARD SABIN

by personally delivering to **Co-Occupant/Employee, MARTA "DOE", who refused to disclose her last name**

a true copy of this

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION with EXHIBIT A

**BEFORE ME,** the undersigned authority, on this day personally appeared MATTHEW MORGAN who after being duly sworn on oath states: "My name is MATTHEW MORGAN. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**MATTHEW MORGAN – Process Server**

Subscribed and Sworn to by MATTHEW MORGAN, Before Me, the undersigned authority, on this _23rd_ day of January, 2025.

_____
Notary Public in and for the State of New York

> SUZANNE BENNETT
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01BE6136364
> Qualified in Suffolk County
> Commission Expires November 7, 2025