# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendant(s). | § § § § § § § § § § § Civil Action No. <u>3:24-cv-00059-SLG (lead case)</u> |

## RETURN OF SERVICE

Came to my hand on **Thursday, January 16, 2025 at 9:11 PM,**
Executed at: **146 BLUFF ROAD, AMAGANSETT, NY 11930**
at **2:35 PM,** on **Friday, January 17, 2025,**
by delivering to the within named:

### ANDREW EDWARD SABIN

by personally delivering to **Co-Occupant/Employee, MARTA "DOE",** who refused to disclose her last name

a true copy of this

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**BEFORE ME,** the undersigned authority, on this day personally appeared MATTHEW MORGAN who after being duly sworn on oath states: "My name is MATTHEW MORGAN. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _[signature]_
**MATTHEW MORGAN – Process Server**

Subscribed and Sworn to by MATTHEW MORGAN, Before Me, the undersigned authority, on this **23rd** day of January, 2025.

_[signature]_
Notary Public in and for the State of New York

> SUZANNE BENNETT
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01BE6136364
> Qualified in Suffolk County
> Commission Expires November 7, 2024 25