LISA RUSSELL
Deputy Assistant Attorney General
Environment and Natural Resources Division

S. LANE TUCKER
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

ELISABETH H. CARTER
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 598-3141
Email: elisabeth.carter@usdoj.gov

*Attorneys for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG, and consolidated cases |

## MOTION TO WITHDRAW ELISABETH CARTER AS COUNSEL

Pursuant to Local Rule 11.1(c), Defendants respectfully move this Court to withdraw the appearance of Elisabeth H. Carter as Defendants' counsel in the above-captioned case and consolidated cases. Ms. Carter is leaving her employment with the U.S. Department of Justice. Defendants consent to this withdrawal. Defendants will continue to be represented by Mark Nitczynski.

Respectfully submitted on January 31, 2025,

LISA RUSSELL
Deputy Assistant Attorney General
Environment and Natural Resources Division

S. LANE TUCKER
United States Attorney
District of Alaska

*/s/ Elisabeth H. Carter*
ELISABETH H. CARTER
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 598-3141
Email: elisabeth.carter@usdoj.gov

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498 (Nitczynski)
Email: mark.nitczynski@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 31, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *Elisabeth H. Carter*

Elisabeth H. Carter