LISA LYNNE RUSSELL
Deputy Assistant Attorney General
Environment and Natural Resources Division

KATHRYN R. VOGEL
Acting United States Attorney
District of Alaska

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

ALBERT LIN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: albert.lin@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendant. | Case No. 3:24-cv-00059-SLG, and consolidated cases |

## NOTICE OF APPEARANCE

Please enter the appearance of Albert Lin, a member in good standing of the bar of the State of California, as counsel for Defendants United States Environmental Protection Agency; Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency; Benita Best-Wong, in her official capacity as Deputy Assistant Administrator performing delegated duties as the Assistant Administrator for Water of the United States Environmental Protection Agency; and United States Army Corps of Engineers.

Respectfully submitted on February 14, 2025

LISA LYNNE RUSSELL
Deputy Assistant Attorney General
Environment and Natural Resources Division

KATHRYN R. VOGEL
Acting United States Attorney
District of Alaska

/s/ Albert Lin
ALBERT LIN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: albert.lin@usdoj.gov

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498 (Nitczynski)
Email: mark.nitczynski@usdoj.gov

*Attorneys for the United States*