# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS, LTD, *et al.*,

    Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant,

and

UNITED TRIBES OF BRISTOL BAY, *et al.*,

    Intervenor-Defendants.

Case No. 3:24-cv-00059-SLG

### ORDER RE DEFENDANTS' MOTION TO HOLD MATTER IN ABEYANCE AND MOTION TO EXPEDITE DEFENDANTS' MOTION TO HOLD MATTER IN ABEYANCE

Before the Court at Docket 146 is Defendants' Motion to Hold Matter in Abeyance at Docket 147 is the Motion to Expedite Defendants' Motion to Hold Matter in Abeyance. Upon due consideration of the reasons stated by Defendants, the Motions are each GRANTED. IT IS HEREBY ORDERED that:

(a) This matter is in held in abeyance for 90 days, to allow new government leadership to familiarize themselves with the issues in these consolidated cases and determine how they wish to proceed.

(b) On or before April 18, 2025, counsel for Defendants shall meet and

confer with the other parties that desire such conferral regarding the status of Defendants' review, proposed case proceedings, and any anticipated request to extend this abeyance beyond ninety days.

(c) Briefing regarding the pending Motion to Complete or Supplement the United States Army Corps of Engineers' Administrative Record, ECF 128, and Motion for Leave to Obtain Limited Discovery to Complete, or in the Alternative to Supplement, the Record, ECF 127, including Defendants' and Defendant-Intervenors' responses due February 14, 2025, is stayed as of the date of filing of the motion and during the abeyance period.

(d) On or before May 14, 2025, Defendants shall file a status report with the Court. Defendants' status report shall address Defendants' review of the issues presented in these cases; proposed case proceedings, including further briefing of the pending motions at ECF 127 and 128; and any request to extend this abeyance beyond ninety days.

DATED this 14th day of February, 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD, et al. v. US EPA*
Order re. Defendants' Motion to Hold Matter in Abeyance and Motion to Expedite
Page 2 of 2
Case 3:24-cv-00059-SLG    Document 148    Filed 02/14/25    Page 2 of 2