ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; North Terrace, Suite 600
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

ALBERT LIN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: albert.lin@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-00059-SLG, and consolidated cases |

## NOTIFICATION OF CHANGE OF ADDRESS

*N. Dynasty Minerals Ltd. v. EPA*, and consolidated cases, No. 3:24-cv-00059-SLG

Pursuant to Local Rule 11.1(b), Mark A. Nitczynski, attorney for the United States, hereby notifies the Court that his address has changed to the following:

> United States Department of Justice - ENRD
> Environmental Defense Section
> 999 18th Street; North Terrace, Suite 600
> Denver, CO 80202.

This change already is reflected on the docket for this case.

> Respectfully submitted on April 23, 2025
>
> ADAM R.F. GUSTAFSON
> Acting Assistant Attorney General
> Environment and Natural Resources Division
>
> MICHAEL J. HEYMAN
> United States Attorney
> District of Alaska
>
> /s/ Mark A. Nitczynski
> MARK A. NITCZYNSKI
> United States Department of Justice - ENRD
> Environmental Defense Section
> 999 18th Street; North Terrace, Suite 600
> Denver, CO 80202
> Phone: (303) 844-1498 (Nitczynski)
> Email: mark.nitczynski@usdoj.gov
>
> ALBERT LIN
> United States Department of Justice - ENRD
> Environmental Defense Section
> P.O. Box 7611
> Washington, D.C. 20044
> Phone: (202) 514-2741
> Email: albert.lin@usdoj.gov
>
> *Attorneys for the United States*