# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS, LTD, *et al.*,

    Plaintiffs,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant,

  and

UNITED TRIBES OF BRISTOL BAY, *et al.*,

    Intervenor-Defendants.

Case No. 3:24-cv-00059-SLG

## ORDER ON STATUS REPORT AND MOTION TO EXTEND ABEYANCE

Before the Court at Docket 151 is Defendants' Status Report and Motion to Extend Abeyance. Upon due consideration of the reasons stated by Defendants, the Motion is GRANTED. IT IS HEREBY ORDERED that:

(a) This matter is held in abeyance for an additional 30 days, to allow new Government leadership to familiarize themselves with the issues in these consolidated cases and determine how they wish to proceed.

(b) Briefing regarding the pending Motion to Complete or Supplement the United States Army Corps of Engineers' Administrative Record, ECF 128, and Motion for Leave to Obtain Limited Discovery to Complete, or

in the Alternative to Supplement, the Record, ECF 127, including Defendants' and Defendant-Intervenors' responses, remains stayed.

(c) Defendants shall submit a status report by **June 13, 2025**, that addresses Defendants' review of the issues presented in these cases; proposed case proceedings, including further briefing of the pending motions at ECF 127 and 128; and any request to extend this abeyance beyond June 13, 2025.

DATED this 16th day of May, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD, et al. v. US EPA*
Order on Defendants' Status Report and Motion to Extend Abeyance
Page 2 of 2
Case 3:24-cv-00059-SLG    Document 152    Filed 05/16/25    Page 2 of 2