# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-00059-SLG, and consolidated cases |

## [PROPOSED] ORDER EXTENDING ABEYANCE

Before the Court at Docket *** is Defendants' Status Report and Motion to Further Extend Abeyance ("Motion"). Upon due consideration of the reasons stated by Defendants, and for good cause shown, the Motion is GRANTED. Accordingly, IT IS HEREBY ORDERED that:

(a) This matter is held in abeyance for an additional 20 days, to allow new Government leadership to familiarize themselves with the issues in these consolidated cases and determine how they wish to proceed.

(b) Briefing regarding the pending Motion to Complete or Supplement the United States Army Corps of Engineers' Administrative Record, ECF 128, and Motion for Leave to Obtain Limited Discovery to Complete, or in the Alternative to Supplement, the Record, ECF 127, including Defendants' and Defendant-Intervenors' responses, remains stayed.

(c) Defendants shall submit status a status report by July 3, 2025, that addresses

Defendants' review of the issues presented in these cases; proposed case proceedings, including further briefing of the pending motions at ECF 127 and 128; and any request to extend this abeyance beyond July 3, 2025.

DATED this ** day of June, 2025, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE