IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS, LTD., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*.,<br><br>    Defendants,<br><br>  and<br><br>BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant,<br><br>  and<br><br>TROUT UNLIMITED, *et al*.,<br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG<br><br>CONSOLIDATED |

ILIAMNA NATIVES, LTD, *et al.*,

    Plaintiffs,

    v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    Defendants,

    and

BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,

    Intervenor-Defendants.

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

## ORDER RE STATUS REPORT AND MOTION TO FURTHER EXTEND ABEYANCE

Before the Court at Docket 153 is Defendants' Status Report and Motion to Further Extend Abeyance ("Motion"). Upon due consideration of the reasons stated by Defendants, and for good cause shown, the Motion is GRANTED. Accordingly, IT IS HEREBY ORDERED that:

(a) This matter is held in abeyance for an additional 20 days, to allow new Government leadership to familiarize themselves with the issues in these consolidated cases and determine how they wish to proceed.

(b) Briefing regarding the pending Motion to Complete or Supplement the United States Army Corps of Engineers' Administrative Record, ECF 128, and Motion for Leave to Obtain Limited Discovery to Complete, or in the Alternative to

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.*
(Lead Case)(Consolidated)
Order re: Status Report and Motion to Further Extend Abeyance
Page 2 of 3

Case 3:24-cv-00059-SLG    Document 154    Filed 06/16/25    Page 2 of 3

Supplement, the Record, ECF 127, including Defendants' and Defendant-Intervenors' responses, remains stayed.

(c) Defendants shall submit a status report by July 3, 2025, that addresses N. Dynasty Minerals Ltd. v. EPA, and consolidated cases, No. 3:24-cv-00059-SLG Defendants' review of the issues presented in these cases; proposed case proceedings, including further briefing of the pending motions at ECF 127 and 128; and any request to extend this abeyance beyond July 3, 2025.

DATED this 16th day of June 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.*
(Lead Case)(Consolidated)
Order re: Status Report and Motion to Further Extend Abeyance
Page 3 of 3
Case 3:24-cv-00059-SLG   Document 154   Filed 06/16/25   Page 3 of 3