# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-00059-SLG, and consolidated cases |

## [PROPOSED] ORDER EXTENDING ABEYANCE

Before the Court at Docket *** is Defendants' Status Report and Request to Extend Abeyance ("Report"). Upon due consideration of the reasons stated in the Report, and for good cause shown, IT IS HEREBY ORDERED that:

(a) This matter is held in abeyance for an additional 14 days, to allow new Government leadership to determine how they wish to proceed.

(b) Briefing regarding the pending Motion to Complete or Supplement the United States Army Corps of Engineers' Administrative Record, ECF 128, and Motion for Leave to Obtain Limited Discovery to Complete, or in the Alternative to Supplement, the Record, ECF 127, including Defendants' and Defendant-Intervenors' responses, remains stayed.

(c) A status report regarding further proceedings shall be filed by July 17, 2025.

DATED this \*\* day of July 2025, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE