# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS
LTD., *et al.*,

        Plaintiffs,

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

        Defendants,

    and

BRISTOL BAY NATIVE ASSOCIATE,
INC., *et al.*,

        Intervenor-Defendants,
STATE OF ALASKA,

        Plaintiff,

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

        Defendant,

    and

TROUT UNLIMITED, *et al.*,

        Intervenor-Defendants,

Case No. 3:24-cv-00059-SLG

CONSOLIDATED

LEAD CASE

Case No. 3:24-cv-00084-SLG

CONSOLIDATED

PROPOSED ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

Case 3:24-cv-00059-SLG    Document 156-1    Filed 07/17/25    Page 1 of 3

ILIAMNA NATIVES, LTD, *et al.*,

        Plaintiffs,

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

        Defendants,

   and

BRISTOL BAY ECONOMIC
DEVELOPMENT CORPORATION, *et al.*,

        Intervenor-Defendants,

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

## PROPOSED ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE

PROPOSED ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

Case 3:24-cv-00059-SLG    Document 156-1    Filed 07/17/25    Page 2 of 3

THIS MATTER having come before the Court upon Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's (collectively, "PLP") Motion to Set Summary Judgment Briefing Schedule ("Motion"), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is **GRANTED** and the parties shall comply with the following briefing schedule.

a. **Within sixty (60) days** - Plaintiffs will file their motions for summary judgment.

b. **Within forty-five (45) days** - EPA will file its brief in opposition. Each set of Intervenor-Defendants is to file one consolidated merits brief in accordance with the Court's August 22, 2024 Order at 14-15, ECF No. 95.

c. **Within thirty (30) days** - Plaintiffs will file their reply briefs in support of their motion for summary judgment.

Dated this ____ day of _____, 2025.

BY THE COURT:

_____
United States District Court Judge

PROPOSED ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

1

Case 3:24-cv-00059-SLG    Document 156-1    Filed 07/17/25    Page 3 of 3