ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
United States Department of Justice – ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

ALBERT LIN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: albert.lin@usdoj.gov

LAURA J. BROWN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
Email: laura.j.s.brown@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:24-cv-00059-SLG |

| | |
|---|---|
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |
| | ) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Laura J. Brown hereby appears as counsel for Defendant the United States Environmental Protection Agency in the above-captioned case. Undersigned counsel is registered with the Court's Electronic Filing System.

        Respectfully submitted,

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        MICHAEL J. HEYMAN
        United States Attorney
        District of Alaska

        /s/*Laura J. Brown*
        LAURA J. BROWN
        United States Department of Justice - ENRD
        Environmental Defense Section
        P.O. Box 7611
        Washington, D.C. 20044
        Phone: (202) 514-3376
        Email: laura.j.s.brown@usdoj.gov

        MARK A. NITCZYNSKI
        United States Department of Justice - ENRD
        Environmental Defense Section
        999 18th Street; South Terrace, Suite 370
        Denver, CO 80202
        Phone: (303) 844-1498 (Nitczynski)
        Email: mark.nitczynski@usdoj.gov

        ALBERT LIN
        United States Department of Justice - ENRD
        Environmental Defense Section

P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: albert.lin@usdoj.gov

*Attorneys for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/Laura J. Brown