ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
United States Department of Justice – ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

ALBERT LIN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: albert.lin@usdoj.gov

LAURA J. BROWN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
Email: laura.j.s.brown@usdoj.gov

MARIO A. LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 532-3357
Email: mario.luna@usdoj.gov

*Attorneys for the United States*

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*
(Lead Case) (Consolidated)
Notice of Appearance (Luna)

Case No. 3:24-cv-00059-SLG

1

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE |
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> and <br><br> TROUT UNLIMITED, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG <br><br> CONSOLIDATED |

| | |
|---|---|
| ILIAMNA NATIVES, LTD, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>    Defendants,<br><br>  and<br><br>BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00132-SLG<br><br>CONSOLIDATED |

**NOTICE OF APPEARANCE**

Please enter the appearance of Mario A. Luna, a member in good standing of the bar of the District of Columbia, as counsel for Defendants in the above-captioned case. Undersigned counsel is registered with the Court's Electronic Filing System.

Dated: July 28, 2025.                     Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

*/s/ Mario A. Luna*
MARIO A. LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 532-3357

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*     Case No. 3:24-cv-00059-SLG
(Lead Case) (Consolidated)
Notice of Appearance (Luna)                                                                    3

Case 3:24-cv-00059-SLG     Document 160     Filed 07/28/25     Page 3 of 5

Email: mario.luna@usdoj.gov

LAURA J. BROWN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
Email: laura.j.s.brown@usdoj.gov

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498 (Nitczynski)
Email: mark.nitczynski@usdoj.gov

ALBERT LIN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: albert.lin@usdoj.gov

*Attorneys for the United States*

*Northern Dynasty Minerals LTD., et. al. v. U.S. EPA, et al.*  Case No. 3:24-cv-00059-SLG
(Lead Case) (Consolidated)
Notice of Appearance (Luna)

4

Case 3:24-cv-00059-SLG   Document 160   Filed 07/28/25   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Mario A. Luna*
Mario A. Luna

Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.
(Lead Case) (Consolidated)
Notice of Appearance (Luna)

Case No. 3:24-cv-00059-SLG
5

Case 3:24-cv-00059-SLG    Document 160    Filed 07/28/25    Page 5 of 5