ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
LAURA J. BROWN
MARIO A. LUNA
ALBERT LIN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(303) 844-1498 (Nitczynski)
(202) 514-3376 (Brown)
(202) 532-3357 (Luna)
(202) 514-2741 (Lin)
mark.nitczynski@usdoj.gov
laura.j.s.brown@usdoj.gov
mario.luna@usdoj.gov
albert.lin@usdoj.gov

*Attorneys for the United States*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*, | Case No. 3:24-cv-00059-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE |

*N. Dynasty Minerals LTD., et al. v. EPA et al,* 3:24-00059-SLG and consolidated cases
Response to Motion to Set Briefing Schedule

|                                                              |                               |
| ------------------------------------------------------------ | ----------------------------- |
| Intervenor-Defendants.                                       |                               |
| STATE OF ALASKA,                                             |                               |
|     Plaintiff,                           |                               |
|     v.                                   |                               |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,               | Case No. 3:24-cv-00084-SLG    |
|     Defendant,                           | CONSOLIDATED                  |
| and                                                          |                               |
| TROUT UNLIMITED, *et al.*,                                   |                               |
|     Intervenor-Defendants.               |                               |
| ILIAMNA NATIVES, LTD, *et al.*,                              |                               |
|     Plaintiffs,                          |                               |
|     v.                                   |                               |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,     | Case No. 3:24-cv-00132-SLG    |
|     Defendants,                          | CONSOLIDATED                  |
| and                                                          |                               |
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,      |                               |
|     Intervenor-Defendants.               |                               |

**DEFENDANTS' RESPONSE TO MOTION TO SET SUMMARY JUDGMENT BRIEFING SCHEDULE**

Defendants submit this response to the motion by Plaintiffs Northern Dynasty Minerals

*N. Dynasty Minerals LTD., et al. v. EPA et al,* 3:24-00059-SLG and consolidated cases
Response to Motion to Set Briefing Schedule

Ltd. and Pebble Limited Partnership (collectively PLP) to set a summary judgment briefing schedule. ECF No. 156. While Defendants agree with PLP that the Court should set a briefing schedule, given the complexity of the issues in these consolidated matters, Defendants request a modified schedule that provides 120 days for Defendants to respond to Plaintiffs' summary judgment briefs. Good cause exists for Defendants to have 120 days to submit their response brief because Defendants will need to respond to three sets of Plaintiffs' briefs, each of which will raise unique issues as demonstrated by the diverse claims in their respective complaints. In addition, Defendants' current counsel, Mark A. Nitczynski and Albert Lin, are departing the Department of Justice at the end of this week. Given their departure, newly assigned counsel will require the time requested to become familiar with and effectively prepare for this case.

After conferring with counsel for Plaintiffs State of Alaska, Iliamna Natives, Ltd., Alaska Peninsula Corp. (collectively "the non-moving Plaintiffs") and the Intervenor Defendants, Defendants request the following briefing schedule:

Plaintiffs' opening briefs due on 10/1/25

Defendants' response brief due on 1/29/26

Intervenor Defendants' response briefs due on 2/12/26

Plaintiffs' replies due on 4/13/26

The non-moving Plaintiffs and the Intervenor Defendants do not oppose Defendants' proposed schedule.

Defendants respectfully request that the Court set the summary judgment briefing schedule we identified above.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

*N. Dynasty Minerals LTD., et al. v. EPA et al,* 3:24-00059-SLG and consolidated cases
Response to Motion to Set Briefing Schedule

Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

/s/*Laura J. Brown*
MARK A. NITCZYNSKI
LAURA J. BROWN
MARIO A. LUNA
ALBERT LIN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(303) 844-1498 (Nitczynski)
(202) 514-3376 (Brown)
(202) 532-3357 (Luna)
 (202) 514-2741 (Lin)
mark.nitczynski@usdoj.gov
laura.j.s.brown@usdoj.gov
mario.luna@usdoj.gov
albert.lin@usdoj.gov
*Attorneys for the United States*

*N. Dynasty Minerals LTD., et al. v. EPA et al,* 3:24-00059-SLG and consolidated cases
Response to Motion to Set Briefing Schedule

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/Laura J. Brown*

*N. Dynasty Minerals LTD., et al. v. EPA et al,* 3:24-00059-SLG and consolidated cases
Response to Motion to Set Briefing Schedule

Case 3:24-cv-00059-SLG   Document 161   Filed 07/29/25   Page 5 of 5