ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; North Terrace, Suite 600
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

LAURA J. BROWN
MARIO A. LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: laura.j.s.brown@usdoj.gov
Email: mario.luna@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>          Defendants.<br><br>     and<br><br>BRISTOL BAY NATIVE ASSOCIATION, | Case No. 3:24-cv-00059-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |

*N. Dynasty Minerals Ltd. v. EPA*, and consolidated cases, No. 3:24-cv-00059-SLG          1

|  |  |
|---|---|
| INC., *et al.* | |
|     Intervenor-Defendants. | |
| STATE OF ALASKA, | |
|     Plaintiff, | |
|     v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | Case No. 3:-24-cv-00084-SLG |
|     Defendant, | CONSOLIDATED |
|   and | |
| TROUT UNLIMITED, *et al.*, | |
|     Intervenor-Defendants. | |
| ILIAMNA NATIVES, LTD, *et al.*, | |
|     Plaintiffs, | |
|     v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | Case No. 3:24-cv-00132-SLG |
|     Defendants, | CONSOLIDATED |
|   and | |
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, | |
|     Intervenor-Defendants | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Local Civil Rule 11.1(c)(5), notice is hereby given that Mark A. Nitczynski withdraws as attorney for the United States. Laura Jane Brown and Mario A. Luna, who have previously entered appearances in these consolidated matters, will continue to serve as counsel for the United States.

*N. Dynasty Minerals Ltd. v. EPA*, and consolidated cases, No. 3:24-cv-00059-SLG    2

Respectfully submitted on July 31, 2025,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

/s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; North Terrace, Suite 600
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

LAURA J. BROWN
MARIO LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-2741
Email: laura.j.s.brown@usdoj.gov
Email: mario.luna@usdoj.gov

*Attorneys for the United States*