ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

LAURA JANE BROWN
ALBERT LIN
MARIO ALFONSO LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376 (Brown)
Email: laura.j.s.brown@usdoj.gov
       albert.lin@usdoj.gov
       mario.luna@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 3:24-cv-00059-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |

| | |
|---|---|
| STATE OF ALASKA, *Plaintiff*, v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *Defendant*, and TROUT UNLIMITED, *et al.*, *Intervenor-Defendants.* | Case No. 3:24-cv-00084-SLG CONSOLIDATED |
| ILIAMNA NATIVES, LTD, *et al.*, *Plaintiffs*, v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, *Defendants*, and BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, *Intervenor-Defendants.* | Case No. 3:24-cv-00132-SLG CONSOLIDATED |

# NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 11.1(c)(5), notice is hereby given that Albert Lin withdraws as attorney for the United States. Laura Jane Brown and Mario A. Luna, who have previously entered appearances in these consolidated matters, will continue to serve as counsel for the United States.

Respectfully submitted on August 1, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

*/s/ Albert Lin*
LAURA JANE BROWN
ALBERT LIN
MARIO ALFONSO LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376 (Brown)
Email: laura.j.s.brown@usdoj.gov
      albert.lin@usdoj.gov
      mario.luna@usdoj.gov

*Attorneys for the United States*