# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS, LTD., *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br>　　　　Defendants, <br><br>　　and <br><br>BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*, <br><br>　　　　Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG <br><br>CONSOLIDATED <br><br>LEAD CASE |
| STATE OF ALASKA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>　　　　Defendant, <br><br>　　and <br><br>TROUT UNLIMITED, *et al.*, <br><br>　　　　Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG <br><br>CONSOLIDATED |

ILIAMNA NATIVES, LTD, *et al.*,

    Plaintiffs,

    v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    Defendants,

    and

BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,

    Intervenor-Defendants.

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

## ORDER SETTING ADMINISTRATIVE APPEAL BRIEFING SCHEDULE ON EPA DETERMINATION

Before the Court at Docket 156 is Plaintiffs Northern Dynasty Minerals Ltd. ("Northern Dynasty") and Pebble Limited Partnership's ("Pebble Partnership") (collectively, "PLP") Motion to Set Summary Judgment Briefing Schedule. Defendants responded at Docket 161, to which PLP replied at Docket 164. The motion asks the Court to set a briefing schedule on the EPA's Final Determination. For good cause shown, PLP's Motion to Set Summary Judgment Briefing Schedule is GRANTED. Upon consideration of the parties' proposed briefing schedules, IT IS HEREBY ORDERED that:

    (a)    Plaintiffs shall file their Opening Briefs by **October 3, 2025.**

    (b)    EPA Defendants shall file their Response Brief by **January 2, 2026.**

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.* (Lead Case)(Consolidated)
Order re Status Report and Motion to Further Extend Abeyance
Page 2 of 3
Case 3:24-cv-00059-SLG   Document 165   Filed 08/06/25   Page 2 of 3

(c) Intervenor-Defendants shall file their Response Briefs by **January 16, 2026**, with each set of Intervenor-Defendants permitted to file one consolidated merits brief in accordance with this Court's prior order at Docket 95.

(d) Plaintiffs shall file their Reply Briefs by **February 27, 2026**.

Further, the Court GRANTS PLP and Defendants' request to extend the abeyance as to the U.S. Army Corps of Engineers 2024 permit denial at Docket 157. This matter as to the Corps shall remain STAYED pending a final decision on EPA's Final Determination. The pending motions regarding discovery and the administrative record as to the Corps at Docket 127 and Docket 128 are DENIED WITHOUT PREJUDICE to renewal once the stay is lifted as to the Corps.

DATED this 6th day of August 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.* (Lead Case)(Consolidated)
Order re Status Report and Motion to Further Extend Abeyance
Page 3 of 3

Case 3:24-cv-00059-SLG    Document 165    Filed 08/06/25    Page 3 of 3