ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

LAURA J. BROWN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
Email: laura.j.s.brown@usdoj.gov

MARIO A. LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 532-3357
Email: mario.luna@usdoj.gov

*Attorneys for the United States*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and | Case No. 3:24-cv-00059-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE |

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*
(Lead Case) (Consolidated)
Motion for a Stay of Entire Case
In Light of Lapse of Appropriations

Case No. 3:24-cv-00059-SLG

1

BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*,

    Intervenor-Defendants.

---

STATE OF ALASKA,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant,

and

TROUT UNLIMITED, *et al.*,

    Intervenor-Defendants.

Case No. 3:24-cv-00084-SLG

CONSOLIDATED

---

ILIAMNA NATIVES, LTD, *et al.*,

    Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    Defendants,

and

BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

---

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*
(Lead Case) (Consolidated)
Motion for a Stay of Entire Case
In Light of Lapse of Appropriations

Case No. 3:24-cv-00059-SLG
2

Case 3:24-cv-00059-SLG   Document 166   Filed 10/01/25   Page 2 of 6

Intervenor-Defendants.

## MOTION FOR A STAY OF ENTIRE CASE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the entire case in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*
(Lead Case) (Consolidated)
Motion for a Stay of Entire Case
In Light of Lapse of Appropriations

Case No. 3:24-cv-00059-SLG

3

Case 3:24-cv-00059-SLG    Document 166    Filed 10/01/25    Page 3 of 6

lapse in appropriations.

5.     Except for Plaintiffs Northern Dynasty Minerals Ltd. and Pebble Limited Partnership, whose counsel stated that it plans to oppose this motion, counsel for all other parties in the above-captioned case[1] have authorized counsel for the Government to state that they have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the entire case in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025.                    Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

*/s/ Mario A. Luna*
MARIO A. LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 532-3357
Email: mario.luna@usdoj.gov

---

[1] Plaintiffs the State of Alaska, Iliamna Natives LTD., and Alaska Peninsula Corp., and Intervenor Defendants United Tribes of Bristol Bay, Bristol Bay Native Association, Inc., Bristol Bay Economic Development Corporation, Bristol Bay Native Corporation, Bristol Bay Regional Seafood Development Association, Inc., Commercial Fishermen for Bristol Bay, Trout Unlimited, SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, Alaska Center, Wild Salmon Center, Center for Biological Diversity, Earthworks, Friends of the Earth, and Natural Resources Defense Council.

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*
(Lead Case) (Consolidated)
Motion for a Stay of Entire Case
In Light of Lapse of Appropriations

Case No. 3:24-cv-00059-SLG

4

LAURA J. BROWN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
Email: laura.j.s.brown@usdoj.gov

*Attorneys for the United States*

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*     Case No. 3:24-cv-00059-SLG
(Lead Case) (Consolidated)
Motion for a Stay of Entire Case
In Light of Lapse of Appropriations

5

Case 3:24-cv-00059-SLG   Document 166   Filed 10/01/25   Page 5 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

> */s/ Mario A. Luna*
> Mario A. Luna

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.* (Lead Case) (Consolidated)
Motion for a Stay of Entire Case
In Light of Lapse of Appropriations

Case No. 3:24-cv-00059-SLG

6

Case 3:24-cv-00059-SLG   Document 166   Filed 10/01/25   Page 6 of 6