STEPHEN J. COX
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

J. Michael Connolly (*pro hac vice*)
Gilbert C. Dickey (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
gilbert@consovoymccarthy.com
steven@consovoymccarthy.com

*Attorneys for the State of Alaska*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, <br>      *Plaintiffs*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br>      *Defendants*, <br><br> and <br><br> UNITED TRIBES OF BRISTOL BAY, *et al.*, <br>      *Intervenor-Defendants*. | Case No. 3:24-cv-59-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE |

| | | |
|---|---|---|
| STATE OF ALASKA, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-84-SLG |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | CONSOLIDATED |
| PROTECTION AGENCY, | ) | |
| *Defendant,* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TROUT UNLIMITED, *et al.,* | ) | |
| *Intervenor-Defendants.* | ) | |

| | | |
|---|---|---|
| ILIAMNA NATIVES LTD., *et al.,* | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-132-SLG |
| | ) | |
| ENVIRONMENTAL PROTECTION | ) | CONSOLIDATED |
| AGENCY, *et al.,* | ) | |
| *Defendants,* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BRISTOL BAY ECONOMIC | ) | |
| DEVELOPMENT CORPORATION, *et al.,* | ) | |
| *Intervenor-Defendants.* | ) | |

**STATE OF ALASKA'S MOTION
FOR LEAVE TO FILE EXCESS PAGES**

*Northern Dynasty Minerals Ltd. v. EPA*                                         Case No.: 3:24-cv-59-SLG
State of Alaska's Motion for Leave to File Excess Pages

Case 3:24-cv-00059-SLG    Document 168    Filed 10/03/25    Page 2 of 5

The State of Alaska moves for leave to file a 44-page opening brief.

1.      Under the local rules, an opening brief is limited to 35 pages or 10,000 words.[1]

2.      The State's request for nine additional pages is reasonable given the complexity and significance of the legal issues presented, the substantial size of the administrative record (which covers more than 512,000 pages), the extensive regulatory history leading up to the final agency action, and the profound importance of the case to the State and the people of Alaska.

3.      The Court has granted the State of Alaska leave to file similar length briefs in other complex administrative law cases.[2]

4.      The State has conferred with the other parties. The plaintiffs in the other cases and all of the Intervenors do not oppose the motion. The United States declined to take a position on the motion, stating that it was "reserv[ing] [its] position" until after the State filed its motion.

For these reasons, the Court should grant the State's motion for leave to file excess pages.

---

[1] L.R. 7.4(a)(1), 16.3(c)(6).

[2] *See, e.g.*, *Alaska v. Newland*, 3:23-cv-7-SLG, Dkts. 15-17 (granting the State leave to file a 14,000 word brief); *Alaska v. DOI*, 3:22-cv-78-SLG Dkts. 37-39 (granting the State leave to file a 13,000 word brief); *see also Alaska v. United States*, 3:21-cv-221-SLG, Dkts. 24-1, 26 (granting a 14,000 word limit in the briefing order in a quiet title action).

*Northern Dynasty Minerals Ltd. v. EPA*                                    Case No.: 3:24-cv-59-SLG
State of Alaska's Motion for Leave to File Excess Pages                                            1

Case 3:24-cv-00059-SLG     Document 168     Filed 10/03/25     Page 3 of 5

DATED: October 3, 2025

Respectfully Submitted,

By: _/s/ J. Michael Connolly_

J. Michael Connolly (*pro hac vice*)
Gilbert C. Dickey (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
gilbert@consovoymccarthy.com
steven@consovoymccarthy.com

STEPHEN J. COX
ATTORNEY GENERAL
Ronald W. Opsahl
(Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

*Attorneys for the State of Alaska*

*Northern Dynasty Minerals Ltd. v. EPA*                    Case No.: 3:24-cv-59-SLG
State of Alaska's Motion for Leave to File Excess Pages                    2
Case 3:24-cv-00059-SLG    Document 168    Filed 10/03/25    Page 4 of 5

## CERTIFICATE OF SERVICE

I certify that on October 3, 2025, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, serving all counsel of record.

/s/ J. Michael Connolly
J. Michael Connolly

*Northern Dynasty Minerals Ltd. v. EPA*    Case No.: 3:24-cv-59-SLG
State of Alaska's Motion for Leave to File Excess Pages    3
Case 3:24-cv-00059-SLG  Document 168  Filed 10/03/25  Page 5 of 5