IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br>     *Defendants*, <br><br> and <br><br> UNITED TRIBES OF BRISTOL BAY, *et al.*, <br>     *Intervenor-Defendants.* | Case No. 3:24-cv-59-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE |
| STATE OF ALASKA, <br>     *Plaintiff*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br>     *Defendant*, <br><br> and <br><br> TROUT UNLIMITED, *et al.*, <br>     *Intervenor-Defendants.* | Case No. 3:24-cv-84-SLG <br><br> CONSOLIDATED |
| ILIAMNA NATIVES LTD., *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br>     *Defendants*, | Case No. 3:24-cv-132-SLG <br><br> CONSOLIDATED |

*Northern Dynasty Minerals Ltd. v. EPA*      Case No.: 3:24-cv-59-SLG
Order Granting State of Alaska's Motion for Leave to File Excess Pages

|                                           | ) |
| and                                       | ) |
|                                           | ) |
| BRISTOL BAY ECONOMIC                      | ) |
| DEVELOPMENT CORPORATION, *et al.*,        | ) |
| *Intervenor-Defendants.*                  | ) |
|                                           | ) |

# [PROPOSED] ORDER GRANTING STATE OF ALASKA'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Upon consideration of the State of Alaska's Motion for Leave to File Excess Pages, IT IS ORDERED that the Motion is GRANTED. The State's opening brief is accepted as filed.

DATED this ___ day of October 2025 at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Judge

*Northern Dynasty Minerals Ltd. v. EPA*                                  Case No.: 3:24-cv-59-SLG
Order Granting State of Alaska's Motion for Leave to File Excess Pages
Case 3:24-cv-00059-SLG     Document 168-1     Filed 10/03/25     Page 2 of 2