# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 3:24-cv-00059-SLG and consolidated cases |

## PROPOSED ORDER ALLOWING OVERLENGTH BRIEF

THIS MATTER having come before the Court upon Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's (collectively, "PLP") Motion for Leave to File Overlength Brief, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The Court will accept as filed the brief tendered by PLP as its opening brief, containing up to 20,000 words (excepting those portions excluded by Local Civil Rule 7.4(a)(4) from word limits).

Dated this ____ day of _____, 2025.

BY THE COURT:

_____
Judge Sharon L. Gleason