IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 3:24-cv-00059-SLG and consolidated cases |

**TABLE OF CONTENTS - EXHIBITS**

**Description**                                                                                                                                 **Exhibit**

2025 Mineral Commodity Summaries ........................................................................................... A
National Wetlands Inventory Code Definitions ........................................................................... B
Patent conveying Seward Meridian, Township 003S, Range 035W ("S3SR35W") ................... C
Patent conveying Seward Meridian, Township 003S, Range 036W ("S3SR36W") ................... D
Patent conveying Seward Meridian, Township 004S, Range 036W ("S4SR36W") ................... E
Administrative Appeal Decision .................................................................................................. F
Record of Decision ...................................................................................................................... G
September 2025 Mineral Industry Surveys .................................................................................. H
2025 Draft List of Critical Minerals ............................................................................................. I
Attleboro, Massachusetts Veto ..................................................................................................... J
Mobile, Alabama Veto ................................................................................................................. K
James City County, Virginia Veto ............................................................................................... L