# EXHIBIT A

U.S. Department of the Interior
U.S. Geological Survey

# MINERAL COMMODITY SUMMARIES 2025

| | | | |
|---|---|---|---|
| **Abrasives** | **Fluorspar** | **Mercury** | **Silicon** |
| **Aluminum** | **Gallium** | **Mica** | **Silver** |
| **Antimony** | **Garnet** | **Molybdenum** | **Soda Ash** |
| **Arsenic** | **Gemstones** | **Nickel** | **Stone** |
| **Asbestos** | **Germanium** | **Niobium** | **Strontium** |
| **Barite** | **Gold** | **Nitrogen** | **Sulfur** |
| **Bauxite** | **Graphite** | **Palladium** | **Talc** |
| **Beryllium** | **Gypsum** | **Peat** | **Tantalum** |
| **Bismuth** | **Hafnium** | **Perlite** | **Tellurium** |
| **Boron** | **Helium** | **Phosphate Rock** | **Thallium** |
| **Bromine** | **Indium** | **Platinum** | **Thorium** |
| **Cadmium** | **Iodine** | **Potash** | **Tin** |
| **Cement** | **Iron and Steel** | **Pumice** | **Titanium** |
| **Cesium** | **Iron Ore** | **Quartz** | **Tungsten** |
| **Chromium** | **Iron Oxide Pigments** | **Rare Earths** | **Vanadium** |
| **Clays** | **Kyanite** | **Rhenium** | **Vermiculite** |
| **Cobalt** | **Lead** | **Rubidium** | **Wollastonite** |
| **Copper** | **Lime** | **Salt** | **Yttrium** |
| **Diamond** | **Lithium** | **Sand and Gravel** | **Zeolites** |
| **Diatomite** | **Magnesium** | **Scandium** | **Zinc** |
| **Feldspar** | **Manganese** | **Selenium** | **Zirconium** |

Version 1.2, March 2025



**USGS**
*science for a changing world*

Case 3:24-cv-00059-SLG    Document 171-3    Filed 10/03/25    Page 2 of 14
Ex. A, p. 1

**Cover:** Photograph of 1 of the 66 antennas that make up the Atacama Large Millimeter/submillimeter Array (ALMA) pointed at the moon. ALMA, which is operated by the European Southern Observatory (ESO), was constructed in 2013 and is located at an elevation of 5,000 meters on the Chajnantor Plateau in the Andes Mountains in Chile because of the location's low humidity and atmospheric interference. ALMA's dishes are not mirrors but have surfaces of metallic panels. The panels were constructed from materials such as aluminum (p. 32), carbon fiber reinforced polymer, and steel (p. 94). In addition, the receivers and motion-control devices contain many other mineral commodities. The long wavelengths that ALMA's antennas detect mean that the surfaces are accurate to within 25 micrometers—much less than the thickness of a sheet of paper. Not only are the dish surfaces carefully controlled, but the antennas can be steered precisely and pointed to an angular accuracy of 0.6 arcseconds (1 arcsecond is 1/3600 of a degree). This is accurate enough to detect a golf ball at a distance of 15 kilometers. Photograph by S. Otarola, ESO.

U.S. Department of the Interior
U.S. Geological Survey

# MINERAL COMMODITY SUMMARIES 2025

| | | | |
|---|---|---|---|
| **Abrasives** | **Fluorspar** | **Mercury** | **Silicon** |
| **Aluminum** | **Gallium** | **Mica** | **Silver** |
| **Antimony** | **Garnet** | **Molybdenum** | **Soda Ash** |
| **Arsenic** | **Gemstones** | **Nickel** | **Stone** |
| **Asbestos** | **Germanium** | **Niobium** | **Strontium** |
| **Barite** | **Gold** | **Nitrogen** | **Sulfur** |
| **Bauxite** | **Graphite** | **Palladium** | **Talc** |
| **Beryllium** | **Gypsum** | **Peat** | **Tantalum** |
| **Bismuth** | **Hafnium** | **Perlite** | **Tellurium** |
| **Boron** | **Helium** | **Phosphate Rock** | **Thallium** |
| **Bromine** | **Indium** | **Platinum** | **Thorium** |
| **Cadmium** | **Iodine** | **Potash** | **Tin** |
| **Cement** | **Iron and Steel** | **Pumice** | **Titanium** |
| **Cesium** | **Iron Ore** | **Quartz** | **Tungsten** |
| **Chromium** | **Iron Oxide Pigments** | **Rare Earths** | **Vanadium** |
| **Clays** | **Kyanite** | **Rhenium** | **Vermiculite** |
| **Cobalt** | **Lead** | **Rubidium** | **Wollastonite** |
| **Copper** | **Lime** | **Salt** | **Yttrium** |
| **Diamond** | **Lithium** | **Sand and Gravel** | **Zeolites** |
| **Diatomite** | **Magnesium** | **Scandium** | **Zinc** |
| **Feldspar** | **Manganese** | **Selenium** | **Zirconium** |

**Version 1.2, March 2025**



U.S. Geological Survey, Reston, Virginia

First release: 2025, online
Revised: February 2025 (ver. 1.1), online
Revised: March 2025 (ver. 1.2), online and in print

Manuscript approved for publication January 31, 2025.

For more information on the USGS—the Federal source for science about the Earth,
its natural and living resources, natural hazards, and the environment—
visit https://www.usgs.gov or call 1–888–ASK–USGS.

For an overview of USGS information products, including maps, imagery, and publications,
visit https://store.usgs.gov/.
For sale by the Superintendent of Documents, U.S. Government Publishing Office
P.O. Box 979050, St. Louis, MO 63197–9000
Phone: (866) 512–1800 (toll-free); (202) 512–1800 (Washington, DC, area)
Fax: (202) 512–2104
Internet: https://bookstore.gpo.gov
Email: ContactCenter@gpo.gov

Any use of trade, product, or firm names is for descriptive purposes only and does not imply
endorsement by the U.S. Government.

Although this report is in the public domain, permission must be secured from the individual
copyright owners to reproduce any copyrighted material contained within this report.

Suggested citation:
U.S. Geological Survey, 2025, Mineral commodity summaries 2025 (ver. 1.2, March 2025): U.S. Geological Survey, 212 p.,
https://doi.org/10.3133/mcs2025.

Associated data for this publication:
U.S. Geological Survey, 2025, Data release for mineral commodity summaries 2025: U.S. Geological Survey data release,
https://doi.org/10.5066/P13XCP3R.

ISBN 978-1-4113-4595-9

# CONTENTS

**General:** Page

Introduction ................................................................. 3
Figure 1—The Role of Nonfuel Mineral Commodities in the U.S. Economy................................................. 4
Significant Events, Trends, and Issues........................... 5
Figure 2—2024 U.S. Net Import Reliance ..................... 7
Figure 3—Leading Import Sources (2020–23) of Nonfuel Mineral Commodities ................................... 8
Table 1—U.S. Mineral Industry Trends ......................... 9
Table 2—U.S. Mineral-Related Economic Trends......... 9
Table 3—Value of Nonfuel Mineral Production in the United States in 2024 ............................................. 10
Figures 4–8—Value of Nonfuel Minerals Produced in 2024......................................................................12–16
Table 4—The 2022 U.S. Critical Minerals List............. 17
U.S. Critical Minerals Update........................................ 18
Table 5—Salient Critical Minerals Statistics in 2024 ... 23

Page

Figure 9—20-Year Trend of U.S. Net Import Reliance for Critical Minerals............................................. 24
Figure 10—Estimated 1-Year Percent Change and 5-Year Compound Annual Growth Rate in Prices of Critical Minerals........................................................ 25
Figures 11–12—Changes in U.S. Consumption of Nonfuel Mineral Commodities ............................26–27
Figure 13—Value of Old Scrap Domestically Recycled, Imported, and Exported ........................................... 28
Figure 14—Relation Between Byproduct Elements and Host Metals .............................................................. 29
Appendix A—Abbreviations and Units of Measure ....206
Appendix B—Definitions of Selected Terms Used in This Report................................................................206
Appendix C—Reserves and Resources.......................207
Appendix D—Country Specialists Directory................211

**Mineral Commodities:**

Abrasives (Manufactured) ............................................ 30
Aluminum ..................................................................... 32
Antimony ...................................................................... 34
Arsenic ......................................................................... 36
Asbestos ...................................................................... 38
Barite ........................................................................... 40
Bauxite and Alumina .................................................... 42
Beryllium ...................................................................... 44
Bismuth ........................................................................ 46
Boron............................................................................ 48
Bromine ........................................................................ 50
Cadmium ...................................................................... 52
Cement......................................................................... 54
Cesium ......................................................................... 56
Chromium..................................................................... 58
Clays ............................................................................ 60
Cobalt ........................................................................... 62
Copper ......................................................................... 64
Diamond (Industrial)..................................................... 66
Diatomite...................................................................... 68
Feldspar and Nepheline Syenite .................................. 70
Fluorspar...................................................................... 72
Gallium ......................................................................... 74
Garnet (Industrial) ........................................................ 76
Gemstones ................................................................... 78
Germanium .................................................................. 80
Gold.............................................................................. 82
Graphite (Natural) ........................................................ 84
Gypsum........................................................................ 86
Helium .......................................................................... 88
Indium .......................................................................... 90
Iodine ........................................................................... 92
Iron and Steel............................................................... 94
Iron and Steel Scrap .................................................... 96
Iron and Steel Slag ...................................................... 98
Iron Ore ...................................................................... 100
Iron Oxide Pigments .................................................. 102
Kyanite and Related Minerals .................................... 104
Lead ........................................................................... 106
Lime ........................................................................... 108
Lithium ....................................................................... 110
Magnesium Compounds ............................................ 112
Magnesium Metal....................................................... 114
Manganese ................................................................ 116

Mercury......................................................................118
Mica (Natural) ............................................................120
Molybdenum ..............................................................122
Nickel.........................................................................124
Niobium (Columbium)................................................126
Nitrogen (Fixed)—Ammonia......................................128
Peat ...........................................................................130
Perlite ........................................................................132
Phosphate Rock ........................................................134
Platinum-Group Metals..............................................136
Potash .......................................................................138
Pumice and Pumicite.................................................140
Quartz (High-Purity and Industrial Crystal) ...............142
Rare Earths ...............................................................144
Rhenium ....................................................................146
Rubidium ...................................................................148
Salt ............................................................................150
Sand and Gravel (Construction)................................152
Sand and Gravel (Industrial) .....................................154
Scandium...................................................................156
Selenium....................................................................158
Silicon ........................................................................160
Silver..........................................................................162
Soda Ash ...................................................................164
Stone (Crushed) ........................................................166
Stone (Dimension).....................................................168
Strontium ...................................................................170
Sulfur .........................................................................172
Talc and Pyrophyllite .................................................174
Tantalum....................................................................176
Tellurium....................................................................178
Thallium .....................................................................180
Thorium .....................................................................182
Tin..............................................................................184
Titanium and Titanium Dioxide..................................186
Titanium Mineral Concentrates .................................188
Tungsten....................................................................190
Vanadium ..................................................................192
Vermiculite.................................................................194
Wollastonite ...............................................................196
Yttrium .......................................................................198
Zeolites (Natural).......................................................200
Zinc............................................................................202
Zirconium...................................................................204

Case 3:24-cv-00059-SLG   Document 17   Filed 10/03/25   Page 6 of 14
Ex. A, p. 5

# INSTANT INFORMATION

Information about the U.S. Geological Survey, its programs, staff, and products is available from the internet at https://www.usgs.gov or by calling (888) ASK–USGS [(888) 275–8747].

This publication has been prepared by the National Minerals Information Center (NMIC). Information about NMIC and its products is available from the internet at https://www.usgs.gov/centers/national-minerals-information-center or by writing to Director, National Minerals Information Center, 988 National Center, Reston, VA 20192.

# KEY PUBLICATIONS

*Minerals Yearbook*—These annual publications review the mineral industries of the United States and of more than 180 other countries and localities. They contain statistical data on minerals and materials and include information on economic and technical trends and developments and are available at https://www.usgs.gov/centers/national-minerals-information-center/publications. The three volumes that make up the Minerals Yearbook are volume I, Metals and Minerals; volume II, Area Reports—Domestic; and volume III, Area Reports—International.

*Mineral Commodity Summaries*—Published on an annual basis, this report is the earliest Government publication to furnish estimates covering nonfuel mineral industry data and is available at https://www.usgs.gov/centers/national-minerals-information-center/mineral-commodity-summaries. Data sheets contain information on the domestic industry structure, Government programs, tariffs, world production and reserves, and 5-year salient statistics for more than 90 individual minerals and materials.

*Mineral Industry Surveys*—These periodic statistical and economic reports are designed to provide timely statistical data on production, shipments, stocks, and consumption of significant mineral commodities and are available at https://www.usgs.gov/centers/national-minerals-information-center/mineral-industry-surveys. The surveys are issued monthly, quarterly, or at other regular intervals.

*Materials Flow Studies*—These publications describe the flow of minerals and materials from extraction to ultimate disposition to help better understand the economy, manage the use of natural resources, and protect the environment and are available at https://www.usgs.gov/centers/national-minerals-information-center/materials-flow.

*Recycling Reports*—These studies illustrate the recycling of metal commodities and identify recycling trends and are available at https://www.usgs.gov/centers/national-minerals-information-center/recycling-statistics-and-information.

*Historical Statistics for Mineral and Material Commodities in the United States (Data Series 140)*—This report provides a compilation of statistics on production, trade, and use of approximately 90 mineral commodities since as far back as 1900 and is available at https://www.usgs.gov/centers/national-minerals-information-center/historical-statistics-mineral-and-material-commodities.

# WHERE TO OBTAIN PUBLICATIONS

- *Mineral Commodity Summaries* and the *Minerals Yearbook* are sold by the U.S. Government Publishing Office. Orders are accepted over the internet at https://bookstore.gpo.gov, by email at ContactCenter@gpo.gov, by telephone toll free (866) 512–1800; Washington, DC, area (202) 512–1800, by fax (202) 512–2104, or through the mail (P.O. Box 979050, St. Louis, MO 63197–9000).

- All current and many past publications are available as downloadable Portable Document Format (PDF) files through https://www.usgs.gov/centers/national-minerals-information-center.

# INTRODUCTION

Each mineral commodity chapter of the 2025 edition of the U.S. Geological Survey (USGS) Mineral Commodity Summaries (MCS) includes information on events, trends, and issues for each mineral commodity as well as discussions and tabular presentations on domestic industry structure, Government programs, tariffs, 5-year salient statistics, and world production, reserves, and resources. The MCS is the earliest comprehensive source of 2024 mineral production data for the world. More than 90 individual minerals and materials are covered by two-page synopses.

Abbreviations and units of measure and definitions of selected terms used in the report are in Appendix A and Appendix B, respectively. Reserves and resources information is in Appendix C, which includes "Part A—Resource and Reserve Classification for Minerals" and "Part B—Sources of Reserves Data." A directory of USGS minerals information country specialists and their responsibilities is in Appendix D.

The USGS continually strives to improve the value of its publications to users. Constructive comments and suggestions by readers of the MCS 2025 are welcomed.

# COPPER

(Data in thousand metric tons, copper content, unless otherwise specified)

**Domestic Production and Use:** In 2024, the recoverable copper content of U.S. mine production was an estimated 1.1 million tons, a decrease of 3% from that in 2023, and was valued at an estimated $10 billion, slightly greater than $9.83 billion in 2023. Arizona was the leading copper-producing State and accounted for approximately 70% of domestic output; copper was also mined in Michigan, Missouri, Montana, Nevada, New Mexico, and Utah. Copper was recovered or processed at 25 mines (17 of which accounted for more than 99% of mine production), 2 primary smelters, 1 secondary smelter, 2 primary electrolytic refineries, 14 electrowon refineries, and 3 secondary fire refineries. A new secondary smelter and secondary refinery were expected to start up by yearend. Refined copper and scrap were consumed at about 30 brass mills, 14 rod mills, and several hundred foundries and miscellaneous manufacturers. According to the Copper Development Association, copper and copper alloy products were used in building construction, 42%; electrical and electronic products, 23%; transportation equipment, 18%; consumer and general products, 10%; and industrial machinery and equipment, 7%.

| **Salient Statistics—United States:** | **2020** | **2021** | **2022** | **2023** | **2024[e]** |
|---|---:|---:|---:|---:|---:|
| Production: | | | | | |
|   Mine, recoverable | 1,200 | 1,230 | 1,230 | 1,130 | 1,100 |
|   Refinery: | | | | | |
|     Primary (from ore) | 872 | 922 | 930 | 843 | 850 |
|     Secondary (from scrap) | 43 | 49 | 40 | 39 | 40 |
| Copper recovered from old (post-consumer) scrap[1] | 161 | 169 | 152 | [e]150 | 150 |
| Imports for consumption: | | | | | |
|   Ore and concentrates | 2 | 11 | 12 | 3 | ([2]) |
|   Refined | 676 | 919 | 732 | 771 | 810 |
| Exports: | | | | | |
|   Ore and concentrates | 383 | 344 | 351 | 339 | 320 |
|   Refined | 41 | 48 | 27 | 33 | 60 |
| Consumption: | | | | | |
|   Reported, refined copper | 1,680 | 1,750 | 1,720 | 1,570 | 1,600 |
|   Apparent, primary refined copper and copper from old scrap[3] | 1,660 | 1,960 | 1,820 | 1,690 | 1,800 |
| Price, annual average, cents per pound: | | | | | |
|   U.S. producer, cathode (COMEX + premium) | 286.7 | 432.3 | 410.8 | 395.3 | 430 |
|   COMEX, high-grade, first position | 279.9 | 424.3 | 400.7 | 385.7 | 420 |
|   London Metal Exchange, grade A, cash | 279.8 | 422.5 | 399.8 | 384.8 | 420 |
| Stocks, refined, held by U.S. producers, consumers, and metal exchanges, yearend | 118 | 117 | 84 | 127 | 70 |
| Employment, mine and plant, number | 11,000 | 11,400 | 12,000 | 12,600 | 13,000 |
| Net import reliance[4] as a percentage of apparent consumption | 38 | 44 | 41 | 41 | 45 |

**Recycling:** Old (post-consumer) scrap, converted to refined metal, alloys, and other forms, provided an estimated 150,000 tons of copper in 2024, and an estimated 720,000 tons of copper was recovered from new (manufacturing) scrap derived from fabricating operations. Brass and wire-rod mills accounted for approximately 85% of the total copper recovered from scrap. Copper recovered from scrap contributed about 35% of the U.S. copper supply.[5]

**Import Sources (2020–23):** Copper content of blister and anodes: Finland, 92%; Malaysia, 3%; and other, 5%. Copper content of matte, ash, and precipitates: Canada, 48%; Belgium, 23%; Japan, 13%; Spain, 6%; and other, 10%. Copper content of ore and concentrates: Canada, >99%; and other, <1%. Copper content of scrap: Canada, 46%; Mexico, 42%; Dominican Republic, 3%; and other, 9%. Refined copper: Chile, 65%; Canada, 17%; Mexico, 9%; Peru, 6%; and other, 3%. Refined copper accounted for 88% of all unmanufactured copper imports.

| Tariff: | Item | Number | Normal Trade Relations 12–31–24 |
|---|---|---|---|
| | Copper ore and concentrates, copper content | 2603.00.0010 | 1.7¢/kg on lead content. |
| | Unrefined copper anodes | 7402.00.0000 | Free. |
| | Refined copper and alloys, unwrought | 7403.00.0000 | 1% ad valorem. |
| | Copper scrap | 7404.00.0000 | Free. |
| | Copper wire rod | 7408.11.0000 | 1% or 3% ad valorem. |

**Depletion Allowance:** 15% (domestic), 14% (foreign).

**Government Stockpile:** None.

Prepared by **Daniel M. Flanagan [(703) 648–7726, dflanagan@usgs.gov]**

# COPPER

**Events, Trends, and Issues:** In 2024, production decreased at a majority of copper mines in the United States, and domestic mined copper output declined by an estimated 3% from that in 2023. At the Bingham Canyon Mine in Utah, changes to the mine plan required to mitigate geotechnical risks resulted in lower ore grades and copper recoveries. Production at the Eagle Mine in Michigan was affected by decreased copper ore grades and reduced mill throughput rates owing to a fall of ground along an ore access ramp. Output also decreased at multiple mines in Arizona and New Mexico because of lower ore grades and mining rates. These decreases were partially offset by a significant increase in mined copper production at the Robinson Mine in Nevada owing to planned mine sequencing that yielded higher ore grades and copper recovery rates. At U.S. refineries, copper production increased slightly in 2024 compared with that in 2023. The Kennecott smelter and electrolytic refinery near Salt Lake City, UT, returned to normal operations in the first quarter of 2024 following major rebuilds in 2023. A new secondary copper refinery in Kentucky and a new secondary copper smelter in Georgia were expected to begin operating by yearend 2024.

The COMEX copper price reached a record high in May 2024 and was projected to average $4.20 per pound in full year 2024, an increase of 9% from the annual average price in 2023. Analysts attributed the higher price to multiple factors, such as expectations for reduced global copper supply in the near future, optimistic sentiment regarding world copper demand, strong manufacturing production in China, and decreasing inflation in the United States.

**World Mine and Refinery Production and Reserves:** Reserves for Canada, Indonesia, Peru, and the United States were revised based on company, Government, and (or) industry association reports.

|  | Mine production | | Refinery production | | Reserves[6] |
|---|---|---|---|---|---|
|  | 2023 | 2024[e] | 2023 | 2024[e] |  |
| United States | 1,130 | 1,100 | 882 | 890 | 47,000 |
| Australia | 778 | 800 | 442 | 460 | [7]100,000 |
| Canada | 500 | 450 | 315 | 320 | 8,300 |
| Chile | 5,250 | 5,300 | 2,080 | 1,900 | 190,000 |
| China | 1,820 | 1,800 | 12,000 | 12,000 | 41,000 |
| Congo (Kinshasa) | 2,930 | 3,300 | 2,170 | 2,500 | 80,000 |
| Germany | — | — | 609 | 630 | — |
| India | 27 | 30 | 509 | 510 | 2,200 |
| Indonesia | 907 | 1,100 | 225 | 350 | 21,000 |
| Japan | — | — | 1,490 | 1,600 | — |
| Kazakhstan | [e]740 | 740 | 458 | 470 | 20,000 |
| Korea, Republic of | — | — | 604 | 620 | — |
| Mexico | 699 | 700 | 509 | 350 | 53,000 |
| Peru | 2,760 | 2,600 | 403 | 390 | 100,000 |
| Poland | 395 | 410 | 592 | 590 | 34,000 |
| Russia | [e]890 | 930 | [e]1,000 | 960 | 80,000 |
| Zambia | 712 | 680 | 222 | 170 | 21,000 |
| Other countries | 3,020 | 2,700 | 2,460 | 2,500 | 180,000 |
| World total (rounded) | 22,600 | 23,000 | 27,000 | 27,000 | 980,000 |

**World Resources:**[6] The most recent U.S. Geological Survey assessment of global copper resources indicated that, as of 2015, identified resources contained 1.5 billion tons of unextracted copper (2.1 billion tons when past production of 0.6 billion tons is included) and undiscovered resources contained an estimated 3.5 billion tons of copper.[8]

**Substitutes:** Aluminum substitutes for copper in automobile radiators, cooling and refrigeration tube, electrical equipment, and power cable. Optical fiber substitutes for copper in telecommunications applications, and plastics substitute for copper in drain pipe, plumbing fixtures, and water pipe. Titanium and steel are used in heat exchangers.

---

[e]Estimated. — Zero.
[1]Copper converted to refined metal, alloys, and other forms by brass and wire-rod mills, foundries, refineries, and other manufacturers.
[2]Less than ½ unit.
[3]Primary refined production + copper recovered from old scrap + refined imports – refined exports ± adjustments for refined copper stock changes.
[4]Defined as refined imports – refined exports ± adjustments for refined copper stock changes.
[5]Primary refined production + copper from old and new scrap + refined imports – refined exports ± adjustments for refined copper stock changes.
[6]See Appendix C for resource and reserve definitions and information concerning data sources.
[7]For Australia, Joint Ore Reserves Committee-compliant or equivalent reserves were 27 million tons.
[8]Source: Hammarstrom, J.M., Zientek, M.L., Parks, H.L., Dicken, C.L., and the U.S. Geological Survey Global Copper Mineral Resource Assessment Team, 2019, Assessment of undiscovered copper resources of the world, 2015 (ver. 1.2, December 2021): U.S. Geological Survey Scientific Investigations Report 2018–5160, 619 p. (Accessed November 18, 2024, at https://doi.org/10.3133/sir20185160.)

# MOLYBDENUM

(Data in metric tons, molybdenum content, unless otherwise specified)

**Domestic Production and Use:** Total estimated U.S. mine production of molybdenum concentrate decreased by 3% to 33,000 tons of molybdenum content in 2024 compared with 34,000 tons in 2023. Molybdenum concentrate production at primary molybdenum mines continued at two operations in Colorado, and molybdenum concentrate production from mines where molybdenum was a byproduct continued at seven operations (four in Arizona and one each in Montana, Nevada, and Utah). Three roasting plants converted molybdenum concentrate to molybdic oxide, from which intermediate products, such as ferromolybdenum, metal powder, and various chemicals, were produced. Molybdenum is a refractory metallic element used principally as an alloying agent in cast iron, steel, and superalloys and is also used in numerous chemical applications, including catalysts, lubricants, and pigments.

| **Salient Statistics—United States:** | **2020** | **2021** | **2022** | **2023** | **2024**[e] |
|---|---|---|---|---|---|
| Production, mine | 51,100 | 41,100 | 34,600 | 34,000 | 33,000 |
| Imports for consumption total: | | | | | |
|   Ore and concentrates | 15,100 | 15,500 | 15,700 | 16,200 | 16,000 |
|   Primary products | 9,570 | 14,700 | 13,100 | 13,500 | 13,000 |
| Exports: | | | | | |
|   Ore and concentrates | 59,500 | 55,800 | 46,200 | 49,000 | 45,000 |
|   Primary products | 3,110 | 4,150 | 4,860 | 4,230 | 5,500 |
| Consumption: | | | | | |
|   Reported[1] | 15,800 | 16,100 | 15,800 | [e]16,000 | 16,000 |
|   Apparent[2] | 13,100 | 11,200 | 12,300 | 10,900 | 12,000 |
| Price, average, dollars per kilogram[3] | 19.19 | 35.62 | 41.72 | 54.32 | 47 |
| Stocks, consumer materials | 2,010 | 2,040 | 2,040 | [e]1,900 | 1,800 |
| Net import reliance[4] as a percentage of apparent consumption | E | E | E | E | E |

**Recycling:** Molybdenum is recycled as a component of catalysts, ferrous scrap, and superalloy scrap. Ferrous scrap consists of revert, new, and old scrap. Revert scrap refers to remnants manufactured in the steelmaking process. New scrap is generated by steel mill customers and recycled by scrap collectors and processors. Old scrap is largely molybdenum-bearing alloys recycled after serving their useful life. The amount of molybdenum recycled as part of new and old steel and other scrap may be as much as 30% of the apparent supply of molybdenum. There are no processes for the separate recovery and refining of secondary molybdenum from its alloys, but the molybdenum content of the recycled alloys is significant and is reused.

**Import Sources (2020–23):** Ferromolybdenum: Chile, 77%; Republic of Korea, 19%; United Kingdom, 3%; and other, 1%. Molybdenum ore and concentrates: Peru, 64%; Mexico, 18%; Chile, 12%; Canada, 5%; and other, 1%. Total: Peru, 35%; Chile, 34%; Mexico, 10%; Republic of Korea, 6%; and other, 15%.

| **Tariff:** Item | **Number** | **Normal Trade Relations**<br>**12–31–24** |
|---|---|---|
| Molybdenum ore and concentrates, roasted | 2613.10.0000 | 12.8¢/kg on molybdenum content + 1.8% ad valorem. |
| Molybdenum ore and concentrates, other | 2613.90.0000 | 17.8¢/kg on molybdenum content. |
| Molybdenum chemicals: | | |
|   Molybdenum oxides and hydroxides | 2825.70.0000 | 3.2% ad valorem. |
|   Molybdates of ammonium | 2841.70.1000 | 4.3% ad valorem. |
|   Molybdates, all others | 2841.70.5000 | 3.7% ad valorem. |
| Molybdenum pigments, molybdenum orange | 3206.20.0020 | 3.7% ad valorem. |
| Ferroalloys, ferromolybdenum | 7202.70.0000 | 4.5% ad valorem. |
| Molybdenum metals: | | |
|   Powders | 8102.10.0000 | 9.1¢/kg on molybdenum content + 1.2% ad valorem. |
|   Unwrought | 8102.94.0000 | 13.9¢/kg on molybdenum content + 1.9% ad valorem. |
|   Wrought bars and rods | 8102.95.3000 | 6.6% ad valorem. |
|   Wrought plates, sheets, strips, and so forth | 8102.95.6000 | 6.6% ad valorem. |
|   Wire | 8102.96.0000 | 4.4% ad valorem. |
|   Waste and scrap | 8102.97.0000 | Free. |
|   Other | 8102.99.0000 | 3.7% ad valorem. |

Prepared by **Désirée E. Polyak [(703) 648–4909, dpolyak@usgs.gov]**

# MOLYBDENUM

**Depletion Allowance:** 22% (domestic), 14% (foreign).

**Government Stockpile:** None.

**Events, Trends, and Issues:** In 2024, the estimated average U.S. molybdic oxide price decreased by 13% compared with that in 2023. Estimated U.S. total imports for consumption of molybdenum decreased slightly compared with those in 2023. Estimated U.S. total exports decreased by 5% compared with those in 2023. Estimated apparent consumption in 2023 increased by 11% compared with that in 2023. In 2024, a Canadian company announced plans to restart its idled Idaho molybdenum mine in the second half of 2027 as well as a progressive rampup to full capacity production at its molybdenum-processing facility in Pennsylvania. Estimated global molybdenum production in 2024 increased by 6% compared with that in 2023. In descending order of production, China, Peru, Chile, the United States, and Mexico provided 90% of total global production. Of the five major producers, only China and the United States produced molybdenum from both primary molybdenum mines and byproduct copper mines; the other countries produced molybdenum as a byproduct from copper mines. Declining ore grades at porphyry copper mines continued to affect molybdenum production. Several large porphyry copper mines are expected to reach end-of-life in the mid-2030s which will further affect future molybdenum supply. Molybdenum was expected to continue to have strong demand in global power generation and infrastructure projects as countries continue to prioritize clean energy to address climate change.

**World Mine Production and Reserves:** Reserves data for Canada, China, Mongolia, and Peru were revised based on company and Government reports.

|  | Mine production 2023 | Mine production 2024[e] | Reserves[5] (thousand metric tons) |
|---|---:|---:|---:|
| United States | 34,000 | 33,000 | 3,500 |
| Argentina | — | — | 100 |
| Armenia | [e]7,600 | 8,000 | 150 |
| Australia | 660 | 1,000 | [6]690 |
| Canada | 1,150 | 1,200 | 64 |
| Chile | 44,100 | 38,000 | 1,400 |
| China | [e]96,000 | 110,000 | 5,900 |
| Iran | [e]2,500 | 3,000 | 43 |
| Kazakhstan | 3,730 | 3,900 | 7 |
| Korea, North | [e]400 | 700 | NA |
| Korea, Republic of | 339 | 300 | 8 |
| Mexico | 17,500 | 17,000 | 130 |
| Mongolia | 3,160 | 3,100 | 10 |
| Peru | 33,500 | 41,000 | 1,900 |
| Russia | [e]1,700 | 1,700 | 1,100 |
| Uzbekistan | [e]1,700 | 1,700 | 21 |
| World total (rounded) | 248,000 | 260,000 | 15,000 |

**World Resources:**[5] Identified resources of molybdenum in the United States are about 5.4 million tons and, in the rest of the world, about 20 million tons. Molybdenum occurs as the principal metal sulfide in large low-grade porphyry molybdenum deposits and as an associated metal sulfide in low-grade porphyry copper deposits. Resources of molybdenum are adequate to supply world needs for the foreseeable future.

**Substitutes:** There is little substitution for molybdenum in its major application in steels and cast irons. In fact, because of the availability and versatility of molybdenum, industry has sought to develop new materials that benefit from its alloying properties. Potential substitutes include boron, chromium, niobium (columbium), and vanadium in alloy steels; tungsten in tool steels; graphite, tantalum, and tungsten for refractory materials in high-temperature electric furnaces; and cadmium-red, chrome-orange, and organic-orange pigments for molybdenum orange.

---

[e]Estimated. E Net exporter. NA Not available. — Zero.
[1]Reported consumption of primary products.
[2]Defined as production + imports – exports ± adjustments for all industry stock changes.
[3]U.S. molybdic oxide ($MoO_3$) price, 57% molybdenum content. Source: Argus Media Group, Argus Non-Ferrous Markets.
[4]Defined as imports – exports ± adjustments for industry stock changes.
[5]See Appendix C for resource and reserve definitions and information concerning data sources.
[6]For Australia, Joint Ore Reserves Committee-compliant or equivalent reserves were 250,000 tons.

**U.S. Geological Survey, Mineral Commodity Summaries, January 2025**

# RHENIUM

(Data in kilograms, rhenium content, unless otherwise specified)

**Domestic Production and Use:** During 2024, rhenium-containing products including ammonium perrhenate (APR), metal powder, and perrhenic acid were produced as byproducts from roasting molybdenum concentrates from porphyry copper-molybdenum deposits in Arizona and Montana. Total estimated U.S. primary production was approximately 9,500 kilograms in 2024, compared with 9,410 kilograms in 2023. The United States continued to be a leading producer of secondary rhenium, recovering rhenium from nickel-base superalloy scrap, spent oil-refining catalysts, and foundry revert. The major uses of rhenium were in superalloys used in high-temperature turbine engine components and in petroleum-reforming catalysts, representing an estimated 80% and 15%, respectively, of end uses. Bimetallic platinum-rhenium catalysts were used in petroleum reforming to produce high-octane hydrocarbons, which are used in the production of lead-free gasoline. Rhenium improves the high-temperature (>1,000 degrees Celsius) strength properties of some nickel-base superalloys. Rhenium alloys were used in crucibles, electrical contacts, electromagnets, electron tubes and targets, heating elements, ionization gauges, mass spectrographs, metallic coatings, semiconductors, temperature controls, thermocouples, vacuum tubes, and other applications.

| Salient Statistics—United States: | 2020 | 2021 | 2022 | 2023 | 2024[e] |
|---|---|---|---|---|---|
| Production[1] | 8,830 | 9,290 | 8,870 | 9,410 | 9,500 |
| Imports for consumption | | | | | |
|   Rhenium, unwrought and powders[2] | 15,900 | 15,900 | 11,900 | 10,200 | 13,000 |
|   Ammonium perrhenate[3] | 9,320 | 6,020 | 8,810 | 4,890 | 6,900 |
| Exports | — | — | 267 | 2,010 | 2,200 |
| Consumption, apparent[4] | 34,000 | 31,200 | 29,400 | 22,500 | 27,000 |
| Price, average value, gross weight, dollars per kilogram:[5] | | | | | |
|   Metal pellets, 99.99% pure | 1,030 | 977 | 1,120 | 1,070 | 1,370 |
|   Ammonium perrhenate | 1,090 | 866 | 911 | 920 | 1,270 |
| Employment, number | Small | Small | Small | Small | Small |
| Net import reliance[6] as a percentage of apparent consumption | 74 | 70 | 70 | 58 | 65 |

**Recycling:** Nickel-base superalloy scrap and scrapped turbine blades and vanes continued to be recycled hydrometallurgically to produce rhenium metal for use in new superalloy melts. The scrapped parts also were processed to generate engine revert—a high-quality, lower cost superalloy meltstock—by an increasing number of companies, mainly in Canada, Estonia, France, Germany, Japan, Poland, Russia, and the United States. Rhenium-containing catalysts also were recycled. The rhenium recycled from spent catalysts was either returned to the oil companies or to the catalyst producer for production of new catalysts in what is considered a closed-loop system.

**Import Sources (2020–23):** Ammonium perrhenate: Kazakhstan, 26%; Canada, 24%; Poland, 15%; and other, 35%. Rhenium metal powder: Chile, 62%; Germany, 15%; Canada, 12%; Poland, 7%; and other, 4%. Total imports: Chile, 44%; Canada, 16%; Germany, 13%; Poland, 10%; and other, 17%.

| Tariff: | Item | Number | Normal Trade Relations 12–31–24 |
|---|---|---|---|
| | Salts of peroxometallic acids, other, ammonium perrhenate | 2841.90.2000 | 3.1% ad valorem. |
| | Rhenium, unwrought, waste and scrap | 8112.41.1000 | Free. |
| | Rhenium, unwrought, powders | 8112.41.5000 | 3% ad valorem. |
| | Rhenium, other | 8112.49.0000 | 4% ad valorem. |
| | Rhenium (and other metals), wrought | 8112.99.9100 | 4% ad valorem. |

**Depletion Allowance:** 14% (domestic and foreign).

**Government Stockpile:** None.

Prepared by **Désirée E. Polyak [(703) 648–4909, dpolyak@usgs.gov]**

# RHENIUM

**Events, Trends, and Issues:** In 2024, the estimated price for catalytic-grade APR averaged $1,270 per kilogram, 38% more than the annual average price of $920 per kilogram in 2023. The estimated rhenium metal pellet price averaged $1,370 per kilogram in 2024, a 28% increase from the annual average price of $1,070 per kilogram in 2023.

In 2024, apparent consumption in the United States was about 20% more than that in 2023. During 2024, the United States continued to rely on imports for much of its supply of rhenium. Canada, Chile, Germany, Kazakhstan, and Poland supplied most of the imported rhenium. Imports of APR increased by an estimated 41% in 2024 compared with those in 2023. Imports of rhenium metal increased by an estimated 25% in 2024 compared with those in 2023. Estimated world rhenium production in 2024 was 62,000 kilograms compared with 62,600 kilograms in 2023.

The United States and Germany continued to be the leading secondary rhenium producers. Secondary rhenium production also took place in Canada, Estonia, France, Japan, Poland, and Russia. Available information was insufficient to make U.S. secondary production estimates; however, industry sources estimated that U.S. capacity was between 18,000 and 20,000 kilograms per year of rhenium. Industry sources estimated that approximately 25,000 kilograms of secondary rhenium was produced worldwide in 2024.

**World Mine Production and Reserves:**

|  | Mine production[e, 7] | | Reserves[8] |
|---|---:|---:|---:|
|  | **2023** | **2024** |  |
| United States | 9,410 | 9,500 | 400,000 |
| Armenia | 210 | 200 | 95,000 |
| Chile[9] | 30,000 | 29,000 | 1,300,000 |
| China | 5,300 | 5,300 | 19,000 |
| Kazakhstan | 500 | 500 | 190,000 |
| Korea, Republic of | 2,800 | 3,000 | NA |
| Poland | 9,380 | 9,400 | NA |
| Russia | NA | NA | 310,000 |
| Uzbekistan | 5,000 | 5,000 | NA |
| World total (rounded) | 62,600 | 62,000 | Large |

**World Resources:**[8] Most rhenium occurs with molybdenum in porphyry copper deposits. Identified U.S. resources are estimated to be about 7 million kilograms. Rhenium also is associated with copper minerals in sedimentary deposits in Armenia, Kazakhstan, Poland, Russia, and Uzbekistan, where ore is processed for copper recovery and the rhenium-bearing residues are recovered at copper smelters.

**Substitutes:** Substitutes for rhenium in platinum-rhenium catalysts are continually being evaluated; one such application using iridium and tin has achieved commercial success. Other metals being evaluated for catalytic use include gallium, germanium, indium, selenium, silicon, tungsten, and vanadium. The use of these and other metals in bimetallic catalysts might decrease rhenium's share of the existing catalyst market; however, this would likely be offset by rhenium-bearing catalysts being considered for use in several proposed gas-to-liquid projects. Materials that can substitute for rhenium in various end uses are as follows: cobalt and tungsten for coatings on copper X-ray targets, rhodium and rhodium-iridium for high-temperature thermocouples, tungsten and platinum-ruthenium for coatings on electrical contacts, and tungsten and tantalum for electron emitters.

---

[e]Estimated. NA Not available. — Zero.
[1]Based on 80% recovery of estimated rhenium contained in molybdenum disulfide concentrates. Secondary rhenium production not included.
[2]Includes data for the following Harmonized Tariff Schedule of the United States (HTS) codes: 8112.92.5000 (2020–21) and 8112.41.5000 and 8112.49.0000 (2022–24). Does not include wrought forms or waste and scrap.
[3]The rhenium content of ammonium perrhenate is 69.42%.
[4]Defined as production + imports – exports.
[5]Average price per kilogram of rhenium in pellets or catalytic-grade ammonium perrhenate. Source: Argus Media Group, Argus Non-Ferrous Markets.
[6]Defined as imports – exports.
[7]Estimated amount of rhenium recovered in association with copper and molybdenum production. Secondary rhenium production not included.
[8]See Appendix C for resource and reserve definitions and information concerning data sources.
[9]Estimated rhenium recovered from roaster residues from Belgium, Chile, Mexico, and Peru.

**U.S. Geological Survey, Mineral Commodity Summaries, January 2025**