# EXHIBIT B

| ATTRIBUTE | SYSTEM | SYSTEM_NAME | SYSTEM_DEFINITION | CLASS | CLASS_NAME | CLASS DEFINITION | SUBCLASS | SUBCLASS_NAME | SUBCLASS_DEFINITION | SPLIT_CLASS | SPLIT_CLASS_NAME | SPLIT_CLASS_DEFINITION | SPLIT_SUBCLASS | SPLIT_SUBCLASS_NAME | SPLIT_SUBCLASS_DEFINITION | WATER_REGIME | WATER_REGIME_NAME | WATER_REGIME_SUBGROUP | WATER_REGIME_DEFINITION | MODIFIER1 | MODIFIER1_NAME | MODIFIER1_GROUP | MODIFIER1_SUBGROUP | MODIFIER1_DEFINITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PABH | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | AB | Aquatic Bed | Includes wetlands and deepwater habitats dominated by plants that grow principally on or below the surface of the water for most of the growing season in most years. | | | | | | | | | | H | Permanently Flooded | Nontidal | Water covers the substrate throughout the year in all years. | | | | | |
| PEM | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | | | | | | | | | | | | | | | | | | |
| PEM1/2F | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 2 | Non persistent | Wetlands in this subclass are dominated by plants which fall to the surface of the substrate or below the surface of the water at the end of the growing season so that, at certain seasons of the year, there is no obvious sign of emergent vegetation. | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | | | | | |
| PEM1/ML1B | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | ML | Moss-Lichen | Includes areas where mosses or lichens cover substrates other than rock. This class is found in the northern regions of the conterminous U.S. and Alaska. | 1 | Moss | Moss wetlands are most abundant in the far north. These areas covered with peat mosses are usually called bogs. | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | | | | | |
| PEM1/ML1C | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | ML | Moss-Lichen | Includes areas where mosses or lichens cover substrates other than rock. This class is found in the northern regions of the conterminous U.S. and Alaska. | 1 | Moss | Moss wetlands are most abundant in the far north. These areas covered with peat mosses are usually called bogs. | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | | |
| PEM1/ML1Cb | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | ML | Moss-Lichen | Includes areas where mosses or lichens cover substrates other than rock. This class is found in the northern regions of the conterminous U.S. and Alaska. | 1 | Moss | Moss wetlands are most abundant in the far north. These areas covered with peat mosses are usually called bogs. | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | b | Beaver | Special Modifier | | These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PEM1/SS1A | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | A | Temporary Flooded | Nontidal | Surface water is present for brief periods (from a few days to a few weeks) during the growing season, but the water table usually lies well below the ground surface for the most of the season. | | | | | |
| PEM1/SS1B | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | | | | | |
| PEM1/SS1C | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | | |
| PEM1A | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | | | | | | | A | Temporary Flooded | Nontidal | Surface water is present for brief periods (from a few days to a few weeks) during the growing season, but the water table usually lies well below the ground surface for the most of the season. | | | | | |
| PEM1B | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | | | | | | | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | | | | | |
| PEM1Bb | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | | | | | | | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | b | Beaver | Special Modifier | | These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PEM1C | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | | | | | | | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | | |
| PEM1Cb | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | | | | | | | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | b | Beaver | Special Modifier | | These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |

| Code | System | System Description | Class | Class Name | Subclass Description | Subclass | Subclass Name | Subclass Description 2 | Dominance | Dominance Name | Dominance Description | Water Regime | Water Regime Name | Tidal | Surface Water Description | Mod | Modifier | Modifier Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PEM1F | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | | | |
| PEM1Fb | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | b | Beaver | Special Modifier: These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PEM2F | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 2 | Non persistent | Wetlands in this subclass are dominated by plants which fall to the surface of the substrate or below the surface of the water at the end of the growing season so that, at certain seasons of the year, there is no obvious sign of emergent vegetation. | | | | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | | | |
| PEM2Fb | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 2 | Non persistent | Wetlands in this subclass are dominated by plants which fall to the surface of the substrate or below the surface of the water at the end of the growing season so that, at certain seasons of the year, there is no obvious sign of emergent vegetation. | | | | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | b | Beaver | Special Modifier: These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PSS1/3B | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 3 | Broad-Leaved Evergreen | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that generally remain green and are usually persistent for a year or more; e.g. red mangrove (Rhizophora mangle). | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | | | |
| PSS1/3C | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 3 | Broad-Leaved Evergreen | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that generally remain green and are usually persistent for a year or more; e.g. red mangrove (Rhizophora mangle). | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | |
| PSS1/EM1A | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | A | Temporary Flooded | Nontidal | Surface water is present for brief periods (from a few days to a few weeks) during the growing season, but the water table usually lies well below the ground surface for the most of the season. | | | |
| PSS1/EM1B | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | | | |
| PSS1/EM1C | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | |
| PSS1/EM1Cb | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | b | Beaver | Special Modifier: These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PSS1/EM1F | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | | | |
| PSS1/EM1Fb | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | b | Beaver | Special Modifier: These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |

| Code | System | System Description | Subclass | Subclass Name | Subclass Description | Subclass2 | Subclass2 Name | Subclass2 Description | Water Regime Code | Water Regime | Water Regime Description | Tidal | Water Regime Detail | Mod | Modifier | Modifier Type | Modifier Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PSS1/ML1B | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | ML | Moss-Lichen | Includes areas where mosses or lichens cover substrates other than rock. This class is found in the northern regions of the conterminous U.S. and Alaska. | 1 | Moss | Moss wetlands are most abundant in the far north. These areas covered with peat mosses are usually called bogs. | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | | | | |
| PSS1A | P | Palustrine | (same as above) | SS | Scrub-Shrub | (same) | 1 | Broad-Leaved Deciduous | (same) | | | | | | A | Temporary Flooded | Nontidal | Surface water is present for brief periods (from a few days to a few weeks) during the growing season, but the water table usually lies well below the ground surface for the most of the season. | | | | |
| PSS1Ab | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 1 | Broad-Leaved Deciduous | (same) | | | | | | A | Temporary Flooded | Nontidal | Surface water is present for brief periods (from a few days to a few weeks) during the growing season, but the water table usually lies well below the ground surface for the most of the season. | b | Beaver | Special Modifier | These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PSS1B | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 1 | Broad-Leaved Deciduous | (same) | | | | | | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | | | | |
| PSS1Bb | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 1 | Broad-Leaved Deciduous | (same) | | | | | | B | Seasonally Saturated | Nontidal | (same as PSS1B) | b | Beaver | Special Modifier | These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PSS1C | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 1 | Broad-Leaved Deciduous | (same) | | | | | | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | |
| PSS1Cb | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 1 | Broad-Leaved Deciduous | (same) | | | | | | C | Seasonally Flooded | Nontidal | (same as PSS1C) | b | Beaver | Special Modifier | These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PSS3/1B | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 3 | Broad-Leaved Evergreen | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that generally remain green and are usually persistent for a year or more; e.g. red mangrove (Rhizophora mangle). | SS | Scrub-Shrub | Includes areas dominated by woody vegetation less than 6 m (20 feet) tall. The species include true shrubs, young trees (saplings), and trees or shrubs that are small or stunted because of environmental conditions. | 1 | Broad-Leaved Deciduous | Woody angiosperms (trees or shrubs) with relatively wide, flat leaves that are shed during the cold or dry season; e.g., black ash (Fraxinus nigra). | B | Seasonally Saturated | Nontidal | The substrate is saturated at or near the surface for extended periods during the growing season, but unsaturated conditions prevail by the end of the season in most years. Surface water is typically absent, but may occur for a few days after heavy rain and upland runoff. | | | | |
| PSS3/1C | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 3 | Broad-Leaved Evergreen | (same) | SS | Scrub-Shrub | (same) | 1 | Broad-Leaved Deciduous | (same) | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | |
| PSS3/EM1B | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 3 | Broad-Leaved Evergreen | (same) | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | B | Seasonally Saturated | Nontidal | (same) | | | | |
| PSS3/EM1C | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 3 | Broad-Leaved Evergreen | (same) | EM | Emergent | (same) | 1 | Persistent | (same) | C | Seasonally Flooded | Nontidal | (same) | | | | |
| PSS3/USC | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 3 | Broad-Leaved Evergreen | (same) | US | Unconsolidated Shore | Includes all wetland habitats having two characteristics: (1) unconsolidated substrates with less than 75 percent areal cover of stones, boulders or bedrock and; (2) less than 30 percent areal cover of vegetation. Landforms such as beaches, bars, and flats are included in the Unconsolidated Shore class. | | | | C | Seasonally Flooded | Nontidal | (same) | | | | |
| PSS3B | P | Palustrine | (same) | SS | Scrub-Shrub | (same) | 3 | Broad-Leaved Evergreen | (same) | | | | | | B | Seasonally Saturated | Nontidal | (same) | | | | |

| Code | System | System Description | Subsystem | Subsystem Description | Class | Class Description | Subclass | Subclass Description | Dominance | Dominance Description | Water Regime | Water Regime Name | Tidal | Water Regime Description | Modifier | Modifier Name | Modifier Type | Modifier Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PUBF | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | | | UB | Unconsolidated Bottom | Includes all wetlands and deepwater habitats with at least 25% cover of particles smaller than stones (less than 6-7 cm), and a vegetative cover less than 30%. | | | | | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | | | | |
| PUBH | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | | | UB | Unconsolidated Bottom | Includes all wetlands and deepwater habitats with at least 25% cover of particles smaller than stones (less than 6-7 cm), and a vegetative cover less than 30%. | | | | | H | Permanently Flooded | Nontidal | Water covers the substrate throughout the year in all years. | | | | |
| PUBHb | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | | | UB | Unconsolidated Bottom | Includes all wetlands and deepwater habitats with at least 25% cover of particles smaller than stones (less than 6-7 cm), and a vegetative cover less than 30%. | | | | | H | Permanently Flooded | Nontidal | Water covers the substrate throughout the year in all years. | b | Beaver | Special Modifier | These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| PUS/EM1C | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | | | US | Unconsolidated Shore | Includes all wetland habitats having two characteristics: (1) unconsolidated substrates with less than 75 percent areal cover of stones, boulders or bedrock and; (2) less than 30 percent areal cover of vegetation. Landforms such as beaches, bars, and flats are included in the Unconsolidated Shore class. | EM | Emergent | Characterized by erect, rooted, herbaceous hydrophytes, excluding mosses and lichens. This vegetation is present for most of the growing season in most years. These wetlands are usually dominated by perennial plants. | 1 | Persistent | Dominated by species that normally remain standing at least until the beginning of the next growing season. This subclass is found only in the Estuarine and Palustrine systems. | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | |
| PUSA | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | | | US | Unconsolidated Shore | Includes all wetland habitats having two characteristics: (1) unconsolidated substrates with less than 75 percent areal cover of stones, boulders or bedrock and; (2) less than 30 percent areal cover of vegetation. Landforms such as beaches, bars, and flats are included in the Unconsolidated Shore class. | | | | | A | Temporary Flooded | Nontidal | Surface water is present for brief periods (from a few days to a few weeks) during the growing season, but the water table usually lies well below the ground surface for the most of the season. | | | | |
| PUSC | P | Palustrine | The Palustrine System includes all nontidal wetlands dominated by trees, shrubs, persistent emergents, emergent mosses or lichens, and all such wetlands that occur in tidal areas where salinity due to ocean-derived salts is below 0.5 ppt. It also includes wetlands lacking such vegetation, but with all of the following four characteristics: (1) area less than 8 ha (20 acres); (2) active wave-formed or bedrock shoreline features lacking; (3) water depth in the deepest part of basin less than 2.5 m (8.2 ft) at low water; and (4) salinity due to ocean-derived salts less than 0.5 ppt. | | | US | Unconsolidated Shore | Includes all wetland habitats having two characteristics: (1) unconsolidated substrates with less than 75 percent areal cover of stones, boulders or bedrock and; (2) less than 30 percent areal cover of vegetation. Landforms such as beaches, bars, and flats are included in the Unconsolidated Shore class. | | | | | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | |
| R3UBF | R | Riverine | The Riverine System includes all wetlands and deepwater habitats contained within a channel, with two exceptions: (1) wetlands dominated by trees, shrubs, persistent emergents, emergent mosses, or lichens, and (2) habitats with water containing ocean-derived salts of 0.5 ppt or greater. A channel is an open conduit either naturally or artificially created which periodically or continuously contains moving water, or which forms a connecting link between two bodies of standing water. | This Subsystem is characterized by a high gradient. There is no tidal influence, and some water flows all year, except during years of extreme drought. The substrate consists of rock, cobbles, or gravel with occasional patches of sand. The natural dissolved oxygen concentration is normally near saturation. The fauna is characteristic of running water, and there are few or no planktonic forms. The gradient is high compared with that of the Lower Perennial Subsystem, and there is very little floodplain development. | UB | Unconsolidated Bottom | Includes all wetlands and deepwater habitats with at least 25% cover of particles smaller than stones (less than 6-7 cm), and a vegetative cover less than 30%. | | | | | F | Semipermanently Flooded | Nontidal | Surface water persists throughout the growing season in most years. When surface water is absent, the water table is usually at or very near the land surface. | | | | |
| R3UBH | R | Riverine | The Riverine System includes all wetlands and deepwater habitats contained within a channel, with two exceptions: (1) wetlands dominated by trees, shrubs, persistent emergents, emergent mosses, or lichens, and (2) habitats with water containing ocean-derived salts of 0.5 ppt or greater. A channel is an open conduit either naturally or artificially created which periodically or continuously contains moving water, or which forms a connecting link between two bodies of standing water. | This Subsystem is characterized by a high gradient. There is no tidal influence, and some water flows all year, except during years of extreme drought. The substrate consists of rock, cobbles, or gravel with occasional patches of sand. The natural dissolved oxygen concentration is normally near saturation. The fauna is characteristic of running water, and there are few or no planktonic forms. The gradient is high compared with that of the Lower Perennial Subsystem, and there is very little floodplain development. | UB | Unconsolidated Bottom | Includes all wetlands and deepwater habitats with at least 25% cover of particles smaller than stones (less than 6-7 cm), and a vegetative cover less than 30%. | | | | | H | Permanently Flooded | Nontidal | Water covers the substrate throughout the year in all years. | | | | |
| R3UBHb | R | Riverine | The Riverine System includes all wetlands and deepwater habitats contained within a channel, with two exceptions: (1) wetlands dominated by trees, shrubs, persistent emergents, emergent mosses, or lichens, and (2) habitats with water containing ocean-derived salts of 0.5 ppt or greater. A channel is an open conduit either naturally or artificially created which periodically or continuously contains moving water, or which forms a connecting link between two bodies of standing water. | This Subsystem is characterized by a high gradient. There is no tidal influence, and some water flows all year, except during years of extreme drought. The substrate consists of rock, cobbles, or gravel with occasional patches of sand. The natural dissolved oxygen concentration is normally near saturation. The fauna is characteristic of running water, and there are few or no planktonic forms. The gradient is high compared with that of the Lower Perennial Subsystem, and there is very little floodplain development. | UB | Unconsolidated Bottom | Includes all wetlands and deepwater habitats with at least 25% cover of particles smaller than stones (less than 6-7 cm), and a vegetative cover less than 30%. | | | | | H | Permanently Flooded | Nontidal | Water covers the substrate throughout the year in all years. | b | Beaver | Special Modifier | These wetlands have been created or modified by beaver (Castor canadensis). Dam building by beaver may increase the size of existing wetlands or create small impoundments that are easily identified on aerial imagery. Such flooding frequently creates Dead Forested or Dead Scrub-Shrub Wetland initially, followed in a few years by Aquatic Bed and Emergent Wetland. |
| R3USC | R | Riverine | The Riverine System includes all wetlands and deepwater habitats contained within a channel, with two exceptions: (1) wetlands dominated by trees, shrubs, persistent emergents, emergent mosses, or lichens, and (2) habitats with water containing ocean-derived salts of 0.5 ppt or greater. A channel is an open conduit either naturally or artificially created which periodically or continuously contains moving water, or which forms a connecting link between two bodies of standing water. | This Subsystem is characterized by a high gradient. There is no tidal influence, and some water flows all year, except during years of extreme drought. The substrate consists of rock, cobbles, or gravel with occasional patches of sand. The natural dissolved oxygen concentration is normally near saturation. The fauna is characteristic of running water, and there are few or no planktonic forms. The gradient is high compared with that of the Lower Perennial Subsystem, and there is very little floodplain development. | US | Unconsolidated Shore | Includes all wetland habitats having two characteristics: (1) unconsolidated substrates with less than 75 percent areal cover of stones, boulders or bedrock and; (2) less than 30 percent areal cover of vegetation. Landforms such as beaches, bars, and flats are included in the Unconsolidated Shore class. | | | | | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | |
| R4SBC | R | Riverine | The Riverine System includes all wetlands and deepwater habitats contained within a channel, with two exceptions: (1) wetlands dominated by trees, shrubs, persistent emergents, emergent mosses, or lichens, and (2) habitats with water containing ocean-derived salts of 0.5 ppt or greater. A channel is an open conduit either naturally or artificially created which periodically or continuously contains moving water, or which forms a connecting link between two bodies of standing water. | This Subsystem includes channels that contain flowing water only part of the year. When the water is not flowing, it may remain in isolated pools or surface water may be absent. | SB | Streambed | Includes all wetlands contained within the Intermittent Subsystem of the Riverine System and all channels of the Estuarine System or of the Tidal Subsystem of the Riverine System that are completely dewatered at low tide. | | | | | C | Seasonally Flooded | Nontidal | Surface water is present for extended periods especially early in the growing season, but is absent by the end of the growing season in most years. The water table after flooding ceases is variable, extending from saturated to the surface to a water table well below the ground surface. | | | | |