# EXHIBIT C

# The United States of America

*To all to whom these presents shall come, Greeting:*

## Patent

AA-21621

This Patent is issued by the UNITED STATES, Department of the Interior, Bureau of Land Management, 222 West Seventh Avenue, #13, Anchorage, Alaska 99513-7599, as GRANTOR, to the State of Alaska, Department of Natural Resources, Division of Mining, Land and Water, 550 West Seventh Avenue, Suite 1050A, Anchorage, Alaska 99501-3579, as GRANTEE, for lands in the Iliamna Recording District.

WHEREAS

State of Alaska

is entitled to a Land Patent pursuant to Section 6(b) of the Alaska Statehood Act of July 7, 1958, Pub. L. 85-508, 72 Stat. 339, as amended, for the following described lands:

Seward Meridian, Alaska

T. 3 S., R. 35 W.,
  Tract A.

Containing 22,758.53 acres, as shown on the plat of survey officially filed December 8, 2006.

  NOW KNOW YE, that there is, therefore, granted by the UNITED STATES, unto the above-named claimant the land above described; TO HAVE AND TO HOLD the said land with all the rights, privileges, immunities, and appurtenances, of whatsoever nature, thereunto belonging, unto the said claimant, forever.

Patent No. 50-2007-0143

Page 1 of 2

AA-21621

EXCEPTING AND RESERVING TO THE UNITED STATES, a right-of-way thereon for ditches or canals constructed by the authority of the United States. Act of August 30, 1890, 43 U.S.C. 945.

IN TESTIMONY WHEREOF, the undersigned authorized officer of the Bureau of Land Management, in accordance with the provisions of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the United States, caused these letters to be made Patent, and the Seal of the Bureau to be hereunto affixed.

GIVEN under my hand, in Anchorage, Alaska, the SIXTEENTH day of JANUARY in the year of our Lord two thousand and **SEVEN** and of the Independence of the United States the two hundred AND THIRTY-FIRST.

By /s/ Richard Thwaites
Richard Thwaites
Chief, Branch of Land Transfer Services

Location Index for Recording Information:
T. 3 S., R. 35 W., SM
Tract A: Secs. 1 to 36, inclusive

Return Recorded Document to:

Patent No. 50-2007-0143

Page 2 of 2