# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> BRISTOL BAY NATIVE ASSOCIATE, INC., *et al.*, <br><br> Intervenor-Defendants, <br> STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> and <br><br> TROUT UNLIMITED, *et al.*, <br><br> Intervenor-Defendants, | Case No. 3:24-cv-00059-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE <br><br><br><br><br><br><br><br><br><br><br><br> Case No. 3:24-cv-00084-SLG <br><br> CONSOLIDATED |

| | |
|---|---|
| ILIAMNA NATIVES, LTD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, <br><br> Intervenor-Defendants, | Case No. 3:24-cv-00132-SLG <br><br> CONSOLIDATED |

**PROPOSED ORDER GRANTING JUDICIAL NOTICE**

THIS MATTER having come before the Court upon Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's (collectively, "PLP") Motion for Judicial Notice ("Motion"), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The Court will take notice of the facts and documents as proposed by PLP.

Dated this \_\_\_\_ day of _____, 2025.

BY THE COURT:

_____
United States District Court Judge
