# EXHIBIT A

 

# Appendix A – MINERAL CLAIMS

### PEBBLE EAST CLAIMS

| ADL # | CLAIM NAME |
|---|---|
| 552871 | SOUTH PEBBLE 113 |
| 552872 | SOUTH PEBBLE 114 |
| 552873 | SOUTH PEBBLE 115 |
| 552931 | KAK 1 |
| 552932 | KAK 2 |
| 552933 | KAK 3 |
| 552936 | KAK 6 |
| 552937 | KAK 7 |
| 552938 | KAK 8 |
| 552939 | KAK 9 |
| 552940 | KAK 10 |
| 552941 | KAK 11 |
| 552948 | KAK 18 |
| 552949 | KAK 19 |
| 552950 | KAK 20 |
| 552951 | KAK 21 |
| 552952 | KAK 22 |
| 552953 | KAK 23 |
| 552954 | KAK 24 |
| 552955 | KAK 25 |
| 552959 | KAK 29 |
| 552960 | KAK 30 |
| 552961 | KAK 31 |
| 552962 | KAK 32 |
| 552963 | KAK 33 |
| 552964 | KAK 34 |
| 552965 | KAK 35 |
| 552966 | KAK 36 |
| 552967 | KAK 37 |
| 552968 | KAK 38 |
| 552969 | KAK 39 |
| 552970 | KAK 40 |
| 552971 | KAK 41 |
| 552972 | KAK 42 |
| 552973 | KAK 43 |
| 552974 | KAK 44 |
| 552975 | KAK 45 |
| 552976 | KAK 46 |
| 552977 | KAK 47 |
| 552978 | KAK 48 |
| 552979 | KAK 49 |
| 552980 | KAK 50 |
| 552981 | KAK 51 |
| 552982 | KAK 52 |
| 552983 | KAK 53 |
| 552984 | KAK 54 |
| 552985 | KAK 55 |
| 552986 | KAK 56 |
| 552987 | KAK 57 |
| 552988 | KAK 58 |
| 552989 | KAK 59 |
| 552990 | KAK 60 |
| 552991 | KAK 61 |
| 552992 | KAK 62 |
| 552993 | KAK 63 |
| 552994 | KAK 64 |
| 552995 | KAK 65 |
| 552996 | KAK 66 |
| 552997 | KAK 67 |
| 552998 | KAK 68 |
| 552999 | KAK 69 |
| 553000 | KAK 70 |
| 553001 | KAK 71 |
| 553002 | KAK 72 |
| 553003 | KAK 73 |
| 553004 | KAK 74 |
| 553005 | KAK 75 |
| 553006 | KAK 76 |
| 553007 | KAK 77 |
| 553008 | KAK 78 |
| 553009 | KAK 79 |
| 553010 | KAK 80 |

| ADL # | CLAIM NAME |
|---|---|
| 553011 | KAK 81 |
| 553012 | KAK 82 |
| 553013 | KAK 83 |
| 553014 | KAK 84 |
| 553015 | KAK 85 |
| 553016 | KAK 86 |
| 553017 | KAK 87 |
| 553018 | KAK 88 |
| 553019 | KAK 89 |
| 553500 | PEBA 74 |
| 553501 | PEBA 75 |
| 553502 | PEBA 76 |
| 553517 | PEBA 91 |
| 553518 | PEBA 92 |
| 553519 | PEBA 93 |
| 553522 | PEBA 96 |
| 553523 | PEBA 97 |
| 553524 | PEBA 98 |
| 553525 | PEBA 99 |
| 553526 | PEBA 100 |
| 553527 | PEBA 101 |
| 553528 | PEBA 102 |
| 553529 | PEBA 103 |
| 553530 | PEBA 104 |
| 553531 | PEBA 105 |
| 553532 | PEBA 106 |
| 553533 | PEBA 107 |
| 553534 | PEBA 108 |
| 553535 | PEBA 109 |
| 553536 | PEBA 110 |
| 553537 | PEBA 111 |
| 553538 | PEBA 112 |
| 553539 | PEBB 1 |
| 553540 | PEBB 2 |
| 553541 | PEBB 3 |
| 553542 | PEBB 4 |
| 553543 | PEBB 5 |
| 553544 | PEBB 6 |
| 553545 | PEBB 7 |
| 553546 | PEBB 8 |
| 553547 | PEBB 9 |
| 553548 | PEBB 10 |
| 553549 | PEBB 11 |
| 553550 | PEBB 12 |
| 553551 | PEBB 13 |
| 553552 | PEBB 14 |
| 553553 | PEBB 15 |
| 553554 | PEBB 16 |
| 553555 | PEBB 17 |
| 553556 | PEBB 18 |
| 553557 | PEBB 19 |
| 553558 | PEBB 20 |
| 553559 | PEBB 21 |
| 553560 | PEBB 22 |
| 553561 | PEBB 23 |
| 553562 | PEBB 24 |
| 553563 | PEBB 25 |
| 553564 | PEBB 26 |
| 553565 | PEBB 27 |
| 553566 | PEBB 28 |
| 553567 | PEBB 29 |
| 553568 | PEBB 30 |
| 553569 | PEBB 31 |
| 553570 | PEBB 32 |
| 553571 | PEBB 33 |
| 553572 | PEBB 34 |
| 553573 | PEBB 35 |
| 553574 | PEBB 36 |
| 553575 | PEBB 37 |
| 553576 | PEBB 38 |
| 553577 | PEBB 39 |
| 553578 | PEBE 1 |

| ADL # | CLAIM NAME |
|---|---|
| 553579 | PEBE 2 |
| 553580 | PEBE 3 |
| 553581 | PEBE 4 |
| 553582 | PEBE 5 |
| 553583 | PEBE 6 |
| 553584 | PEBE 7 |
| 553585 | PEBE 8 |
| 553586 | PEBE 9 |
| 553587 | PEBE 10 |
| 553589 | PEBF 2 |
| 553590 | PEBF 3 |
| 553591 | PEBF 4 |
| 553592 | PEBF 5 |
| 553593 | PEBF 6 |
| 553595 | PEBF 8 |
| 553596 | PEBF 9 |
| 553597 | PEBF 10 |
| 553598 | PEBF 11 |
| 553599 | PEBF 12 |
| 553600 | PEBF 13 |
| 553602 | PEBF 15 |
| 553603 | PEBF 16 |
| 553604 | PEBF 17 |
| 553605 | PEBF 18 |
| 553606 | PEBF 19 |
| 553607 | PEBF 20 |
| 553615 | SILL 6155 |
| 553616 | SILL 6156 |
| 553617 | SILL 6256 |
| 638779 | PEB 1 |
| 638780 | PEB 2 |
| 638781 | PEB 3 |
| 638782 | PEB 4 |
| 638783 | PEB 5 |
| 638784 | PEB 6 |
| 638785 | PEB 7 |
| 638786 | PEB 8 |
| 638791 | PEB 13 |
| 638792 | PEB 14 |
| 638793 | PEB 15 |
| 638794 | PEB 16 |
| 638795 | PEB 17 |
| 638796 | PEB 18 |
| 638797 | PEB 19 |
| 638798 | PEB 20 |
| 638799 | PEB 21 |
| 638800 | PEB 22 |
| 638801 | PEB 23 |
| 638802 | PEB 24 |
| 638807 | PEB 29 |
| 638808 | PEB 30 |
| 638809 | PEB 31 |
| 638810 | PEB 32 |
| 638811 | PEB 33 |
| 638812 | PEB 34 |
| 638813 | PEB 35 |
| 638814 | PEB 36 |
| 638815 | PEB 37 |
| 638816 | PEB 38 |
| 638821 | PEB 43 |
| 638822 | PEB 44 |
| 638823 | PEB 45 |
| 638824 | PEB 46 |
| 638825 | PEB 47 |
| 638826 | PEB 48 |
| 638827 | PEB 49 |
| 638828 | PEB 50 |
| 638829 | PEB 51 |
| 638830 | PEB 52 |
| 638835 | PEB 57 |
| 638836 | PEB 58 |
| 638837 | PEB 59 |

| ADL # | CLAIM NAME |
|---|---|
| 638838 | PEB 60 |
| 638839 | PEB 61 |
| 638840 | PEB 62 |
| 638841 | PEB 63 |
| 638842 | PEB 64 |
| 638843 | PEB 65 |
| 638844 | PEB 66 |
| 638850 | PEB 72 |
| 638851 | PEB 73 |
| 638852 | PEB 74 |
| 638853 | PEB 75 |
| 638854 | PEB 76 |
| 638855 | PEB 77 |
| 638856 | PEB 78 |
| 638857 | PEB 79 |
| 638858 | PEB 80 |
| 638865 | PEB 87 |
| 638866 | PEB 88 |
| 638867 | PEB 89 |
| 638868 | PEB 90 |
| 638869 | PEB 91 |
| 638870 | PEB 92 |
| 638871 | PEB 93 |
| 638872 | PEB 94 |
| 638873 | PEB 95 |
| 638874 | PEB 96 |
| 638875 | PEB 97 |
| 638886 | PEB 108 |
| 638887 | PEB 109 |
| 638888 | PEB 110 |
| 638889 | PEB 111 |
| 638890 | PEB 112 |
| 638891 | PEB 113 |
| 638892 | PEB 114 |
| 638893 | PEB 115 |
| 640061 | PEB N-1 |
| 640062 | PEB N-2 |
| 640063 | PEB N-3 |
| 640064 | PEB N-4 |
| 640065 | PEB N-5 |
| 640066 | PEB N-6 |
| 640067 | PEB N-7 |
| 640068 | PEB N-8 |
| 640069 | PEB N-9 |
| 640070 | PEB N-10 |
| 640071 | PEB N-11 |
| 640072 | PEB N-12 |
| 640073 | PEB N-13 |
| 640074 | PEB N-14 |

 

| ADL # | CLAIM NAME |
|---|---|
| 640075 | PEB N-15 |
| 640076 | PEB N-16 |
| 640077 | PEB N-17 |
| 640078 | PEB N-18 |
| 640079 | PEB N-19 |
| 640080 | PEB N-20 |
| 640081 | PEB N-21 |
| 640082 | PEB N-22 |
| 640083 | PEB N-23 |
| 640084 | PEB N-24 |
| 640085 | PEB N-25 |
| 640086 | PEB N-26 |
| 640087 | PEB N-27 |
| 640088 | PEB N-28 |
| 640089 | PEB N-29 |
| 640090 | PEB N-30 |
| 640091 | PEB N-31 |
| 640092 | PEB N-32 |
| 640093 | PEB N-33 |
| 640094 | PEB N-34 |
| 640095 | PEB N-35 |
| 640096 | PEB N-36 |
| 642057 | SOUTH PEBBLE 101 |

**PEBBLE EAST CLAIMS**

| ADL # | CLAIM NAME |
|---|---|
| 642058 | SOUTH PEBBLE 102 |
| 642059 | SOUTH PEBBLE 103 |
| 642060 | SOUTH PEBBLE 104 |
| 642061 | SOUTH PEBBLE 105 |
| 642062 | SOUTH PEBBLE 106 |
| 642334 | PEB EBA 1 |
| 642335 | PEB EBA 2 |
| 642336 | PEB EBA 3 |
| 642337 | PEB EBA 4 |
| 642338 | PEB EB 1 |
| 642339 | PEB EB 2 |
| 642340 | PEB EB 3 |
| 642341 | PEB EB 4 |
| 642342 | PEB EB 5 |
| 642343 | PEB EB 6 |
| 642344 | PEB EB 7 |
| 642345 | PEB EB 8 |
| 642346 | PEB EB 9 |
| 642347 | PEB EB 10 |
| 642348 | PEB EB 11 |
| 642349 | PEB EB 12 |
| 642350 | PEB EB 13 |
| 642351 | PEB EB 14 |
| 642352 | PEB EB 15 |
| 642353 | PEB EB 16 |
| 642354 | PEB EB 17 |
| 642355 | PEB EB 18 |
| 642356 | PEB EB 19 |
| 642357 | PEB EB 20 |
| 642358 | PEB EB 21 |
| 642359 | PEB EB 22 |
| 642360 | PEB EB 23 |
| 642361 | PEB EB 24 |
| 642362 | PEB EB 25 |
| 642363 | PEB EB 26 |
| 642364 | PEB EB 27 |
| 642365 | PEB EB 28 |
| 642366 | PEB EB 29 |
| 642367 | PEB EB 30 |
| 642368 | PEB EB 31 |
| 642369 | PEB EB 32 |
| 642370 | PEB EB 33 |
| 642371 | PEB EB 34 |
| 642372 | PEB EB 35 |
| 642373 | PEB EB 36 |
| 642374 | PEB EB 37 |
| 642375 | PEB EB 38 |
| 642376 | PEB EB 39 |
| 642377 | PEB EB 40 |
| 642378 | PEB EB 41 |
| 642379 | PEB EB 42 |
| 642380 | PEB EB 43 |
| 642381 | PEB EB 44 |
| 642382 | PEB EB 45 |
| 642383 | PEB EB 46 |
| 642384 | PEB EB 47 |
| 642385 | PEB EB 48 |
| 642386 | PEB EB 49 |
| 642387 | PEB EB 50 |
| 642388 | PEB EB 51 |
| 642389 | PEB EB 52 |
| 642390 | PEB EB 53 |
| 642391 | PEB EB 54 |
| 642392 | PEB EB 55 |
| 642393 | PEB EB 56 |
| 642394 | PEB EB 57 |
| 642395 | PEB EB 58 |
| 642396 | PEB EB 59 |
| 642397 | PEB EB 60 |
| 642398 | PEB EB 61 |
| 642399 | PEB EB 62 |
| 642400 | PEB EB 63 |
| 642401 | PEB EB 64 |

| ADL # | CLAIM NAME |
|---|---|
| 642402 | PEB EB 65 |
| 642403 | PEB EB 66 |
| 642404 | PEB EB 67 |
| 642405 | PEB EB 68 |
| 642406 | PEB EB 69 |
| 642407 | PEB EB 70 |
| 642408 | PEB EB 71 |
| 642409 | PEB EB 72 |
| 642410 | PEB EB 73 |
| 642411 | PEB EB 74 |
| 642412 | PEB WB 1 |
| 642413 | PEB WB 2 |
| 642414 | PEB WB 3 |
| 642415 | PEB WB 4 |
| 642416 | PEB WB 5 |
| 642417 | PEB WB 6 |
| 642418 | PEB WB 7 |
| 642419 | PEB WB 8 |
| 642420 | PEB WB 9 |
| 642421 | PEB WB 10 |
| 642422 | PEB WB 11 |
| 642423 | PEB WB 12 |
| 642424 | PEB WB 13 |
| 642425 | PEB WB 14 |
| 642426 | PEB WB 15 |
| 642427 | PEB WB 16 |
| 642428 | PEB WB 17 |
| 642429 | PEB WB 18 |
| 642430 | PEB WB 19 |
| 642431 | PEB WB 20 |
| 642432 | PEB WB 21 |
| 642433 | PEB WB 22 |
| 642434 | PEB WB 23 |
| 642435 | PEB WB 24 |
| 642436 | PEB WB 25 |
| 642437 | PEB WB 26 |
| 642438 | PEB WB 27 |
| 642439 | PEB WB 28 |
| 642440 | PEB WB 29 |
| 642441 | PEB WB 30 |
| 642442 | PEB WB 31 |
| 642443 | PEB WB 32 |
| 642444 | PEB WB 33 |
| 642445 | PEB WB 34 |
| 642446 | PEB WB 35 |
| 642447 | PEB WB 36 |
| 642448 | PEB WB 37 |
| 642449 | PEB WB 38 |
| 642450 | PEB WB 39 |
| 643892 | PEB SE A1 |
| 643893 | PEB SE A2 |
| 643894 | PEB SE A3 |
| 643895 | PEB SE A4 |
| 643896 | PEB SE A5 |
| 643897 | PEB SE A6 |
| 643898 | PEB SE A7 |
| 643899 | PEB SE 1 |
| 643900 | PEB SE 2 |
| 643901 | PEB SE 3 |
| 643902 | PEB SE 4 |
| 643903 | PEB SE 5 |
| 643904 | PEB SE 6 |
| 643905 | PEB SE 7 |
| 643906 | PEB SE 8 |
| 643907 | PEB SE 9 |
| 643908 | PEB SE 10 |
| 643909 | PEB SE 11 |
| 643910 | PEB SE 12 |
| 643911 | PEB SE 13 |
| 643912 | PEB SE 14 |
| 643913 | PEB SE 15 |
| 643914 | PEB SE 16 |
| 643915 | PEB SE 17 |

| ADL # | CLAIM NAME |
|---|---|
| 643916 | PEB SE 18 |
| 643917 | PEB SE 19 |
| 643918 | PEB SE 20 |
| 643919 | PEB SE 21 |
| 643920 | PEB SE 22 |
| 643921 | PEB SE 23 |
| 643922 | PEB SE 24 |
| 643923 | PEB SE 25 |
| 643924 | PEB SE 26 |
| 643925 | PEB SE 27 |
| 643926 | PEB SE 28 |
| 643927 | PEB SE 29 |
| 643928 | PEB SE 30 |
| 643929 | PEB SE 31 |
| 643930 | PEB SE 32 |
| 643931 | PEB NW A1 |
| 643932 | PEB NW A2 |
| 643933 | PEB NW A3 |
| 643934 | PEB NW A4 |
| 643935 | PEB NW 1 |
| 643936 | PEB NW 2 |
| 643937 | PEB NW 3 |
| 643938 | PEB NW 4 |
| 643939 | PEB NW 5 |
| 643940 | PEB NW 6 |
| 643941 | PEB NW 7 |
| 643942 | PEB NW 8 |
| 643943 | PEB NW 9 |
| 643944 | PEB NW 10 |
| 643945 | PEB NW 11 |
| 643946 | PEB NW 12 |
| 643947 | PEB NW 13 |
| 643948 | PEB NW 14 |
| 643949 | PEB NW 15 |
| 643950 | PEB NW 16 |
| 643951 | PEB NW 17 |
| 643952 | PEB NW 18 |
| 643953 | PEB NW 19 |
| 643954 | PEB NW 20 |
| 643955 | PEB NW 21 |
| 643956 | PEB NW 22 |
| 643957 | PEB NW 23 |
| 643958 | PEB NW 24 |
| 644196 | PEB SE 33 |
| 644197 | PEB SE 34 |
| 644198 | PEB SE 35 |
| 644199 | PEB SE 36 |
| 644200 | PEB SE 37 |
| 644201 | PEB SE 38 |
| 644202 | PEB SE 39 |
| 644203 | PEB SE 40 |
| 644204 | PEB SE 41 |
| 644205 | PEB SE 42 |
| 644206 | PEB SE 43 |
| 644207 | PEB SE 44 |
| 644208 | PEB SE 45 |
| 644209 | PEB SE 46 |
| 644210 | PEB SE 47 |
| 644211 | PEB SE 48 |
| 644212 | PEB SE 49 |
| 644213 | PEB SE 50 |
| 644214 | PEB SE 51 |
| 644215 | PEB SE 52 |
| 644216 | PEB SE 53 |
| 644217 | PEB SE 54 |
| 644218 | PEB SE 55 |
| 644219 | PEB SE 56 |
| 644220 | PEB SE 57 |
| 644221 | PEB SE 58 |
| 644225 | PEB SE A8 |
| 644226 | PEB SE A9 |
| 644227 | PEB SE A10 |
| 644228 | PEB SE A11 |

| ADL # | CLAIM NAME |
|---|---|
| 644229 | PEB SE A12 |
| 644230 | PEB SE A13 |
| 644231 | PEB EB 75 |
| 644232 | PEB EB 76 |
| 644233 | PEB EB 77 |
| 644234 | PEB EB 78 |
| 644235 | PEB EB 79 |
| 644236 | PEB EB 80 |
| 644237 | PEB EB 81 |
| 644238 | PEB EB 82 |
| 644239 | PEB EB 83 |
| 644240 | PEB EB 84 |
| 644241 | PEB EB 85 |
| 644242 | PEB EB 86 |
| 644243 | PEB EB 87 |
| 644244 | PEB EB 88 |
| 644245 | PEB EB 89 |
| 644246 | PEB EB 90 |
| 644247 | PEB EB 91 |
| 644248 | PEB EB 92 |
| 644249 | PEB EB 93 |
| 644250 | PEB EB 94 |
| 644251 | PEB EB 95 |
| 644252 | PEB EB A5 |
| 644253 | PEB EB A6 |
| 644254 | PEB EB A7 |
| 644255 | PEB EB A8 |
| 644256 | PEB WB 40 |
| 644257 | PEB WB 41 |
| 644258 | PEB WB 42 |
| 644259 | PEB WB 43 |
| 644260 | PEB WB 44 |
| 644261 | PEB WB 45 |
| 644262 | PEB WB 46 |



| ADL # | CLAIM NAME | ADL # | CLAIM NAME | ADL # | CLAIM NAME | ADL # | CLAIM NAME |
|---|---|---|---|---|---|---|---|
| 644263 | PEB WB 47 | 644481 | KAK 185 | 649717 | KAK 273 | 663846 | KAK 168A |
| 644264 | PEB WB 48 | 644482 | KAK 186 | 649718 | KAK 274 | 663847 | KAK 169A |
| 644265 | PEB WB 49 | 644483 | KAK 187 | 649719 | KAK 275 | 663848 | KAK 170A |
| 644266 | PEB WB 50 | 644881 | KAK 188 | 649720 | KAK 276 | | |
| 644267 | PEB WB 51 | 644882 | KAK 189 | 649721 | KAK 277 | **PEBBLE WEST CLAIMS** | |
| 644268 | PEB WB 52 | 644883 | KAK 190 | 649722 | KAK 278 | **ADL #** | **CLAIM NAME** |
| 644269 | PEB WB 53 | 644884 | KAK 191 | 649723 | KAK 279 | 516769 | SILL 5951 |
| 644270 | PEB WB 54 | 644885 | KAK 192 | 649724 | KAK 280 | 516770 | SILL 5952 |
| 644271 | PEB WB 55 | 644886 | KAK 193 | 649725 | KAK 281 | 516779 | SILL 6051 |
| 644272 | PEB WB 56 | 644887 | KAK 194 | 649726 | KAK 282 | 516780 | SILL 6052 |
| 644273 | PEB WB 57 | 644888 | KAK 195 | 649727 | KAK 283 | 516789 | SILL 6151 |
| 644274 | PEB WB 58 | 646604 | PEBBLE BEACH 5942 | 649728 | KAK 284 | 516790 | SILL 6152 |
| 644275 | PEB WB 59 | 646605 | PEBBLE BEACH 5943 | 649729 | KAK 285 | 516797 | SILL 6247 |
| 644276 | PEB WB 60 | 646606 | PEB K 1 | 649730 | KAK 286 | 516798 | SILL 6248 |
| 644277 | PEB WB 61 | 646607 | PEB K 2 | 649731 | KAK 287 | 516799 | SILL 6249 |
| 644278 | PEB WB 62 | 646608 | PEB K 3 | 649732 | KAK 288 | 516800 | SILL 6250 |
| 644279 | PEB WB 63 | 646609 | PEB K 4 | 649733 | KAK 289 | 516801 | SILL 6251 |
| 644305 | SP 194 | 646610 | PEB K 5 | 649734 | KAK 290 | 516802 | SILL 6252 |
| 644306 | SP 195 | 646611 | PEB K 6 | 649735 | KAK 291 | 516806 | PEBBLE BEACH 5448 |
| 644307 | SP 196 | 646612 | PEB K 7 | 649736 | KAK 292 | 516807 | PEBBLE BEACH 5449 |
| 644308 | SP 197 | 646613 | PEB K 8 | 649737 | KAK 293 | 516808 | PEBBLE BEACH 5450 |
| 644309 | SP 198 | 646614 | PEB K 9 | 649738 | KAK 294 | 516809 | PEBBLE BEACH 5451 |
| 644389 | KAK 93 | 646615 | PEB K 10 | 649739 | KAK 295 | 516810 | PEBBLE BEACH 5452 |
| 644390 | KAK 94 | 646616 | PEB K 11 | 649740 | KAK 296 | 516811 | PEBBLE BEACH 5453 |
| 644391 | KAK 95 | 646617 | PEB K 12 | 649741 | KAK 297 | 516812 | PEBBLE BEACH 5454 |
| 644392 | KAK 96 | 648906 | PEB WB 64 | 649742 | KAK 298 | 516813 | PEBBLE BEACH 5548 |
| 644393 | KAK 97 | 648907 | PEB WB 65 | 649743 | KAK 299 | 516814 | PEBBLE BEACH 5549 |
| 644394 | KAK 98 | 648908 | PEB WB 66 | 649744 | KAK 300 | 516815 | PEBBLE BEACH 5550 |
| 644395 | KAK 99 | 648909 | PEB WB 67 | 649745 | KAK 301 | 516816 | PEBBLE BEACH 5551 |
| 644396 | KAK 100 | 649677 | KAK 233 | 649746 | KAK 302 | 516817 | PEBBLE BEACH 5552 |
| 644397 | KAK 101 | 649678 | KAK 234 | 649747 | KAK 303 | 516818 | PEBBLE BEACH 5553 |
| 644398 | KAK 102 | 649679 | KAK 235 | 649748 | KAK 304 | 516819 | PEBBLE BEACH 5554 |
| 644399 | KAK 103 | 649680 | KAK 236 | 649749 | KAK 305 | 516820 | PEBBLE BEACH 5651 |
| 644400 | KAK 104 | 649681 | KAK 237 | 649750 | KAK 306 | 516821 | PEBBLE BEACH 5652 |
| 644401 | KAK 105 | 649682 | KAK 238 | 649751 | KAK 307 | 516822 | PEBBLE BEACH 5653 |
| 644402 | KAK 106 | 649683 | KAK 239 | 649752 | KAK 308 | 516823 | PEBBLE BEACH 5654 |
| 644403 | KAK 107 | 649684 | KAK 240 | 649753 | KAK 309 | 516824 | PEBBLE BEACH 5751 |
| 644404 | KAK 108 | 649685 | KAK 241 | 649754 | KAK 310 | 516825 | PEBBLE BEACH 5752 |
| 644405 | KAK 109 | 649686 | KAK 242 | 649755 | KAK 311 | 516826 | PEBBLE BEACH 5753 |
| **PEBBLE EAST CLAIMS** | | 649687 | KAK 243 | 649756 | KAK 312 | 516827 | PEBBLE BEACH 5754 |
| **ADL #** | **CLAIM NAME** | 649688 | KAK 244 | 649757 | KAK 313 | 516828 | PEBBLE BEACH 5852 |
| 644406 | KAK 110 | 649689 | KAK 245 | 649758 | KAK 314 | 516829 | PEBBLE BEACH 5853 |
| 644407 | KAK 111 | 649690 | KAK 246 | 649759 | KAK 315 | 516830 | PEBBLE BEACH 5854 |
| 644408 | KAK 112 | | | 649760 | KAK 316 | 516831 | PEBBLE BEACH 5952 |
| 644409 | KAK 113 | **ADL #** | **CLAIM NAME** | 649761 | KAK 317 | 516832 | PEBBLE BEACH 5953 |
| 644410 | KAK 114 | 649691 | KAK 247 | 649762 | KAK 318 | 516833 | PEBBLE BEACH 5954 |
| 644411 | KAK 115 | 649692 | KAK 248 | 649763 | KAK 319 | 516834 | PEBBLE BEACH 6052 |
| 644412 | KAK 116 | 649693 | KAK 249 | | | 516835 | PEBBLE BEACH 6053 |
| 644413 | KAK 117 | 649694 | KAK 250 | **ADL #** | **CLAIM NAME** | 516836 | PEBBLE BEACH 6054 |
| 644414 | KAK 118 | 649695 | KAK 251 | 649764 | KAK 320 | 516837 | PEBBLE BEACH 6153 |
| 644415 | KAK 119 | 649696 | KAK 252 | 649765 | KAK 321 | 516838 | PEBBLE BEACH 6154 |
| 644421 | KAK 125 | 649697 | KAK 253 | 649766 | KAK 322 | | |
| 644422 | KAK 126 | 649698 | KAK 254 | 649767 | KAK 323 | **ADL #** | **CLAIM NAME** |
| 644423 | KAK 127 | 649699 | KAK 255 | 649768 | KAK 324 | 516839 | PEBBLE BEACH 4651 |
| 644424 | KAK 128 | 649700 | KAK 256 | 649769 | KAK 325 | 516840 | PEBBLE BEACH 4652 |
| 644425 | KAK 129 | 649701 | KAK 257 | 649770 | KAK 326 | 516841 | PEBBLE BEACH 4653 |
| 644426 | KAK 130 | 649702 | KAK 258 | 657903 | KAK 340 | 516842 | PEBBLE BEACH 4751 |
| 644467 | KAK 171 | 649703 | KAK 259 | 657904 | KAK 341 | 516843 | PEBBLE BEACH 4752 |
| 644468 | KAK 172 | 649704 | KAK 260 | 657905 | KAK 342 | 516844 | PEBBLE BEACH 4753 |
| 644469 | KAK 173 | 649705 | KAK 261 | 657906 | KAK 343 | 516845 | PEBBLE BEACH 4851 |
| 644470 | KAK 174 | 649706 | KAK 262 | 657915 | KAK 352 | 516846 | PEBBLE BEACH 4852 |
| 644471 | KAK 175 | 649707 | KAK 263 | 657916 | KAK 353 | 516847 | PEBBLE BEACH 4853 |
| 644472 | KAK 176 | 649708 | KAK 264 | 657917 | KAK 354 | 516848 | PEBBLE BEACH 4951 |
| 644473 | KAK 177 | 649709 | KAK 265 | 657918 | KAK 355 | 516849 | PEBBLE BEACH 4952 |
| 644474 | KAK 178 | 649710 | KAK 266 | 657927 | KAK 364 | 516850 | PEBBLE BEACH 4953 |
| 644475 | KAK 179 | 649711 | KAK 267 | 657928 | KAK 365 | 516851 | PEBBLE BEACH 5048 |
| 644476 | KAK 180 | 649712 | KAK 268 | 657929 | KAK 366 | 516852 | PEBBLE BEACH 5049 |
| 644477 | KAK 181 | 649713 | KAK 269 | 657930 | KAK 367 | 516853 | PEBBLE BEACH 5050 |
| 644478 | KAK 182 | 649714 | KAK 270 | 657940 | KAK 377 | 516854 | PEBBLE BEACH 5051 |
| 644479 | KAK 183 | 649715 | KAK 271 | 663828 | KAK 136A | 516855 | PEBBLE BEACH 5052 |
| 644480 | KAK 184 | 649716 | KAK 272 | 663829 | KAK 137A | | |

Pebble Project  
NI 43-101 Technical Report Update and Preliminary Economic Assessment  
Appendix A  
August 21, 2023

Case 3:24-cv-00059-SLG   Document 172-3   Filed 10/03/25   Page 4 of 9  
Ex. A, p. 3



| ADL # | Claim Name | ADL # | Claim Name | ADL # | Claim Name | ADL # | Claim Name |
|---|---|---|---|---|---|---|---|
| 516856 | PEBBLE BEACH 5053 | 524543 | SILL 6343 | 524787 | PEBBLE BEACH 4348 | 524856 | PEBBLE BEACH 6253 |
| 516857 | PEBBLE BEACH 5148 | 524544 | SILL 6344 | 524788 | PEBBLE BEACH 4349 | 524857 | PEBBLE BEACH 6254 |
| 516858 | PEBBLE BEACH 5149 | 524550 | SILL 6443 | 524789 | PEBBLE BEACH 4355 | 524858 | PEBBLE BEACH 6348 |
| 516859 | PEBBLE BEACH 5150 | 524551 | SILL 6444 | 524790 | PEBBLE BEACH 4448 | 524859 | PEBBLE BEACH 6349 |
| 516860 | PEBBLE BEACH 5151 | 524557 | SILL 6543 | 524791 | PEBBLE BEACH 4449 | 524860 | PEBBLE BEACH 6350 |
| 516861 | PEBBLE BEACH 5152 | 524558 | SILL 6544 | 524792 | PEBBLE BEACH 4450 | 524861 | PEBBLE BEACH 6351 |
| 516862 | PEBBLE BEACH 5153 | 524568 | SILL 6643 | 524793 | PEBBLE BEACH 4454 | 524862 | PEBBLE BEACH 6352 |
| 516863 | PEBBLE BEACH 5248 | 524569 | SILL 6644 | 524794 | PEBBLE BEACH 4455 | 524863 | PEBBLE BEACH 6353 |
| 516864 | PEBBLE BEACH 5249 | 524579 | SILL 6743 | 524795 | PEBBLE BEACH 4548 | 524864 | PEBBLE BEACH 6354 |
| 516865 | PEBBLE BEACH 5250 | 524580 | SILL 6744 | 524796 | PEBBLE BEACH 4549 | 525849 | PEBBLE BEACH 6152 |
| 516866 | PEBBLE BEACH 5251 | 524595 | SILL 6843 | 524797 | PEBBLE BEACH 4550 | 531355 | PEBBLE BEACH 3642 |
| 516867 | PEBBLE BEACH 5252 | 524596 | SILL 6844 | 524798 | PEBBLE BEACH 4554 | 531356 | PEBBLE BEACH 3643 |
| 516868 | PEBBLE BEACH 5253 | 524611 | SILL 6943 | 524799 | PEBBLE BEACH 4555 | 531357 | PEBBLE BEACH 3644 |
| 516869 | PEBBLE BEACH 5348 | 524612 | SILL 6944 | 524800 | PEBBLE BEACH 4648 | 531358 | PEBBLE BEACH 3645 |
| 516870 | PEBBLE BEACH 5349 | 524630 | SILL 7043 | 524801 | PEBBLE BEACH 4649 | 531359 | PEBBLE BEACH 3742 |
| 516871 | PEBBLE BEACH 5350 | 524631 | SILL 7044 | 524802 | PEBBLE BEACH 4650 | 531360 | PEBBLE BEACH 3743 |
| 516872 | PEBBLE BEACH 5351 | 524649 | SILL 7143 | 524803 | PEBBLE BEACH 4654 | 531361 | PEBBLE BEACH 3744 |
| 516873 | PEBBLE BEACH 5352 | 524650 | SILL 7144 | 524804 | PEBBLE BEACH 4655 | 531362 | PEBBLE BEACH 3745 |
| 516874 | PEBBLE BEACH 5353 | 524668 | SILL 7243 | 524805 | PEBBLE BEACH 4748 | 531363 | PEBBLE BEACH 3842 |
| 516879 | SILL 6351 | 524669 | SILL 7244 | 524806 | PEBBLE BEACH 4749 | 531364 | PEBBLE BEACH 3843 |
| 516880 | SILL 6352 | 524684 | SILL 7343 | 524807 | PEBBLE BEACH 4750 | 531365 | PEBBLE BEACH 3844 |
| 516888 | SILL 6451 | 524685 | SILL 7344 | 524808 | PEBBLE BEACH 4754 | 531366 | PEBBLE BEACH 3845 |
| 516889 | SILL 6452 | 524698 | SILL 7443 | 524809 | PEBBLE BEACH 4755 | 531367 | PEBBLE BEACH 3846 |
| 516948 | PEBBLE BEACH 3850 | 524699 | SILL 7444 | 524810 | PEBBLE BEACH 4848 | 531368 | PEBBLE BEACH 3847 |
| 516949 | PEBBLE BEACH 3851 | 524712 | SILL 7543 | 524811 | PEBBLE BEACH 4849 | 531369 | PEBBLE BEACH 3942 |
| 516950 | PEBBLE BEACH 3852 | 524713 | SILL 7544 | 524812 | PEBBLE BEACH 4850 | 531370 | PEBBLE BEACH 3943 |
| 516951 | PEBBLE BEACH 3950 | 524714 | SILL 7545 | 524813 | PEBBLE BEACH 4854 | 531371 | PEBBLE BEACH 3944 |
| 516952 | PEBBLE BEACH 3951 | 524715 | SILL 7546 | 524814 | PEBBLE BEACH 4855 | 531372 | PEBBLE BEACH 3945 |
| 516953 | PEBBLE BEACH 3952 | 524716 | SILL 7547 | 524815 | PEBBLE BEACH 4948 | 531373 | PEBBLE BEACH 3946 |
| 516954 | PEBBLE BEACH 4050 | 524717 | SILL 7548 | 524816 | PEBBLE BEACH 4949 | 531374 | PEBBLE BEACH 3947 |
| 516955 | PEBBLE BEACH 4051 | 524748 | PEBBLE BEACH 3452 | 524817 | PEBBLE BEACH 4950 | 531375 | PEBBLE BEACH 4042 |
| 516956 | PEBBLE BEACH 4052 | 524749 | PEBBLE BEACH 3453 | 524818 | PEBBLE BEACH 4954 | 531376 | PEBBLE BEACH 4043 |
| 516957 | PEBBLE BEACH 4150 | 524750 | PEBBLE BEACH 3454 | 524819 | PEBBLE BEACH 4955 | 531377 | PEBBLE BEACH 4044 |
| 516958 | PEBBLE BEACH 4151 | 524751 | PEBBLE BEACH 3455 | 524820 | PEBBLE BEACH 5054 | 531378 | PEBBLE BEACH 4045 |
| 516959 | PEBBLE BEACH 4152 | 524752 | PEBBLE BEACH 3552 | 524821 | PEBBLE BEACH 5055 | 531379 | PEBBLE BEACH 4046 |
| 516960 | PEBBLE BEACH 4250 | 524753 | PEBBLE BEACH 3553 | 524822 | PEBBLE BEACH 5154 | 531380 | PEBBLE BEACH 4047 |
| 516961 | PEBBLE BEACH 4251 | 524754 | PEBBLE BEACH 3554 | 524823 | PEBBLE BEACH 5155 | 531381 | PEBBLE BEACH 4142 |
| 516962 | PEBBLE BEACH 4252 | 524755 | PEBBLE BEACH 3555 | 524824 | PEBBLE BEACH 5254 | 531382 | PEBBLE BEACH 4143 |
| 516963 | PEBBLE BEACH 4253 | 524756 | PEBBLE BEACH 3652 | 524825 | PEBBLE BEACH 5255 | 531383 | PEBBLE BEACH 4144 |
| 516964 | PEBBLE BEACH 4254 | 524757 | PEBBLE BEACH 3653 | 524826 | PEBBLE BEACH 5354 | 531384 | PEBBLE BEACH 4145 |
| 516965 | PEBBLE BEACH 4350 | 524758 | PEBBLE BEACH 3654 | 524827 | PEBBLE BEACH 5355 | 531385 | PEBBLE BEACH 4146 |
| 516966 | PEBBLE BEACH 4351 | 524759 | PEBBLE BEACH 3655 | 524828 | PEBBLE BEACH 5455 | 531386 | PEBBLE BEACH 4147 |
| 516967 | PEBBLE BEACH 4352 | 524760 | PEBBLE BEACH 3752 | 524829 | PEBBLE BEACH 5648 | 531387 | PEBBLE BEACH 4244 |
| 516968 | PEBBLE BEACH 4353 | 524761 | PEBBLE BEACH 3753 | 524830 | PEBBLE BEACH 5649 | 531388 | PEBBLE BEACH 4245 |
| 516969 | PEBBLE BEACH 4354 | 524762 | PEBBLE BEACH 3754 | 524831 | PEBBLE BEACH 5650 | 531389 | PEBBLE BEACH 4246 |
| 516970 | PEBBLE BEACH 4451 | 524763 | PEBBLE BEACH 3755 | 524832 | PEBBLE BEACH 5748 | 531390 | PEBBLE BEACH 4247 |
| 516971 | PEBBLE BEACH 4452 | 524764 | PEBBLE BEACH 3848 | 524833 | PEBBLE BEACH 5749 | 531391 | PEBBLE BEACH 4344 |
| 516972 | PEBBLE BEACH 4453 | 524765 | PEBBLE BEACH 3849 | 524834 | PEBBLE BEACH 5750 | 531392 | PEBBLE BEACH 4345 |
| 516973 | PEBBLE BEACH 4551 | 524766 | PEBBLE BEACH 3853 | 524835 | PEBBLE BEACH 5848 | 531393 | PEBBLE BEACH 4346 |
| 516974 | PEBBLE BEACH 4552 | 524767 | PEBBLE BEACH 3854 | 524836 | PEBBLE BEACH 5849 | 531394 | PEBBLE BEACH 4347 |
| 516975 | PEBBLE BEACH 4553 | 524768 | PEBBLE BEACH 3855 | 524837 | PEBBLE BEACH 5850 | 531395 | PEBBLE BEACH 4444 |
| 524511 | SILL 5543 | 524769 | PEBBLE BEACH 3948 | 524838 | PEBBLE BEACH 5851 | 531396 | PEBBLE BEACH 4445 |
| 524512 | SILL 5544 | 524770 | PEBBLE BEACH 3949 | 524839 | PEBBLE BEACH 5948 | 531397 | PEBBLE BEACH 4446 |
| 524515 | SILL 5643 | 524771 | PEBBLE BEACH 3953 | 524840 | PEBBLE BEACH 5949 | 531398 | PEBBLE BEACH 4447 |
| 524516 | SILL 5644 | 524772 | PEBBLE BEACH 3954 | 524841 | PEBBLE BEACH 5950 | 531399 | PEBBLE BEACH 4544 |
| 524519 | SILL 5743 | 524773 | PEBBLE BEACH 3955 | 524842 | PEBBLE BEACH 5951 | 531400 | PEBBLE BEACH 4547 |

**PEBBLE WEST CLAIMS**

| ADL # | Claim Name | ADL # | Claim Name | ADL # | Claim Name | ADL # | Claim Name |
|---|---|---|---|---|---|---|---|
| 524520 | SILL 5744 | 524774 | PEBBLE BEACH 4048 | 524843 | PEBBLE BEACH 6048 | 531401 | PEBBLE BEACH 4644 |
| 524523 | SILL 5843 | 524775 | PEBBLE BEACH 4049 | 524844 | PEBBLE BEACH 6049 | 531402 | PEBBLE BEACH 4645 |
| 524524 | SILL 5844 | 524776 | PEBBLE BEACH 4053 | 524845 | PEBBLE BEACH 6050 | 531403 | PEBBLE BEACH 4646 |
| 524527 | SILL 5943 | 524777 | PEBBLE BEACH 4054 | 524846 | PEBBLE BEACH 6051 | 531404 | PEBBLE BEACH 4647 |
| 524528 | SILL 5944 | | | 524847 | PEBBLE BEACH 6148 | 531405 | PEBBLE BEACH 4744 |
| 524531 | SILL 6043 | ADL # | CLAIM NAME | 524848 | PEBBLE BEACH 6149 | 531406 | PEBBLE BEACH 4745 |
| 524532 | SILL 6044 | 524778 | PEBBLE BEACH 4055 | 524849 | PEBBLE BEACH 6150 | 531407 | PEBBLE BEACH 4746 |
| 524535 | SILL 6143 | 524779 | PEBBLE BEACH 4148 | 524850 | PEBBLE BEACH 6151 | 531408 | PEBBLE BEACH 4747 |
| 524536 | SILL 6144 | 524780 | PEBBLE BEACH 4149 | | | 531409 | PEBBLE BEACH 4844 |
| 524539 | SILL 6243 | 524781 | PEBBLE BEACH 4153 | ADL # | CLAIM NAME | 531410 | PEBBLE BEACH 4845 |
| 524540 | SILL 6244 | 524782 | PEBBLE BEACH 4154 | 524851 | PEBBLE BEACH 6248 | 531411 | PEBBLE BEACH 4846 |
| 524541 | SILL 6245 | 524783 | PEBBLE BEACH 4155 | 524852 | PEBBLE BEACH 6249 | 531412 | PEBBLE BEACH 4847 |
| 524542 | SILL 6246 | 524784 | PEBBLE BEACH 4248 | 524853 | PEBBLE BEACH 6250 | | |
| | | 524785 | PEBBLE BEACH 4249 | 524854 | PEBBLE BEACH 6251 | ADL # | CLAIM NAME |
| | | 524786 | PEBBLE BEACH 4255 | 524855 | PEBBLE BEACH 6252 | 531413 | PEBBLE BEACH 4944 |

Pebble Project  
NI 43-101 Technical Report Update and Preliminary Economic Assessment

Appendix A  
August 21, 2023

Ex. A, p. 4

Case 3:24-cv-00059-SLG   Document 172-3   Filed 10/03/25   Page 5 of 9

 

| ADL # | CLAIM NAME | ADL # | CLAIM NAME | ADL # | CLAIM NAME | ADL # | CLAIM NAME |
|---|---|---|---|---|---|---|---|
| 531414 | PEBBLE BEACH 4945 | 540417 | PEBBLE BEACH 6549 | 542565 | PEBBLE BEACH 5256 | 566409 | PEBBLE BEACH 2338 |
| 531415 | PEBBLE BEACH 4946 | **PEBBLE WEST CLAIMS** | | 542566 | PEBBLE BEACH 5356 | 566410 | PEBBLE BEACH 2339 |
| 531416 | PEBBLE BEACH 4947 | **ADL #** | **CLAIM NAME** | 542567 | PEBBLE BEACH 5456 | 566411 | PEBBLE BEACH 2340 |
| 531417 | PEBBLE BEACH 5044 | 540418 | PEBBLE BEACH 6550 | 542568 | PEBBLE BEACH 5556 | 566412 | PEBBLE BEACH 2341 |
| 531418 | PEBBLE BEACH 5045 | 540419 | PEBBLE BEACH 6551 | 542569 | PEBBLE BEACH 5656 | 566413 | PEBBLE BEACH 2342 |
| 531419 | PEBBLE BEACH 5046 | 540420 | PEBBLE BEACH 6552 | | | 566447 | PEBBLE BEACH 2436 |
| 531420 | PEBBLE BEACH 5047 | 540421 | PEBBLE BEACH 6553 | ADL # | CLAIM NAME | 566448 | PEBBLE BEACH 2437 |
| 531421 | PEBBLE BEACH 5144 | 540422 | PEBBLE BEACH 6554 | 542570 | PEBBLE BEACH 5756 | 566449 | PEBBLE BEACH 2438 |
| 531422 | PEBBLE BEACH 5145 | 540423 | PEBBLE BEACH 6555 | 542571 | PEBBLE BEACH 5856 | 566450 | PEBBLE BEACH 2439 |
| 531423 | PEBBLE BEACH 5146 | 540424 | SILL 7643 | 542572 | PEBBLE BEACH 5956 | | |
| 531424 | PEBBLE BEACH 5147 | 540425 | SILL 7644 | 542573 | PEBBLE BEACH 6056 | ADL # | CLAIM NAME |
| 531425 | PEBBLE BEACH 5244 | 540426 | SILL 7645 | 542574 | PEBBLE BEACH 6156 | 566451 | PEBBLE BEACH 2440 |
| 531426 | PEBBLE BEACH 5245 | 540427 | SILL 7646 | 542575 | PEBBLE BEACH 6256 | 566452 | PEBBLE BEACH 2441 |
| 531427 | PEBBLE BEACH 5246 | 540428 | SILL 7647 | 542576 | PEBBLE BEACH 6356 | 566453 | PEBBLE BEACH 2442 |
| 531428 | PEBBLE BEACH 5247 | 540429 | SILL 7648 | 542577 | PEBBLE BEACH 6456 | 566487 | PEBBLE BEACH 2536 |
| 531429 | PEBBLE BEACH 5344 | 540430 | SILL 7743 | 542578 | PEBBLE BEACH 6556 | 566488 | PEBBLE BEACH 2537 |
| 531430 | PEBBLE BEACH 5345 | 540431 | SILL 7744 | 542579 | PEBBLE BEACH 4642 | 566489 | PEBBLE BEACH 2538 |
| 531431 | PEBBLE BEACH 5346 | 540432 | SILL 7745 | 542580 | PEBBLE BEACH 4643 | 566490 | PEBBLE BEACH 2539 |
| 531432 | PEBBLE BEACH 5347 | 540433 | SILL 7746 | 542581 | PEBBLE BEACH 4742 | 566491 | PEBBLE BEACH 2540 |
| 531433 | PEBBLE BEACH 5444 | 540434 | SILL 7747 | 542582 | PEBBLE BEACH 4743 | 566492 | PEBBLE BEACH 2541 |
| 531434 | PEBBLE BEACH 5445 | 540435 | SILL 7748 | 542583 | PEBBLE BEACH 4842 | 566527 | PEBBLE BEACH 2636 |
| 531435 | PEBBLE BEACH 5446 | 540436 | SILL 7843 | 542584 | PEBBLE BEACH 4843 | 566528 | PEBBLE BEACH 2637 |
| 531436 | PEBBLE BEACH 5447 | 540437 | SILL 7844 | 542585 | PEBBLE BEACH 4942 | 566529 | PEBBLE BEACH 2638 |
| 531437 | PEBBLE BEACH 5544 | 540438 | SILL 7845 | 542586 | PEBBLE BEACH 4943 | 566530 | PEBBLE BEACH 2639 |
| 531438 | PEBBLE BEACH 5545 | 540439 | SILL 7846 | 542587 | PEBBLE BEACH 5042 | 566531 | PEBBLE BEACH 2640 |
| 531439 | PEBBLE BEACH 5546 | 540440 | SILL 7847 | 542588 | PEBBLE BEACH 5043 | 566532 | PEBBLE BEACH 2641 |
| 531440 | PEBBLE BEACH 5547 | 540441 | SILL 7848 | 542589 | PEBBLE BEACH 5142 | 566567 | PEBBLE BEACH 2736 |
| 531441 | PEBBLE BEACH 5644 | 540442 | SILL 7943 | 542590 | PEBBLE BEACH 5143 | 566568 | PEBBLE BEACH 2737 |
| 531442 | PEBBLE BEACH 5645 | 540443 | SILL 7944 | 542591 | PEBBLE BEACH 5242 | 566569 | PEBBLE BEACH 2738 |
| 531443 | PEBBLE BEACH 5646 | 540444 | SILL 7945 | 542592 | PEBBLE BEACH 5243 | 566570 | PEBBLE BEACH 2739 |
| 531444 | PEBBLE BEACH 5647 | 540445 | SILL 7946 | 542593 | PEBBLE BEACH 5342 | 566571 | PEBBLE BEACH 2740 |
| 531445 | PEBBLE BEACH 5744 | 540446 | SILL 7947 | 542594 | PEBBLE BEACH 5343 | 566572 | PEBBLE BEACH 2741 |
| 531446 | PEBBLE BEACH 5745 | 540447 | SILL 7948 | 542595 | PEBBLE BEACH 5442 | 566607 | PEBBLE BEACH 3138 |
| 531447 | PEBBLE BEACH 5746 | 540448 | SILL 8043 | 542596 | PEBBLE BEACH 5443 | 566608 | PEBBLE BEACH 3139 |
| 531448 | PEBBLE BEACH 5747 | 540449 | SILL 8044 | 542597 | PEBBLE BEACH 5542 | 566609 | PEBBLE BEACH 3140 |
| 531449 | PEBBLE BEACH 5844 | 540450 | SILL 8045 | 542598 | PEBBLE BEACH 5543 | 566610 | PEBBLE BEACH 3141 |
| 531450 | PEBBLE BEACH 5845 | 540451 | SILL 8046 | 542599 | PEBBLE BEACH 5642 | 566637 | PEBBLE BEACH 2938 |
| 531451 | PEBBLE BEACH 5846 | 540452 | SILL 8047 | 542600 | PEBBLE BEACH 5643 | 566638 | PEBBLE BEACH 2939 |
| 531452 | PEBBLE BEACH 5847 | 540453 | SILL 8048 | 542601 | PEBBLE BEACH 5742 | 566639 | PEBBLE BEACH 2940 |
| 531453 | PEBBLE BEACH 5944 | 540454 | SILL 8143 | 542602 | PEBBLE BEACH 5743 | 566640 | PEBBLE BEACH 2941 |
| 531454 | PEBBLE BEACH 5945 | 540455 | SILL 8144 | 542603 | PEBBLE BEACH 5842 | 566655 | PEBBLE BEACH 2836 |
| 531455 | PEBBLE BEACH 5946 | 540456 | SILL 8145 | 542604 | PEBBLE BEACH 5843 | 566656 | PEBBLE BEACH 2837 |
| 531456 | PEBBLE BEACH 5947 | 540457 | SILL 8146 | 552929 | SOUTH PEBBLE 171 | 566657 | PEBBLE BEACH 2838 |
| 531457 | PEBBLE BEACH 6044 | 540458 | SILL 8147 | 552930 | SOUTH PEBBLE 172 | 566658 | PEBBLE BEACH 2839 |
| 531458 | PEBBLE BEACH 6045 | 540459 | SILL 8148 | 566247 | PEBBLE BEACH 1936 | 566659 | PEBBLE BEACH 2840 |
| 531459 | PEBBLE BEACH 6046 | 540460 | SILL 8243 | 566248 | PEBBLE BEACH 1937 | 566660 | PEBBLE BEACH 2841 |
| 531460 | PEBBLE BEACH 6047 | 540461 | SILL 8244 | 566249 | PEBBLE BEACH 1938 | 566697 | PEBBLE BEACH 3238 |
| 531461 | PEBBLE BEACH 6144 | 540462 | SILL 8245 | 566250 | PEBBLE BEACH 1939 | 566698 | PEBBLE BEACH 3239 |
| 531462 | PEBBLE BEACH 6145 | 540463 | SILL 8246 | 566251 | PEBBLE BEACH 1940 | 566699 | PEBBLE BEACH 3240 |
| 531463 | PEBBLE BEACH 6146 | 540464 | SILL 8247 | 566252 | PEBBLE BEACH 1941 | 566700 | PEBBLE BEACH 3241 |
| 531464 | PEBBLE BEACH 6147 | 540465 | SILL 8248 | 566287 | PEBBLE BEACH 2036 | 566701 | PEBBLE BEACH 3242 |
| 531648 | PEBBLE BEACH 4545 | 540466 | SILL 8343 | 566288 | PEBBLE BEACH 2037 | 566737 | PEBBLE BEACH 3038 |
| 531649 | PEBBLE BEACH 4546 | 540467 | SILL 8344 | 566289 | PEBBLE BEACH 2038 | 566738 | PEBBLE BEACH 3039 |
| 540399 | PEBBLE BEACH 5555 | 540468 | SILL 8443 | 566290 | PEBBLE BEACH 2039 | 566739 | PEBBLE BEACH 3040 |
| 540400 | PEBBLE BEACH 5655 | 540469 | SILL 8444 | 566291 | PEBBLE BEACH 2040 | 566740 | PEBBLE BEACH 3041 |
| 540401 | PEBBLE BEACH 5755 | 540470 | SILL 8543 | 566292 | PEBBLE BEACH 2041 | 566751 | PEBBLE BEACH 3252 |
| 540402 | PEBBLE BEACH 5855 | 540471 | SILL 8544 | 566327 | PEBBLE BEACH 2136 | 566752 | PEBBLE BEACH 3253 |
| 540403 | PEBBLE BEACH 5955 | 540472 | SILL 8643 | 566328 | PEBBLE BEACH 2137 | 566753 | PEBBLE BEACH 3254 |
| 540404 | PEBBLE BEACH 6055 | 540473 | SILL 8644 | 566329 | PEBBLE BEACH 2138 | 566754 | PEBBLE BEACH 3255 |
| 540405 | PEBBLE BEACH 6155 | 541245 | PB 113 | 566330 | PEBBLE BEACH 2139 | 566767 | PEBBLE BEACH 3338 |
| 540406 | PEBBLE BEACH 6255 | 541246 | PB 114 | 566331 | PEBBLE BEACH 2140 | 566768 | PEBBLE BEACH 3339 |
| 540407 | PEBBLE BEACH 6355 | 541247 | PB 115 | 566332 | PEBBLE BEACH 2141 | 566769 | PEBBLE BEACH 3340 |
| 540408 | PEBBLE BEACH 6448 | 541248 | PB 116 | 566367 | PEBBLE BEACH 2236 | 566770 | PEBBLE BEACH 3341 |
| 540409 | PEBBLE BEACH 6449 | 541249 | PB 117 | 566368 | PEBBLE BEACH 2237 | 566771 | PEBBLE BEACH 3342 |
| 540410 | PEBBLE BEACH 6450 | 541250 | PB 118 | 566369 | PEBBLE BEACH 2238 | 566781 | PEBBLE BEACH 3352 |
| 540411 | PEBBLE BEACH 6451 | 541251 | PB 119 | 566370 | PEBBLE BEACH 2239 | 566782 | PEBBLE BEACH 3353 |
| 540412 | PEBBLE BEACH 6452 | 541252 | PB 120 | 566371 | PEBBLE BEACH 2240 | 566783 | PEBBLE BEACH 3354 |
| 540413 | PEBBLE BEACH 6453 | 542561 | PEBBLE BEACH 4856 | 566372 | PEBBLE BEACH 2241 | 566784 | PEBBLE BEACH 3355 |
| 540414 | PEBBLE BEACH 6454 | 542562 | PEBBLE BEACH 4956 | 566373 | PEBBLE BEACH 2242 | 566793 | PEBBLE BEACH 3438 |
| 540415 | PEBBLE BEACH 6455 | 542563 | PEBBLE BEACH 5056 | 566407 | PEBBLE BEACH 2336 | 566794 | PEBBLE BEACH 3439 |
| 540416 | PEBBLE BEACH 6548 | 542564 | PEBBLE BEACH 5156 | 566408 | PEBBLE BEACH 2337 | 566795 | PEBBLE BEACH 3440 |

 

| ADL # | CLAIM NAME | ADL # | CLAIM NAME | ADL # | CLAIM NAME | ADL # | CLAIM NAME |
|---|---|---|---|---|---|---|---|
| 566796 | PEBBLE BEACH 3441 | 566921 | PEBBLE BEACH 4442 | 566990 | PEBBLE BEACH 6043 | 567842 | SILL 5344 |
| 566797 | PEBBLE BEACH 3446 | 566922 | PEBBLE BEACH 4443 | 566991 | PEBBLE BEACH 6138 | 567843 | SILL 5345 |
| 566798 | PEBBLE BEACH 3447 | 566923 | PEBBLE BEACH 4538 | 566992 | PEBBLE BEACH 6139 | 567844 | SILL 5346 |
| 566799 | PEBBLE BEACH 3448 | 566924 | PEBBLE BEACH 4539 | 566993 | PEBBLE BEACH 6140 | 567845 | SILL 5347 |
| 566800 | PEBBLE BEACH 3449 | 566925 | PEBBLE BEACH 4540 | 566994 | PEBBLE BEACH 6141 | 567855 | SILL 5443 |
| 566801 | PEBBLE BEACH 3450 | 566926 | PEBBLE BEACH 4541 | 566995 | PEBBLE BEACH 6142 | 567856 | SILL 5444 |
| 566802 | PEBBLE BEACH 3451 | 566927 | PEBBLE BEACH 4542 | 566996 | PEBBLE BEACH 6143 | 567857 | SILL 5445 |
| 566811 | PEBBLE BEACH 3538 | 566928 | PEBBLE BEACH 4543 | 566997 | PEBBLE BEACH 6238 | 567858 | SILL 5446 |
| 566812 | PEBBLE BEACH 3539 | 566929 | PEBBLE BEACH 4638 | 566998 | PEBBLE BEACH 6239 | 567859 | SILL 5447 |
| 566813 | PEBBLE BEACH 3540 | 566930 | PEBBLE BEACH 4639 | 566999 | PEBBLE BEACH 6240 | 567860 | SILL 5448 |
| 566814 | PEBBLE BEACH 3541 | 566931 | PEBBLE BEACH 4640 | 567000 | PEBBLE BEACH 6241 | 567869 | SILL 5545 |
| 566815 | PEBBLE BEACH 3546 | 566932 | PEBBLE BEACH 4641 | 567001 | PEBBLE BEACH 6242 | 567870 | SILL 5546 |
| 566816 | PEBBLE BEACH 3547 | 566933 | PEBBLE BEACH 4738 | 567002 | PEBBLE BEACH 6243 | 567871 | SILL 5547 |
|  |  | 566934 | PEBBLE BEACH 4739 | 567003 | PEBBLE BEACH 6244 | 567872 | SILL 5548 |
| ADL # | CLAIM NAME | 566935 | PEBBLE BEACH 4740 | 567004 | PEBBLE BEACH 6245 | 567873 | SILL 5549 |
| 566817 | PEBBLE BEACH 3548 | 566936 | PEBBLE BEACH 4741 | 567005 | PEBBLE BEACH 6246 | 567881 | SILL 5645 |
| 566818 | PEBBLE BEACH 3549 | 566937 | PEBBLE BEACH 4838 | 567006 | PEBBLE BEACH 6247 | 567882 | SILL 5646 |
| 566819 | PEBBLE BEACH 3550 | **PEBBLE WEST CLAIMS** |  | 567007 | PEBBLE BEACH 6338 | 567883 | SILL 5647 |
| 566820 | PEBBLE BEACH 3551 | ADL # | CLAIM NAME | 567008 | PEBBLE BEACH 6339 | 567884 | SILL 5648 |
| 566829 | PEBBLE BEACH 3638 | 566938 | PEBBLE BEACH 4839 | 567009 | PEBBLE BEACH 6340 | 567885 | SILL 5649 |
| 566830 | PEBBLE BEACH 3639 | 566939 | PEBBLE BEACH 4840 | 567010 | PEBBLE BEACH 6341 | 567886 | SILL 5650 |
| 566831 | PEBBLE BEACH 3640 | 566940 | PEBBLE BEACH 4841 |  |  | 567893 | SILL 5745 |
| 566832 | PEBBLE BEACH 3641 | 566941 | PEBBLE BEACH 4938 | ADL # | CLAIM NAME | 567894 | SILL 5746 |
| 566833 | PEBBLE BEACH 3646 | 566942 | PEBBLE BEACH 4939 | 567011 | PEBBLE BEACH 6342 | 567895 | SILL 5747 |
| 566834 | PEBBLE BEACH 3647 | 566943 | PEBBLE BEACH 4940 | 567012 | PEBBLE BEACH 6343 | 567896 | SILL 5748 |
| 566835 | PEBBLE BEACH 3648 | 566944 | PEBBLE BEACH 4941 | 567013 | PEBBLE BEACH 6344 |  |  |
| 566836 | PEBBLE BEACH 3649 | 566945 | PEBBLE BEACH 5038 | 567014 | PEBBLE BEACH 6345 | ADL # | CLAIM NAME |
| 566837 | PEBBLE BEACH 3650 | 566946 | PEBBLE BEACH 5039 | 567015 | PEBBLE BEACH 6346 | 567897 | SILL 5749 |
| 566838 | PEBBLE BEACH 3651 | 566947 | PEBBLE BEACH 5040 | 567016 | PEBBLE BEACH 6347 | 567898 | SILL 5750 |
| 566847 | PEBBLE BEACH 3738 | 566948 | PEBBLE BEACH 5041 | 567017 | PEBBLE BEACH 6438 | 567905 | SILL 5845 |
| 566848 | PEBBLE BEACH 3739 | 566949 | PEBBLE BEACH 5138 | 567018 | PEBBLE BEACH 6439 | 567906 | SILL 5846 |
| 566849 | PEBBLE BEACH 3740 | 566950 | PEBBLE BEACH 5139 | 567019 | PEBBLE BEACH 6440 | 567907 | SILL 5847 |
| 566850 | PEBBLE BEACH 3741 | 566951 | PEBBLE BEACH 5140 | 567020 | PEBBLE BEACH 6441 | 567908 | SILL 5848 |
| 566851 | PEBBLE BEACH 3746 | 566952 | PEBBLE BEACH 5141 | 567021 | PEBBLE BEACH 6442 | 567909 | SILL 5849 |
| 566852 | PEBBLE BEACH 3747 | 566953 | PEBBLE BEACH 5238 | 567022 | PEBBLE BEACH 6443 | 567910 | SILL 5850 |
| 566853 | PEBBLE BEACH 3748 | 566954 | PEBBLE BEACH 5239 | 567023 | PEBBLE BEACH 6444 | 567911 | SILL 5851 |
| 566854 | PEBBLE BEACH 3749 | 566955 | PEBBLE BEACH 5240 | 567024 | PEBBLE BEACH 6445 | 567917 | SILL 5945 |
| 566855 | PEBBLE BEACH 3750 | 566956 | PEBBLE BEACH 5241 | 567025 | PEBBLE BEACH 6446 | 567918 | SILL 5946 |
| 566856 | PEBBLE BEACH 3751 | 566957 | PEBBLE BEACH 5338 | 567026 | PEBBLE BEACH 6447 | 567919 | SILL 5947 |
| 566865 | PEBBLE BEACH 3838 | 566958 | PEBBLE BEACH 5339 | 567035 | PEBBLE BEACH 6546 | 567920 | SILL 5948 |
| 566866 | PEBBLE BEACH 3839 | 566959 | PEBBLE BEACH 5340 | 567036 | PEBBLE BEACH 6547 | 567921 | SILL 5949 |
| 566867 | PEBBLE BEACH 3840 | 566960 | PEBBLE BEACH 5341 | 567045 | PEBBLE BEACH 6646 | 567922 | SILL 5950 |
| 566868 | PEBBLE BEACH 3841 | 566961 | PEBBLE BEACH 5438 | 567046 | PEBBLE BEACH 6647 | 567923 | SILL 5953 |
| 566877 | PEBBLE BEACH 3938 | 566962 | PEBBLE BEACH 5439 | 567047 | PEBBLE BEACH 6648 | 567927 | SILL 6045 |
| 566878 | PEBBLE BEACH 3939 | 566963 | PEBBLE BEACH 5440 | 567048 | PEBBLE BEACH 6649 | 567928 | SILL 6046 |
| 566879 | PEBBLE BEACH 3940 | 566964 | PEBBLE BEACH 5441 | 567049 | PEBBLE BEACH 6650 | 567929 | SILL 6047 |
| 566880 | PEBBLE BEACH 3941 | 566965 | PEBBLE BEACH 5538 | 567050 | PEBBLE BEACH 6651 | 567930 | SILL 6048 |
| 566889 | PEBBLE BEACH 4038 | 566966 | PEBBLE BEACH 5539 | 567051 | PEBBLE BEACH 6652 | 567931 | SILL 6049 |
| 566890 | PEBBLE BEACH 4039 | 566967 | PEBBLE BEACH 5540 | 567052 | PEBBLE BEACH 6653 | 567932 | SILL 6050 |
| 566891 | PEBBLE BEACH 4040 | 566968 | PEBBLE BEACH 5541 | 567053 | PEBBLE BEACH 6654 | 567933 | SILL 6053 |
| 566892 | PEBBLE BEACH 4041 | 566969 | PEBBLE BEACH 5638 | 567054 | PEBBLE BEACH 6655 | 567937 | SILL 6145 |
| 566901 | PEBBLE BEACH 4138 | 566970 | PEBBLE BEACH 5639 | 567055 | PEBBLE BEACH 6656 | 567938 | SILL 6146 |
| 566902 | PEBBLE BEACH 4139 | 566971 | PEBBLE BEACH 5640 | 567064 | PEBBLE BEACH 6746 | 567939 | SILL 6147 |
| 566903 | PEBBLE BEACH 4140 | 566972 | PEBBLE BEACH 5641 | 567065 | PEBBLE BEACH 6747 | 567940 | SILL 6148 |
| 566904 | PEBBLE BEACH 4141 | 566973 | PEBBLE BEACH 5738 | 567066 | PEBBLE BEACH 6748 | 567941 | SILL 6149 |
| 566905 | PEBBLE BEACH 4238 | 566974 | PEBBLE BEACH 5739 | 567067 | PEBBLE BEACH 6749 | 567942 | SILL 6150 |
| 566906 | PEBBLE BEACH 4239 | 566975 | PEBBLE BEACH 5740 | 567068 | PEBBLE BEACH 6750 | 567943 | SILL 6153 |
| 566907 | PEBBLE BEACH 4240 | 566976 | PEBBLE BEACH 5741 | 567069 | PEBBLE BEACH 6751 | 567944 | SILL 6154 |
| 566908 | PEBBLE BEACH 4241 | 566977 | PEBBLE BEACH 5838 | 567083 | PEBBLE BEACH 6846 | 567947 | SILL 6253 |
| 566909 | PEBBLE BEACH 4242 | 566978 | PEBBLE BEACH 5839 | 567084 | PEBBLE BEACH 6847 | 567948 | SILL 6254 |
| 566910 | PEBBLE BEACH 4243 | 566979 | PEBBLE BEACH 5840 | 567085 | PEBBLE BEACH 6848 | 567949 | SILL 6255 |
| 566911 | PEBBLE BEACH 4338 | 566980 | PEBBLE BEACH 5841 | 567086 | PEBBLE BEACH 6849 | 567951 | SILL 6345 |
| 566912 | PEBBLE BEACH 4339 | 566981 | PEBBLE BEACH 5938 | 567087 | PEBBLE BEACH 6850 | 567952 | SILL 6346 |
| 566913 | PEBBLE BEACH 4340 | 566982 | PEBBLE BEACH 5939 | 567088 | PEBBLE BEACH 6851 | 567953 | SILL 6347 |
| 566914 | PEBBLE BEACH 4341 | 566983 | PEBBLE BEACH 5940 | 567102 | PEBBLE BEACH 6946 | 567954 | SILL 6348 |
| 566915 | PEBBLE BEACH 4342 | 566984 | PEBBLE BEACH 5941 | 567103 | PEBBLE BEACH 6947 | 567955 | SILL 6349 |
| 566916 | PEBBLE BEACH 4343 | 566985 | PEBBLE BEACH 6038 | 567104 | PEBBLE BEACH 6948 | 567956 | SILL 6350 |
| 566917 | PEBBLE BEACH 4438 | 566986 | PEBBLE BEACH 6039 | 567105 | PEBBLE BEACH 6949 | 567957 | SILL 6353 |
| 566918 | PEBBLE BEACH 4439 | 566987 | PEBBLE BEACH 6040 | 567106 | PEBBLE BEACH 6950 | 567958 | SILL 6354 |
| 566919 | PEBBLE BEACH 4440 | 566988 | PEBBLE BEACH 6041 | 567107 | PEBBLE BEACH 6951 | 567959 | SILL 6355 |
| 566920 | PEBBLE BEACH 4441 | 566989 | PEBBLE BEACH 6042 | 567841 | SILL 5343 | 567960 | SILL 6356 |

 

| ADL # | CLAIM NAME | ADL # | CLAIM NAME | ADL # | CLAIM NAME |
|---|---|---|---|---|---|
| 567961 | SILL 6445 | 642838 | BC 350 | 643441 | BC 1010 |
| 567962 | SILL 6446 | 642839 | BC 351 | 644292 | SP 181 |
| 567963 | SILL 6447 | 642840 | BC 352 | 644293 | SP 182 |
| 567964 | SILL 6448 | 642841 | BC 353 | 644294 | SP 183 |
| 567965 | SILL 6449 | 642842 | BC 354 | 644295 | SP 184 |
| 567966 | SILL 6450 | 642843 | BC 355 | 644296 | SP 185 |
| 567967 | SILL 6453 | 642850 | BC 362 | 644297 | SP 186 |
| 567968 | SILL 6454 | 642851 | BC 363 | 644298 | SP 187 |
| 567969 | SILL 6455 | 642852 | BC 364 | 644299 | SP 188 |
| 567970 | SILL 6456 | 642853 | BC 365 | 644300 | SP 189 |
| 567971 | SILL 6545 | 642854 | BC 366 | 644301 | SP 190 |
| 567972 | SILL 6546 | 642855 | BC 367 | 644318 | SP 207 |
| 567973 | SILL 6547 | 642856 | BC 368 | 644319 | SP 208 |
| 567974 | SILL 6548 | 642857 | BC 369 | 644320 | SP 209 |
| 567975 | SILL 6549 | 642858 | BC 370 | 644321 | SP 210 |
| 567976 | SILL 6550 | 642859 | BC 371 | 644322 | SP 216 |
| 567977 | SILL 6551 | 642860 | BC 372 | 644323 | SP 225 |
| 567978 | SILL 6552 | 642861 | BC 373 | 644324 | SP 226 |
| 567979 | SILL 6553 | 642862 | BC 374 | **ADL #** | **CLAIM NAME** |
| 567980 | SILL 6554 | 642869 | BC 381 | 644325 | SP 227 |
| 567981 | SILL 6555 | 642870 | BC 382 | 644326 | SP 228 |
| 567982 | SILL 6556 | 642871 | BC 383 | 644327 | SP 229 |
| 568175 | SILL 8345 | 642872 | BC 384 | 644328 | SP 230 |
| 568176 | SILL 8346 | 642873 | BC 385 | 644329 | SP 231 |
| 568177 | SILL 8347 | 642874 | BC 386 | 644330 | SP 232 |
| 568178 | SILL 8348 | 642875 | BC 387 | 644331 | SP 235 |
| 568255 | SILL 8743 | 642876 | BC 388 | 644332 | SP 236 |
| 568256 | SILL 8744 | 642877 | BC 389 | 644333 | SP 237 |
| 642755 | BC 267 | 642878 | BC 390 | 644334 | SP 238 |
|  |  | 642879 | BC 391 | 644335 | SP 239 |
| **ADL #** | **CLAIM NAME** | 642880 | BC 392 | 644336 | SP 245 |
| 642756 | BC 268 | 642881 | BC 393 | 644733 | SOUTH PEBBLE 234 |
| 642757 | BC 269 | 642888 | BC 400 | 644734 | SOUTH PEBBLE 240 |
| 642758 | BC 270 | **PEBBLE WEST CLAIMS** | | 644735 | SOUTH PEBBLE 241 |
| 642759 | BC 271 | **ADL #** | **CLAIM NAME** | 644736 | SOUTH PEBBLE 242 |
| 642766 | BC 278 | 642889 | BC 401 | 644737 | SOUTH PEBBLE 243 |
| 642767 | BC 279 | 642890 | BC 402 | 644738 | SOUTH PEBBLE 244 |
| 642768 | BC 280 | 642891 | BC 403 | 645612 | SP 322 |
| 642769 | BC 281 | 642892 | BC 404 | 645613 | SP 323 |
| 642770 | BC 282 | 642893 | BC 405 | 645614 | SP 324 |
| 642777 | BC 289 | 642894 | BC 406 | 645615 | SP 325 |
| 642778 | BC 290 | 642895 | BC 407 | 645616 | SP 326 |
| 642779 | BC 291 | 642896 | BC 408 | 645617 | SP 327 |
| 642780 | BC 292 | 642897 | BC 409 | 645618 | SP 328 |
| 642781 | BC 293 | 642898 | BC 410 | 645630 | SP 340 |
| 642788 | BC 300 | 642899 | BC 411 | 645631 | SP 341 |
| 642789 | BC 301 | 642900 | BC 412 | 645632 | SP 342 |
| 642790 | BC 302 | 642907 | BC 419 | 645633 | SP 343 |
| 642791 | BC 303 | 642908 | BC 420 | 645634 | SP 344 |
| 642792 | BC 304 | 642909 | BC 421 | 645635 | SP 345 |
| 642799 | BC 311 | 642910 | BC 422 | 645642 | SP 352 |
| 642800 | BC 312 | 642911 | BC 423 | 645643 | SP 353 |
| 642801 | BC 313 | 642912 | BC 424 | 645644 | SP 354 |
| 642802 | BC 314 | 642913 | BC 425 | 645645 | SP 355 |
| 642803 | BC 315 | 642914 | BC 426 | 645646 | SP 356 |
| 642810 | BC 322 | 642915 | BC 427 | 645647 | SP 357 |
| 642811 | BC 323 | 642916 | BC 428 | 645654 | SP 364 |
| 642812 | BC 324 | 642917 | BC 429 | 645655 | SP 365 |
| 642813 | BC 325 | 642918 | BC 430 | 645656 | SP 366 |
| 642814 | BC 326 | 642919 | BC 431 | 645657 | SP 367 |
| 642821 | BC 333 | 643432 | BC 1001 | 645658 | SP 368 |
| 642822 | BC 334 |  |  | 645659 | SP 369 |
| 642823 | BC 335 | **ADL #** | **CLAIM NAME** |  |  |
| 642824 | BC 336 | 643433 | BC 1002 |  |  |
| 642825 | BC 337 | 643434 | BC 1003 |  |  |
| 642826 | BC 338 | 643435 | BC 1004 |  |  |
| 642827 | BC 339 | 643436 | BC 1005 |  |  |
| 642834 | BC 346 | 643437 | BC 1006 |  |  |
| 642835 | BC 347 | 643438 | BC 1007 |  |  |
| 642836 | BC 348 | 643439 | BC 1008 |  |  |
| 642837 | BC 349 | 643440 | BC 1009 |  |  |

 

SUMMARY:
  PEBBLE EAST CLAIMS  751
  PEBBLE WEST CLAIMS 1089
  TOTAL NUMBER OF CLAIMS 1840

| Resource Lands | |
| --- | --- |
| Exploration Lands | |