# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 3:24-cv-00059-SLG and consolidated cases |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT GENERAL ABEYANCE

THIS MATTER having come before the Court upon Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's (collectively, "PLP") Motion to Lift General Abeyance ("Motion"), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The abeyance of General Order 25-10 is hereby lifted, and the Court further excludes this case from any successor general orders of abeyance arising from the current federal shutdown.

Dated this \_\_\_\_ day of _____, 2025.

BY THE COURT:

_____
Judge Sharon L. Gleason

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO LIFT GENERAL ABEYANCE
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG
1

Case 3:24-cv-00059-SLG   Document 175-1   Filed 10/07/25   Page 1 of 1