# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants. | Case No. 3:24-cv-00059-SLG and consolidated cases |

## [PROPOSED] ORDER REQUIRING EPA'S RESPONSE TO PLAINTIFFS' MOTION TO LIFT GENERAL ABEYANCE

THIS MATTER having come before the Court upon Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's (collectively, "PLP") Emergency Motion for Court to Order Government's Response ("Motion"), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is **GRANTED**, and Defendant Environmental Protection Agency must file its response to PLP's Motion to Lift General Abeyance within six days of the date of this Order.

Dated this \_\_\_\_ day of _____, 2025.

BY THE COURT:

_____
Judge Sharon L. Gleason

[PROPOSED] ORDER REQUIRING EPA'S RESPONSE TO PLAINTIFFS' MOTION TO LIFT GENERAL ABEYANCE
NORTHERN DYNASTY MINERALS LTD. v. EPA
CASE NO. 3:24-cv-00059-SLG

1

Case 3:24-cv-00059-SLG    Document 176-1    Filed 10/07/25    Page 1 of 1