# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS, LTD., *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br>    Defendants, <br><br>and <br><br>BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*, <br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG <br><br>CONSOLIDATED <br><br>LEAD CASE |
| STATE OF ALASKA, <br><br>    Plaintiff, <br><br>v. <br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>    Defendant, <br><br>and <br><br>TROUT UNLIMITED, *et al.*, <br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG <br><br>CONSOLIDATED |

ILIAMNA NATIVES, LTD, *et al.*,

    Plaintiffs,

    v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    Defendants,

    and

BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al*.,

    Intervenor-Defendants.

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

# ORDER RE MOTION FOR STAY OF ENTIRE CASE IN LIGHT OF LAPSE OF APPROPRIATIONS

Before the Court at Docket 166 is the United States of America's Motion for Stay of Entire Case in Light of Lapse of Appropriations. Plaintiffs Northern Dynasty Minerals Ltd. and Pebble Limited Partnership filed a response in opposition to the motion at Docket 174. Also before the Court at Docket 175 is Plaintiffs' Motion to Lift General Abeyance, and at Docket 176, Plaintiffs' Motion for Court to Order Government's Response to Plaintiffs' motion at Docket 175. At Docket 178, Bristol Bay Intervenors filed an opposition to Plaintiffs' motion to lift the general abeyance.

Plaintiffs' request to lift the general stay in effect in this district for civil cases in which the federal government is a party during the government shutdown is DENIED. A response from the federal government was not necessary for the Court to determine this motion, and therefore Plaintiffs' request for the Court to

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.*
(Lead Case)(Consolidated)
Order re: Motion for a Stay of Entire Case
Page 2 of 3

Case 3:24-cv-00059-SLG   Document 179   Filed 10/16/25   Page 2 of 3

order the government to respond is likewise DENIED. This case does not involve an emergency affecting the safety of human life or the protection of property; nor does it otherwise present such exigent circumstances that it demands immediate attention from the Federal Defendants or the Court during this lapse in appropriations.

Therefore, Federal Defendants' motion at Docket 166 is GRANTED. This case is STAYED until Congress has restored appropriations to the Department of Justice. The motions at Docket 175 and Docket 176 are DENIED.

DATED this 16th day of October 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.* (Lead Case)(Consolidated)
Order re: Motion for a Stay of Entire Case
Page 3 of 3
Case 3:24-cv-00059-SLG    Document 179    Filed 10/16/25    Page 3 of 3