ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

LAURA J. BROWN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376
Email: laura.j.s.brown@usdoj.gov

MARIO A. LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 532-3357
Email: mario.luna@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants,<br><br>and | Case No. 3:24-cv-00059-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.* (Lead Case) (Consolidated)
Notice of Continued Appropriations

Case No. 3:24-cv-00059-SLG
1

BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*,

    Intervenor-Defendants.

| | |
|---|---|
| STATE OF ALASKA, <br><br>   Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br>   Defendant, <br><br> and <br><br> TROUT UNLIMITED, *et al.*, <br><br>   Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG <br><br> CONSOLIDATED |
| ILIAMNA NATIVES, LTD, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br>   Defendants, <br><br> and <br><br> BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, | Case No. 3:24-cv-00132-SLG <br><br> CONSOLIDATED |

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.* (Lead Case) (Consolidated) Notice of Continued Appropriations     Case No. 3:24-cv-00059-SLG

2

Case 3:24-cv-00059-SLG  Document 180  Filed 11/13/25  Page 2 of 5



Intervenor-Defendants.

## NOTICE OF CONTINUED APPROPRIATIONS

Defendants hereby notify the Court that on November 12, 2025 President Trump signed legislation restoring funding to the Department of Justice thereby ending the 43-day-lapse in appropriations. *See* Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, H.R. 5371, 119th Congress (2025). As a result, Department of Justice attorneys are now permitted to resume their usual civil litigation functions.

Dated: November 13, 2025.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

MICHAEL J. HEYMAN
United States Attorney
District of Alaska

*/s/ Laura J. Brown*

LAURA J. BROWN
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 514-3376

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*  Case No. 3:24-cv-00059-SLG
(Lead Case) (Consolidated)
Notice of Continued Appropriations

3

Case 3:24-cv-00059-SLG   Document 180   Filed 11/13/25   Page 3 of 5

Email: laura.j.s.brown@usdoj.gov
MARIO A. LUNA
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 532-3357
Email: mario.luna@usdoj.gov

*Attorneys for the United States*

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*     Case No. 3:24-cv-00059-SLG
(Lead Case) (Consolidated)
Notice of Continued Appropriations

4

Case 3:24-cv-00059-SLG     Document 180     Filed 11/13/25     Page 4 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/Laura J. Brown*

*Northern Dynasty Minerals LTD., et al. v. U.S. EPA, et al.*  Case No. 3:24-cv-00059-SLG
(Lead Case) (Consolidated)
Notice of Continued Appropriations

5

Case 3:24-cv-00059-SLG   Document 180   Filed 11/13/25   Page 5 of 5