# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

Northern Dynasty Minerals LTD.

               Plaintiff(s),

vs.

United States Environmental Protection Agency

               Defendant(s).

Case No. 3:24-cv-00059

MOTION AND APPLICATION OF
NON-ELIGIBLE ATTORNEY FOR
PERMISSION TO APPEAR AND
PARTICIPATE IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

To the Honorable Judge of the above-entitled court:

I,    Travis Annatoyn    , hereby apply for permission to appear and
    (name)

participate as counsel for  Chamber of Commerce of the United States of America  ,  amicus curiae  ,
                (Name of party)                (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

[✓] I am a registered participant in the CM/ECF System for the District of Alaska and consent
to service by electronic means through the court's CM/ECF System.

[ ] I have concurrently herewith submitted an application to the Clerk of the Court for
registration as a participant in the CM/ECF System for the District of Alaska and consent
to service by electronic means through the court's CM/ECF System.

[ ] For the reasons set forth in the attached memorandum.

**OR**

    I hereby designate _____, a member of the Bar of this court,
<br>(Name)

who maintains an office at the place within the district, with whom the court and opposing

counsel may readily communicate regarding conduct of this case.

DATE: 10 - 7 - 25

_____
(Signature)

Travis Annatoyn
(Printed Name)

601 Massachusetts Ave NW
(Address)

Washington, D.C. 20001
(City/State/Zip)

202-942-6536
(Telephone Number)

travis.annatoyn@arnoldporter.com
(e-mail address)

## DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Travis Annatoyn

Business Address: 601 Massachusetts Ave NW, Washington, D.C. 20001

(City, State, ZIP)

Residence: 3802 UNDERWOOD ST , CHEVY CHASE MD 20815
(Mailing/Street)                        (City, State, ZIP)

Business Telephone: 202-942-6536        e- mail address: travis.annatoyn@arnoldporter.com

Other Names/Aliases: N/A

Jurisdictions to Which Admitted and year of Admission:

| District of Columbia | 901 4th Street NW, Washington, D.C. 20001 | 2019 |
| (Jurisdiction) | (Address) | (Year) |
| New York | 1 Elk St, Albany, NY 12207 | 2011 |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☑  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☑  (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 10 - 7 - 25                                    10-7-25
                                        (Signature of Applicant)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Travis James Annatoyn*

*was duly qualified and admitted on April 9, 2019 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 07, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*