# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| Northern Dynasty Minerals LTD.<br><br>                            Plaintiff(s),<br>vs.<br><br>United States Environmental Protection Agency<br><br>                           Defendant(s). | Case No. 3:24-cv-00059<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Allison Rumsey (name), hereby apply for permission to appear and participate as counsel for Chamber of Commerce of the United States of America (Name of party), amicus curiae (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

[X] I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

[ ] I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

[ ] For the reasons set forth in the attached memorandum.

## OR

I hereby designate _____, a member of the Bar of this court,
(Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: 10/07/2025

_____
(Signature)

Allison Rumsey
(Printed Name)

601 Massachusetts Ave NW
(Address)

Washington, D.C. 20001
(City/State/Zip)

202-942-5095
(Telephone Number)

allison.rumsey@arnoldporter.com
(e-mail address)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Allison Rumsey

Business Address: 601 Massachusetts Ave NW, Washington, D.C. 20001
(City, State, ZIP)

Residence: _____ , _____
(Mailing/Street)           (City, State, ZIP)

Business Telephone: 202-942-5095    e-mail address: allison.rumsey@arnoldporter.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| District of Columbia | 901 4th Street NW, Washington, D.C. 20001 | 1996 |
| Colorado | 1290 Broadway, Denver, CO 80203 | 2021 |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: October 7, 2025

_____
(Signature of Applicant)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# Allison B Rumsey

*was duly qualified and admitted on April 1, 1996 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 07, 2025.**

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*