UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Northern Dynasty Minerals LTD.<br><br>　　　　　　　　　Plaintiff(s),<br>vs.<br>United States Environmental Protection Agency<br><br>　　　　　　　　　Defendant(s). | Case No. 3:24-cv-00059<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Emily Orler (name), hereby apply for permission to appear and participate as counsel for Chamber of Commerce of the United States of America (Name of party), amicus curiae (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

[X] I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

[ ] I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

[ ] For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: 10/07/2025

*Emily Beth Orler*
(Signature)

Emily Orler
(Printed Name)

601 Massachusetts Ave NW
(Address)

Washington, D.C. 20001
(City/State/Zip)

202-942-6020
(Telephone Number)

emily.orler@arnoldporter.com
(e-mail address)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Emily Orler

Business Address: 601 Massachusetts Ave NW, Washington, D.C. 20001
(City, State, ZIP)

Residence: _____ , _____
(Mailing/Street)           (City, State, ZIP)

Business Telephone: 202-942-6020       e-mail address: emily.orler@arnoldporter.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| District of Columbia | 901 4th Street NW, Washington, D.C. 20001 | 2020 |
| | | |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: October 7, 2025

*Emily Beth Orler*
(Signature of Applicant)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Emily Beth Orler

was duly qualified and admitted on January 3, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 26, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.