IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.,*<br><br>    Defendants,<br><br>and<br><br>BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.,*<br><br>    Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG and consolidated cases |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Upon consideration of The Chamber of Commerce of the United States of America's Motion for Leave to File *Amicus Curiae* Brief, it is hereby ORDERED that the motion is GRANTED. The brief of *amicus curiae* submitted by The Chamber of Commerce of the United States of America with its motion shall be deemed filed as part of the record of this case as of this date.

DATED this____day of_____, 2025 at Anchorage, Alaska.

                                                BY THE COURT

                                                _____
                                                HON. SHARON L. GLEASON
                                                UNITED STATES DISTRICT JUDGE