IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 3:24-cv-00059-SLG and consolidated cases |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR AND TO FILE *AMICI CURIAE* BRIEF

The National Mining Association, American Exploration & Mining Association, and Alaska Miners Association have moved for leave to appear and to file an *amici curiae* brief in support of Plaintiffs' Motion for Summary Judgment.[1] Having found the Motion timely and that amici applicants' proposed brief is useful to the Court, the Court hereby GRANTS the Motion for Leave to Appear and to File *Amici Curiae* Brief. Movants' attached brief is hereby ACCEPTED as filed.

DATED this ____ day of _____, 2025 at Anchorage, Alaska.

_____
HONORABLE SHARON L. GLEASON
United States District Judge

---

[1] Docket No. 177.