# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS, LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE |
| STATE OF ALASKA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant, <br><br> and <br><br> TROUT UNLIMITED, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG <br><br> CONSOLIDATED |

| | |
|---|---|
| ILIAMNA NATIVES, LTD, *et al.*, | |
|     Plaintiffs, | |
|     v. | |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
|     Defendants, | Case No. 3:24-cv-00132-SLG |
|     and | CONSOLIDATED |
| BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*, | |
|     Intervenor-Defendants. | |

## ORDER ON MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Before the Court at Docket 184 is The Chamber of Commerce of the United States of America's Motion for Leave to File *Amicus Curiae* Brief. Upon consideration of The Chamber of Commerce of the United States of America's Motion for Leave to File *Amicus Curiae* Brief, it is hereby ORDERED that the motion is GRANTED. The brief of *amicus curiae* at Docket 184-1 submitted by The Chamber of Commerce of the United States of America with its motion at Docket 184 shall be deemed filed as part of the record of this case as of this date.

DATED this 26th day of November 2025, at Anchorage, Alaska.

                                             */s/ Sharon L. Gleason*
                                             UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.* (Lead Case) (Consolidated)
Order on Motion for Leave to File *Amicus Curiae* Brief
Page 2 of 2

Case 3:24-cv-00059-SLG    Document 190    Filed 11/26/25    Page 2 of 2