IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS, LTD., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>  Defendants,<br><br>  and<br><br>BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*,<br><br>  Intervenor-Defendants. | Case No. 3:24-cv-00059-SLG<br><br>CONSOLIDATED<br><br>LEAD CASE |
| STATE OF ALASKA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>  Defendant,<br><br>  and<br><br>TROUT UNLIMITED, *et al.*,<br><br>  Intervenor-Defendants. | Case No. 3:24-cv-00084-SLG<br><br>CONSOLIDATED |

ILIAMNA NATIVES, LTD, *et al.*,

    Plaintiffs,

    v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

    Defendants,

    and

BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,

    Intervenor-Defendants.

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

## ORDER ON THREE PENDING MOTIONS

This order addresses three pending motions.[1]

First, at Docket 172 is Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's (collectively, "PLP") Motion for Summary Judgment. The motion is DENIED without prejudice, as the motion at Docket 172 has been replaced by PLP's Corrected Opening Brief at Docket 177.

Second, at Docket 168 is the State of Alaska's Motion for Leave to File Excess Pages. Federal Defendants responded in opposition at Docket 195 to which the State replied at Docket 197. The State's motion is GRANTED and the State's Opening Brief at Docket 167 is accepted as filed.

---

[1] Also pending is PLP's Motion for Judicial Notice at Docket 171, which this Court will address in a separate order.

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.*
(Lead Case) (Consolidated)
Order on Three Pending Motions
Page 2 of 4

Case 3:24-cv-00059-SLG   Document 209   Filed 12/29/25   Page 2 of 4

Third, at Docket 170 is PLP's Motion for Leave to File Overlength Brief. The Bristol Bay Intervenors and Trout Unlimited opposed the motion at Docket 186; Federal Defendants also filed an opposition to the motion at Docket 195. PLP replied at Docket 198.

It is indeed remarkable that the parties have filed dozens of pages with the Court regarding the propriety of the filing of the overlength briefs. And the Court will observe, without yet having read the opening merits briefs filed by PLP and the State in this case, that it is often the case that more concise briefing is more persuasive. Be that as it may, the Court will GRANT PLP's motion; PLP's Corrected Opening Brief at Docket 177 is accepted as filed.

The Court will also grant Federal Defendants' request to file an overlength response brief of up to a total of 42,850 words,[2] as well as the Intervenor Defendants' request to file a proportionate overlength response brief.[3] Federal Defendants' request to accord them two additional weeks to file their response brief is denied without prejudice. Under the current schedule, Federal Defendants' response brief is due by February 17, 2026. That would appear to accord them ample time to respond to PLP's and the State's briefs, as well as the brief filed by

---

[2] Docket 195 at 6.

[3] Docket 186 at 4.

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.* (Lead Case) (Consolidated)
Order on Three Pending Motions
Page 3 of 4
Case 3:24-cv-00059-SLG    Document 209    Filed 12/29/25    Page 3 of 4

Plaintiffs Iliamna Natives Limited and Alaska Peninsula Corporation, all of which were filed on October 3, 2025, even with the government shutdown.

IT IS SO ORDERED this 29th day of December 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.*
(Lead Case) (Consolidated)
Order on Three Pending Motions
Page 4 of 4

Case 3:24-cv-00059-SLG   Document 209   Filed 12/29/25   Page 4 of 4