# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS, LTD., *et al.*,

        Plaintiffs,

    v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al*.,

        Defendants,

    and

BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*,

        Intervenor-Defendants.

Case No. 3:24-cv-00059-SLG

CONSOLIDATED

LEAD CASE

---

STATE OF ALASKA,

        Plaintiff,

    v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Defendant,

    and

TROUT UNLIMITED, *et al*.,

        Intervenor-Defendants.

Case No. 3:24-cv-00084-SLG

CONSOLIDATED

ILIAMNA NATIVES, LTD, *et al.*,

         Plaintiffs,

    v.

ENVIRONMENTAL PROTECTION
AGENCY, *et al.*,

         Defendants,

    and

BRISTOL BAY ECONOMIC
DEVELOPMENT CORPORATION, *et al.*,

         Intervenor-Defendants.

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

## ORDER ON MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Before the Court at Docket 207 is the Motion for Leave to File *Amicus Curiae* Brief filed by the Alaska Industrial Development and Export Authority ("AIDEA"). The Bristol Bay Intervenor-Defendants[1] responded in opposition at Docket 211, to which AIDEA replied at Docket 212.

AIDEA seeks leave to file an *amicus curiae* brief in support of the State of Alaska's opening brief on summary judgment; it asserts that (1) AIDEA, as a public corporation of the State of Alaska, "has an important role in developing Alaska's mineral deposits, offered to the residents of Alaska as part of a statehood

---

[1] The "Bristol Bay Intervenors" are the United Tribes of Bristol Bay, Bristol Bay Native Association, Bristol Bay Economic Development Corporation, Bristol Bay Native Corporation, Commercial Fishermen for Bristol Bay, and Bristol Bay Regional Seafood Development Corporation.

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.*
(Lead Case) (Consolidated)
Order on Motion for Leave to File *Amicus Curiae* Brief
Page 2 of 4

Case 3:24-cv-00059-SLG   Document 213   Filed 01/07/26   Page 2 of 4

compact"; (2) "AIDEA's proposed brief provides helpful additional argument on issues before the Court"; and (3) "the brief adds pertinent arguments on issues central to the proper resolution of this case."[2]

Intervenor-Defendants oppose AIDEA's motion because (1) "AIDEA's motion is overlength and untimely"; and (2) as an entity of the State of Alaska, AIDEA's position already is represented in this case by the State.[3]

In reply, AIDEA asserts that (1) AIDEA's brief is a proper length because the Federal Rules of Appellate Procedure do not apply, no Local Rule applies, and its brief is not overlength under Federal Rule of Appellate Procedure 29(a)(5), which allows briefs of any length with "the court's permission"; (2) AIDEA's motion is timely; (3) AIDEA's brief is not duplicative of the State's brief; and (4) AIDEA is not an extension of the State but rather holds "separate and independent legal existence" from the State under Alaska Statute § 44.88.020.[4]

For the reasons set forth by AIDEA in its Motion for Leave to File *Amicus Curiae* Brief and in its reply, IT IS ORDERED that AIDEA's motion at Docket 207 is GRANTED. The Court intends to review AIDEA's amicus brief and consider it to the extent it is helpful to the Court.[5] Accordingly, AIDEA's proposed amicus brief

---

[2] Docket 207 at 1-5.

[3] Docket 211 at 2-3.

[4] Docket 212 at 2-7.

[5] *See Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3rd Cir. 2002).

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.* (Lead Case) (Consolidated)
Order on Motion for Leave to File *Amicus Curiae* Brief
Page 3 of 4

lodged at Docket 207-1 with its motion at Docket 207 shall be deemed filed as part of the record of this case as of this date.

DATED this 7th day of January 2026, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.* (Lead Case) (Consolidated)
Order on Motion for Leave to File *Amicus Curiae* Brief
Page 4 of 4

Case 3:24-cv-00059-SLG     Document 213     Filed 01/07/26     Page 4 of 4