| From: | Michael Connolly |
| To: | Brown, Laura J.S. (ENRD) |
| Cc: | Luna, Mario (ENRD) |
| Subject: | Re: [EXTERNAL] Re: Pebble briefing schedule |
| Date: | Sunday, April 5, 2026 2:48:03 AM |
| Attachments: | image002.png |

Yes, these may be put in the public appendix.

Best,
Mike

On Thu, Apr 2, 2026 at 4:59 PM Brown, Laura J.S. (ENRD) <Laura.J.S.Brown@usdoj.gov> wrote:

Hi Mike,

Thank for the quick response. Does the State also give EPA permission to publish following documents publicly in the joint appendix? This list includes EPA_AR_0475620 and EPA_AR_0476351 (to which the State has granted permission per your earlier email) as well as the other State of Alaska documents that I have identified as cited in the parties' briefs.

Thanks,

Laura

| Bates Begin | Bates End | Confidential | Organization | Subject | Date | File Name |
|---|---|---|---|---|---|---|
| EPA_AR_0475109 | EPA_AR_0475115 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | ADF&G. Anadromous Waters Catalog: Overview. Available: https://www.adfg.alaska.gov/sf/SARR/AWC/index.cfm?ADFG=main.home. Accessed: May 16, 2022. | 2022 | ADFG 2021-05-14 Overview - Anadromous Waters Catalog.pdf |
| EPA_AR_0475116 | EPA_AR_0475120 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | ADF&G. Memorandum: Bristol Bay Management Area Stock of Concern Recommendations. Juneau, AK: Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries. | 10/7/2022 | ADFG 2022 BBMA Stock of Concern Recommendations.pdf |
| EPA_AR_0475620 | EPA_AR_0475867 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | ADNR (Alaska Department of Natural Resources). Bristol Bay Area Plan for State Lands, September 1984. Alaska Department of Natural Resources, Alaska Department of Fish and Game, and Alaska Department of Environmental Conservation. | Sep-84 | ADNR 1984a bristol_bay_area_plan.pdf |
| EPA_AR_0476351 | EPA_AR_0476492 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | ADNR. Nushagak & Mulchatna Rivers Recreation Management Plan (205 Revision): A Component of the Bristol Bay Area Plan. | 4/19/2005 | ADNR 2005 N and M RMP.pdf |
| EPA_AR_0476983 | EPA_AR_0477001 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | ADNR. Pebble Project. Available: http://dnr.alaska.gov/mlw/mining/largemine/pebble/. Accessed: May 16, 2022. | 2022 | ADNR 2022b Pebble Project.pdf |
| EPA_AR_0477492 | EPA_AR_0477497 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Alaska Department of Fish and Game. Bristol Bay Salmon Season Summary. Retrieved from Anchorage, AK: https://www.adfg.alaska.gov/static/applications/dcfnewsrelease/1438246231.pdf | 2022 | Alaska Department of Fish and Game (2022b).pdf |
| EPA_AR_0480641 | EPA_AR_0480692 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Dann, T. H., G. Buck, and B. Jones. Stock composition of subsistence harvests and total return of sockeye salmon from the Kvichak River. ADF&G Alaska Sustainable Salmon Grant Proposal Presentation, 148th Annual Meeting of the American Fisheries Society. | 2018 | Dann 2018.pdf |
| EPA_AR_0480827 | EPA_AR_0480957 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Dann, T. H., C. Habicht, J. R. Jasper, E. K. C. Fox, H. A. Hoyt, H. L. Liller, E. S. Lardizabal, P. A. Kuriscak, Z. D. Grauvogel, and W. D. Templin. Sockeye Salmon Baseline for the Western Alaska Salmon Stock Identification Project. Special Publication No. 12-12. Anchorage, AK: Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries. | 2012 | Dann et al. 2012.pdf |
| EPA_AR_0481712 | EPA_AR_0481809 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Dye, J. E., and L. K. Borden. Sport Fisheries in the Bristol Bay Management Area, 2016'2018. Fishery Management Report No. 18-27. Anchorage, AK: Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries. | 2018 | Dye and Borden 2018.pdf |
| EPA_AR_0481810 | EPA_AR_0481860 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Dye, J. E., and C. J. Schwanke. Report to the Alaska Board of Fisheries for the Recreational Fisheries of Bristol Bay, 2007, 2008, and 2009. Special Publication No. 09-14. Anchorage, AK: Alaska Department of Fish and Game, Division of Sport Fish, Research and Technical Services. | 2009 | Dye and Schwanke 2009.pdf |
| EPA_AR_0482321 | EPA_AR_0482725 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Fall, J. A., D. L. Holen, B. Davis, T. Krieg, and D. Koster. Subsistence Harvests and Uses of Wild Resources in Iliamna, Newhalen, Nondalton, Pedro Bay, and Port Alsworth, Alaska 2004. Technical Paper No. 302. Juneau, AK: Alaska Department of Fish and Game, Division of Subsistence. | 2006 | Fall et al. 2006.pdf |
| EPA_AR_0483763 | EPA_AR_0484109 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Giefer, J., and S. Graziano. Catalog of Waters Important for Spawning, Rearing, or Migration of Anadromous Fishes'Southwestern Region, Effective June 15, 2022. Special Publication No. 22-05. Anchorage, AK: Alaska Department of Fish and Game. Available: https://www.adfg.alaska.gov/sf/SARR/AWC/index.cfm?ADFG=main.home. Accessed: Sept. 29, 2022. | 2022 | Giefer and Graziano 2022swt_CATALOG.pdf |
| EPA_AR_0485012 | EPA_AR_0485088 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Halas, G., and G. Neufeld. An Overview of the Subsistence Fisheries of the Bristol Bay Management Area, Alaska. Special Publication No. BOF 2018-04. Anchorage, AK: Alaska Department of Fish and Game, Division of Subsistence. | 2016 | Halas and Neufeld 2018.pdf |
| | | | 11-SUBJECT | Howard, K. G., S. Garcia, J. Murphy, and T. H. Dann. Juvenile Chinook salmon | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| EPA_AR_0486343 | EPA_AR_0486435 | Subject to Protective Order | TO PROTECTIVE ORDER | abundance index and survey feasibility assessment in the Northern Bering Sea, 2014-2016. Fishery Data Series No. 19-04. Anchorage, AK: Alaska Department of Fish and Game. | 2019 | Howard et al. 2019.pdf |
| EPA_AR_0495988 | EPA_AR_0496230 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Shedd, K. R., T. H. Dann, H. A. Hoyt, M. B. Foster, and C. Habicht. Genetic Baseline of North American Sockeye Salmon for Mixed Stock Analyses of Kodiak Management Area Commercial Fisheries, 2014-2016. Fishery Manuscript Series No. 16-03. Anchorage, AK: Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries. | 2016 | Shedd et al. 2016.pdf |
| EPA_AR_0497218 | EPA_AR_0497270 | Subject to Protective Order | 11-SUBJECT TO PROTECTIVE ORDER | Weber-Scannell, P. K. Influence of temperature on freshwater fishes: a literature review with emphasis on species in Alaska. Technical Report 91-1. Juneau, AK: Alaska Department of Fish and Game, Division of Habitat. | 1991 | Weber-Scannell 1991.pdf |

**From:** Michael Connolly <mike@consovoymccarthy.com>
**Sent:** Thursday, April 2, 2026 3:33 PM
**To:** Brown, Laura J.S. (ENRD) <Laura.J.S.Brown@usdoj.gov>
**Cc:** Luna, Mario (ENRD) <Mario.Luna@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: Pebble briefing schedule

Laura,

These are publicly available documents. The inclusion of these documents as exhibits will not violate the State's copyrights, and we consent to their inclusion within the record for this case (on the public docket).

Best,

Mike

On Thu, Apr 2, 2026 at 8:57 AM Brown, Laura J.S. (ENRD) <Laura.J.S.Brown@usdoj.gov> wrote:

> Mike,
>
> As you may note, in their motion to lift the protective order, PLP asserts that two State of Alaska documents, EPA_AR_0475620 and EPA_AR_0476351, are not subject to copyright.
>
> The State website provides to the contrary: "In general, publications of the State of Alaska are protected by copyright. Copyright ownership may rest with the State of Alaska, or, in some cases, another individual or entity which creates a publication on behalf of the State." See https://lam.alaska.gov/state-publications/rights.
>
> Can you confirm whether the documents are subject to copyright?
>
> Thanks,
>
> Laura