STEPHEN J. COX
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

J. Michael Connolly (*pro hac vice*)
Gilbert C. Dickey (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
gilbert@consovoymccarthy.com
steven@consovoymccarthy.com

*Attorneys for the State of Alaska*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, <br>     *Plaintiffs*, <br><br>     v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br>     *Defendants*, <br><br>     and <br><br> UNITED TRIBES OF BRISTOL BAY, *et al.*, <br>     *Intervenor-Defendants*. | Case No. 3:24-cv-59-SLG <br><br> CONSOLIDATED <br><br> LEAD CASE |

|  |  |  |
|---|---|---|
| STATE OF ALASKA,<br>    *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 3:24-cv-84-SLG |
| UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br>    *Defendant*, | ) ) ) ) | CONSOLIDATED |
| and | ) ) | |
| TROUT UNLIMITED, *et al.*,<br>    *Intervenor-Defendants*. | ) ) ) | |
| ILIAMNA NATIVES LTD., *et al.*,<br>    *Plaintiffs*, | ) ) ) ) | |
| v. | ) ) | Case No. 3:24-cv-132-SLG |
| ENVIRONMENTAL PROTECTION<br>AGENCY, *et al.*,<br>    *Defendants*, | ) ) ) ) | CONSOLIDATED |
| and | ) ) | |
| BRISTOL BAY ECONOMIC<br>DEVELOPMENT CORPORATION, *et al.*,<br>    *Intervenor-Defendants*. | ) ) ) ) | |

## STATE OF ALASKA'S UNOPPOSED MOTION
## FOR LEAVE TO FILE EXCESS PAGES

*Northern Dynasty Minerals Ltd. v. EPA*                                        Case No.: 3:24-cv-59-SLG
State of Alaska's Unopposed Motion for Leave to File Excess Pages
Case 3:24-cv-00059-SLG     Document 227     Filed 04/14/26     Page 2 of 5

The State of Alaska moves for leave to file a 24-page reply brief.

1.      Under the local rules, an opposition brief is limited to 35 pages or 10,000 words, and a reply brief is limited to 20 pages or 5,700 words.[1]

2.      The State's request for four additional pages for its reply brief is reasonable because the State is responding to four separate opposition briefs totaling nearly 300 pages. Specifically, the EPA filed a brief that is 127 pages in length.[2] The Bristol Bay Intervenors filed a brief that is 69 pages in length.[3] The SalmonState Intervenors filed a brief that is 64 pages in length.[4] And Trout Unlimited filed a brief that is 38 pages in length.[5]

3.      Given the complexity and significance of the legal issues presented and the number and size of the filings in response, a small increase in pages is necessary for the State to sufficiently respond to the opposition briefs.

5.      The State has conferred with the other parties, and they do not oppose this motion.

For these reasons, the Court should grant the State's motion for leave to file excess pages.

---

[1] L.R. 7.4(a)(1), 16.3(c)(6).
[2] Dkt. 215.
[3] Dkt. 217.
[4] Dkt. 219.
[5] Dkt. 218.

*Northern Dynasty Minerals Ltd. v. EPA*                                           Case No.: 3:24-cv-59-SLG
State of Alaska's Motion for Leave to File Excess Pages                                           1
Case 3:24-cv-00059-SLG     Document 227     Filed 04/14/26     Page 3 of 5

DATED: April 14, 2026

Respectfully Submitted,

By: */s/ J. Michael Connolly*

J. Michael Connolly (*pro hac vice*)
Gilbert C. Dickey (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
gilbert@consovoymccarthy.com
steven@consovoymccarthy.com

STEPHEN J. COX
ATTORNEY GENERAL
Ronald W. Opsahl
(Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

*Attorneys for the State of Alaska*

*Northern Dynasty Minerals Ltd. v. EPA*                    Case No.: 3:24-cv-59-SLG
State of Alaska's Motion for Leave to File Excess Pages                    2

Case 3:24-cv-00059-SLG    Document 227    Filed 04/14/26    Page 4 of 5

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2026, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, serving all counsel of record.

_/s/ J. Michael Connolly_
J. Michael Connolly

_Northern Dynasty Minerals Ltd. v. EPA_      Case No.: 3:24-cv-59-SLG
State of Alaska's Motion for Leave to File Excess Pages      3

Case 3:24-cv-00059-SLG    Document 227    Filed 04/14/26    Page 5 of 5