**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| NORTHERN DYNASTY MINERALS LTD., *et al.*, | ) ) ) | |
|      *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 3:24-cv-59-SLG |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) | CONSOLIDATED |
|      *Defendants*, | ) ) | LEAD CASE |
|     and | ) ) | |
| UNITED TRIBES OF BRISTOL BAY, *et al.*, | ) ) ) | |
|      *Intervenor-Defendants.* | ) ) | |

| | | |
|---|---|---|
| STATE OF ALASKA, | ) ) | |
|      *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 3:24-cv-84-SLG |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) | CONSOLIDATED |
|      *Defendant*, | ) ) | |
|     and | ) ) | |
| TROUT UNLIMITED, *et al.*, | ) ) | |
|      *Intervenor-Defendants.* | ) ) | |

| | | |
|---|---|---|
| ILIAMNA NATIVES LTD., *et al.*, | ) ) | |
|      *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 3:24-cv-132-SLG |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) ) ) | CONSOLIDATED |
|      *Defendants*, | ) | |

*Northern Dynasty Minerals Ltd. v. EPA*         Case No.: 3:24-cv-59-SLG
Order Granting State of Alaska's Motion for Leave to File Excess Pages
Case 3:24-cv-00059-SLG    Document 227-1    Filed 04/14/26    Page 1 of 2

|  | ) |
|---|---|
| and | ) |
|  | ) |
| BRISTOL BAY ECONOMIC | ) |
| DEVELOPMENT CORPORATION, *et al.*, | ) |
| *Intervenor-Defendants.* | ) |
|  | ) |

## [PROPOSED] ORDER GRANTING STATE OF ALASKA'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Upon consideration of the State of Alaska's Motion for Leave to File Excess Pages, IT

IS ORDERED that the Motion is GRANTED. The State's reply brief is accepted as filed.

DATED this ____ day of April 2026 at Anchorage, Alaska.

_____
HON. SHARON L. GLEASON
United States District Judge

*Northern Dynasty Minerals Ltd. v. EPA*                    Case No.: 3:24-cv-59-SLG
Order Granting State of Alaska's Motion for Leave to File Excess Pages
Case 3:24-cv-00059-SLG    Document 227-1    Filed 04/14/26    Page 2 of 2