# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

Defendants.

Case No. 3:24-cv-00059-SLG
and consolidated cases

---

## PROPOSED ORDER ALLOWING OVERLENGTH REPLY BRIEF

---

THIS MATTER having come before the Court upon Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's (collectively, "PLP") Motion for Leave to File Overlength Reply Brief and the other papers filed in connection with that Motion,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The Court accepts as filed the brief submitted by PLP as its reply brief, containing up to 18,000 words (excepting those portions excluded by Local Civil Rule 7.4(a)(4) from word limits).

Dated this _____ day of _____, 2026.

BY THE COURT:

_____
United States District Court Judge