# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS, LTD., *et al.*,

        Plaintiffs,

       v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

        Defendants,

    and

BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*,

        Intervenor-Defendants.

Case No. 3:24-cv-00059-SLG

CONSOLIDATED

LEAD CASE

---

STATE OF ALASKA,

        Plaintiff,

       v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

        Defendant,

    and

TROUT UNLIMITED, *et al.*,

        Intervenor-Defendants.

Case No. 3:24-cv-00084-SLG

CONSOLIDATED

ILIAMNA NATIVES, LTD., *et al.*,

   Plaintiffs,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

   Defendants,

  and

BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,

   Intervenor-Defendants.

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

## ORDER REGARDING ORAL ARGUMENT

At Docket 234 is Northern Dynasty Minerals Ltd. and Pebble Limited Partnership's (collectively, "PLP") Proposal for Oral Argument. Oral argument is currently set for June 25, 2026, at 1:30 p.m.

Oral argument will proceed with the following time allocations for the upcoming oral argument on the motions for summary judgment filed by Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership, the State of Alaska, and Iliamna Natives Limited and Alaska Peninsula Corporation (collectively, "Plaintiffs"):

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.* (Lead Case) (Consolidated)
Order Regarding Oral Argument
Page 2 of 3

Case 3:24-cv-00059-SLG Document 236 Filed 04/23/26 Page 2 of 3

- One hour total allotted to all parties aligned as Plaintiffs, to be divided among Plaintiffs by agreement among the Plaintiffs, and with Plaintiffs reserving from the hour such time for rebuttal as they choose;

- 15-minute recess;

- One hour total allotted to Defendant EPA and Intervenor-Defendants, to be divided by agreement among Defendant EPA and Intervenor-Defendants; and

- If any other motions remain pending at the time of oral argument, each side shall have 10 minutes (total, to be divided by agreement among the parties on each side) to argue all pending ancillary motions.

IT IS SO ORDERED this 23rd day of April 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00059-SLG, *Northern Dynasty Minerals, LTD., et al. v. U.S. EPA, et.al.*
(Lead Case) (Consolidated)
Order Regarding Oral Argument
Page 3 of 3

Case 3:24-cv-00059-SLG    Document 236    Filed 04/23/26    Page 3 of 3