# Exhibit A
# Joint Appendix Index

Case 3:24-cv-00059-SLG     Document 238-1     Filed 04/28/26     Page 1 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0000003 | EPA_AR_0000004 | Letter to Col. Damon Delarosa (USACE), Corri Feige (ADNR), Michelle Johnson (Chuchuna Minerals Company), John Shively (PLP, Pebble East Claims Corporation, Pebble West Claims Corporation), from Michelle Pirzadeh (EPA), re: intent to issue a proposed determination |
| EPA_AR_0000041 | EPA_AR_0000044 | Proposed Determination to Prohibit and Restrict the Use of Certain Waters Within Defined Areas as Disposal Sites; Pebble Deposit Area, Southwest Alaska, Notice of Availability and Public Hearing, 87 Fed. Reg. 32,021 (May 26, 2022) |
| EPA_AR_0015356 | EPA_AR_0015357 | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by the State of Alaska |
| EPA_AR_0015362 | | |
| EPA_AR_0015366 | EPA_AR_0015373 | |
| EPA_AR_0015381 | | |
| EPA_AR_0015388 | | |
| EPA_AR_0015391 | EPA_AR_0015395 | |
| EPA_AR_0015398 | | |
| EPA_AR_0015401 | EPA_AR_0015404 | |
| EPA_AR_0015406 | | |
| EPA_AR_0015409 | EPA_AR_0015411 | |
| EPA_AR_0015434 | | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by National Wildlife Federation (NWF) |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

2

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 2 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0016070 | EPA_AR_0016073 | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by Trout Unlimited (TU) and Katmai Service Providers (KSP) |
| EPA_AR_0016179 | | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by Trustees for Alaska et al. |
| EPA_AR_0021280 | EPA_AR_0021360 | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by Bristol Bay Native Corporation (BBNC) |
| EPA_AR_0021380 | EPA_AR_0021392 | |
| EPA_AR_0025957 | EPA_AR_0025960 | |
| EPA_AR_0027084 | EPA_AR_0027138 | |
| EPA_AR_0028124 | EPA_AR_0028138 | |
| EPA_AR_0078389 | EPA_AR_0078391 | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by Pebble Limited Partnership (PLP) |
| EPA_AR_0078393 | | |
| EPA_AR_0078397 | EPA_AR_0078399 | |
| EPA_AR_0078403 | EPA_AR_0078406 | |
| EPA_AR_0078409 | | |
| EPA_AR_0078414 | EPA_AR_0078419 | |
| EPA_AR_0078422 | | |
| EPA_AR_0078425 | EPA_AR_0078428 | |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

3

Case 3:24-cv-00059-SLG   Document 238-1   Filed 04/28/26   Page 3 of 25

| EPA Administrative Record Excerpts | | |
| --- | --- | --- |
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0078431 | | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by Pebble Limited Partnership (PLP) |
| EPA_AR_0078494 | EPA_AR_0078507 | |
| EPA_AR_0078510 | EPA_AR_0078512 | |
| EPA_AR_0078532 | EPA_AR_0078542 | |
| EPA_AR_0078543 | EPA_AR_0078544 | |
| EPA_AR_0078546 | EPA_AR_0078551 | |
| EPA_AR_0078740 | | |
| EPA_AR_0078918 | EPA_AR_0078921 | |
| EPA_AR_0079405 | EPA_AR_0079531 | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by Bristol Bay Regional Seafood Development Association (BBRSDA) |
| EPA_AR_0081901 | EPA_AR_0082055 | Transcript of Audio Recording of Public Hearing on Proposed Determination, Dillingham, Alaska |
| EPA_AR_0082056 | EPA_AR_0082110 | Transcript of Audio Recording of Public Hearing on Proposed Determination, Newhalen, Alaska |
| EPA_AR_0082129 | EPA_AR_0082165 | Transcript of Virtual Hearing on Proposed Determination |
| EPA_AR_0082174 | EPA_AR_0082176 | Letter from Jason Brune (Alaska Department of Environmental Conservation (ADEC)), Corri Feige (ADNR) Doug Vincent-Lang (Alaska Department of Fish & Game (ADF&G)), and Treg Taylor (Alaska Attorney General) to Casey Sixkiller (EPA) requesting 120-day extension of the public comment period |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

4

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 4 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0082179 | EPA_AR_0082192 | Proposed Determination of EPA Region 10 Pursuant to Section 404(c) of the Clean Water Act, Pebble Deposit Area, Southwest Alaska |
| EPA_AR_0082368 | | |
| EPA_AR_0082399 | | |
| EPA_AR_0082924 | EPA_AR_0082926 | Final Determination to Prohibit the Specification of and Restrict the Use for Specification of Certain Waters Within Defined Areas as Disposal Sites; Pebble Deposit Area, Southwest Alaska, Notice of Availability, 88 Fed. Reg. 7,441 (Feb. 3, 2023) |
| EPA_AR_0082927 | EPA_AR_0083361 | Final Determination of EPA Pursuant to Section 404(c) of CWA Pebble Deposit Area, Southwest Alaska |
| EPA_AR_0083438 | EPA_AR_0083439 | Response to Comments, EPA CWA Section 404(c) Final Determination for the Pebble Deposit Area, Southwest Alaska |
| EPA_AR_0083483 | | |
| EPA_AR_0083494 | | |
| EPA_AR_0083499 | | |
| EPA_AR_0083501 | | |
| EPA_AR_0083515 | | |
| EPA_AR_0083543 | | |
| EPA_AR_0083553 | | |
| EPA_AR_0083564 | | |
| EPA_AR_0083568 | EPA_AR_0083571 | |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

5

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 5 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0083580 | | |
| EPA_AR_0083583 | | |
| EPA_AR_0083586 | EPA_AR_0083587 | |
| EPA_AR_0083590 | | |
| EPA_AR_0083592 | EPA_AR_0083597 | |
| EPA_AR_0083611 | EPA_AR_0083619 | |
| EPA_AR_0083623 | EPA_AR_0083625 | |
| EPA_AR_0083628 | EPA_AR_0083629 | |
| EPA_AR_0083645 | | Response to Comments, EPA CWA Section 404(c) Final Determination for the Pebble Deposit Area, Southwest Alaska |
| EPA_AR_0083656 | EPA_AR_0083657 | |
| EPA_AR_0083670 | EPA_AR_0083671 | |
| EPA_AR_0083792 | EPA_AR_0083793 | |
| EPA_AR_0083806 | | |
| EPA_AR_0083816 | | |
| EPA_AR_0083827 | | |
| EPA_AR_0083831 | EPA_AR_0083832 | |
| EPA_AR_0083840 | | |
| EPA_AR_0083850 | | |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

6

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 6 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0083860 | | Response to Comments, EPA CWA Section 404(c) Final Determination for the Pebble Deposit Area, Southwest Alaska |
| EPA_AR_0083864 | EPA_AR_0083866 | |
| EPA_AR_0083869 | | |
| EPA_AR_0083879 | EPA_AR_0083882 | |
| EPA_AR_0083888 | | |
| EPA_AR_0083896 | | |
| EPA_AR_0083927 | | |
| EPA_AR_0083931 | | |
| EPA_AR_0083939 | | |
| EPA_AR_0083945 | | |
| EPA_AR_0083956 | | |
| EPA_AR_0083971 | | |
| EPA_AR_0084007 | | |
| EPA_AR_0084023 | | |
| EPA_AR_0084027 | EPA_AR_0084029 | |
| EPA_AR_0084033 | | |
| EPA_AR_0084035 | | |
| EPA_AR_0084075 | | |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

7

Case 3:24-cv-00059-SLG     Document 238-1     Filed 04/28/26     Page 7 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0084127 | | Response to Comments, EPA CWA Section 404(c) Final Determination for the Pebble Deposit Area, Southwest Alaska |
| EPA_AR_0084132 | EPA_AR_0084133 | |
| EPA_AR_0084160 | | |
| EPA_AR_0084177 | EPA_AR_0084268 | |
| EPA_AR_0085287 | EPA_AR_0085307 | Pebble Project Dep't of the Army Application for Permit POA-2017-271 (Dec. 2019) |
| EPA_AR_0087313 | EPA_AR_0087391 | Pebble Project Dep't of the Army Application for Permit POA-2017-271 (June 2020) |
| EPA_AR_0087752 | EPA_AR_0087753 | Letter from Christopher Hladick (EPA Region 10 Regional Administrator) to Col. David Hibner (Alaska District Engineer, USACE) articulating supplemental comments |
| EPA_AR_0087756 | | EPA Spreadsheet on PFEIS |
| EPA_AR_0087854 | EPA_AR_0087968 | Letter from Chris Hladick (EPA Region 10 Regional Administrator) to Shane McCoy (Program Manager, USACE, Alaska District) regarding EPA review of USACE Feb. 2019 Draft Environmental Impact Statement for the Pebble Project with detailed comments |
| EPA_AR_0087969 | EPA_AR_0088028 | Letter from Chris Hladick (EPA Region 10 Regional Administrator) to Col. Phillip Borders (Alaska District Engineer, USACE) regarding EPA's review of USACE's Mar. 1, 2019 Public Notice POA-2017-00271 for a CWA Section 404 permit with detailed comments |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

8

Case 3:24-cv-00059-SLG     Document 238-1     Filed 04/28/26     Page 8 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0088035 | EPA_AR_0088060 | Letter from R. David Allnut (Director, EPA Office of Environmental Review and Assessment) to Shane McCoy (Program Manager, USACE, Alaska District) regarding EPA's review of USACE's Mar. 29, 2018 Notice of Intent initiating the scoping process for the proposed Pebble Project Environmental Impact Statement development with detailed comments |
| EPA_AR_0088067 | | USACE Pebble Project EIS, Draft EIS Executive Summary |
| EPA_AR_0088965 | EPA_AR_0088969 | Draft EIS Appendix J: Preliminary Jurisdictional Determination |
| EPA_AR_0089612 | | Draft EIS Appendix M: Mitigation, Mitigation Screening, Applicant's Draft Conceptual Compensatory Mitigation Plan |
| EPA_AR_0091273 | EPA_AR_0091277 | USACE Pebble Project EIS, Final EIS Executive Summary |
| EPA_AR_0091279 | | |
| EPA_AR_0091284 | EPA_AR_0091285 | |
| EPA_AR_0091314 | | |
| EPA_AR_0091353 | | |
| EPA_AR_0091359 | | |
| EPA_AR_0091371 | | |
| EPA_AR_0091389 | | |
| EPA_AR_0091989 | EPA_AR_0091990 | Final EIS Appendix D, Comment Analysis Report |
| EPA_AR_0092517 | EPA_AR_0092739 | Final EIS Appendix I, EFH Assessment |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

9

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 9 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0092740 | EPA_AR_0092752 | Final EIS Appendix J, Preliminary Jurisdictional Determination Letters |
| EPA_AR_0092951 | | Final EIS Appendix K, Technical Appendices |
| EPA_AR_0093031 | EPA_AR_0093034 | |
| EPA_AR_0093535 | | |
| EPA_AR_0093660 | EPA_AR_0093664 | |
| EPA_AR_0093776 | | |
| EPA_AR_0093787 | | |
| EPA_AR_0094242 | | Final EIS Appendix N, Project Description |
| EPA_AR_0094255 | EPA_AR_0094256 | |
| EPA_AR_0094266 | EPA_AR_0094268 | |
| EPA_AR_0094275 | EPA_AR_0094276 | |
| EPA_AR_0094519 | EPA_AR_0094531 | Final EIS Chapter 3: Affected Environment |
| EPA_AR_0094555 | | |
| EPA_AR_0094584 | | |
| EPA_AR_0094588 | EPA_AR_0094589 | |
| EPA_AR_0094675 | EPA_AR_0094676 | |
| EPA_AR_0094729 | EPA_AR_0094730 | |
| EPA_AR_0094989 | | |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

10

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 10 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0094991 | EPA_AR_0094993 | Final EIS Chapter 3: Affected Environment |
| EPA_AR_0094995 | | |
| EPA_AR_0095003 | EPA_AR_0095129 | |
| EPA_AR_0095183 | EPA_AR_0095184 | Final EIS Chapter 4: Environmental Consequences |
| EPA_AR_0095259 | | |
| EPA_AR_0095264 | | |
| EPA_AR_0095267 | EPA_AR_0095271 | |
| EPA_AR_0095650 | | |
| EPA_AR_0095760 | EPA_AR_0095761 | |
| EPA_AR_0095763 | | |
| EPA_AR_0095776 | EPA_AR_0096324 | |
| EPA_AR_0096330 | EPA_AR_0096376 | Final EIS Chapter 5: Mitigation |
| EPA_AR_0096392 | EPA_AR_0096404 | Final EIS Chapter 6: Consultation and Coordination |
| EPA_AR_0099216 | | Pebble Project Environmental Baseline Document 2004 through 2008, Chapter 1: Introduction |
| EPA_AR_0099218 | EPA_AR_0099221 | |
| EPA_AR_0128965 | EPA_AR_0128967 | Attachments B1-B4 to USACE Record of Decision for Application Submitted by PLP to USACE (DA Permit # POA-2017-271), USACE Supporting Analysis |
| EPA_AR_0128981 | | |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

11

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 11 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0129269 | EPA_AR_0129297 | Record of Decision for Application Submitted by PLP to USACE Permit Application No. POA-2017-271) |
| EPA_AR_0129359 | EPA_AR_0129450 | PLP Request for Appeal of Permit Denial, USACE Permit Application No. POA-2017-271 |
| EPA_AR_0129997 | EPA_AR_0130060 | HDR, Revised Report, Pebble Project, Preliminary Jurisdictional Determination Report, Revision 3, Prepared for USACE - Alaska District, Regulatory Division |
| EPA_AR_0130061 | EPA_AR_0130070 | PLP Request for Reconsideration on Compensatory Mitigation from Eric Fjelstad (Perkins Coie) and Cynthia Taub (Steptoe & Johnson LLP) (Pebble Limited Partnership Counsel) |
| EPA_AR_0130430 | EPA_AR_0130432 | Letter from David S. Hobbie (Chief, Regional Regulatory Division, USACE, Alaska District) to James Fueg (PLP) regarding required compensatory mitigation |
| EPA_AR_0131040 | EPA_AR_0131076 | HDR, Pebble Project, Wetland Mapping Report, Project Alternatives 2 and 3 |
| EPA_AR_0133723 | EPA_AR_0133726 | Attachment 1 to Jan. 27, 2020 Response to RFI 056a, Draft Report, Pebble Project, DRAFT Compensatory Mitigation Plan, Jan. 2020 |
| EPA_AR_0133745 | EPA_AR_0133748 | |
| EPA_AR_0133904 | EPA_AR_0133913 | |
| EPA_AR_0135291 | | RFI 161 Pebble Project EIS Watershed Model & Streamflow Change (to PLP) and Feb. 20, 2020 Response |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

12

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 12 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0138276 | EPA_AR_0138280 | U.S. Fish & Wildlife Service (USFWS) Letter to USACE, Alaska District transmitting comments on the Public Notice for PLP's application for a Dep't of the Army Permit |
| EPA_AR_0138406 | EPA_AR_0138407 | Letter from Michelle Pirzadeh (Acting Region 10 Regional Administrator) to Alaska Native Corporation (ANC) Leaders inviting Alaska Native Claims Settlement Act Corporation consultation on EPA's ongoing Clean Water Act Section 404(c) review process related to the Pebble deposit in Southwest Alaska |
| EPA_AR_0138408 | | Letter from Dan Opalski (Region 10 Water Division Director) to Alaska Native Corporation Leaders inviting Alaska Native Claims Settlement Act Corporation engagement on EPA's ongoing Clean Water Act Section 404(c) review process related to the Pebble deposit in Southwest Alaska |
| EPA_AR_0138409 | EPA_AR_0138410 | Letter from Michelle Pirzadeh (Acting Region 10 Regional Administrator) to Tribal Leaders inviting government-to-government consultation on EPA's ongoing Clean Water Act Section 404(c) review process related to the Pebble deposit in Southwest Alaska |
| EPA_AR_0138664 | EPA_AR_0138672 | Midgard Environmental Services LLC. Review of the Pebble Mine Project Preliminary Economic Assessment. |
| EPA_AR_0138920 | EPA_AR_0138921 | Denial or Restriction of Disposal Sites; Section 404(c) Procedures, 44 Fed. Reg. 58,076 (Oct. 9, 1979) |
| EPA_AR_0138937 | | Guidelines for Specification of Disposal Sites for Dredged or Fill Material, 45 Fed. Reg. 85,336 (Dec. 24, 1980) |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

13
Case 3:24-cv-00059-SLG     Document 238-1     Filed 04/28/26     Page 13 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0139111 | | Proposed Determination to Restrict the Use of an Area as a Disposal Site; Pebble Deposit Area, Southwest Alaska 79 Fed. Reg. 42,314 (July 21, 2014) |
| EPA_AR_0139114 | | |
| EPA_AR_0139118 | EPA_AR_0139119 | Proposal to Withdraw Proposed Determination to Restrict the Use of an Area as a Disposal Site; Pebble Deposit Area, Southwest Alaska, 82 Fed. Reg. 33,123 (July 19, 2017) |
| EPA_AR_0139122 | EPA_AR_0139125 | Notification of Decision Not to Withdraw Proposed Determination to Restrict the Use of an Area as a Disposal Site; Pebble Deposit Area, Southwest Alaska, 83 Fed. Reg. 8,668 (Feb. 28, 2018) |
| EPA_AR_0139126 | EPA_AR_0139128 | Notification of Decision to Withdraw Proposed Determination to Restrict the Use of an Area as a Disposal Site; Pebble Deposit Area, Southwest Alaska, 84 Fed. Reg. 45,749, 45,752 (Aug. 30, 2019) |
| EPA_AR_0139130 | EPA_AR_0139133 | |
| EPA_AR_0139590 | EPA_AR_0139610 | Settlement Agreement between the United States of America, acting through the United States Department of Justice and on behalf of Defendants, the United States Environmental Protection Agency (EPA) and EPA's Administrator, and Plaintiff, PLP |
| EPA_AR_0139648 | EPA_AR_0139649 | Memorandum of Agreement Between The Department of the Army and The Environmental Protection Agency Concerning Mitigation Sequence for Wetlands in Alaska under Section 404 of the Clean Water Act, signed by Scott Pruitt, Administrator, Environmental Protection Agency, and R.D. James, Assistant Secretary for Civil Works, Department of the Army. |
| EPA_AR_0139653 | EPA_AR_0139654 | |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

14

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 14 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0139829 | | EPA. An Assessment of Potential Mining Impacts on Salmon Ecosystems of Bristol Bay, Alaska. Vol. 1, Main Report. Final Report. EPA 910-R-14-001. Washington, DC. |
| EPA_AR_0139840 | | |
| EPA_AR_0139864 | | |
| EPA_AR_0140091 | | |
| EPA_AR_0141160 | EPA_AR_0141215 | EPA. Consideration of Potential Costs Regarding the Clean Water Act Section 404(c) Proposed Determination for the Pebble Deposit Area, Southwest Alaska (Draft). Seattle WA: U.S. Environmental Protection Agency, Region 10. |
| EPA_AR_0141296 | EPA_AR_0141375 | EPA. Consideration of Potential Costs Regarding the Clean Water Act Section 404(c) Final Determination for the Pebble Deposit Area, Southwest Alaska. Washington, DC: U.S. Environmental Protection Agency." |
| EPA_AR_0141376 | EPA_AR_0141385 | Memorandum of Agreement Between The Environmental Protection Agency and The Department of the Army re Clean Water Act Section 404(q), signed by Martha G. Prothro, Acting Assistant Administrator for Water, Environmental Protection Agency and Nancy P. Dorn, Assistant Secretary of the Army for Civil Works, Department of the Army |
| EPA_AR_0145703 | | NMFS (National Marine Fisheries Service). NMFS Comments on Pebble Project Essential Fish Habitat Assessment. Letter from James Balsiger, Alaska Region Administrator, to Col. David Hibner, USACE. |
| EPA_AR_0145758 | | |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

15

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 15 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0257015 | EPA_AR_0257016 | Proposed Determination Public Comment from EPA-R10-OW-2014-0505 submitted by Pebble Limited Partnership |
| EPA_AR_0257021 | | |
| EPA_AR_0257064 | | |
| EPA_AR_0272206 | EPA_AR_0272209 | State of Alaska Land Selection Program: State Lands to be Conveyed by Congress |
| EPA_AR_0272219 | | Alaska DNR Press Release re: Background on Cook Inlet Land Trade Proposal (undated, issued when the lands were anticipated to be part of the Cook Inlet Exchange) |
| EPA_AR_0272220 | EPA_AR_0272228 | Alaska DNR, Area Descriptions of State Interest Lands; Public Comment Draft |
| EPA_AR_0272267 | | |
| EPA_AR_0272301 | | Kleinschmidt Associates. Comments on EPA's Proposed Determination on the Pebble Deposit Area, May 2022. Report prepared for the PLP (submitted as Exhibit 2 of PLP's comments on the proposed determination). Project Control No. 534002.01. |
| EPA_AR_0272308 | | |
| EPA_AR_0272355 | EPA_AR_0272362 | USACE. Regulatory Guidance Letter No. 16-01. |
| EPA_AR_0272458 | | Final Determination of the U.S. Environmental Protection Agency's Assistant Administrator for Water Pursuant to Section 404(c) of the Clean Water Act Concerning the Proposed Yazoo Backwater Area Pumps Project, Issaquena County, Mississippi. |
| EPA_AR_0498929 | | CWA Section 404(c) Recommended Determination for the Pebble Deposit Area |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

16

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 16 of 25

| EPA Administrative Record Excerpts | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0499508 | | Pebble Project Description POA-2017-271 |
| EPA_AR_0499515 | EPA_AR_0499516 | |
| EPA_AR_0499528 | | |
| EPA_AR_0510255 | EPA_AR_0510256 | PLP, Final Report, Pebble Project, Compensatory Mitigation Plan, 129 page version. |
| EPA_AR_0510284 | | |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

17

Case 3:24-cv-00059-SLG   Document 238-1   Filed 04/28/26   Page 17 of 25

| EPA Administrative Record Excerpts Subject to Protective Order | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0023746 | EPA_AR_0023748 | Proposed Determination Public Comment from EPA-R10-OW-2022-0418 submitted by Bristol Bay Native Corporation |
| EPA_AR_0023752 | | |
| EPA_AR_0468557 | EPA_AR_0468570 | Bird, D. The Pathway for Copper to 2030. Retrieved from https://orocoresourcecorp.com/_resources/blog/Copper-Market-Analysis-RFC-Ambrian-May-2022.pdf |
| EPA_AR_0470174 | EPA_AR_0470182 | Dittman, A. H., and T. P. Quinn. Homing in Pacific salmon: Mechanisms and ecological basis. Journal of Experimental Biology 199:83-91. |
| EPA_AR_0470410 | EPA_AR_0470412 | Healey, M. C. Life history of Chinook salmon (Oncorhynchus tshawytscha). Pages 311-393 in C. Groot and L. Margolis (eds.), Pacific Salmon Life Histories. Vancouver, BC: UBC Press. |
| EPA_AR_0472449 | | Quinn, T. P. The Behavior and Ecology of Pacific Salmon and Trout, 2nd Edition. Seattle, WA: University of Washington Press. |
| EPA_AR_0472576 | EPA_AR_0472580 | |
| EPA_AR_0472876 | | |
| EPA_AR_0472879 | EPA_AR_0472880 | |
| EPA_AR_0472885 | | |
| EPA_AR_0473012 | | |
| EPA_AR_0473842 | EPA_AR_0473853 | Sethi, S. A., and T. Tanner. Spawning distribution and abundance of a northern Chinook salmon population. Fisheries Management and Ecology 21:427-438. |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

18

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 18 of 25

| EPA Administrative Record Excerpts Subject to Protective Order | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0475114 | | ADF&G. Anadromous Waters Catalog: Overview. Available: https://www.adfg.alaska.gov/sf/SARR/AWC/index.cfm?ADFG=main.home. Accessed: May 16, 2022. |
| EPA_AR_0475116 | EPA_AR_0475120 | ADF&G. Memorandum: Bristol Bay Management Area Stock of Concern Recommendations. Juneau, AK: Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries. |
| EPA_AR_0475620 | EPA_AR_0475686 | ADNR (Alaska Department of Natural Resources). Bristol Bay Area Plan for State Lands, September 1984. Alaska Department of Natural Resources, Alaska Department of Fish and Game, and Alaska Department of Environmental Conservation. |
| EPA_AR_0475719 | EPA_AR_0475724 | |
| EPA_AR_0475925 | | ADNR. Bristol Bay Area Plan for State Lands. |
| EPA_AR_0476062 | | |
| EPA_AR_0476064 | | |
| EPA_AR_0476068 | | |
| EPA_AR_0476351 | | ADNR. Nushagak & Mulchatna Rivers Recreation Management Plan (205 Revision): A Component of the Bristol Bay Area Plan. |
| EPA_AR_0476362 | EPA_AR_0476363 | |
| EPA_AR_0476418 | | |
| EPA_AR_0477495 | | Alaska Department of Fish and Game. Bristol Bay Salmon Season Summary. Retrieved from Anchorage, AK: https://www.adfg.alaska.gov/static/applications/dcfnewsrelease/1438246231.pdf |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

19

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 19 of 25

| EPA Administrative Record Excerpts Subject to Protective Order | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0478260 | EPA_AR_0478280 | Beechie, T., H. Moir, and G. Pess. Hierarchical physical controls on salmonid spawning location and timing. American Fisheries Society Symposium 65:83-101. |
| EPA_AR_0478964 | | Bjornn, T. C., & Reiser, D. W. Habitat requirements of salmonids in streams. American Fisheries Society Special Publication 19(837):138. |
| EPA_AR_0479767 | | Buffington, J. M., D. R. Montgomery, and H. M. Greenberg. Basin-scale availability of salmonid spawning gravel as influenced by channel type and hydraulic roughness in mountain catchments. Canadian Journal of Fisheries and Aquatic Sciences 61:2085-2096. |
| EPA_AR_0480084 | EPA_AR_0480086 | Clark, S. C., T. L. Tanner, S. A. Sethi, K. T. Bentley, and D. E. Schindler. Migration timing of adult Chinook Salmon into the Togiak River, Alaska, watershed: Is there evidence for stock structure? Transactions of the American Fisheries Society 144:829-836. |
| EPA_AR_0480692 | | Dann, T. H., G. Buck, and B. Jones. Stock composition of subsistence harvests and total return of sockeye salmon from the Kvichak River. ADF&G Alaska Sustainable Salmon Grant Proposal Presentation, 148th Annual Meeting of the American Fisheries Society. |
| EPA_AR_0480848 | | Dann, T. H., C. Habicht, J. R. Jasper, E. K. C. Fox, H. A. Hoyt, H. L. Liller, E. S. Lardizabal, P. A. Kuriscak, Z. D. Grauvogel, and W. D. Templin. Sockeye Salmon Baseline for the Western Alaska Salmon Stock Identification |
| EPA_AR_0480957 | | Project. Special Publication No. 12-12. Anchorage, AK: Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries. |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

20

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 20 of 25

| EPA Administrative Record Excerpts Subject to Protective Order | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0480958 | | Dann, T. H., C. Habicht, T. T. Baker, and J. E. Seeb. Exploiting genetic diversity to balance conservation and harvest of migratory salmon. Canadian Journal of Fisheries and Aquatic Sciences 70:785-793. |
| EPA_AR_0481715 | | Dye, J. E., and L. K. Borden. Sport Fisheries in the Bristol Bay Management Area, 2016-2018. Fishery Management Report No. 18-27. Anchorage, AK: Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries. |
| EPA_AR_0481810 | | Dye, J. E., and C. J. Schwanke. Report to the Alaska Board of Fisheries for the Recreational Fisheries of Bristol Bay, 2007, 2008, and 2009. Special Publication No. 09-14. Anchorage, AK: Alaska Department of Fish and Game, Division of Sport Fish, Research and Technical Services. |
| EPA_AR_0481831 | EPA_AR_00481835 | |
| EPA_AR_0482433 | | Fall, J. A., D. L. Holen, B. Davis, T. Krieg, and D. Koster. Subsistence Harvests and Uses of Wild Resources in Iliamna, Newhalen, Nondalton, Pedro Bay, and Port Alsworth, Alaska 2004. Technical Paper No. 302. Juneau, AK: Alaska Department of Fish and Game, Division of Subsistence. |
| EPA_AR_0482475 | | |
| EPA_AR_0482911 | | Flanagan, D. M. Mineral Commodity Summaries 2022: Copper. Retrieved from https://pubs.usgs.gov/periodicals/mcs2022/mcs2022.pdf |
| EPA_AR_0482916 | | |
| EPA_AR_0483740 | EPA_AR_0483741 | Gibbins, C., J. Shellberg, H. Moir, and C. Soulsby. Hydrological influences on adult salmonid migration, spawning, and embryo survival. American Fisheries Symposium 65:195-223. |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

21

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 21 of 25

| EPA Administrative Record Excerpts Subject to Protective Order | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0483769 | | Giefer, J., and S. Graziano. Catalog of Waters Important for Spawning, Rearing, or Migration of Anadromous Fishes' Southwestern Region, Effective June 15, 2022. Special Publication No. 22-05. Anchorage, AK: Alaska Department of Fish and Game. Available: https://www.adfg. alaska.gov/sf/SARR/AWC/index.cfm?ADFG= main.home. Accessed: Sept. 29, 2022. |
| EPA_AR_0484032 | EPA_AR_0484033 | |
| EPA_AR_0485053 | | Halas, G., and G. Neufeld. An Overview of the Subsistence Fisheries of the Bristol Bay Management Area, Alaska. Special Publication No. BOF 2018-04. Anchorage, AK: Alaska Department of Fish and Game, Division of Subsistence. |
| EPA_AR_0485073 | | |
| EPA_AR_0485690 | EPA_AR_485699 | Hill, B. H., R. K. Kolka, F. H. McCormick, and M. A. Starry. A synoptic survey of ecosystem services from headwater catchments in the United States. Ecosystem Services 7:106-115. |
| EPA_AR_0486359 | | Howard, K. G., S. Garcia, J. Murphy, and T. H. Dann. Juvenile Chinook salmon abundance index and survey feasibility assessment in the Northern Bering Sea, 2014-2016. Fishery Data Series No. 19-04. Anchorage, AK: Alaska Department of Fish and Game. |
| EPA_AR_0486361 | | |
| EPA_AR_0486570 | | IEA. Reliable supply of minerals. In The Role of Critical Minerals in Clean Energy Transitions: World Energy Outlook Special Report. Retrieved from https://iea.blob.core.windows.net/assets/ ffd2a83b-8c30-4e9d-980a-52b6d9a86fdc/The RoleofCriticalMineralsinCleanEnergyTransitions .pdf |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

22

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 22 of 25

| EPA Administrative Record Excerpts Subject to Protective Order | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0486746 | | IHS Markit. Economic Contribution Assessment of the Proposed Pebble Project to the US National and State Economies. Final Report. |
| EPA_AR_0486748 | | |
| EPA_AR_0486751 | EPA_AR_0486752 | |
| EPA_AR_0486763 | EPA_AR_0486764 | |
| EPA_AR_0486768 | | |
| EPA_AR_0486885 | EPA_AR_0486913 | Jacks, D., & Stuermer., M. What Drives Commodity Price Booms and Busts? |
| EPA_AR_0487866 | EPA_AR_0487867 | Kalanchey, R., H. Ghaffari, S. Abdel, L. Galbraith, J. D. Gaunt, E. Titley, S. Hodgson, and J. Lang. Pebble Project Preliminary Economic Assessment. NI 43-101 Technical Report. Prepared for Northern Dynasty Minerals Ltd. |
| EPA_AR_0487892 | | |
| EPA_AR_0487898 | | |
| EPA_AR_0488191 | | |
| EPA_AR_0488241 | | Kalanchey, R., Ghaffari, H., Hafez, S. A., Galbraith, L., Gaunt, J. D., Titley, E., Lang, J. Pebble Project Preliminary Economic Assessment NI 43-101 Technical Report Update. Retrieved from https://sedar.com/search/search_form_pc_en.htm |
| EPA_AR_0488275 | EPA_AR_0488277 | |
| EPA_AR_0488283 | EPA_AR_0488284 | |
| EPA_AR_0488504 | | |
| EPA_AR_0488506 | EPA_AR_0488508 | |
| EPA_AR_0488634 | EPA_AR_0488636 | Keefer, M. L. and C. C. Caudill. Homing and straying by anadromous salmonids: a review of mechanisms and rates. Reviews in Fish Biology and Fisheries 24:333-368. |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

23

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 23 of 25

| EPA Administrative Record Excerpts Subject to Protective Order | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0492840 | EPA_AR_0492862 | Morgenstern, N. R. Geotechnical risk, regulation, and public policy. Soils and Rocks 41:107-129. |
| EPA_AR_0493567 | EPA_AR_0493579 | Olsen, J. B., S. J. Miller, W. J. Spearman, and J. K. Wenburg. Patterns of intra- and inter-population genetic diversity in Alaskan coho salmon: Implications for conservation. Conservation Genetics 4:557-569. |
| EPA_AR_0494216 | EPA_AR_0494225 | Quinn, T. P., H. B. Rich, D. Gosse, and N. Schtickzelle. Population dynamics and asynchrony at fine spatial scales: a case history of sockeye salmon (Oncorhynchus nerka) population structure in Alaska, USA. Canadian Journal of Fisheries and Aquatic Sciences 69:297-306. |
| EPA_AR_0494626 | EPA_AR_0494635 | Richter, B. D., M. M. Davis, C. Apse, and C. Konrad. A presumptive standard for environmental flow protection. River Research and Applications 28:1312-1321. |
| EPA_AR_0495575 | EPA_AR_0495579 | Schindler, D. E., R. Hilborn, B. Chasco, C. P. Boatright, T. P. Quinn, L. A. Rogers, and M. S. Webster. Population diversity and the portfolio effect in an exploited species. Nature 465:609-612. |
| EPA_AR_0496230 | | Shedd, K. R., T. H. Dann, H. A. Hoyt, M. B. Foster, and C. Habicht. Genetic Baseline of North American Sockeye Salmon for Mixed Stock Analyses of Kodiak Management Area Commercial Fisheries, 2014-2016. Fishery Manuscript Series No. 16-03. Anchorage, AK: Alaska Department of Fish and Game, Divisions of Sport Fish and Commercial Fisheries. |
| EPA_AR_0496627 | EPA_AR_0496661 | Stuermer, M. 150 Years of Boom and Bust: What Drives Mineral Commodity Prices? Macroeconomic Dynamics(22 (3): 702-717.). |

Ex. A to Notice of Conventional Filing of Joint Appendix
Northern Dynasty Minerals Ltd. v. EPA
Case No. 3:24-cv-00059-SLG

24

Case 3:24-cv-00059-SLG   Document 238-1   Filed 04/28/26   Page 24 of 25

| EPA Administrative Record Excerpts Subject to Protective Order | | |
|---|---|---|
| **Bates Begin** | **Bates End** | **Description** |
| EPA_AR_0496851 | | Templin, W. D., J. E. Seeb, J. R. Jasper, A. W. Barclay, and L. W. Seeb. Genetic differentiation of Alaska Chinook salmon: the missing link for migratory studies. Molecular Ecology Resources 11:226-246. |
| EPA_AR_0497209 | | Watson, B., Reimer, M. N., Guettabi, M., & Haynie, A. Commercial fisheries & local economies. Journal of Environmental Economics and Management, 106, 102419. |
| EPA_AR_0497236 | | Weber-Scannell, P. K. Influence of temperature on freshwater fishes: a literature review with emphasis on species in Alaska. Technical Report 91-1. Juneau, AK: Alaska Department of Fish and Game, Division of Habitat. |
| EPA_AR_0497498 | EPA_AR_0497511 | Wipfli, M. S., J. S. Richardson, and R. J. Naiman. Ecological linkages between headwaters and downstream ecosystems: Transport of organic matter, invertebrates, and wood down headwater channels. Journal of the American Water Resources Association 43:72-85. |

EX. A TO NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX
NORTHERN DYNASTY MINERALS LTD. V. EPA
CASE NO. 3:24-CV-00059-SLG

25

Case 3:24-cv-00059-SLG    Document 238-1    Filed 04/28/26    Page 25 of 25