KEITH BRADLEY, *pro hac vice*
SCHELEESE GOUDY, *pro hac vice*
717 17th Street, Suite 1825
Denver, CO 80202
T: (303) 830-1776
F: (303) 894-9239
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

JEFFREY M. WALKER, *pro hac vice*
KATHERINE E. WENNER, *pro hac vice*
2000 Huntington Center
41 South High Street
Columbus, OH 43215
T: (614) 365-2700
F: (614) 365-2499
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

SQUIRE PATTON BOGGS (US) LLP

*Attorneys for Northern Dynasty Minerals Ltd. and*
*Pebble Limited Partnership*

THOMAS P. AMODIO
KEVIN M. BOOTS
500 L Street, Suite 300
Anchorage, AK 99501
T: (907) 222-7100
F: (907) 222-7199
tom@reevesamodio.com
kevin@reevesamodio.com
REEVES AMODIO, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 3:24-cv-00059-SLG and consolidated cases |

## PLP'S MOTION FOR LEAVE TO FILE CORRECTED REPLY BRIEF

PLP has filed its reply brief in support of summary judgment, accompanied by a motion requesting leave for the overlength brief.  ECF 228, 229.

Regrettably, PLP has come to realize that certain language on page 59 (and in footnote 41) of the reply brief is erroneous.  That language quoted a 2008 regulatory guidance letter from USACE, numbered 08-02.  That 2008 letter was subsequently superseded by a 2016 regulatory guidance letter on the same topic, numbered 16-01.  The 2016 letter (which appears in the administrative record starting at EPA_AR_0272355) was the operative version through the entirety of the USACE and the EPA proceedings from which this case arose.

The substantive concepts that PLP drew from No. 08-02 in support of PLP's position did not change in No. 16-01.  But the text that PLP quoted from No. 08-02 does not appear in No. 16-01.  The newer document uses different words to express the concepts.  Consequently, PLP's quotations in its reply brief are inaccurate.

PLP asks leave to file a corrected reply brief that replaces the passages based on No. 08-02 with equivalent passages based on No. 16-01.  Exhibit A presents a redline of the changes to the pertinent page of the reply brief.  Exhibit B is the proposed corrected reply brief.  The changes reduce the total number of words by 9.

PLP conferred with EPA, the other plaintiffs, and the intervenors.  All informed PLP that they do not oppose this motion.

In addition, Exhibit B corrects three typographical errors in citations, as follows:  On page 19, EPA_AR_0082179-0082517 should be EPA_AR_0000041-0000042; on page 32, EPA_AR_141366 should be EPA_AR_**0**141366; on page 33, EPA_AR_128966 should be EPA_AR_**0**128966.

Case 3:24-cv-00059-SLG     Document 241     Filed 05/01/26     Page 2 of 3

May 1, 2026

Respectfully submitted,

*/s/ Keith Bradley*

KEITH BRADLEY, *pro hac vice*
ScHELEESE GOUDY, *pro hac vice*
717 17th Street, Suite 1825
Denver, CO 80202
T: (303) 830-1776
F: (303) 894-9239
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

JEFFREY M. WALKER, *pro hac vice*
KATHERINE E. WENNER, *pro hac vice*
2000 Huntington Center
41 South High Street
Columbus, OH 43215
T: (614) 365-2700
F: (614) 365-2499
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

SQUIRE PATTON BOGGS (US) LLP

THOMAS P. AMODIO
KEVIN M. BOOTS
500 L Street, Suite 300
Anchorage, AK 99501
T: (907) 222-7100
F: (907) 222-7199
tom@reevesamodio.com
kevin@reevesamodio.com

REEVES AMODIO, LLC

*Counsel for Northern Dynasty Minerals Ltd.
and Pebble Limited Partnership*