# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY MINERALS
LTD. and PEBBLE LIMITED
PARTNERSHIP,

       Plaintiffs,

       v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

       Defendants.

Case No. 3:24-cv-00059-SLG
and consolidated cases

---

## PROPOSED ORDER ALLOWING PLP'S CORRECTED REPLY BRIEF

---

THIS MATTER having come before the Court upon Northern Dynasty Minerals Ltd.'s and Pebble Limited Partnership's (collectively, "PLP") Motion for Leave to File a Corrected Reply Brief and the other papers filed in connection with that Motion,

IT IS HEREBY ORDERED that the Motion is **GRANTED**. The Court accepts Exhibit B filed by PLP with its Motion as its Corrected Reply Brief.

Dated this _____ day of _____, 2026.

BY THE COURT:

_____
United States District Court Judge