Joanna Cahoon (AK Bar No. 1405034)
Teresa B. Clemmer (AK Bar No. 0111059)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
jcahoon@trustees.org
tclemmer@trustees.org

*Attorneys for Intervenor-Defendants
SalmonState, Alaska Community Action on
Toxics, Alaska Wilderness League, Alaska
Wildlife Alliance, Cook Inletkeeper, Friends
of McNeil River, Kachemak Bay
Conservation Society, National Parks
Conservation Association, National Wildlife
Federation, Sierra Club, The Alaska Center,
and Wild Salmon Center*

Erin Colón (AK Bar No. 1508067)
Maile Tavepholjalern (AK Bar No. 1611094)
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
Phone: (907) 277-2500
ecolon@earthjustice.org
mtave@earthjustice.org

*Attorneys for Intervenor-Defendants Center
for Biological Diversity, Earthworks, and
Friends of the Earth*

Thomas Zimpleman (*pro hac vice*)
Jacqueline Iwata (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1152 15th St. NW Suite 300
Washington, DC 20005
Phone: (202) 289-6868
tzimpleman@nrdc.org
jiwata@nrdc.org

Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
1314 2nd St.
Santa Monica, CA 90401
Phone: (310) 434-2300
jreynolds@nrdc.org

*Attorneys for Intervenor-Defendant Natural
Resources Defense Council*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

NORTHERN DYNASTY
MINERALS LTD. *et al.*,

                Plaintiffs,

       v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY, *et al.*,

                Defendants,
       and

BRISTOL BAY NATIVE
ASSOCIATION, INC.,
*et al.*,

          Intervenor-Defendants.

STATE OF ALASKA,

               Plaintiff,
       v.

UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY,

                Defendant,
       and

TROUT UNLIMITED, *et al.*,

          Intervenor-Defendants.

Case No. 3:24-cv-00059-SLG

CONSOLIDATED

LEAD CASE

Case No. 3:24-cv-00084-SLG

CONSOLIDATED

---

*Motion for Leave to Withdraw*
*N. Dynasty Mins. Ltd. v. EPA*, Case Nos. 3:24-cv-00059- SLG, 3:24-cv-00084-SLG,
3:24-cv-00132-SLG (consolidated)             Page 2 of 5

ILIAMNA NATIVES, LTD, *et al.*,

                Plaintiffs,

        v.

UNITED STATES
ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

                Defendants,
        and

BRISTOL BAY ECONOMIC
DEVELOPMENT CORPORATION,
*et al.*,

           Intervenor-Defendants.

Case No. 3:24-cv-00132-SLG

CONSOLIDATED

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Civil Rule 11.1(c), Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center hereby move for leave to withdraw Siobhan McIntyre as their counsel of record in the above captioned case. Ms. McIntyre's last day of employment with Trustees for Alaska was April 24, 2026.

---

*Motion for Leave to Withdraw*
*N. Dynasty Mins. Ltd. v. EPA*, Case Nos. 3:24-cv-00059- SLG, 3:24-cv-00084-SLG,
3:24-cv-00132-SLG (consolidated)                               Page 3 of 5

Joanna Cahoon and Teresa Clemmer will continue to represent the aforementioned parties in this matter.

Respectfully submitted this 13th day of May 2026.

s/ Teresa Clemmer
Joanna Cahoon (AK Bar No. 1405034)
Teresa B. Clemmer (AK Bar No. 0111059)
TRUSTEES FOR ALASKA
*Attorneys for Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

## CERTIFICATE OF SERVICE

I certify that on May 13, 2026, a copy of the foregoing MOTION FOR LEAVE TO WITHDRAW, with proposed order, was electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system which will send electronic notification of such filings to the attorneys of record in this case.

s/ Teresa Clemmer
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA

*Motion for Leave to Withdraw*
*N. Dynasty Mins. Ltd. v. EPA*, Case Nos. 3:24-cv-00059- SLG, 3:24-cv-00084-SLG, 3:24-cv-00132-SLG (consolidated)                           Page 5 of 5