Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, pro hac vice
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

Thomas P. Amodio
Kevin M. Boots
REEVES AMODIO, LLC
500 L Street, Suite 300
Anchorage, AK 99501
(907) 222-7100
(907) 222-7199 (facsimile)
tom@reevesamodio.com
kevin@reevesamodio.com

Jeffrey M. Walker, *pro hac vice*
Katherine E. Wenner, *pro hac vice*
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-2700
(614) 365-2499 (facsimile)
jeffrey.walker@squirepb.com
katherine.wenner@squirepb.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No. 3:24-00059-SLG |

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PUBLIC LISTENING LINE FOR ORAL ARGUMENT

---

Case 3:24-cv-00059-SLG      Document 253-1      Filed 05/27/26      Page 1 of 2

Upon consideration of the Plaintiffs' Unopposed Motion for Public Listening Line for Oral Argument, and good cause appearing, IT IS HEREBY ORDERED that:

The hearing set for June 25, 2026, shall have a public listening line. The Court shall issue the call-in information in a separate docket.

IT IS SO ORDERED.

DATED this ___ day of _____, 2026.

_____
Hon. Sharon Gleason
U.S. District Judge

Case 3:24-cv-00059-SLG     Document 253-1     Filed 05/27/26     Page 2 of 2