James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, Washington 98104
Phone: (206) 676-7000
jamesf@summitlaw.com
jefff@summitlaw.com

*Attorneys for Bristol Bay Economic Development Corporation and Lead Counsel for Bristol Bay Intervenors*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants,<br><br>UNITED TRIBES OF BRISTOL BAY, *et al.*,<br><br>Intervenor-Defendants. | No. 3:24-cv-00059-SLG<br><br>AND CONSOLIDATED CASES |

**MOTION REQUESTING CORRECTION**

Pursuant to the Court's June 29, 2026, docket entry regarding Transcript of Motion Hearing, Dkt. 260, Intervenor-Defendants respectfully submit this Motion Requesting

Correction to the transcript of oral argument held on June 25, 2026. Intervenor-Defendants request the following correction to the transcript:

| Location | Requested Correction | Current Text | Corrected Text |
|---|---|---|---|
| Page 72, Line 15 | Replace "8615" with "83615" | And then I'll point out that at record cite **8615**, the EPA provides a number of sources that support its position about the source of waters of the U.S. and the defined areas for the prohibition and the restriction. | And then I'll point out that at record cite **83615**, the EPA provides a number of sources that support its position about the source of waters of the U.S. and the defined areas for the prohibition and the restriction. |

Respectfully submitted this 6th day of July, 2026.

By: *s/ James C. Feldman*
James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC

***Attorneys for Bristol Bay Economic Development Corporation***

## CERTIFICATE OF SERVICE

I certify that on July 6, 2026, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00059-SLG who are registered CM/ECF users will be served by the CM/ECF system.

SUMMIT LAW GROUP, PLLC

*s/ James C. Feldman*
James C. Feldman