Paul A. Werner (*pro hac vice*)
Steven P. Hollman (*pro hac vice*)
Abraham J. Shanedling (*pro hac vice*)
Hannah J. Wigger (*pro hac vice*)
Christopher L. Bauer (*pro hac vice*)
Alexandra Bustamante (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Ste 100
Washington, DC 20006-6801
(202) 747-1900
pwerner@sheppard.com
shollman@sheppard.com
ashanedling@sheppard.com
hwigger@sheppard.com
cbauer@sheppard.com
abustamante@sheppard.com

Austin Williams (AK Bar No. 0911067)
TROUT UNLIMITED
600 Clipper Ship Court
Anchorage, AK 99515
(907) 227-1590
Austin.Williams@tu.org

*Attorneys for Trout Unlimited*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

NORTHERN DYNASTY MINERALS LTD. and PEBBLE LIMITED PARTNERSHIP,

Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

Defendants,

and

BRISTOL BAY NATIVE ASSOCIATION, INC., *et al.*,

Intervenor-Defendants.

No. 3:24-cv-00059-SLG
Consolidated
Lead Case

| | |
|---|---|
| STATE OF ALASKA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant,<br><br>and<br><br>TROUT UNLIMITED, *et al.*,<br><br>Intervenor-Defendants. | No. 3:24-cv-00084-SLG<br>Consolidated |
| ILIAMNA NATIVES, LTD, *et al*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants,<br><br>and<br><br>BRISTOL BAY ECONOMIC DEVELOPMENT CORPORATION, *et al.*,<br><br>Intervenor-Defendants. | No. 3:24-cv-00132-SLG<br>Consolidated |

**<u>JOINT RESPONSE OF INTERVENOR-DEFENDANTS TO PEBBLE LIMITED PARTNERSHIP'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Pursuant to Local Civil Rule 7.1(d)(1), Intervenor-Defendants jointly respond to Pebble Limited Partnership's ("PLP's") Second Notice of Supplemental Authority. Doc. 272.

PLP cites four cases it claims "confirm" its contentions. But these cases merely acknowledge that the Supreme Court's decision in *Seven County Infrastructure Coalition v. Eagle County*, 605 U.S. 168, 182 (2025), "does not displace arbitrary and capricious review." Doc. 272 at 1 (quoting *Grand Canyon Chapter of Sierra Club v. Bosworth*, No. 24-2348, 2026 WL 2874046, *37 (D. Ariz. Sept. 24, 2026)). But no party here disputes that agency decision-making can be reviewed under the APA. Nor do any of the cases PLP cites change the "[b]lack-letter administrative law," recognized in *Seven County,* that "when an agency makes those kinds of speculative assessments or predictive or scientific judgments, and decides what qualifies as significant or feasible or the like, a reviewing court must be at its most deferential." 605 U.S. at 182. And here, as Defendant-Intervenors explained in their briefing, EPA properly interpreted its authority under Section 404(c), correctly applied its implementing regulations, and based its decision on extensive record evidence indicating that discharges of dredged and fill material associated with the proposed Pebble Mine project would be devastating to the Bristol Bay watershed and its unparallelled salmon fisheries. Docs. 215, 217, 218, 219.

PLP also cites *Natural Res. Defense Council, Inc. v. Pritzker*, 828 F.3d 1125, 1139-40 (9th Cir. 2016) and *Ctr. for Biological Diversity v. USFS*, 811 F. Supp. 3d 1206 (D.

Mont. 2025). But these cases – from 2016 and 2025 – are not proper supplemental authority. *See, e.g.*, *Cheslow v. Ghirardelli Chocolate Co.*, 497 F. Supp. 3d 540, 548 (N.D. Cal. 2020) (disregarding plaintiff's "supplemental authority" that was available before plaintiffs' brief was filed). And PLP has failed to establish why upholding EPA's detailed, record-based, and scientific analysis would constitute an improper "rubber-stamp." *See Pritzker*, 828 F.3d at 1139-40.

The Court therefore should disregard PLP's Second Notice of Supplemental Authority.

Dated: November 12, 2026

Respectfully submitted,

By:/s/ *Abraham J. Shanedling*

Paul A. Werner (*pro hac vice*)
Steven P. Hollman (*pro hac vice*)
Abraham J. Shanedling (*pro hac vice*)
Hannah J. Wigger (*pro hac vice*)
Christopher L. Bauer (*pro hac vice*)
Alexandra Bustamante (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
(202) 747-1900
pwerner@sheppard.com
shollman@sheppard.com
ashanedling@sheppard.com
hwigger@sheppard.com
cbauer@sheppard.com
abustamante@sheppard.com

By: *s/ Austin Williams*

Austin Williams
TROUT UNLIMITED
600 Clipper Ship Court
Anchorage, AK 99515
(907) 227-1590
Austin.Williams@tu.org

*Attorneys for Intervenor-Defendant Trout Unlimited*

/s/ Teresa B. Clemmer (with consent)
Teresa B. Clemmer (AK Bar No. 0111059)
TRUSTEES FOR ALASKA

*Attorneys for Intervenor-Defendants SalmonState, Alaska Community Action on Toxics, Alaska Wilderness League, Alaska Wildlife Alliance, Cook Inletkeeper, Friends of McNeil River, Kachemak Bay Conservation Society, National Parks Conservation Association, National Wildlife Federation, Sierra Club, The Alaska Center, and Wild Salmon Center*

/s/ Erin Colón (with consent)
Erin Colón (AK Bar No. 1508067)
Maile Tavepholjalern (AK Bar No. 1611094)
EARTHJUSTICE
*Attorneys for Intervenor-Defendants Center for Biological Diversity, Earthworks, and Friends of the Earth*

/s/Jacqueline Iwata (with consent)
Jacqueline Iwata (*pro hac vice*)
Thomas Zimpleman (*pro hac vice*)
Joel Reynolds (*pro hac vice*)
NATURAL RESOURCES DEFENSE COUNCIL
*Attorneys for Intervenor-Defendant Natural Resources Defense Council*

/s/ James C. Feldman (with consent)
James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
*Attorneys for Intervenor-Defendant Bristol Bay Economic Development Corporation*

/s/ Peter Van Tuyn (with consent)
Peter Van Tuyn (AK Bar No. 8911086)
Karen Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, L.L.C.
*Attorneys for Intervenor-Defendant Bristol Bay Native Corporation*

/s/ Matthew N. Newman (with consent)
Megan R. Condon (AK Bar No. 1810096)
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND
*Attorneys for Intervenor-Defendants United Tribes of Bristol Bay and Commercial Fishermen for Bristol Bay*

/s/ Felipe Farley (with consent)
Felipe Farley (AK Bar. No. 1904029)
BRISTOL BAY NATIVE ASSOCIATION
*Attorney for Intervenor-Defendant Bristol Bay Native Association*

/s/ Scott Kendall (with consent)
Scott Kendall (AK Bar. No. 0405019)
CASHION GILMORE & LINDEMUTH
*Attorney for Intervenor-Defendant Bristol Bay Regional Seafood Development Association, Inc.*

## CERTIFICATE OF WORD COUNT

I certify that this document contains 324 words pursuant to Local Civil Rule 7.1(d)(1), excluding items exempted by Local Civil Rule 7.4(a)(4).

*/s/ Abraham J. Shanedling*
Abraham J. Shanedling (*pro hac vice*)